IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | 06 CV 4481<br><br>JUDGE ZAGEL<br>MAGISTRATE JUDGE ASHMAN<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:  Paul M. Weiss
William M. Sweetnam
Jonathan B. Piper
George K. Lang
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, IL 60602

Bradley M. Lakin
Charles Chapman
**THE LAKIN LAW FIRM, P.C.**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095

Jonathan Shub
**SHELLER LUDWIG & SHELLER**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

PLEASE TAKE NOTICE that on the 9th day of **November, 2006**, at the hour of **10:15 a.m.**, the undersigned shall appear before The Honorable James B. Zagel, in Room 2503 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present defendant's **Motion to Dismiss the Plaintiff's Complaint In Its Entirety**, a copy of said motion is attached hereto and previously filed with the Court on October 23, 2006.

Respectfully submitted,

_____
One of the Attorneys for Defendants, Pella
Corporation and Pella Windows and Doors, Inc.

Douglas L. Prochnow (2257173)
Jennifer L. Baugh (6282487)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
(312) 201-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | 06 CV 4481<br><br>JUDGE ZAGEL<br>MAGISTRATE JUDGE ASHMAN<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

Defendants, Pella Corporation and Pella Windows and Doors, Inc., by their counsel, move this Court pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 23, to dismiss plaintiff's complaint in its entirety. The reasons for such relief are set out more fully in the Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint in its Entirety.

WHEREFORE, for the reasons set forth in defendants' Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint in its Entirety, defendants respectfully request that the Court enter an Order dismissing the plaintiff's complaint in its entirety.

_____
One of the Attorneys for Defendants, Pella Corporation and Pella Windows and Doors, Inc.

Douglas L. Prochnow (#2257173)
John A. Roberts (#6220432)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, 30th Floor
Chicago, IL 60606-1229
Phone: (312) 201-2000

James A. O'Neal
John P. Mandler
Angela M. Crandall
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing *Defendants' Motion to Dismiss Plaintiff's Complaint in Its Entirety* on:

Paul M. Weiss
William M. Sweetnam
Jonathan B. Piper
George K. Lang
**FREED & WEISS LLC**
111 West Washington Street
Suite 1331
Chicago, IL 60602

Bradley M. Lakin
Charles Chapman
**THE LAKIN LAW FIRM, P.C.**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095

Jonathan Shub
**SHELLER LUDWIG & SHELLER**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

### ATTORNEYS FOR PLAINTIFF

via the Case Management/Electronic Case Filing system (CM/ECF), as well as Ordinary U.S. Mail, from 225 West Wacker Drive, Chicago, IL 60606, this 23rd day of October, 2006.

_____
One of the Attorneys For Defendants Pella
Corporation and Pella Windows and Doors, Inc.


Douglas L. Prochnow (2257173)
John A. Roberts (6220432)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 3000
Chicago, IL 60606-1229
(312) 201-2000

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing *Notice of Motion for Defendants' Motion to Dismiss Plaintiff's Complaint in Its Entirety* on:

Paul M. Weiss
William M. Sweetnam
Jonathan B. Piper
George K. Lang
**FREED & WEISS LLC**
111 West Washington Street
Suite 1331
Chicago, IL 60602

Bradley M. Lakin
Charles Chapman
**THE LAKIN LAW FIRM, P.C.**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095

Jonathan Shub
**SHELLER LUDWIG & SHELLER**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

**ATTORNEYS FOR PLAINTIFF**

via the Case Management/Electronic Case Filing system (CM/ECF), as well as Ordinary U.S. Mail, from 225 West Wacker Drive, Chicago, IL 60606, this 24th day of October, 2006.

_____
One of the Attorneys For Defendants Pella Corporation and Pella Windows and Doors, Inc.

Douglas L. Prochnow (2257173)
John A. Roberts (6220432)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 3000
Chicago, IL 60606-1229
(312) 201-2000