UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, and WILLIAM and NANCY EHORN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation<br><br>                Defendants. | No.: 06 C 4481<br><br>Honorable James B. Zagel<br><br>Magistrate Judge Martin Ashman |

**APPENDIX 1 TO PLAINTIFFS' STATEMENT OF PROPOSED
CLASS STRUCTURE AND REMEDIES**

# **LEGAL NOTICE**

### IF YOU HAVE PELLA PROLINE ALUMINUM CLAD CASEMENT WINDOWS
### You May Be A Member of the Class

*The Court has authorized this Notice. It is not a solicitation from a lawyer.*
*You are not being sued.*

- **This notice may affect your legal rights** and is given to you because you may be a member of the Class described below. You should carefully read this Notice so that you can determine whether or not you are a class member, and make an informed decision on whether to remain the class or exclude yourself from the Class (what is known as "opting out" of the class).

- The lawsuit is captioned *Saltzman, et al. v. Pella Corporation, et al.*, no. 06-C-4481 and is pending in the United States District Court, Northern District of Illinois (Hon. James B. Zagel).

- The lawsuit alleges that Pella ProLine aluminum clad casement windows have an inherent defect that allows water to get behind the aluminum cladding and result in wood rot.

- **Class Members include** all owners of Pella ProLine aluminum clad casement windows manufactured from 1991 to the present.

## A Summary of Your Rights and Choices:
## *PLEASE READ THIS NOTICE CAREFULLY.*

| You May: | | Due Date: |
|---|---|---|
| **Remain in the Class** | *To Remain in the Class You Need Not Do Anything In Response to this Notice:*<br>If you wish to remain in the Class, you do not need to do anything. Remaining in the Class will not affect your relationship with Pella Corporation, nor will it obligate you to pay any attorney fees or costs. If the case is resolved in favor of Plaintiffs and the Class, then you will share in any benefits obtained in the case. | <u>No Action Needed</u> |
| **Opt-out of the Class** | *Opt-out of the Class*<br>You can request to be excluded from (or "opt out" of) the Class, in which case you may individually pursue any claims you might have. If you opt-out, and if Plaintiffs are ultimately successful and obtain judgment against Pella, then you will not be entitled to receive any benefits obtained in the case. **You must request exclusion in writng** before [date] | <u>Opt-out request to be postmarked by DATE</u> |

**BASIC INFORMATION**

1. Why did I get this Notice?

   You received this Notice because records indicate that you own a structure that has Pella ProLine Aluminum clad casement windows.

2. What is the lawsuit about?

   On August 18, 2006, Plaintiffs filed a class action lawsuit in the United States District Court, Northern District of Illinois against Pella Corporation and Pella Windows and Doors, Inc. ("Pella"). Plaintiffs assert that ProLine aluminum clad casement windows have a design defect that allows water to get behind the aluminum cladding resulting in wood rot. Plaintiffs seek relief for violation of state consumer protection laws, for unjust enrichment, and for a declaration that the time limits in Pella's warranty be voided to cover wood rot resulting from the inherent defrect.

3. What does Pella say about the lawsuit?

   Pella denies that ProLine aluminum clad casement windows contain a defect.

4. Who is in the Class?

   The Class consists of all persons who own structures that have Pella ProLine aluminum clad wood casement windows.

5. What remedies are Plaintiffs asking be provided to the Class?

   - That notice be provided to the Class that Pella ProLine aluminum clad casement windows contain a design defect that allows to get behind the aluminum cladding resulting in wood rot.

   - That the durational limit of Pella's warranty with respect to coverage for wood rot is *void, and warranty coverage for wood rot is extended to 30 years.*

   - That you are entitled, upon request, for an inspection of your ProLine aluminum clad casement windows to determine the existence of wood rot in the sash, or sash and frame.

   - That if you have a ProLine aluminum clad casement window that currently has wood rot that you are entitled to a replacement window and cost of replacement, or alternatively a cash payment to approximate the replacement cost.

- That if you had a ProLine aluminum clad casement window/s previously replaced because of wood rot and had to pay some or all of the replacement, then you are entitled to have those costs reimbursed.

## OPTING-OUT OF THE CLASS

6.  Can I exclude myself from the Class?

Yes. If you exclude yourself from the Class, then you will not be bound by any Court orders or judgment whether or not favorable to Plaintiffs and the Class or to Pella. However, if you exclude yourself, **and** Plaintiff and Class ultimately prevail in their claims against Pella, then you will not be entitled to any benefits obtained by Plaintiffs and the Class against Pella.

Your Notice of Opt-Out must be filed with the Court by [INSERT DEADLINE DATE]:

The Notice of Opt-Out must be filed with FREED & WEISS LLC and the Court at the following address:

| | |
|---|---|
| Office of the Clerk of Court<br>United States District Court<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 | ATTN: PELLA PROLINE LAWSUIT<br>FREED & WEISS LLC<br>111 West Washington Street, Suite 1331<br>Chicago, Illinois 60602 |

## THE LAWYERS REPRESENTING YOU

8.  Do I have a lawyer representing my interests in this case?

Yes. The Court has appointed the following law firms to represent you and other Class Members:

| | |
|---|---|
| Paul M. Weiss<br>George K. Lang<br>**FREED & WEISS LLC**<br>111 West Washington Street, Suite 1331<br>Chicago, IL 60602<br>(Lead Counsel) | Richard J. Burke<br>**RICHARD J. BURKE LLC**<br>1010 Market Street, Suite 660<br>St. Louis, MO 63101 |
| Jonathan Shub<br>Scott George<br>**SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102 | Steven R. Jaffee<br>Mark S. Fistos<br>**ROTHSTEIN ROSENFELDT ADLER**<br>6753 Thomasville Road, #108-242<br>Tallahassee, FL 32312 |

These lawyers are called Class Counsel. You will not be charged for services performed by Class

Counsel, but if successful, they will petition the Court for attorneys' fees not to exceed 33% of any benefit conferred on the Class.

**GETTING MORE INFORMATION**

9. Where do I obtain more information?

You may obtain additional information by contacting Class Counsel at PellaClassAction.com or by reviewing legal documents that have been filed with the Court in this lawsuit. You may also review and copy these documents during regular office hours:

> Office of the Clerk of Court
> United States District Court
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Contact Class Counsel at (312) 220-0000 or visit www.PellaClassAction.com or Info@FreedWeiss.com
- Write to any one of Class Counsel at the addresses listed in section eight, above.
- Visit the Settlement Website at www.PellaClassAction.com

DATED: _____, 2008

BY ORDER OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

/s/ Hon. James B. Zagel

4