## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

May 20, 2010

BEFORE: RICHARD A. POSNER, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge

| No.: 09-8025 | IN RE:<br>PELLA CORPORATION, an Iowa corporation and PELLA WINDOWS AND DOORS, INCORPORATED, a Delaware corporation,<br>Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:06-cv-04481<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel | |

We **GRANT** Pella's Rule 23(f) Petition for Permission to Appeal and **AFFIRM** the decision of the district court certifying the classes. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)