# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4481 | **DATE** | May 5, 2011 |
| **CASE TITLE** | SALTZMAN v. PELLA CORP. | | |

**DOCKET ENTRY TEXT:**

Defendants' request for Plaintiffs to designate Rule 23(b)(3) subclass representatives is GRANTED. The parties are ordered to submit further briefing with regard to Rule 23(b)(2) subclasses.

## STATEMENT

  Defendants' request to have Plaintiffs designate Rule 23(b)(3) subclasses is granted for the reasons stated at the April 15 status hearing.

  Plaintiffs have conceded in briefing that subclass requirements for Rule 23(b)(2) are the same as those for Rule 23(b)(3). *See* Pl's Mem. in Compliance With Court's Order to State Position on Representation Requirements on Rule 23(b)(3) at 1, n.1. The certified 23(b)(2) class is nationwide, so Plaintiffs therefore inquired of me whether this meant that there must now be fifty subclass representatives. Surely not, as subclasses are only necessary to the extent that the underlying state law diverges, *see Klay v. Humana, Inc.*, 382 F.3d 1241, 1262 (11th Cir. 2004), and it is unlikely that the substantive law of each of the fifty states is different.

  Plaintiffs are therefore directed to identify the substantive law underlying the declarations in the Rule 23(b)(2) class and recommend subclass groupings to the extent that law diverges. Defendants can respond or concur as needed.