IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, LUBO and MAIRA HADJIPPETKOV, WILLIAM and NANCY EHORN, individually and on behalf of all other similarly situated; Plaintiff,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, Defendants. | 06 CV 4481<br><br>JUDGE ZAGEL<br>MAGISTRATE JUDGE ASHMAN<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND PRESENTMENT OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

The defendants, Pella Corporation and Pella Windows and Doors, Inc., and the plaintiffs, Dr. Leonard E. Saltzman, Kent Eubank, Thomas Riva, and William and Nancy Ehorn, by their respective counsel, move this Court to reschedule the status conference and presentment of the plaintiffs' motion for leave to file a second amended class action complaint scheduled for November 29, 2011 at 10:00 a.m. to a date on or after January 9, 2012.

1.) On November 19, 2011, this court entered an order rescheduling the November 22, 2011, status conference in this matter to November 29, 2011 at 10:00 a.m. to coincide with the date for presentment of the plaintiffs' motion for leave to file a second amended class action complaint. (*Dkt. 246 and 247.*)

2.) Defendants' counsel, John A. Roberts, is currently scheduled to appear on another previously scheduled matter in Circuit Court of the 18th Judicial Circuit Court in Downers Grove,

Illinois during the morning of November 29, 2011 and therefore cannot attend the status hearing in this case that has been rescheduled for the same morning.

3.) Additionally, the parties are currently scheduled to mediate this case in December and believe that rescheduling the November 29, 2011, status conference to a date on or after January 9, 2011, would result in a more meaningful and productive status conference with this Court.

4.) On November 21, 2011, Defendants' counsel, John A. Roberts communicated with plaintiffs' counsel, George Lang and confirmed that plaintiffs have no objection to entering and continuing the November 29, 2011, status hearing and presentment of plaintiffs' motion for leave to file a second amended complaint to a date on or after January 9, 2012.

WHEREFORE, the parties to this action jointly request that the Court enter an Order rescheduling the status conference and presentment of the plaintiffs' motion for leave to file a second amended class action complaint from November 29, 2011 at 10:00 a.m. to a date on or after January 9, 2012, and grant any other relief the Court deems just and appropriate.

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, LUBO and MAIRA HADJIPPETKOV, WILLIAM and NANCY EHORN, individually and on behalf of all others similarly situated. | PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC. |

By: s/George K. Lang
   *Attorney for Plaintiffs*

Paul M. Weiss
Eric C. Brunick
William M. Sweetnam
George K. Lang
**Freed & Weiss LLC**
111 West Washington Street, Suite 1331
Chicago, IL 60602

Jonathan Shub
Scott A. George
**Seeger Weiss LLC**
1200 Walnut Street, 5th Floor
Philadelphia, PA 19107

Benjamin A. Schwartzman
**Greener Banducci Shoemaker**
950 West Bannock Street, Suite 900
Boise, ID 83702

Richard J. Burke
**Richard J. Burke LLC**
1010 Market Street, Suite 650
St. Louis, MO 63101

Tod N. Aronovitz
Steven R. Jaffe
**Aronovitz Trial Lawyers**
150 W. Flagler Street
Museum Tower, Suite 2700
Miami, FL 33130

Mark S. Fistos
John A. Yanchunis
**James, Hoyer, Newcomer & Smiljanich**
3301 Thomasville Road
Suite A-200
Tallahassee, FL 32308

By: s/John A. Roberts
   *Attorney for Defendants*

John A. Roberts
Douglas L. Prochnow
**Edwards Wildman Palmer LLP**
225 W. Wacker Drive
Chicago, IL 60606

James A. O'Neal
John P. Mandler
**Faegre & Benson LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing *Joint Motion to Amend The Briefing Schedule for the Plaintiffs' Motion for Court Supervision of Communications Between Defendants and Putative Class* on:

Paul M. Weiss
Eric C. Brunick
William M. Sweetnam
George K. Lang
**Freed & Weiss LLC**
111 West Washington Street, Suite 1331
Chicago, IL 60602
paul@freedweiss.com
bills@freedweiss.com
george@freedweiss.com

Richard J. Burke
**Richard J. Burke LLC**
1010 Market Street
Suite 650
St. Louis, MO 63101
rich@richardjburke.com

Jonathan Shub
Scott A. George
**Seeger Weiss LLC**
1200 Walnut Street, 5th Floor
Philadelphia, PA 19107
jshub@seegerweiss.com
sgeorge@seegerweiss.com

Tod N. Aronovitz
Steven R. Jaffe
**Aronovitz Trial Lawyers**
150 W. Flagler Street
Museum Tower, Suite 2700
Miami, FL 33130
ta@aronovitzlaw.com
srj@aronovitzlaw.com

Benjamin A. Schwartzman
**Greener Banducci Shoemaker**
950 West Bannock Street, Suite 900
Boise, ID 83702
bschwartzman@GreenerLaw.com

Mark S. Fistos
John A. Yanchunis
**James, Hoyer, Newcomer & Smiljanich**
3301 Thomasville Road
Suite A-200
Tallahassee, FL 32308

**ATTORNEYS FOR PLAINTIFF**

via the Case Management/Electronic Case Filing system (CM/ECF), as well as Ordinary U.S. Mail, from 225 West Wacker Drive, Chicago, IL 60606, this 21st day of November, 2011.

s/John A. Roberts
One of the Attorneys For Defendants Pella Corporation and Pella Windows and Doors, Inc.

Douglas L. Prochnow (2257173)
John A. Roberts (6220432)
**EDWARDS WILDMAN PALMER LLP**
225 West Wacker Drive - Suite 3000
Chicago, IL 60606-1229
(312) 201-2000