IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, *et al.*, individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br> v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>        Defendants. | No: 06-cv-04481<br><br>The Honorable James B. Zagel<br>Magistrate Judge Martin Ashman |

**JOINT MOTION FOR EXTENSION OF TIME TO
FILE MOITON FOR PRELIMINARY APPROVAL**

COMES NOW the Parties, Plaintiffs and Defendants, by and through their counsel, and request leave for extension of time within which to file their Motion For Preliminary Approval, and in support thereof states as follows;

1. On May 29, 2012, this Court scheduled a Status Conference in which the Court requested the parties to file their motion for Preliminary Approval of Class Action Settlement.

2. The parties have been working diligently on getting the final documents prepared, including Notice documents.

3. The proposed Settlement Administrator has requested additional time within which to format proposed claim and notice forms.

4. The parties want to be assured that any changes in the forms are formal only and not substantive.

1

5. The parties need an additional week within which to finalize the notice documents with the proposed Settlement Administrator.

WHEREFORE, the parties, through their counsel request leave for an additional week, to June 19, 2012, within which to file their Preliminary Approval papers, and for such other and further relief as the court deems just under the premises.


*s/ Richard J. Burke*
Richard J. Burke
Paul M. Weiss
Julie D. Miller

Complex Litigation Group LLC
513 Central Avenue
Suite 300
Highland Park, IL 60035
*Attorneys for Plaintiffs and Settlement Class*


*s/ John P. Mandler*
James A. O'Neal
John P. Mandler


Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms that on June 12, 2012, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

*s/ Richard J. Burke*_____
Richard J. Burke
Complex Litigation Group LLC
1010 Market Street, Suite 1340
St. Louis, Missouri 63101
(847) 433-4500, Ext 2603
Facsimile: (847) 433-2500