IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | No.: 06 C 4481<br><br>The Honorable James B. Zagel |

**CLASS REPRESENTATIVES' MOTION FOR LEAVE TO FILE A SUR REPLY IN OPPOSITION TO THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

Plaintiffs and named Class Representatives Kent Eubanks, Thomas Riva, and William and Nancy Ehorn, (Named Class Reps) by their counsel, move to file a sur reply in response to replies filed by Defendants (Doc. 289) and Class Counsel (Doc. 291) and state as follows:

1. The reply papers filed by Defendants and Class Counsel contain numerous points and inferences which lend themselves to strong contradiction. However, Named Class Reps seek leave to file the attached sur reply which is limited to newly raised issues and statements used to bolster support for the Proposed Settlement which are simply wrong.

2. The points made herein are necessary for the fair review of the Proposed Settlement.

Dated: September 11, 2012                    Respectfully submitted,

Kent Eubank, Thomas Riva and
William and Nancy Ehorn, Class Plaintiffs,

By: __/s/ George K. Lang_____
    Their counsel

George K. Lang
Lang Law Office
217 N. Jefferson Street
Suite 602
Chicago, Illinois  60661
773-575-5848

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

[X]   Under penalties as provided by law pursuant
       to 28 U.S.C. § 1746(2), I certify that the statements
       set forth herein are true and correct.

/s/George K. Lang
George K. Lang
Lang Law Office
217 N. Jefferson Street
Suite 602
Chicago, Illinois  60661
773-575-5848

2