**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, TIM BASTIAANSE, JOSEPH PALMIOTTO, BRAD ZURN, and JUDITH MCCLOSKY individually and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable James B. Zagel |

**MOTION OF CLASS COUNSEL FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES AND FOR APPROVAL OF INCENTIVE AWARDS**

On behalf of the attorneys who represent the class representatives in this litigation, and on behalf of those representatives, Class Counsel respectfully move the Court for an award of attorneys' fees pursuant to Rules 54(d)(2) and 23(h), for an Order permitting reimbursement of reasonable and necessary expenses made by counsel on behalf of the Class and for an Order permitting the payment of incentive awards to class representatives.

Pursuant to the Settlement Agreement (D.E. # 277-1 Ex. A, Section VII, para. 101, et seq.), and included in the notice materials made available to class members, the parties have agreed that Class Counsel ("and any party's counsel, and/or law firms who have entered their appearance for Settlement Class Members or named Plaintiffs as of June 19, 2012") shall file an application for an award of attorneys' fees not to exceed $11,000,000, inclusive of all attorneys'

fees, expenses, and incentive awards for class representatives, and that Pella will pay an award without objection up to that amount, as more fully set out in the parties Settlement Agreement.

The proposed order awarding such fees, costs, and incentive payments will be submitted to the Court as part of a proposed order granting final approval of the settlement between Plaintiffs and Defendants. The undersigned intend to rely upon the Settlement Agreement (D.E. #277-1), the Declarations of Richard J. Burke, Jonathan Shub, Steven R. Jaffe, Mark S. Fistos, Benjamin Schwartzman, and John A. Yanchunis, and the Memorandum of Law in Support of Motion Of Class Counsel For Approval Of Attorneys' Fees, Costs And Expenses And For Approval Of Incentive Awards filed contemporaneously with this Motion.

Dated: January 9, 2013                     Respectfully submitted,

　　/s/ Richard J. Burke　　
Richard J. Burke
**COMPLEX LITIGATION GROUP LLC**
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@complexlitgroup.com

Paul M. Weiss
Julie D. Miller
**COMPLEX LITIGATION GROUP LLC**
513 Central Ave., Suite 300
Highland Park, Illinois 60035
(847) 433-4500
paul@complexlitgroup.com
julie@complexlitgroup.com

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market St.
Suite 1380
Philadelphia, PA 19102
(215) 564-2300
jshub@seegerweiss.com

Steven R. Jaffe
Mark Fistos
**FARMER JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.**
425 North Andrews Ave., Suite 2
Ft. Lauderdale, FL 33301
(954) 524-2820
SJaffe@pathtojustice.com

Ben Schwartzman
**BANDUCCI WOODARD SCHWARTZMAN PLLC**
802 W. Bannock Street, Suite 500
Boise, Idaho 83702
(208) 342-4411
**BScwartzman@BWSlawgroup.com**

**Class Counsel for Plaintiffs and
Certified Plaintiff Classes**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms that on January 9, 2013, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

    /s/ Richard J. Burke

Richard J. Burke
**COMPLEX LITIGATION GROUP LLC**
1010 Market Street
Suite 1340
St. Louis, MO  63101
(847) 433-4500
rich@complexlitgroup.com