# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. LEONARD E. SALTZMAN, et al.,
individually and on behalf of all others similarly
situated;

                               Plaintiffs,

     v.

PELLA CORPORATION, an Iowa corporation,
and PELLA WINDOWS AND DOORS, INC., a
Delaware corporation.

                              Defendants.

No.: 06 C 4481
Judge James Zagel
Magistrate Judge Martin Ashman

## DECLARATION OF CLASS COUNSEL
## JOHN A. YANCHUNIS IN SUPPORT OF AN AWARD OF
## ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND
## AWARD OF INCENTIVE PAYMENTS

JOHN A. YANCHUNIS pursuant to 28 USCS § 1746, hereby declare as follows:

    1.    I am a shareholder of the law firm James, Hoyer, Newcomer, & Smiljanich, P.A. ("JHNS"), and am counsel of record for Plaintiffs and the proposed Settlement Class in these proceedings against the above-named Defendants. I respectfully submit this declaration in support of Plaintiffs' request for Incentive Awards and Class Counsels' request for attorney's fees. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

    2.    I, John Yanchunis, have practiced law since 1982, and my focus has been on consumer class action litigation since 1997. Before entering private practice, I was a law clerk for the Honorable Carl O. Bue, Jr., a United States District Judge in Houston, Texas.

    3.    I have extensive involvement in class action cases. I have served as co-lead counsel in the successful prosecution of the two largest class action cases in the United States:

Fresco v. Automotive Directions, Inc., Case No. 03-61063-JEM, and Fresco v. R.L. Polk, Case 0:07-cv-60695-JEM (Southern District of Florida). Additionally, I have served as lead, co-lead, or class counsel in numerous class actions in a wide variety of areas affecting consumers, including but not limited to anti-trust, defective products, deceptive sale of life insurance and annuities and a variety of unfair and deceptive acts and practices. I have also handled complex litigation thoughout my career, and recently litigated to a successful conclusion a claim for an employee against her employer under Sarbanes Oxley. I have represented as outside counsel the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators in the state of Florida) in their investigations of the insurance industry over issues concerning possible antitrust activity, other possible unlawful activity and activities regarding the payment of undisclosed compensation and commissions to insurance brokers. Many of these investigations resulted in millions of dollars in restitution being paid to Florida consumers, and resulted also in significant changes in the way commercial insurance is sold in the state of Florida. I have represented The Florida Bar in many capacities, including as special counsel in the prosecution of individuals for The Unauthorized Practice of Law and as follow up in direct criminal contempt proceedings. I have argued before the Florida Supreme Court on behalf of The Florida Bar on a number of occasions, including the following cases: *In re Amendments to the Rules Regulating The Florida Bar and the Florida Rules of Judicial Administration*, 907 So.2d 1138, 30 Fla. L. Weekly S351 (Fla., May 12, 2005)(NO. SC04-135); *Florida Bar re Revisions to Simplified Forms, Pursuant to Rule 10-2.1(a) of the Rules Regulating The Florida Bar*, 774 So.2d 611, 25 Fla. L. Weekly S570 (Fla., Jul 13, 2000)(NO. SC902023); *The Florida Bar v. Eubanks*, 752 So.2d 540, 24 Fla. L. Weekly S304 (Fla., Jun 24, 1999)(NO. 91,084); *The Florida Bar re Advisory Opinion on Nonlawyer Representation in*

2

*Securities Arbitration*, 696 So.2d 1178, 22 Fla. L. Weekly S388 (Fla., Jul 03, 1997)(NO. 89,140); *The Florida Bar re Advisory Opinion Activities of Community Ass'n Managers*, 681 So.2d 1119, 21 Fla. L. Weekly S328 (Fla., Jul 18, 1996)(NO. 86,929); *The Florida Bar re Amendments to Rules Regulating The Florida Bar* (Proceedings Before a Referee), 685 So.2d 1203, 21 Fla. L. Weekly S291 (Fla., Jun 27, 1996)(NO.87,132); *The Florida Bar v. Schramek*, 670 So.2d 59, 21 Fla. L. Weekly S51 (Fla., Feb 01, 1996)(NO. 83,873); *The Florida Bar v. Schramek*, 616 So.2d 979, 18 Fla. L. Weekly S243 (Fla., Apr 15, 1993)(NO. 77,871). I have also served as an expert for The Florida Bar as an ethics expert in class action litigation.

4. I am actively involved in my profession. I am a former member (1997-2002) of The Florida Board of Bar Examiners (FBBE) and am presently an Emeritus Member. I served on many subcommittees of the FBBE including the Committee on Character and Fitness where he was a member (1998-2000) and Chair (2000-present), the Committee on Petitions where I was a member (1998-1999) and Chair (1999-2000), the Committee on Budget (1999-present), the Committee on Questions (1998-present), the Committee on Abstracts of Practice where I was a member (1999-present) and Chair (2000-present), and Examination Grading (July 2000). I am involved in many other activities with The Florida Bar. I served as a member of the Board of Directors for The Florida Bar Foundation (2003-2006), and am a Fellow of The Florida Bar Foundation. I served as Chairman of the Special Commission on Multi-Jurisdictional Practice (2001-2005), and was a member of the Special Committee on the Enhancement of the Practice of Law (1997-1998). I was a member of the Board of Governors (BOG) of The Florida Bar (1999-2003), and was involved with many subcommittees of the BOG, including the Budget Committee (2000-2003), Multi-Disciplinary Practice Committee (1999-2002), and Board Review Committee on Professional Ethics (1999-2002). I have served on the 6th Circuit Pro

3

Bono, Ethics Committee (1997-1999), Standing Committee on Simplified Forms where he was a member (1996-1998) and Vice Chairperson (1998-1999), and the Task Force on the Unlicensed Practice of Law (1996). I have served as Chairperson (1995-1997), Vice Chairperson (1994-1995), and a member (1990-1994) of the Standing Committee on the Unlicensed Practice of Law. I am a former member of the Standing Committee on Professionalism (1991-1993), the Continuing Legal Education Committee (1991-1992), the Public Relations Committee (1989-1990), and the Board of Governors of Young Lawyers Division of The Florida Bar, Sixth Circuit Representative (1988-1992). I was a member (1985) and the Chairperson (1986-1995) of the 6A Circuit Committee for the Unlicensed Practice of Law and the Chairperson of the 6B Circuit Committee (1995). Presently, I am a member of the Florida Supreme Court's Judicial Management Council (2008-present) and the Consumer Protection Law Committee (2009-present). I was a member of the St. Petersburg Bar Association (1996-2005) and served on its Executive Committee (1996-1998 and 2003-2005). I was also a member of the St. Petersburg Law Library Board of Trustees (1997-1998), and of the Sixth Circuit Committee on Professionalism. Presently I am a member of the Community Law Program of the St. Petersburg Bar Association.

5.   I, John Yanchunis, am a member of The Florida Bar (admitted in 1981) and of The State Bar of Texas (admitted in 1980). Additionally, I am admitted to the United States Supreme Court, the United States Court of Appeals: Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits; the United States District Court: Southern, Northern, and Western Districts of Texas; the United States District Court: Eastern and Western Districts of Wisconsin; the United States District Court: Middle and Southern Districts of Florida, the United States District Court: Eastern District of Michigan, the United States District Court: Western District of Kentucky, the United States

4

District Court: Northern District of Illinois, the United States District Court of Connecticut, and the United States District Court of Colorado. I have been honored with the prestigious "AV" rating by Martindale-Hubbell, the paramount national publication in the legal field. This is the highest rating attainable and is based upon evaluation by judges and other attorneys. In 2005, the Elder Law Section of The Florida Bar awarded my law firm its Chair's Honor Award for my handling with Jill Bowman of a Class Action against the state of Florida for violations of federal law in failing to deliver a benefit under Medicaid to appropriate 41,000 elderly residents of nursing homes in Florida. I have also received The Florida Bar Foundation's "President's Award for Excellence" in 2010. I have been selected to Florida Super Lawyers in 2009 and 2010. The President's Award for Excellence recognizes outstanding leadership in promoting the Foundation's mission to help provide legal assistance for the poor. I received my Bachelor's degree from the University of Florida in 1976, while at the University of Florida he was a member of Florida Blue Key and Omicron Delta Kappa. I received my Juris Doctor degree from the South Texas College of Law in 1980, where I graduated magna cum laude. During law school, I was a member of the Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the South Texas Law Journal and the Phi Alpha Delta Fraternity.

6.      This case was worked as a team with each lawyer playing a distinct role and bringing a different strength to the representation.

7.      The class-related issues presented by this case were thorny and required extraordinary research and analysis.

8.      The hours and costs our firm spent in litigating this case and bringing it to resolution are accurately represented in the materials contained in Exhibit A hereto. The hourly rates for the partners and professional support staff in JHNS included in Exhibit A are the same

5

as the usual and customary hourly rates charged for their services in similar complex class action litigation. As stated in Exhibit A, the total number of hours expended on this litigation by JHNS from February 2007 through June 2007, were 92.10 hours. The total lodestar for JHNS is $44,780.00.

9.      As detailed in Exhibit A hereto, JHNS has incurred a total of $12,759.79 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses that JHNS incurred in this action are reflected on the books and records of firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

10.     The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for in camera review.

11.     The hourly rates set forth in Exhibit A are the same rates that my firm charges its hourly clients, are similar to the rates charged by litigation firms in the area for complex litigation, and/or have been accepted and approved in other consumer class action litigation.

12.     For all of the reasons stated above and in the concurrently-filed memoranda and declarations in support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Award of Incentive Payments, the undersigned Class Counsel respectfully request that the requested attorneys' fees and reimbursement of litigation expenses be awarded and the requested incentive payments be awarded. Without adequate compensation and financial reward, cases such as this simply could not be pursued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6

Executed on January 8th, 2013 in Tampa, Florida.

_____
John A. Yanchunis

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a copy was served upon the attorney of record for each other party through the Court's electronic filing service.

_John A. Yanchunis_

# Exhibit A

| PELLA WINDOWS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TIME REPORT** | | | | | | | | | | | |
| FIRM NAME: James, Hoyer, Newcomer, & Smiljanich, P.A. | | | | | | | | | | | |
| REPORTING PERIOD:  Cumulative | | | | | | | | | | | |
| **Name (Status)** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **Cumulative Hours** | **Hourly Rate** | **Cumulative Lodestar** |
| Mark Fistos -P | | | | | | | | | 86.00 | $500.00 | $43,000.00 |
| John Yanchunis-P | | | | | | | | | 0.60 | $600.00 | $360.00 |
| Frank Martelli- I | | | | | | | | | 3.90 | $200.00 | $780.00 |
| Sean Estes- A | | | | | | | | | 1.60 | $400.00 | $640.00 |
| | | | | | | | | | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0.00 | $0.00 | $0.00 |
| **TOTALS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.10 | | $44,780.00 |

P = Partner    A = Associate   PL/I = Paralegal/Investigator   LC = Law Clerk

1. Investigations, Fact Research, Document Coding
2. Discovery
3. Pleadings, Briefs, PT Motions
4. Court Appearance
5. Settlement
6. Litigation Strategy & Analysis

7. Class Certification
8. Case Administration

## PELLA WINDOWS

### EXPENSES REPORT

FIRM NAME: James, Hoyer, Newcomer, & Smiljanish, P.A.

REPORTING PERIOD:  Cumulative

| DESCRIPTION | CUMULATIVE EXPENSES |
|---|---|
| Assessments | $0.00 |
| Books/Publications | $0.00 |
| Clerk/Certificates, etc. | $0.00 |
| Computer Research | $0.56 |
| Deliveries | $0.00 |
| LEXIS/NEXIS research (WestLaw) | $785.06 |
| Meals | $372.84 |
| Photocopying (Inside) | $0.00 |
| Postage | $73.37 |
| Pro Hac Vice Fees | $0.00 |
| Telephone/Fax | $0.39 |
| Service | $0.00 |
| Travel | $523.57 |
| Storage | $0.00 |
| Expert(s) Witness Fees | $0.00 |
| Litigation Fund (Freed & Weiss, LLC ) | $10,000.00 |
| Other - | $0.00 |
| Court Repoter Services | $1,004.00 |
| **TOTAL EXPENSES** | $12,759.79 |