**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 C 4481 <br><br> The Honorable James B. Zagel |

## CLASS REPRESENTATIVES' OBJECTION TO THE SETTLEMENT

Plaintiffs and named Class Representatives Kent Eubanks, Thomas Riva, and William and Nancy Ehorn, by their counsel, file their objections to the settlement.

Plaintiffs and named Class Representatives adopt and incorporate their previously filed and stated positions on the settlement.

Plaintiffs and named Class Representatives object to the award of attorneys' fees for any and all time spent by Class Counsel in settlement and/or activities related to their time responding to Plaintiffs and Named Class Representatives. Plaintiffs and named Class Representatives object to the $2 Million advancement of attorneys' fees by Pella to Class Counsel as previously reported to the Court to the extent that specific objection needs to be preserved here.

Plaintiffs and named Class Representatives wish to appear at the Fairness Hearing in person or through counsel.

Plaintiffs and named Class Representatives object to the requirements required to file their objections.

Dated: January 28, 2013

Respectfully submitted,

Kent Eubank, Thomas Riva and
William and Nancy Ehorn, Class Plaintiffs,

By: /s David Oppenheim
One of their Attorneys

David Oppenheim
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500
A.R.D.C. No.: 3126474