(Revised 12/11)

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: Saltzman  VS.  Pella Corp.    Plantiff(s) / Defendant(s)

Case Number: 06 C 4481    Judge: James B. Zagel

I, John J Pentz, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of Class Member Lyle Schulte by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Massachusetts Supreme Judicial Court | 1993 |
| New Hampshire Supreme Court | 1995 |
| United States Court of Appeals for 7th Circuit | 2002 |
| See attachment for more | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?  Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☑ | No ☐ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

1/28/13                                    S/ John J Pentz

Date                                       Electronic Signature of Applicant

| Applicant's Name | Last Name: Pentz | First Name: John | Middle Name/Initial: J |
|---|---|---|---|
| Applicant's Law Firm | Law Offices of John J Pentz | | |
| Applicant's Address | Street Address: 19 Widow Rites Lane | | Room/Suite Number |
| | City: Sudbury | State: MA | ZIP Code: 01776 | Work Phone Number: 978-261-5725 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $176.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

# Bar Memberships of John Jacob Pentz

| State Courts | Date Admitted | Bar # | Status |
|---|---|---|---|
| Supreme Judicial Court of Massachusetts | December 1992 | 561907 | Active |
| Supreme Court of New Hampshire | May 1995 | 10882 | Inactive |

| Federal Courts | | | |
|---|---|---|---|
| Supreme Court of the United States | October 2006 | | Active |
| U.S. District Court for the Dist. of Mass. | September 1995 | 40760 | Active |
| U.S. District Court for the Dist. of NH | May 2011 | | Active |
| U.S. Court of Appeals for the 1st Circuit | May 2003 | | Active |
| U.S. Court of Appeals for the 2nd Circuit | April 2010 | | Active |
| U.S. Court of Appeals for the 3rd Circuit | October 2001 | | Active |
| U.S. Court of Appeals for the 4th Circuit | September 2003 | | Active |
| U.S. Court of Appeals for the 5th Circuit | November 2008 | | Active |
| U.S. Court of Appeals for the 6th Circuit | May 2005 | | Active |
| U.S. Court of Appeals for the 7th Circuit | March 2002 | | Active |
| U.S. Court of Appeals for the 8th Circuit | May 2005 | | Active |
| U.S. Court of Appeals for the 9th Circuit | April 2002 | | Active |
| U.S. Court of Appeals for the 10th Circuit | September 2006 | | Active |
| U.S. Court of Appeals for the 11th Circuit | May 2002 | | Active |

I requested that my NH Bar Admission be changed to inactive in March 2012 due to the infrequency with which I practice in NH.