

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

FEB - 4 2013
Feb 4 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DR. LEONARD SALTZMAN et al.,           )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )     Case No. 06 CV 4481
                                        )
PELLA CORPORATION et al.,               )
                                        )
        Defendants.                     )

## OBJECTION TO CERTAIN TERMS OF THE PROPOSED SETTLEMENT OF EMILIO M. FERNANDO

1. **Full Name**

   Emilio M. Fernando

2. **Current and Mailing Address**

   P.O. Box 337, 146 Sunnybranch Road, Far Hills, NJ 07931-0337

3. **Ownership status and address of home with Pella containing Pella ProLine Casement Windows Manufactured by Pella from 1991 to 2006.**

   Currently own home with the address of 146 Sunnybranch Road, Far Hills, NJ 07931 with Pella ProLine Casement windows purchased on May 2002.

4. **Objections to Certain Terms contained in the Proposed Settlement Agreement, Reasons and Proposal thereof:**

   OBJECTION I: Certain Time Line under Section V"RELIEF TO CLASS MEMBERS AND PROCEDURE FOR PROVIDING RELIEF TO CLASS MEMBERS"

   OBJECTION II: Definition of "DATE OF SALE"

OBJECTION I:  Time Line under Section V of the Settlement Agreement

Time Line under Section V, Subsection F "CLAIMS PROCESS BENEFITS FOR PELLA PROLINE CASEMENT WINDOWS WITH DAMAGE UNREPAIRED PRIOR TO THE INITIAL NOTICE DATE", Paragraph 77 1.a. "For Dates of Sale from 1991 to 2003, *if the Settlement Claim is made within 10 years after the Date of Sale* (emphasis provided): The remedies and benefits offered by the Product Warranty and PSEP, and ..."

   (A.)   <u>Objection:</u>

I respectfully object to the time line stipulated above which uses the date of the filing of the Settlement Claim as the end point by which the benefits are determined.

   (B.)   <u>Proposal:</u>

I respectfully propose that the end point by which the benefits are determined to be that *if* Prior Notice was made to Pella before the Initial Notice Date, then that date of the Prior Notice be the end point in determining the level of benefits instead of the date of filing of the Settlement Claim.

   (C.)   <u>Factual Basis and Rationale:</u>

Under certain situations, there is a conflict between the Pella's Product Warranty and the date of filing of a Settlement Claim. Under the Product Warranty, the Settlement Class Member is entitled to remedies from Pella for problems arising with the windows "If Pella is given notice of a defect in materials and workmanship occurring within ten (10) years from the date of sale by Pella or its authorized dealer, ..." (As specified in Pella Wood Window and Door Limited Warranty. Attached as Exhibit 1.)  Under the proposed Settlement Agreement the ending period imposed on the Settlement Class Member is when the Settlement Class Member files the Settlement Claim.  For Settlement Class Members who have *unrepaired* windows, that have a Date of Sale in 2002 *and* who have given notice within the prescribed 10 year period of the Warranty, their end period would be deemed to be in 2013 when they file their Settlement Claim prior to the July 23, 2013 deadline.  This puts them on the 11th year instead of the 10-year Warranty period.  Their benefits would then be substantially reduced through no fault of theirs but because of an inconsistency in Settlement Agreement.  They would be made worse off as a result of this Settlement Agreement.

- 2 -

I would fall under this particular circumstance, having purchased my Pella
ProLine Casement Windows in May 2002 (Attached as Exhibit 2 – Sales
Contract page 1 – full document available upon request). I had given my local
Pella office notice of defects within the 10 year period (September 2011.
Attached as Exhibit 3) and was in the process of negotiating the necessary
repairs. However, the Pella office discontinued the discussions and advised me
to go through the Settlement Agreement. A call to the Pella Settlement
Administrator also confirmed the same i.e., that even though I am still covered
under the Pella's 10-year Warranty Period, I would have to go through the
process of the Settlement Agreement. I was also told by a representative of the
Settlement Administrator that opting out of the Settlement Agreement is only if
I wanted to sue Pella. Opting out will not allow me to continue repairs or
replacement under the Warranty outside the Settlement Agreement. In view of
the foregoing, I therefore, request the Court to favorably consider the Proposal
above in order for me to get the benefit under the 10-year Warranty period for
which I am entitled prior to the Settlement Agreement.

<u>Objection II</u>.  Definition of Date of Sale

As defined under Paragraph 15 of the Settlement Agreement, the "Date of Sale
means the date the Pella ProLine Casement Window at issue was sold by Pella
Corporation or its authorized dealers or retailers.  If a Settlement Class
Member cannot establish ..."

(A.)  <u>Objection</u>:

I respectfully object to the above definition because it does not reflect the true
economic transaction in terms of providing the full 10-year warranty under
Pella's Wood Window and Door Limited Warranty.

(B.) <u>Proposal</u>:

I respectfully propose that the definition of the Date of Sale be qualified as the
***later of*** the following: as defined in Paragraph 15 of the Settlement Agreement,
the date of delivery, or if installed by Pella staff or representatives, the final
date of completion.

(C.) <u>Factual Basis and Rationale</u>:

In virtually all situations when purchasing Pella's windows, the Settlement
Class Member does not walk away from the Pella shop with the windows.
They are typically delivered to the site of use which could range from a few
days to a few months. Since the windows are in Pella's possession and control,

the Settlement Class Member does not get the true economic benefit of the 10-year warranty. Member has paid for a product with an explicit warranty of 10 years but, in fact, rarely receives that economic benefit for that exchange of value. The above proposal would address the issue.

In my particular situation, The Date of Sale was May 2002. The first delivery arrived in July 17, 2002 and trickled through December 2, 2002 (Attached as Exhibit 4 – relevant portions of delivery date – full document available upon request). The windows were installed by Pella's staff as well as authorized representative and was completed in December 2002. Pella had complete control of the process from manufacture, to delivery, to installation. They should provide the full benefit of the Warranty that they had pledged to their customer. Under the current definition of the Date of Sale, I did not get the benefit of 7 months of warranty which under the current circumstance has become valuable and critical.

5. **Signature and Date of Signature:**

Respectfully submitted:

_EWFernando_                   _1/29/13_

Emilio M Fernando                         Date

The United States District Court for the Northern District
         of Illinois
Eastern Division
Everett McKinley Dirksen United States Court House
219 S. Dearborn Street
Chicago, IL 60604

Pella Settlement Administrator
P.O. Box 2876
Portland, OR 97208-2876

Richard Burke
Paul Weiss
Complex Litigation Group, LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035

- 4 -

James A. O'Neal
John P. Mandler
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Exhibit 1*



## PELLA® WOOD WINDOW & DOOR
## LIMITED WARRANTY

**IMPORTANT NOTICE: Read this entire Pella Limited Warranty and Limitation of Liability ("Limited Warranty") before purchasing or installing this product. By installing or using this product you are acknowledging that this Limited Warranty is part of the terms of sale.**

This Limited Warranty applies only to the following Pella products: wood windows, wood patio doors and skylights ("Covered Pella Products"). Pella makes the following exclusive express Limited Warranties for Pella products installed within the United States and Canada, subject to the stated conditions and limitations.

**TRANSFERABLE LIMITED WARRANTIES FOR GLASS, WORKMANSHIP AND MATERIALS FOR SPECIFIED PELLA PRODUCTS**

**Nonglass Components. Transferable Ten-Year (10-Year) Limited Warranty.**
Pella warrants that the nonglass components of its Covered Pella Products, including the Pella Endura Hardware™ Collection, shall be free of manufacturing defects in material or workmanship or termite damage that significantly impair their proper operation and function for ten (10) years from the date of sale by Pella or its authorized dealer. If Pella is given notice of a defect in materials or workmanship occurring within ten (10) years from the date of sale by Pella or its authorized dealer, Pella shall, at its sole option: 1) repair or replace the defective part(s) or product(s) (with cost of labor included only within two [2] years of the date of sale by Pella or its authorized dealer) or 2) refund the original purchase price. This Limited Warranty on Nonglass Components does not apply to nonpainted hardware finishes other than the Pella Endura Hardware Collection.

**Nonlaminated Glass. Transferable Twenty-Year (20-Year) Limited Warranty.**
Pella warrants that nonlaminated glass in Covered Pella Products shall be free from premature failure or permanent material obstruction of vision due to a failure of the glass seal for twenty (20) years from the date of sale by Pella or its authorized dealer. If Pella is given notice of a glass defect occurring within twenty (20) years of the date of sale by Pella or its authorized dealer, Pella shall, at its sole option: 1) repair or replace the defective glass (with cost of labor included only within two [2] years of the date of sale by Pella or its authorized dealer) or 2) refund the original purchase price.

**Laminated Glass. Transferable Ten-Year (10-Year) Limited Warranty.**
The laminated glass in Covered Pella® Products, including HurricaneShield® impact-resistant glass is guaranteed against delamination, premature failure of the glass or a significant permanent obstruction of vision due to failure of the glass seal for a period of ten (10) years following the date of sale by Pella or its authorized dealer. If Pella is given notice of a defect in materials or workmanship occurring within ten (10) years from the date of sale by Pella or its authorized dealer, Pella shall, at its sole option: 1) repair or replace the defective part(s) or product(s) (with cost of labor included only within two [2] years of the date of sale by Pella or its authorized dealer) or 2) refund the original purchase price.

**EnduraClad® Plus Exterior Paint. Twenty-Year (20-Year) Limited Warranty.**
Pella warrants that all aluminum-clad products that have the optional EnduraClad Plus exterior paint finish shall be free from 1) chalk in excess of a numerical rating of six (6) when measured in accordance with the standard procedures specified in ASTM D659 or 2) fade or change in color in excess of five (5) "E" units (NBS), calculated in accordance with ASTM 2244, for twenty (20) years from the date of sale by Pella or its authorized dealer. Color change will be measured on the exposed painted surface, which has been cleaned of surface soils and chalk, and the corresponding values will be measured on the original or unexposed



PELLA WINDOWS & DOORS

LUX HOMES, INC.

*Exhibit 2*

# PELLA WINDOWS & DOORS

*We're more than just windows…*

## Contract

659 Morris Turnpike    Springfield, NJ 07081
Phone 973-912-8822    Fax 973-912-8903

CHAUTAUQUA WOODS
KML WINDOWS
WOOD HARBOR MILLWORK
LINDAL SUNROOMS
OTHER FINE BUILDING PRODUCTS
AND SERVICES

LUXURY PRODUCTS, INC.

LUXURY PRODUCTS

**Customer**

Fernando, E
146 Sunny Branch Rd
SOMERS
Bernardsville, NJ 07924

Bus. Phone: ( ) -
Bus. Fax: ( ) -
Cellular: ( ) -

**Project / Ship-To**

Fernando
146 Sunny Branch Rd
SOMERS
Bernardsville, NJ 07924

Owner: Mr. & Mrs. Emilio Fernando
Bus. Phone: (973) 467- 3719
Home Phone:

| Order | |
|---|---|
| Date | 05/23/2002 |
| No. | 237N02985 |
| Need Date | 07/01/2002 |
| Sales Rep. Name | Bob Hammer - Springfield |
| Prepared by | Bob Hammer |
| Payment Terms | C.O.D. |
| Architect | |
| Jamb Depth | |
| P.O. No. | |
| Dist. Order No. | |

**Comments:**

**Outside View**



| Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|
| Item# 1<br>Location: dining room<br>R.O: 8' 0-3/4" X 5' 11-3/4"<br>WallCond: 6-9/16" | Qty: 1 | **4-wide Casement**<br><br>**A: Left Hinge Casement, Frame:24 X 71:** Architect Series Classic, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen, Brass Hardware, 3/4" Rem Trad (muntin pattern: 2Wx6H), Fins (per design)<br>**B: Fixed Casement, Frame:24 X 71:** Architect Series Classic, Clad, Model 1, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad (muntin pattern: 2Wx6H), Fins (per design)<br>**C: Fixed Casement, Frame:24 X 71:** Architect Series Classic, Clad, Model 1, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad (muntin pattern: 2Wx6H), Fins (per design)<br>**D: Right Hinge Casement, Frame:24 X 71:** Architect Series Classic, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen, Brass Hardware, 3/4" Rem Trad (muntin pattern: 2Wx6H), Fins (per design) | 2,276.29 | 2,276.29 |

Contract for Customer Fernando, E    Project: Fernando    Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | **Item# 2**<br>Location: dining room<br>R.O: 8' 0-3/4" X 4' 0-3/4"<br>WallCond: 6-9/16" | Qty: 1 | **Fixed Circlehead, Frame:96 X 48:** Support Products, Clad, Shape 01 Half Circle, Model 2, White, 1" InsulShld IG Glazing, White Screen, Brass<br>Unit Value Added Items: 2" Joining Mullion Cover - 80" - Qty 1, 5/4x4 Crvd Ext Flat Casing, 8' - 8 11" - Qty 1 | 1,584.65 | 1,584.65 |
| | Notes: | | | | |
| | **Item# 4**<br>Location: living room<br>WallCond-1: 3-11/16"<br>WallCond-2: 3-11/16"<br>WallCond-3: 3-11/16" | Qty: 1 | **3 wide casement w/spread mull by Pella**<br>A: **2971 (E) Left Hinge Casement, Frame:29 X 71:** ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen, Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)<br>B: **2971 Fixed Casement, Frame:29 X 71:** ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)<br>C: **2971 (E) Right Hinge Casement, Frame:29 X 71:** ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen, Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)<br>**Composite Value Added Items:** Flexible Fin Corner (per corner) - Qty 4, Lineal Head Drip Fin (per ft) - Qty 8, Fold-Out Fin (per ft) - Qty 12, Shop Spread Mullions (per mull w/covers) - Qty 2, 6-9/16" Jamb Ext. Applied - Qty 20 | 1,423.32 | 1,423.32 |
| | Notes: | | | | |
| | **Item# 5**<br>Location: masterbed<br>R.O: 7' 6" X 3' 9-3/8"<br>WallCond: 6-9/16" | Qty: 1 | **Fixed Circlehead, Frame:89-1/4 X 44-5/8:** Support Products, Clad, Shape 01 Half Circle, Model 2, White, 1" InsulShld IG Glazing, Custom Muntin per drawing (muntin pattern: - Rays), Fins (per design), 3/4" Trad<br>*Unpublished Custom Offering, Must Be Verified by Pella Corporation.*<br>Unit Value Added Items: 1-1/4" Mullion Cover (std color) 120" - Qty 1, 5/4x4 Crvd Ext Flat Casing, 7' - 7 11" - Qty 1 | 1,826.98 | 1,826.98 |
| | Notes: | | | | |

Notes:

Notes:

Contract for Customer Fernando, E

Project: Fernando

Order No.: 237N02985

**Outside View**

| Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|
| Item# 6 | Qty: 1 | **triple casement w/spread mull of 1" 1/8 by pella** <br> **A: 2965 (E) Left Hinge Casement, Frame:29 X 65:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx5H), Fins (per design) <br> **B: 2965 Fixed Casement, Frame:29 X 65:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx5H), Fins (per design) <br> **C: 2965 (E) Right Hinge Casement, Frame:29 X 65:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx5H), Fins (per design) <br> **Composite Value Added Items:** 6-9/16" Jamb Ext. Applied - Qty 20 | 961.34 | 961.34 |

Location: master bed <br> WallCond-1: 3-11/16" <br> WallCond-2: 3-11/16" <br> WallCond-3: 3-11/16"

Notes:

| | | | | |
|---|---|---|---|---|
| Item# 7 | Qty: 1 | **3553-3 (E) Three-Wide LFR Casement, Frame:105 X 53:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 3Wx4H), Fins (per design) | 864.73 | 864.73 |

Location: bedroom #1 <br> R.O: 8' 9-3/4" X 4' 5-3/4" <br> WallCond: 4-9/16"

Notes:

| | | | | |
|---|---|---|---|---|
| Item# 8 | Qty: 1 | **3553-3 (E) Three-Wide LFR Casement, Frame:105 X 53:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 3Wx4H), Fins (per design) | 864.73 | 864.73 |

Location: bedroom #2 <br> R.O: 8' 9-3/4" X 4' 5-3/4" <br> WallCond: 4-9/16"

Notes:

| | | | | |
|---|---|---|---|---|
| Item# 9 | Qty: 1 | **2953-2 (E) Two-Wide CM LR Casement, Frame:58 X 53:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx4H), Fins (per design) | 549.72 | 549.72 |

Location: bedroom #3 <br> R.O: 4' 10-3/4" X 4' 5-3/4" <br> WallCond: 4-9/16"

Notes:

Contract for Customer Fernando, E          Project: Fernando          Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
|  | **Item# 10**<br>**Location:** bedroom #4<br>**R.O:** 4' 10-3/4" X 7' 4-3/4"<br>**WallCond:** 4-9/16" | Qty: 1 | **Half Circle over 2-wide Casement**<br>**A: CM5829/CM5829PL Fixed--used w/Casement Circlehead, Frame:58 X 29.** Support Products, Clad, Shape 01 Half Circle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Sunburst (muntin pattern: open hub,3 Rays,R1=2-5/8",R2=14-1/2"), Fins (per design)<br>**B: 2959 (E) Left Hinge Casement, Frame:29 X 59:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx5H), Fins (per design)<br>**C: 2959 (E) Right Hinge Casement, Frame:29 X 59:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx5H), Fins (per design)<br>**Composite Value Added Items:** LP-CM4724 3-1/2" Pine Col.Trim - Qty 1, 5/4x4 Crvd Ext Flat Casing, 4' - 4'11" - Qty 1 | 1,678.15 | 1,678.15 |
| Notes: | | | | | |
| | **Item# 11**<br>**Location:** bedroom #4<br>**R.O:** 2' 5-3/4" X 3' 11-3/4"<br>**WallCond:** 4-9/16" | Qty: 1 | **2947 (E) Right Hinge Casement, Frame:29 X 47:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx4H), Fins (per design) | 256.23 | 256.23 |
| Notes: | | | | | |
| | **Item# 12**<br>**Location:** stair way<br>**R.O:** 2' 5-3/4" X 3' 11-3/4"<br>**WallCond:** 4-9/16" | Qty: 1 | **2947 (E) Left Hinge Casement, Frame:29 X 47:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx4H), Fins (per design) | 256.23 | 256.23 |
| Notes: | | | | | |

Contract for Customer Fernando, E

Project: Fernando

Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | **Item# 13**<br>**Location:** tv Room<br>**R.O:** 3' 1-1/4" X 6' 8-5/8"<br>**WallCond:** 4-9/16" | **Qty:** 1 | **3781 Fixed In-Swing French Door, Frame:36-1/2 X 80-1/8:** ProLine, Clad, Model 1, White, 3/4" InsulShld Temp IG Glazing, Fins (per design) | 578.98 | 578.98 |
| **Notes:** | | | | | |
| | **Item# 14**<br>**Location:** office<br>**R.O:** 7' 3-3/4" X 3' 11-3/4"<br>**WallCond:** 4-9/16" | **Qty:** 1 | **2971-3 (E) Three-Wide LFR Casement, Frame:87 X 71:** ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design) | 1,092.07 | 1,092.07 |
| **Notes:** | | | | | |
| | **Item# 15**<br>**Location:** master bath<br>**R.O:** 2' 5-3/4" X 3' 11-3/4"<br>**WallCond:** 4-9/16" | **Qty:** 1 | **2947 (E) Right Hinge Casement, Frame:29 X 47:** ProLine, Clad, Model 2, White, 5/8" InsulShld IG Glazing, White Screen, White Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx4H), Fins (per design) | 256.23 | 256.23 |
| **Notes:** | | | | | |
| | **Item# 16**<br>**Location:** master bath<br>**R.O:** 3' 11-3/4" X 5' 5-1/4"<br>**WallCond:** 4-9/16" | **Qty:** 1 | **Fixed Clad Frame, Frame:47 X 64-1/2:** Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 1" InsulShld Temp IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 4Wx5H), Fins (per design) | 595.85 | 595.85 |
| **Notes:** | | | | | |
| | **Item# 17**<br>**Location:** master bath<br>**R.O:** 3' 11-3/4" X 3' 11-3/4"<br>**WallCond:** 6-9/16" | **Qty:** 1 | **Fixed Circlehead, Frame:47 X 47:** Support Products, Clad, Shape 02 Quarter Circle, Model 2, White, 5/8" InsulShld IG Glazing, Fins (per design), Install Left Orientation<br>Unit Value Added Items: 5/4x4 Crvd Ext Flat Casing, 4' - 4'11" - Qty 1 | 1,071.86 | 1,071.86 |
| **Notes:** | | | | | |

Contract for Customer Fernando, E

Project: Fernando

Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|

**Item# 18**
Location: game room
WallCond-1: 3-11/16"
WallCond-2: 3-11/16"
WallCond-3: 3-11/16"
WallCond-4: 3-11/16"
WallCond-5: 3-11/16"

Qty: 1

**five wide casement mulled by pella**
A: 2971 (E) Left Hinge Casement, Frame:29 X 71: ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, Champagne Screen, Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)
B: 2971 Fixed Casement, Frame:29 X 71: ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)
C: 2971 Fixed Casement, Frame:29 X 71: ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)
D: 2971 Fixed Casement, Frame:29 X 71: ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)
E: 2971 (E) Right Hinge Casement, Frame:29 X 71: ProLine, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H), Fins (per design)
Composite Value Added Items: 6-9/16" Jamb Ext. Applied - Qty 25

1,923.54

1,923.54

Notes:

**Item# 19**
Location: game room
WallCond-1: 3-11/16"
WallCond-2: 3-11/16"
WallCond-3: 3-11/16"
WallCond-4: 3-11/16"
WallCond-5: 3-11/16"

Qty: 1

**five wide C/F transom mulled by Pella**
A: Fixed Clad Frame, Frame:29 X 21: Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 2Wx2H)
B: Fixed Clad Frame, Frame:29 X 21: Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 2Wx2H)
C: Fixed Clad Frame, Frame:29 X 21: Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 2Wx2H)
D: Fixed Clad Frame, Frame:29 X 21: Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 2Wx2H)
E: Fixed Clad Frame, Frame:29 X 21: Support Products, Clad, Shape 1Z Rectangle, Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Spec (muntin pattern: 2Wx2H)
Composite Value Added Items: 6-9/16" Jamb Ext. Applied - Qty 16

1,006.83

1,006.83

Notes:

Contract - Page 6 of 9

Contract for Customer Fernando, E

Project: Fernando

Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|

**Notes:**

Item# 20
Location: gameroom
WallCond-1: 6-9/16"
WallCond-2: 6-9/16"
WallCond-3: 6-9/16"
WallCond-4: 6-9/16"
WallCond-5: 6-9/16"

Qty: 1

casement/picture/casement
A: 2971 (E) Left Hinge Casement, Frame:29 X 71: ProLine, Clad,
Model 2, White, 5/8" InsulShld Temp IG Glazing, Champagne Screen,
Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H),
Fins (per design)
B: Fixed Clad Frame, Frame:70 X 71: Support Products, Clad, Shape
1Z Rectangle, Model 2, White, 1" InsulShld IG Glazing, 3/4" Rem Trad
Spec (muntin pattern: 5Wx6H)
C: 2971 (E) Right Hinge Casement, Frame:29 X 71: ProLine, Clad,
Model 2, White, 5/8" InsulShld Temp IG Glazing, Champagne Screen,
Brass Hardware, 3/4" Rem Trad - Unfinished (muntin pattern: 2Wx6H),
Fins (per design)
D: Fixed Clad Frame, Frame:71-1/4 X 47-1/4: Support Products, Clad,
Shape 1Z Rectangle, Model 2, White, 1" InsulShld IG Glazing, 3/4" Rem
Trad Spec (muntin pattern: 5Wx6H)
E: DR7236/DR7236PL Fixed–used w/Clad Frame Circlehead,
Frame:71-1/4 X 35-5/8: Support Products, Clad, Shape 01 Half Circle,
Model 2, White, 5/8" InsulShld IG Glazing, 3/4" Rem Trad Sunburst
Spec (muntin pattern: 4LWx3Rx1#U ,open hub), Fins (per design), Over
Single Unit
Unit Value Added Items: 5/4x4 Crvd Ext Flat Casing, 4' - 4'11" - Qty 1

3,348.92 - 3,348.92

**Notes:**



Item# 21
Location: master bath
R.O.: 7' 11-3/4" X 3' 3-3/4"
WallCond: 4-9/16"

Qty: 1

4-wide Casement
A: Left Hinge Casement, Frame:23-3/4 X 39: Architect Series Classic,
Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White Screen,
White Hardware, 3/4" Rem Trad (muntin pattern: 2Wx3H), Fins (per
design)
B: Fixed Casement, Frame:23-3/4 X 39: Architect Series Classic, Clad,
Model 1, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad
(muntin pattern: 2Wx3H), Fins (per design)
C: Fixed Casement, Frame:23-3/4 X 39: Architect Series Classic, Clad,
Model 1, White, 5/8" InsulShld Temp IG Glazing, 3/4" Rem Trad
(muntin pattern: 2Wx3H), Fins (per design)
D: Right Hinge Casement, Frame:23-3/4 X 39: Architect Series
Classic, Clad, Model 2, White, 5/8" InsulShld Temp IG Glazing, White

1,461.46 - 1,461.46

Contract for Customer Fernando, E

Project: Fernando

Order No.: 237N02985

| Outside View | Item No. | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 22<br>Location: | Qty: 1 | Screen, White Hardware, 3/4" Rem Trad (muntin pattern: 2Wx3H), Fins (per design) | | |
| | | | Lp-Installed Sale | 21,621.90 | 21,621.90 |

Notes:

Notes:

Notes:

THANK YOU FOR PURCHASING PELLA PRODUCTS

Contract for Customer: Fernando, E      Project: Fernando      Order No.: 237N02985

## ORDER CHECKLIST

☐ Reviewed all product sizes, specifications and options, including, but not limited to clad color, glazing, screen types, muntin (type, profile, size, finish, alignment/non-alignment, GBG available white only) and jamb depth. Pella Entry Doors are only available with primed jambs on both exterior and interior.

☐ Reviewed "Need Date" with buyer

☐ Reviewed deposit and final payment terms

☐ Reviewed Customer Satisfaction Rating Program.

☐ Reviewed delivery requirements, directions to job site, contact names/phone numbers and return policy.

☐ Reviewed product warranty and field service request procedures.

☐ Reviewed that the installation of products and accessories is by others unless specifically noted otherwise on the face of this contract.

☐ Items with a prefix (LP) are sold by Luxury Products, Inc. (LPI) and billed by Lux Home Inc., d/b/a Pella Windows & Doors, (Pella) All payments to be made to Pella Windows & Doors. **Buyer acknowledges that he/she has received, read, understands and accepts the Seller's Standard Terms and Conditions of Sale on the reverse side and/or hereof annexed to this contract. The parties agree that faxed signatures are acceptable as originals and are binding.**

## TAILGATE DELIVERY ONLY, CUSTOMER TO FURNISH HELP TO UNLOAD

| | |
|---|---|
| Taxable Subtotal | $ 45,500.00 |
| Sales Tax at  0.0000% | 0.00 |
| Non-taxable Subtotal | 0.00 |
| Total | $ 45,500.00 |
| Deposit Received | $     0.00 |

Credit Card Payment (Visa or Mastercard only)

☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐

Expiration Date ☐☐ / ☐☐

Amount of Charge $ _____

Pella Financing Approval Number:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐

_____      _____
Customer Signature          Date

_____      01/24/01
Pella/LPI Sales Representative Signature      Date

Please Print Name



PELLA WINDOWS & DOORS

# PELLA WINDOWS & DOORS

CHAUTAUQUA WOODS
WOOD HARBOR MILLWORK
LINDAL SUNROOMS
OTHER FINE BUILDING
PRODUCTS
AND SERVICES

LUXURY PRODUCTS

*We're more than just windows...*

S T A T E M E N T

LUX HOME, INC.

P.O. Box 1199      West Caldwell, NJ 07007
Phone 973-575-0200    Fax 973-882-5747
http://www.luxhome.com

LUXURY PRODUCTS, INC

Date: 10/31/2002
Customer Number: 9734673719
Statement as of: 10/31/2002

FERNANDO, E

146 SUNNY BRANCH RD

Payment Terms: COD

BERNARDSVILLE NJ    07924

Deposits Received:                     $0.00

Please detach and return this portion with your payment

| Date | Document No. | Type | Description | Job Name | Charges | Pymts & Credits | Balance |
|------|-------------|------|-------------|----------|---------|-----------------|---------|
| 07/18/2002 | INV039266 | SLS | Fernando | 237N02985 | $45,500.00 | | $45,500.00 |
| 07/18/2002 | PYMNT000061948 | PMT | Applied:  INV039266 | 237N02985 | | ($20,000.00) | ($20,000.00) |
| 10/29/2002 | INV045080 | SLS | Fernando | 237N03985A | $3,799.10 | | $3,799.10 |
| 07/18/2002 | PYMNT000061948 | PMT | Fernando | 237N02985 | | | $0.00 |

```
                                          --------------------
                         Amount Due:              $29,299.10
                                          ====================
```

| 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 150 Days | 151 - 180 Days | 181+ Days |
|-----------|--------------|--------------|---------------|----------------|----------------|-----------|
| $3,799.10 | $0.00 | $0.00 | $25,500.00 | $0.00 | $0.00 | $0.00 |

Types:  FIN = Finance Charges      CR  = Credit Memos
        SVC = Service / Repairs    RTN = Returns
        SLS = Sales / Invoices     PMT = Payments
        DR  = Debit Memos

THANK YOU FOR YOUR PATRONAGE



Exhibit 3

**Pella**

VIEWED TO BE THE BEST.™

## REQUEST SERVICE

We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!

Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.

## OPTIONS

**Step 1**

Do It Yourself - Diagnose ____ 1/7

On-Site Service Survey - Service charge will apply

help us serve you better, have this information ready
n you call or complete form and fax to (973) 244-1192

## ABOUT YOU

First Name ____ Emilio

Last Name ____ Fernando

Street Address ____ 146 Sunnybranch Rd

City ____ Far Hills    State ____ NJ    Zip ____ 07931

E-Mail ____ emfernando@gmail.com

Day Phone# ____

Evening Phone# ____ 908-542-0399

## Step 2 — PRODUCT INFO

Original Order# 237 ____ NLX955X   # 751

Year Purchased ____ 2/7/2003

SKU# ____ C16-2-2-02

Glass Etching ____
(Where is it? While etching is located on any corner of glass)

(Label on bottom right of glass)

## Step 3 — YOUR PRODUCT

Select product from photos below.

**WINDOWS**

Double Hung

(Casement)

Awning

QUANTITY ____ 2 < left / right

**DOORS**

Patio / Slider

French

Entry
(hinge or opening viewed from exterior)

Other Units ____



## FOR PARTS

Room Location(s) ____ master bedroom

Size(s) of Visable Glass ____ 24 X 65
(daylight opening - width X height)

Nature of the Problem ____ screws of hinge
____ connecting to handle close it were
____ to install the hardware.

Parts are available at our
West Caldwell location only.

Survey / Inspection - Charge may apply
Service Call - Charge may apply

Type of Unit ____

Size(s) of Visable Glass ____
(daylight opening - width X height)

Where is the part located? ____

What does the part do? ____

Hardware color? ____

# REQUEST SERVICE

**Pella**
VIEWED TO BE THE BEST!™

We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!

Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.

## OPTIONS

☐ On-Site Service Survey - Service charge will apply

☐ Do It Yourself - Diagnose   2/7

To help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192

## Step 1

### ABOUT YOU

First Name ___Emilio___

Last Name ___Fernando___

Street Address ___146 Sunnybranch Rd___

City ___Fox Hills___  State ___NJ___  Zip ___07931___

E-Mail ___emfernando@gmail.com___

Day Phone# ___908-532-0299___

Evening Phone# ___908-532-0299___

## Step 2

### PRODUCT INFO

Original Order# 237 ___NF2985E___   #751

Year Purchased ___2/7/03___

SKU# ___C16-2-2-02___
(Label on bottom right of glass)

Glass Etching _____
(Where is it? White etching is located on any corner of glass)

## Step 3

### YOUR PRODUCT
Select product from photos below.

**WINDOWS**                                    QUANTITY

Double Hung

Casement                                        1

Awning

**DOORS**

Patio / Slider

French

Entry

(Hinges or opening viewed from exterior)

Other Units: ___V note: receipt says "right huge casement"___

## FOR PARTS

Parts are available at our West Caldwell location only.

☐ Survey / Inspection - Charge may apply

☐ Service Call - Charge may apply

Room Location(s) ___Master bathroom___

Size(s) of Visable Glass ___24 x 47___
(daylight opening - width X height)

Nature of the Problem ___screws of openings hinge on window broke causing off due to wood deterioration___

Type of Unit _____

Size(s) of Visable Glass _____
(daylight opening - width X height)

Where is the part located? _____

What does the part do? _____

Hardware color? _____



**VIEWED TO BE THE BEST™**

## REQUEST SERVICE

We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!

Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.

**Step 1**

### ABOUT YOU

First Name **Emilio**

Last Name **Fernando**

Street Address **146 Sunnybranch Rd**

City **Fen Hills**

State **NJ**   Zip **07931**

E-Mail **emfernando@gmail.com**

Day Phone# **908-533-0849**

Evening Phone# **908-532-0849**

**Step 2**

## OPTIONS

☐ On-Site Service Survey - Service charge will apply

☐ Do It Yourself - Diagnose **4/7**

(Help us serve you better; have this information ready when you call or complete form and fax to (973) 244-1192)

---

## PRODUCT INFO

Original Order# 237 **NY 2985**

#751   Year Purchased **2/7/03**

SKU# **C16-23-02**

(Label on bottom right of glass)

Glass Etching

(Where is it? White etching is located on any corner of glass)

**Step 3**

## YOUR PRODUCT

Select product from photos below.

| WINDOWS | QUANTITY |
|---|---|
| Double Hung | |
| Casement | 1 |
| Awning | |

**DOORS**

| | |
|---|---|
| Patio / Slider | |
| French | |
| Entry | |

(Hinge or opening viewed from exterior)

Other Units _____

---

## FOR PARTS

Room Location(s) **Bedroom # 2**

Size(s) of Visable Glass
(daylight opening - width X height)
**105 X 53**

Nature of the Problem **weather stripping**
**coming off.**

Type of Unit _____

Size(s) of Visable Glass
(daylight opening - width X height) _____

Survey / Inspection - Charge may apply

Service Call - Charge may apply

Parts are available at our West Caldwell location only.

Where is the part located? _____

What does the part do? _____

Hardware color? _____

**VIEWED TO BE THE BEST™**

# REQUEST SERVICE

We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!

Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can assist your home or business to help.

## OPTIONS

On-Site Service Survey - Service charge will apply

Do It Yourself - Diagnose _____ 5/7

help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192

## ABOUT YOU

First Name _Emilio_

Last Name _Fernandez_

Street Address _146 Seven browen Rd_

City _Far Hills_    State _N.J_    Zip _07931_

E-Mail _emfernandez@gmail.com_

Day Phone# _908-532-0439_

Evening Phone# _908-532-0439_

## Step 1

### PRODUCT INFO

Original Order# 237 _Ny 243-E_    #751

Year Purchased _2/7/03_

SKU# _Glg-2 1-02_
(label on bottom right of glass)

Glass Etching _Overscale fixed-side lite_
(Where is it? While etching is located on any corner of glass)

## Step 2

### YOUR PRODUCT

Select product from photos below.

**WINDOWS**               QUANTITY

Double Hung _____

Casement _____

Awning _____  _2_



**DOORS**

Patio / Slider _____

French _____

Entry _____
(Hinge or opening viewed from exterior)

Other Units _____

## FOR PARTS

Size(s) of Visable Glass _____
(daylight opening - width x height)

Room Location(s) _bedroom #3_

Size(s) of Visable Glass _50 x 53_
(daylight opening - width x height)

Nature of the Problem _has 2 broken panes of windows in bedroom_

Parts are available at our West Caldwell location only.

Survey / Inspection - Charge may apply

Service Call - Charge may apply

Type of Unit _____

Size(s) of Visible Glass _____
(daylight opening - width x height)

Where is the part located? _____

What does the part do? _____

Hardware color? _____

**REQUEST SERVICE**

*We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years! Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can assist your home or business to help.*

**Pella**
**VIEWED TO BE THE BEST.™**

## OPTIONS

☐ On-Site Service Survey - Service charge will apply

☐ Do It Yourself - Diagnose _c/7_

_A help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192_

## ABOUT YOU

First Name _Emilio_

Last Name _Fernando_

Street Address _146 Sunnybranch Road_

City _Far Hills_

State _NJ_   Zip _07931_

E-Mail _emforanando2@gmail.com_

Day Phone# _908-532-0294_

Evening Phone# _703-532-0294_

## PRODUCT INFO

Original Order# 237 _NE 2685E_

# 751

Year Purchased _2/7/03_

SKU# _C18 - 2 - 2 - 02_

(Label on bottom right of glass)

**Glass Etching**
(Where is it? While etching is located on any corner of glass)

## YOUR PRODUCT

Select product from photos below.

**WINDOWS**                    **QUANTITY**

Double Hung

Casement

Awning

**DOORS**

Patio / Slider

French

Entry

(Hinge or opening viewed from exterior)

Other Units _____

## FOR PARTS

Room Location(s) _Room #4_

Size(s) of Visable Glass
(daylight opening - width X height)
_26 x 47_

Nature of the Problem _hose of window_
_hinge screws loose of door to_
_wood deterioration_

Type of Unit _____

Size(s) of Visable Glass
(daylight opening - width X height) _____

Where is the part located? _____

*Parts are available at our West Caldwell location only.*

**Survey / Inspection - Charge may apply**

**Service Call - Charge may apply**

What does the part do? _____

Hardware color? _____



**VIEWED TO BE THE BEST™**

# REQUEST SERVICE

We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!

Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.

## Step 1

### OPTIONS

- [x] On-Site Service Survey - Service charge will apply
- [ ] Do It Yourself - Diagnose

To help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192

## ABOUT YOU

First Name: Emilio

Last Name: Fernando

Street Address: 146 Sunnybranch Rd.

City: Fox Hills

State: NJ     Zip: 07931

E-Mail: Emfernando@gmail.com

Day Phone #: 908-532-0299

Evening Phone #: 908-532-0299

## Step 2

### PRODUCT INFO

Original Order # 237 __NO 2985__   #751

Year Purchased __2/7/03__

SKU # __P 2-02__
(Label on bottom right of glass)

Glass Etching _____
(Where is it? While etching is located on any corner of glass)

## Step 3

### YOUR PRODUCT

Select product from photos below.

| | QUANTITY |
|---|---|
| **WINDOWS** | |
| Double Hung | |
| Casement / Clad | (circled) |
| Awning | |
| **DOORS** | |
| Patio / Slider | |
| French | |
| Entry | |
| Other Units (Hinge or opening viewed from exterior) Fixed - used w/ casement Circle head | (1) |

## FOR PARTS

Room Location(s): __Bedroom #4__

Size(s) of Visable Glass (daylight opening - width x height): __Frame, 58 x 29__

Nature of the Problem: __wood on base of window deteriorated__

Parts are available at our West Caldwell location only.

Survey / Inspection - Charge may apply

Service Call - Charge may apply

Type of Unit: _____

Size(s) of Visable Glass (daylight opening - width x height): _____

Where is the part located? _____

What does the part do? _____

Hardware color? _____

(A)



**Pella**

**VIEWED TO BE THE BEST™**

## REQUEST SERVICE

*We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years! Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.*

## OPTIONS

☐ On-Site Service Survey - Service charge will apply

☐ Do It Yourself - Diagnose

---

### Step 1

## ABOUT YOU

First Name ____Emilio____

Last Name ____Fernando____

Street Address ___146 Sunnybranch Rd.___

City ___Far Hills___ State ___NJ___

E-Mail ___emfernando@gmail.com___

Day Phone# ___908-532-0249___

Evening Phone# ___908-532-0249___ Zip ___07931___

*(To help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192*

---

### Step 2

## PRODUCT INFO

Original Order# 237 ___UP 2825___

Year Purchased ___# 751___ ___2/7/03___

SKU# ___CIG-2 2-OL___
(Label on bottom right of glass)

Glass Etching _____
(Where is it? While etching is located on any corner of glass)

---

### Step 3

## YOUR PRODUCT

Select product from photos below.

| WINDOWS | QUANTITY |
|---|---|
| Double Hung | |
| (Casement) | 2 |
| Awning | |



| DOORS | |
|---|---|
| Patio / Slider | |
| French | |
| Entry | |

Other Units _____

*(Hinge or opening viewed from exterior)*

---

## FOR PARTS

**Parts are available at our West Caldwell location only.**

Survey / Inspection - Charge may apply

Service Call - Charge may apply

Room Location(s) ___Office/Study Room (B)___

Size(s) of Visable Glass ___87 x 71___
(daylight opening - width x height)

Nature of the Problem ___base of window___
___hinge screws coming off due___
___to wood deterioration.___

Type of Unit _____

Size(s) of Visable Glass _____
(daylight opening - width x height)

Where is the part located? _____

What does the part do? _____

Hardware color? _____

## REQUEST SERVICE

*We at your Pella Windows & Doors Store provide replacement parts for nearly every Pella product from the past 60+ years!*

*Our factory-trained service experts perform repairs and maintenance on virtually all Pella products as well. No matter what the problem may be, we can visit your home or business to help.*

**Pella**

**VIEWED TO BE THE BEST™**

### Step 1

#### OPTIONS

On-Site Service Survey - Service charge will apply

Do It Yourself - Diagnose _____ 7/7

Help us serve you better, have this information ready when you call or complete form and fax to (973) 244-1192

#### ABOUT YOU

First Name _____ Emilio

Last Name _____ Fernando

Street Address _____ 1414 Sunnybranch Rd.

City _____ Far Hills

State _____ NJ          Zip _____ 07931

E-Mail _____ emfernando@gmail.com

Day Phone# _____ 908 532 0246

Evening Phone# _____ 908 532 0246

### Step 2

#### PRODUCT INFO

Original Order# 237 N/A2035 E _____ # 751

Year Purchased _____ 2/7/03

SKU# _____ P - 202

Glass Etching _____ (Label on bottom right of glass)

(Where is it? White etching is located on any corner of glass)

### Step 3

#### YOUR PRODUCT

Select product from photos below.

| | QUANTITY |
|---|---|
| **WINDOWS** | |
| Double Hung | |
| Casement | 2 |
| Awning | |
| **DOORS** | |
| Patio / Slider | |
| French | |
| Entry | |

(Hinge or opening viewed from exterior)



Other Units _____

### Step 2 (FOR PARTS)

Room Location(s) _____ game room C

Size(s) of Visable Glass
(daylight opening - width x height)
70 x 71 and 71 1/4 x 47 1/4

Nature of the Problem _____ water coming in when there is strong driving in rain — leaks on the edges. Inside of glass gets cloudy when weather changes.

#### FOR PARTS

Parts are available at our West Caldwell location only.

Survey / Inspection - Charge may apply

Service Call - Charge may apply

Type of Unit _____

Size(s) of Visable Glass
(daylight opening - width x height)
_____

Where is the part located? _____

What does the part do? _____

Hardware color? _____

Exhibit 4

3-4-G

# DELIVERY TICKET
## Pella Windows and Doors
### 4 Dedrick Place
### West Caldwell, NJ 07006

Phone: (973) 575-0200   Fax: (973) 882-5747

| Customer | Project / Ship To |
|---|---|
| Fernanda, E<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS<br><br>Contact:<br>Bus: ( ) - 908 - 532 0299 | Fernando<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS |

| Order Number    237N02985,<br>Customer PO No. | Customer Number  9734673719<br>Salesperson          Bob Hammer - Springfield | Delivery Date    07/17/2002 |
|---|---|---|
| | Cust. Service Rep.   Madelynne Sansevere | Phone Number   ( ) - |

Delivery Instructions:   Screens in LOC-CC-10-2, Muntins in LOC-CC-8-2

## Options Common To The Majority Of Product

| Product Brand: | Prime Glass: | Screen: |
|---|---|---|
| Exterior Mat'l:  Clad | DGP Color/Glass: | Muntin: |
| Color:  White | Shade: | Hardware: |

| Item Number<br>and Location | Quantity<br>Ordered | Quantity<br>Delivered | Quantity<br>Back-<br>Ordered | Product Description |
|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 4-wide Casement<br>A: Left Hinge Casement, Frame:24 X 71<br>B: Fixed Casement, Frame:24 X 71<br>C: Fixed Casement, Frame:24 X 71<br>D: Right Hinge Casement, Frame:24 X 71<br>Architect Series Classic, |

Jamb Depth.



dining room

## DELIVERY TICKET
### Pella Windows and Doors
### 4 Dedrick Place
### West Caldwell, NJ 07006

Phone: (973) 575-0200   Fax: (973) 882-5747

**Customer Name:**   Fernando, E

**Pella Contract Number:** 237N02985

All items listed have been received:

*not aware*

_____        _____
Customer Signature                       Delivery Personnel

7/17/02                                  7/12/02

_____        _____
Date Received                            Date

*Thank You For Purchasing Pella Products*

**WE APPRECIATE YOUR BUSINESS**

# DELIVERY TICKET
## Pella Windows and Doors
### 4 Dedrick Place
### West Caldwell, NJ 07006

Phone: (973) 575-0200   Fax: (973) 882-5747

| Customer | Project / Ship To |
|---|---|
| **Fernando, E**<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS<br><br>**Contact:**<br>Bus: ( )  - | **Fernando**<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS |

| Order Number   237N02985C<br>Customer PO No. | Customer Number 9734673719<br>Salesperson       Kelly, Brian | Delivery Date    12/06/2002 |
|---|---|---|
| | Cust. Service Rep.  Lesley-Phone | Phone Number     ( )  - |

**Delivery Instructions:**

## Options Common To The Majority Of Product

| Product Brand: Support Products | Prime Glass: Single Clear | Screen: |
|---|---|---|
| Exterior Mat'l:  Clad | DGP Color/Glass: | Muntin:  3/4" Rem Trad |
| Color:  Brown | Shade: | Hardware:  Champagne Hardware |

| Item Number and Location | Quantity Ordered | Quantity Delivered | Quantity Back-Ordered | Product Description |
|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 96 X 48 Muntin - Sunburst, Frame:<br><br>Qty = 1, Description = 96 X 48 Muntin - Sunburst, Fra |
| | | Jamb Depth: | | |
| 002 | 1 | 1 | 0 | 25-1/8 X 63-9/16 Muntin, Visible Gl:36-1/2 x 80-1/8 (3781)<br><br>Qty = 1, Description = PFH UNFIN 3781 MUNTIN<br>ProLine,,,,, |
| | | Jamb Depth: | | |
| 003 | 1 | 1 | 0 | 47 X 47 Muntin, Frame: |

# COD PAYMENT SUMMARY

### Pella Windows and Doors
### 4 Dedrick Place
### West Caldwell, NJ 07006

Phone: (973) 575-0200   Fax: (973) 882-5747

**Customer Name:**   Fernando, E

**Pella Contract Number:** 237N02985C

| | |
|---|---|
| *Original Contract Amount* | *0.00* |
| *Total Deposit Amount* | *0.00* |

| | |
|---|---|
| Total Amount Shipped | 0.00 |
| | |
| | |
| Sales Tax | 0.00 |
| Non-taxable Subtotal | 0.00 |
| Invoice Total | 0.00 |
| Deposit Applied to Invoice | 0.00 |
| COD Amount Due | 0.00 |

## Payment Method:

| | | |
|---|---|---|
| Cash | ☐ | |
| Check | ☐ | Check No / Check Date: |
| | | # 1102   12/6/02   $ 28,154 38 |
| Credit Card | ☐ | Credit Card Vendor / Number / Expiration Date: |

PAYMENT RECEIVED BY: _____

DATE: _____ 12/6/02

# DELIVERY TIC ET
## Pella Windows and Doors
### 4 Dedrick Place
### West Caldwell, NJ 07006

Phone: (973) 575-0200   Fax: (973) 882-5747

| Customer | Project / Ship To |
|---|---|
| Fernando, E<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS<br><br>Contact:<br>Bus: ( )  - | Fernando<br>146 Sunny Branch Rd<br><br>Bernardsville, NJ 07924<br>SOMERS |

| Order Number 237N02985E<br>Customer PO No. | Customer   amber 9734673719<br>Salesperson   Kelly, Brim | Delivery Date   (2/7/2003 |
|---|---|---|
|  | Cust. Service Re   HEDULED | Phone Number   ( )  - |

**Delivery Instructions:**

## Options Common To The Majority Of Product

| Product Brand: Suppori Products | Prime Glass: 5/8" InsulShld IG | Screen: Ha |
|---|---|---|
| Exterior Mat'l: Wood | DGP Color/Glass: | Muntin: |
| Color: Primed Wood | Shade: | Hardware:        ware |

| Item Number and Location | Quantity Ordered | Quantity Delivered | Quantity Back-Ordered | Product Description |
|---|---|---|---|---|
| 001 | 1 | 1 | 0 | 71-1/4 X 35-5/8 Muntin - Sunburst, Fram |
| Gameroom | Jamb Depth: | | | Qty = 1, Description = 71-1/4 X 35-5/8 Muntin - Sunbu |
| 002 | 1 | 1 | 0 | 68 X 44 Muntin, Visible Gl: |
|  | Jamb Depth: | | | Qty = 1, Description = MUNTIN BAR, TRAD RECT EQ DIV |

## Out of Unit Items:

| Description | Package ID | Item Quantity |
|---|---|---|
|  |  |  |

# DELIVERY TICKET
## Pella Windows and Doors
## 4 Dedrick Place
## West Caldwell, NJ 07006

### Phone: (973) 575-0200   Fax: (973) 882-5747

**Customer Name:**   Fernando, E

**Pella Contract Number:** 237N02985E

All items listed have been received:

_____
**Customer Signature**

_____
**Date Received**

_____
**Delivery Personnel**

_____
**Date**

*Thank You For Purchasing Pella Products*

## WE APPRECIATE YOUR BUSINESS