UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIATTO, and JUDITH MCCLOSKY, individually and on behalf of all others similarly situated, Plaintiffs, v. PELLA CORP. and PELLA WINDOWS AND DOORS, INC., Defendants. | No. 06 C 4481 The Hon. James B. Zagel |

## MOTION TO PERMIT LATE FILING OF OBJECTION

Class member Ron Pickering, 6744 Rivercrest Drive, Brecksville, OH 44141, hereby moves for leave to file the attached objection late, for good cause. Specifically, at the time of the objection deadline, Mr. Pickering's house was under contract to be purchased by a buyer. *See* Affidavit of Ron Pickering filed herewith. Since Mr. Pickering assumed that he would no longer have an ownership interest in the property or his windows, he did not object or file a claim in this class action. That deal has since fallen through, and Mr. Pickering now anticipates owning his home for the foreseeable future. Therefore, he now wishes to lodge his objections to the proposed settlement and request for attorneys' fees, which are the same objections that have been timely filed by other objectors to this settlement.

This motion should be allowed because Mr. Pickering had good cause not to file an objection by the published deadline, because he assumed that he no longer owned his house. Moreover, the allowance of this motion will cause no prejudice to other parties,

since Mr. Pickering's objection raises no new issues not already on the record. Finally, this motion is timely because the fairness hearing at which the matters raised in his objection will be considered is more than five weeks away, providing sufficient time to all parties to respond to his objection, if they so desire, or to pursue Mr. Pickering's deposition.

## CONCLUSION

WHEREFORE, this Motion should be ALLOWED for good cause shown.

Respectfully submitted,
Ron Pickering,
By his attorney,

*/s/ John J Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA  01776
Ph: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

Hall Adams, Esq.
Law Offices of Hall Adams LLC
33 North Dearborn St., Suite 2350
Chicago, IL 60602
P: (312) 445-4900
F: (312) 445-4901

2

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND IL on February 28, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ John J. Pentz*