# Exhibit C

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. LEONARD SALTZMAN, BRAD ZURN, | : | |
| TIM BASTIAANSE, JOSEPH PALMIOTTO, | : | |
| AND JUDITH MCCLOSKY, individually and on | : | |
| Behalf of all others similarly situated; | : | Case No. 06 C 4481 |
| | : | |
| Plaintiffs, | : | Judge James Zagel |
| | : | |
| v. | : | Magistrate Judge Martin Ashman |
| | : | |
| PELLA CORPORATION, an Iowa Corporation, | : | |
| and PELLA WINDOWS AND DOORS, INC., a | : | |
| Delaware Corporation; | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF R. LARRY JOHNSON**

| | |
|---|---|
| STATE OF VIRGINIA | : |
| | : |
| COUNTY OF FAIRFAX | : |

R. Larry Johnson, being FIRST duly cautioned and sworn, deposes and states as follows:

1.      I have been engaged by Complex Litigation Group LLC, counsel to the Plaintiffs, to consult with it with respect to the value of the settlement reached between the Plaintiffs and Pella Corporation (hereinafter "Pella") as a consequence of, in part, the conduct of Pella in connection with goods provided by Pella to the Plaintiffs.

2.      This Affidavit sets forth information regarding my qualifications as well as the opinions I have reached to date in this matter.  My opinions are expressed with a reasonable degree of certainty.  My analysis and evaluation are continuing.

**Qualifications**

3.      I am a certified public accountant, licensed in the state of Maryland.  I am the CEO of Veris Consulting Inc. ("Veris"), a consulting practice formed in 2000 as part of a

reorganization of Johnson Lambert & Co. ("JLC"), a firm of certified public accountants that I founded in 1986 and at which I served as managing partner until 2006.

4.      I have been a CPA since 1969, and have extensive experience in providing a wide range of auditing and consulting services.  I began my career with Ernst & Ernst (subsequently Ernst & Whinney and now Ernst & Young LLP) in 1968.  In 1978, I became a partner in that firm, and I served as partner in charge of the firm's accounting and auditing practice for the metropolitan Washington D.C. area from 1980 to 1986.

5.      In 1986, I left Ernst & Whinney to form JLC.  Since forming JLC and Veris, I have been involved in several hundred accounting, auditing and consulting engagements involving a wide variety of industries and disputes. I have extensive experience in matters that require a measurement of assets and liabilities at various times, based on proper application of accounting and valuation principles and an understanding of underlying economic values.  Such an analysis might also involve evaluation of prospective cash flows, as well as the likelihood and implications of those cash flows.

6.      I have provided expert testimony in both federal and state courts, as well as arbitration proceedings, in connection with a number of matters involving the measurement of economic damages and valuation issues, among other things.  Those engagements have included circumstances involving asserted contractual breaches or other disputes, and I have utilized a variety of analyses including construction of but-for worlds, cost accounting models, and projections of future operations.  I have been retained on behalf of the United States Department of Justice and the United States Securities and Exchange Commission, as well as on behalf of a variety of corporate entities and their representative counsel.

7.      I have served in several standard setting capacities of the American Institute of Certified Public Accountants ("AICPA"), one of which was the AICPA's Accounting Standards Executive Committee, which at the time was a primary standard-setting body in the development of U.S. GAAP.  For two different terms totaling seven years, I was asked to and served as a member of the AICPA's Insurance Companies Committee, which was responsible for providing guidance in the application of GAAP for the U.S. insurance industry.

8.     Separately I have also served as a member of the AICPA's committee on relations with actuaries and its financial services expert panel.

9.     A copy of my Curriculum Vitae is included as Exhibit A.

## Background and Litigation

10.     Pella Corporation is a family-owned, privately-held company that manufactures windows and doors, offering both residential and commercial products for new construction, remodeling, and replacement projects.[1]

11.     From 1991 to 2006 Pella manufactured and sold the Pella ProLine Casement Window series (hereinafter "ProLine"), a series of aluminum clad windows. The Complaint in the above-captioned class action litigation alleges the ProLine series has shown a high failure rate of the window due to water related damage such as wood rotting inside the aluminum cladding. The Complaint further alleges that the ProLine series of windows contained manufacturing and/or design defects that has caused or will cause damage to Plaintiffs' windows, window finishing, and/or personal property.[2]

## Settlement Agreement

12.     Plaintiffs and Defendants entered into a Settlement Agreement on June 19, 2012 that is subject to Court approval. This Settlement Agreement provides benefits to the Plaintiff's Class for unreimbursed out-of-pocket expenses for Eligible Damages, roughly defined as water related damage within 15 years after purchase of the window.  The Settlement Agreement provides for benefits to Class Members for current and prior expenses related to window failure, as well as for future expenses.

---

[1] Retrieved January 7, 2013 from http://www.pella.com/about-us/company-profile/default.aspx.
[2] First Amended Consolidated Class Action Complaint, Saltzman, et al. v. Pella Corporation, et al., Northern District of Illinois Eastern Division, No. 06 C 4481, p.1-2

13.     The period covered by the Settlement Agreement is from 1991, the first year ProLine windows were manufactured, to 2021, the year ProLine windows sold in 2006 will reach 15 years of use.

14.     The Settlement Agreement provides varying benefits to Class Members based on when a Class Member's window failed or will fail, as follows:

1.  Windows repaired or replaced before August 18, 2003
2.  Windows repaired or replaced after August 18, 2003
3.  Windows currently damaged and unrepaired ("current damages")
4.  Windows that are not currently damaged but become damaged in the future ("future damages")

The benefits outlined in the Settlement Agreement within each of the above four categories are further dependent on and vary based on when the window was sold and how old the window was at time of failure, as follows:

- Window dates of sale from 1991 through 2003
- Window dates of sale from 2004 through 2006
- Windows replaced within 10 years of the date of sale
- Windows replaced 11 – 15 years after the date of sale

15.     Finally, the Settlement Agreement provides for certain benefits related to damage to the structure in which the windows were installed. This benefit is limited to $100 per structure, regardless of how many windows or different areas of the structure showed damage.[3]

**Data Provided**

16.     The data provided by Defense Counsel for the class period was limited to the following:

- The number of credit memos related to ProLine windows and issued by Pella per year from 1993 through 2011 (Excel Spread Sheet 29419 Totals Wood Rot.xls)
- The number of ProLine windows sold per year from 1991 through 2006 (PELSALT00022871.tiff)
- The PSEP costs paid by Pella through 2010 (PELSALT00022873.tiff)

---

[3] I have not been provided data in order to establish a correlation between unit failures and related damage to the structure in which the windows were installed. Consequently, my estimate of the Net Settlement Value does not include a provision for this benefit to Class Members.

17.     Additionally, I received data in the form of Declaration by Lead Counsel indicating the following elements:

- The average labor and finishing costs covered by Pella under the PSEP for windows aged 1 to 10 years, determined from existing data, is equal to $510 per full window (made up of $430 in installation cost and $80 in finishing cost) and $165 per sash (made up of $105 in installation cost and $60 in finishing cost).
- When a window experiences failure, 20% will require entire window replacement while 80% will require only sash replacement.
- The average product cost of a full window is $663 and the average product cost of a sash is $202.

## Calculation of Failure Rate of ProLine Windows

*Credit Memo Data*

18.     Credit memo data (i.e., instances of warranty coverage/window failure) was provided by Pella for the period 1993 to 2011. This data included credit memos issued under its original warranty program as well as its ProLine Service Enhancement Program ("PSEP"). It is my understanding from Plaintiff's Counsel that the PSEP was an unadvertised warranty program established by Pella in 2006 that provided warranty coverage for wood durability problems in ProLine windows manufactured from 1991 to 2003 that were 10 years old or less. The PSEP also extended benefit options in the form of discounts for windows that ranged from 11 years to 15 years in use. The PSEP is recited in the parties' Settlement Agreement in paragraph 35.

19.     In my opinion, credit memos (i.e., instances of warranty coverage/window failures) that occurred under the more comprehensive PSEP represent the most reasonable estimate of actual window failures. Therefore, in order to utilize the credit memo data as the basis to project the ultimate failure rate of ProLine windows, it was necessary to filter pre-PSEP data and other anomalous and incomplete data from the credit memo totals. To isolate this data set, certain subsets of credit memo data were filtered from the information provided by Pella, as follows:

- Credit memos issued before 2007 – the PSEP was instituted sometime in 2006
- Credit memos issued to foreign jurisdictions - the Settlement Agreement only applies in the United States
- Credit memos for windows sold 2007-2009 – the Settlement Agreement excludes ProLine windows sold after 2006

- Credit memos without a designated sale date – without the sale date designation we are unable to establish how long the window had been in use when it failed
- Credit memos issued after 2010 – only partial data was provided for 2011

20.     To further refine the credit memo data, I filtered the data to reflect the following, which in my opinion provides for the most accurate data for analysis of actual window failures:

- Credit memos on windows that were at least 5 years old – to ensure the use of mature data
- Credit memos for windows within 10 years of the date of sale – nearly all of the warranty coverage provided by Pella was only for the first 10 years after date of sale

21.     This filtering process resulted in a data set of credit memos (i.e., instances of warranty coverage/window failures) that included only those credit memos issued from 2007 (after the PSEP was instituted) to 2010 for windows sold from 1999 to 2002.

*Regression Analysis*

22.     Based on the filtered credit memo data, I calculated annual failure rates by year of deterioration by dividing the yearly credit memo amounts by the number of windows sold in that year, (e.g., out of 507,834 windows sold in 1999, there were 7,785 credit memos issued in 2008, 9 years after the windows were sold. The annual failure rate for windows sold in 1999 after 9 years of deterioration is 1.5%, calculated as 7,785 credit memos divided by 507,834 total windows). I calculated these annual failure rates for each data point in the subset of data described above. I then plotted these annual failure rates against window age and performed a linear regression calculation to calculate a regression trend line in credit memos, (i.e., window failures,) that occur over time as a window ages.

23.     To project annual failure rates to the entire population covered by the Settlement Agreement, I extrapolated the calculated regression line to measure the percentage of windows projected to fail in each year of deterioration (e.g., the linear regression line yields a 0.7% failure rate in the 8th year after date of sale and a 1.1% failure rate in the 10th year after date of sale). The result of this calculation yields a total failure rate of 13.02% over the first 15 years of window use.

*Projected Window Failures*

24.     I applied the calculated failure rate from my regression analysis to the sales data provided by Pella for ProLine windows, resulting in an estimated ultimate failure of 851,712 windows over the period 1991-2006, as follows:

| Date of Sale | Window Sales | Projected Failures | Failure Rate |
|---|---|---|---|
| 1991 | 2,705 | 352 | 13.02% |
| 1992 | 107,514 | 13,998 | 13.02% |
| 1993 | 207,916 | 27,070 | 13.02% |
| 1994 | 255,019 | 33,203 | 13.02% |
| 1995 | 237,113 | 30,871 | 13.02% |
| 1996 | 333,062 | 43,364 | 13.02% |
| 1997 | 406,997 | 52,990 | 13.02% |
| 1998 | 450,865 | 58,701 | 13.02% |
| 1999 | 507,834 | 66,118 | 13.02% |
| 2000 | 551,541 | 71,809 | 13.02% |
| 2001 | 576,269 | 75,028 | 13.02% |
| 2002 | 555,728 | 72,354 | 13.02% |
| 2003 | 572,000 | 74,473 | 13.02% |
| 2004 | 613,139 | 79,829 | 13.02% |
| 2005 | 606,106 | 78,913 | 13.02% |
| 2006 | 557,917 | 72,639 | 13.02% |
| | | 851,712 | |

25.     The distribution of the 851,712 window failures by year of deterioration is shown at Exhibit B.

*Projected Failures by Settlement Classification*

26.     In order to value the benefit of the Settlement Agreement, it is necessary to disaggregate the 851,712 projected failures displayed at Exhibit B into the various categories set forth in the Settlement Agreement as described in paragraph 14.

27.     The following table summarizes the calculated window failures into the correlating benefit categories established by the Settlement Agreement:

7

|  | Unit Failures |
|---|---|
| Repaired / replaced before 8/18/03 | |
| 1991-2003, Yrs. 1-10 | 15,977 |
| 1991-2003, Yrs. 11-15 | N/A |
| 2004-2006, Yrs. 1-10 | N/A |
| 2004-2006, Yrs. 11-15 | N/A |
| | 15,977 |
| Repaired / replaced after 8/18/03 | |
| 1991-2003, Yrs. 1-10 | 105,897 |
| 1991-2003, Yrs. 11-15 | 8,436 |
| 2004-2006, Yrs. 1-10 | 7,374 |
| 2004-2006, Yrs. 11-15 | N/A |
| | 121,707 |
| Currently damaged and unrepaired | |
| 1991-2003, Yrs. 1-10 | 37,370 |
| 1991-2003, Yrs. 11-15 | 171,366 |
| 2004-2006, Yrs. 1-10 | 358 |
| 2004-2006, Yrs. 11-15 | N/A |
| | 209,094 |
| Future damages | |
| 1991-2003, Yrs. 1-10 | 18,835 |
| 1991-2003, Yrs. 11-15 | 262,451 |
| 2004-2006, Yrs. 1-10 | 58,691 |
| 2004-2006, Yrs. 11-15 | 164,957 |
| | 504,934 |
| Gross Settlement Value | 851,712 |

(15,977 and 121,707 braced together: 137,684)

28.     I have calculated that 346,778 of the total 851,712 projected window failures occur within the current damages classification of the Settlement Agreement (i.e., failure prior to 2011). The Settlement Agreement, however, assigns different benefit amounts within the current damages classification depending on whether or not the windows were replaced, and if replaced, whether the windows were replaced before or after August 18, 2003.

29.     The credit memo data provided by Pella represents windows failures for which a warranty claim has been honored. Consequently, this data,[4] which totals 137,684 windows,[5]

---

[4] Excel Spread Sheet 29419 Totals Wood Rot.xls

[5] As noted in Exhibit C and explained in paragraph 19 above, the 137,684 credit memos excludes foreign credit memos, credit memos without a designated vintage, and credit memos for windows sold 2007-2009, as follows:

| Total credit memos in Pella provided file | 147,032 |
|---|---|
| Foreign credit memos | (2,032) |
| Credit memos without designated vintage | (3,884) |
| Credit memos 2007-2009 sale dates | (3,432) |
| | 137,684 |

represents windows that have already been replaced through 2011. The distribution of the 137,684 already replaced windows by date of sale by year of deterioration is shown at Exhibit C. When compared to the projected window failures within the current damages classification of 346,778, this 209,094 difference represents windows currently damaged but unrepaired.

30.     To properly account for windows that were replaced before or after August 18, 2003, it is necessary to disaggregate the 137,684 already replaced windows displayed at Exhibit C into the various categories set forth in the Settlement Agreement.

**Settlement Value Calculation**

31.     As previously described, the Settlement Agreement assigns different values to both full window replacements and sash replacements based on when the window is projected to fail, if the window has already been replaced, and how old the window is at time of projected failure.

Windows repaired or replaced before August 18, 2003

32.     The chart below details the benefit amounts per window and per sash as assigned by the Settlement Agreement for those windows that had been repaired or replaced before August 18, 2003.  The benefit amounts include unreimbursed product costs, installation, and finishing.

|  | Date of Sale 1991-2003 | |
|---|---|---|
| Window Age | 1-10 | 11-15 |
| Full window | $175 | $60 |
| Sash | $100 | $60 |

33.     I applied these per unit benefit amounts to the actual credit memos issued by Pella from 1993 through 2003. As the data provided was yearly, I was unable to divide the data at the date of August 18, 2003. I therefore included all credit memos issued in 2003 in this category of windows repaired or replaced before August 18, 2003.[6]

---

[6] By including all 2003 credit memos in the category of windows replaced before August 18, 2003, the calculated settlement value is less (i.e., more conservative) than if there had been an attempt to prorate the 2003 activity.

34.     The calculated settlement value for windows repaired or replaced before August 18, 2003 is $1,837,355. The detailed calculation is shown at Exhibit D.

Windows repaired or replaced after August 18, 2003

35.     The chart below details the benefit amounts per window and per sash as assigned by the Settlement Agreement for those windows that had been repaired or replaced after August 18, 2003. The category of windows repaired or replaced after August 18, 2003 excludes windows aged 11 to 15 years for window dates of sale from 2004 to 2006, as these windows have not reached 11 years of age. The benefit amounts include product costs, installation, and finishing.

|             | Date of Sale 1991-2003 | | Date of Sale 2004-2006 | |
|-------------|------|-------|------|-------|
| Window Age  | 1-10 | 11-15 | 1-10 | 11-15 |
| Full window | $350 | $100  | $275 | N/A   |
| Sash        | $180 | $60   | $160 | N/A   |

36.     I applied these per unit benefit amounts to the actual credit memos issued by Pella from 2003 through 2011.

37.     The calculated settlement value for windows repaired or replaced after August 18, 2003 is $24,585,048. The detailed calculation is also shown at Exhibit D.

Current Damages

38.     The Current Damages category includes 346,778 windows projected to have failed before 2012 less the actual credit memos issued by Pella from 1993 to 2011, as follows:

|  | 1991-2003 | | 2004-2006 | | |
|---|---|---|---|---|---|
|  | 1-10 Yrs | 11-15 Yrs | 1-10 Yrs | 11-15 Yrs | Total |
| Current damage units (Exhibit B) | 159,244 | 179,802 | 7,732 | - | 346,778 |
| Less (Exhibit C): |  |  |  |  |  |
| Credit memos before 8/18/03 | (15,977) | - | - | - | (15,977) |
| Credit memos after 8/18/03 | (105,897) | (8,436) | (7,374) | - | (121,707) |
| Currently damaged and unrepaired | 37,370 | 171,366 | 358 | - | 209,094 |

39.     The benefit amounts for current damages include only the costs of installation and finishing, as the product cost of the replacing the window or sash would be provided by the existing warranty and would not be affected by the Settlement Agreement.

40.     The Settlement Agreement assigns the benefit amounts for current damages for windows sold from 1991 to 2003 as that offered by the PSEP. For windows sold from 2004 to 2006 the benefit amount is that offered by the PSEP once a $100 per unit deductible has been met.

41.     The chart below details the benefit amounts per window and per sash as assigned by the Settlement Agreement for the current damages category.

| | Date of Sale 1991-2003 | | Date of Sale 2004-2006 | |
|---|---|---|---|---|
| Window Age | 1-10 | 11-15 | 1-10 | 11-15 |
| Full window | $510 | See below | $410 | See below |
| Sash | $165 | See below | $65 | See below |

42.     The benefits for windows aged 11 to 15 years are covered under the PSEP as discounts, or percentages of the product costs of full windows and sashes. The sliding percentage savings begins at 45% of the full window or sash value in year 11 and drops 5% each year thereafter. As noted in paragraph 17, above, Plaintiff's Counsel represented that the product cost of a full window is $663 and the product cost of a sash is $202. The chart below details the percentages and dollar amounts by year of the benefits for windows aged 11 to 15 years (for all window dates of sale) in the current damages category.

| | Current | | | |
|---|---|---|---|---|
| | Full Window | | Sash | |
| Year 11 | 45% | $298 | 45% | $91 |
| Year 12 | 40% | $265 | 40% | $81 |
| Year 13 | 35% | $232 | 35% | $71 |
| Year 14 | 30% | $199 | 30% | $61 |
| Year 15 | 25% | $166 | 25% | $51 |

43.     I applied these per unit benefit amounts to the projected window failures from 1991 to 2011 less the actual credit memos issued by Pella from 1993 to 2011.

44.     The calculated settlement value for current damages for unrepaired failures is $26,979,614. The detailed calculation is shown at Exhibit E.

Future Damages

45.     The Future Damages category includes windows projected to fail in 2012 and beyond. As the last ProLine window sale date included in the Settlement Agreement is 2006 and the Settlement Agreement provides benefits only for the first 15 years of window life, the last year covered by the Settlement Agreement is 2021. The benefit amounts for future damages also include only the costs of installation and finishing, as the product cost of the replacing the window or sash would be provided by the existing warranty and would not be affected by the Settlement Agreement.

46.     The Settlement Agreement assigns the benefit amounts for future damages for window sale dates from 1991 to 2003 as that offered by the PSEP. For windows sold from 2004 to 2006 the benefit amount is that offered by the PSEP once a $100 per unit deductible has been met.

47.     The chart below details the benefit amounts per window and per sash as assigned by the Settlement Agreement for the future damages category.

|  | Date of Sale 1991-2003 | | Date of Sale 2004-2006 | |
|---|---|---|---|---|
| Window Age | 1-10 | 11-15 | 1-10 | 11-15 |
| Full window | $510 | See below | $410 | See below |
| Sash | $165 | See below | $65 | See below |

48.     The benefits for windows aged 11 to 15 years are covered under the PSEP as discounts, or percentages of the product costs of full windows and sashes. The sliding percentage savings begins at 45% of the full window or sash value in year 11 and drops 5% each year thereafter. However, the Settlement Agreement also provides an additional 15% Discount for windows sold from 1991 to 2003 for the first two years after the Final Approval Order. As the Final Approval Order is expected to occur in the early part of 2013, I have assumed the additional 15% discount applies only through the year 2014. The chart below details the

percentages and dollar amounts by year of the benefits for windows sold from 1991 to 2003 and aged 11 to 15 years in the future damages category.

| | Through 2014 | | | | 2015-2021 | | | |
|---|---|---|---|---|---|---|---|---|
| | Full Window | | Sash | | Full Window | | Sash | |
| Year 11 | 60% | $398 | 60% | $121 | 45% | $298 | 45% | $91 |
| Year 12 | 55% | $365 | 55% | $111 | 40% | $265 | 40% | $81 |
| Year 13 | 50% | $332 | 50% | $101 | 35% | $232 | 35% | $71 |
| Year 14 | 45% | $298 | 45% | $91 | 30% | $199 | 30% | $61 |
| Year 15 | 40% | $265 | 40% | $81 | 25% | $166 | 25% | $51 |

49.    The chart below details the percentages and dollar amounts by year of the benefits for windows sold from 2004 to 2006 and aged 11 to 15 years in the future damages category.

| | Current | | | |
|---|---|---|---|---|
| | Full Window | | Sash | |
| Year 11 | 45% | $298 | 45% | $91 |
| Year 12 | 40% | $265 | 40% | $81 |
| Year 13 | 35% | $232 | 35% | $71 |
| Year 14 | 30% | $199 | 30% | $61 |
| Year 15 | 25% | $166 | 25% | $51 |

50.    I applied these per unit benefit amounts to the projected window failures from 2012 to 2021.

51.    The calculated settlement value for future damages is $59,891,114. The detailed calculation is shown at Exhibit F.

13

Settlement Value

52.     The following table summarizes the application of the varying benefit values to the projected window failures distributed in the categories required by the Settlement Agreement.

|  | Unit Failures | Benefit Value |
|---|---|---|
| Repaired / replaced before 8/18/03 | | |
| 1991-2003, Yrs. 1-10 | 15,977 | $ 1,837,355 |
| 1991-2003, Yrs. 11-15 | N/A | N/A |
| 2004-2006, Yrs. 1-10 | N/A | N/A |
| 2004-2006, Yrs. 11-15 | N/A | N/A |
|  | 15,977 | 1,837,355 |
|  | | |
| Repaired / replaced after 8/18/03 | | |
| 1991-2003, Yrs. 1-10 | 105,897 | 22,661,958 |
| 1991-2003, Yrs. 11-15 | 8,436 | 573,648 |
| 2004-2006, Yrs. 1-10 | 7,374 | 1,349,442 |
| 2004-2006, Yrs. 11-15 | N/A | N/A |
|  | 121,707 | 24,585,048 |
| Currently damaged and unrepaired | | |
| 1991-2003, Yrs. 1-10 | 37,370 | 8,744,505 |
| 1991-2003, Yrs. 11-15 | 171,366 | 18,187,199 |
| 2004-2006, Yrs. 1-10 | 358 | 47,910 |
| 2004-2006, Yrs. 11-15 | N/A | N/A |
|  | 209,094 | 26,979,614 |
| Future damages | | |
| 1991-2003, Yrs. 1-10 | 18,835 | 4,407,455 |
| 1991-2003, Yrs. 11-15 | 262,451 | 31,219,589 |
| 2004-2006, Yrs. 1-10 | 58,691 | 7,864,616 |
| 2004-2006, Yrs. 11-15 | 164,957 | 16,399,454 |
|  | 504,934 | 59,891,114 |
| Gross Settlement Value | 851,712 | $113,293,131 |

53.     As the future damages category represents costs that have not yet been incurred, it is necessary to calculate a present value of these future damages. In order to bring the nominal dollar projected cash flows that will differ in the future to present value, I have discounted those amounts to present value utilizing a discount rate that is equal to the weighted average cost of capital for the Retail Building Supply industry based on a Value Lines database of firms and as

14

published by NYU's Stern School of Business.[7] Utilizing this discount rate of 7.57% the present value of calculated settlement value for future damages is $47,303,359.

|  | Unit Failures | Benefit Value | |
|---|---|---|---|
|  |  | Nominal | Present Value |
| **Repaired / replaced before 8/18/03** |  |  |  |
| 1991-2003, Yrs. 1-10 | 15,977 | $ 1,837,355 | $ 1,837,355 |
| 1991-2003, Yrs. 11-15 | N/A | N/A | N/A |
| 2004-2006, Yrs. 1-10 | N/A | N/A | N/A |
| 2004-2006, Yrs. 11-15 | N/A | N/A | N/A |
|  | 15,977 | 1,837,355 | 1,837,355 |
| **Repaired / replaced after 8/18/03** |  |  |  |
| 1991-2003, Yrs. 1-10 | 105,897 | 22,661,958 | 22,661,958 |
| 1991-2003, Yrs. 11-15 | 8,436 | 573,648 | 573,648 |
| 2004-2006, Yrs. 1-10 | 7,374 | 1,349,442 | 1,349,442 |
| 2004-2006, Yrs. 11-15 | N/A | N/A | N/A |
|  | 121,707 | 24,585,048 | 24,585,048 |
| **Currently damaged and unrepaired[8]** |  |  |  |
| 1991-2003, Yrs. 1-10 | 37,370 | 8,744,505 | 8,744,505 |
| 1991-2003, Yrs. 11-15 | 171,366 | 18,187,199 | 18,187,199 |
| 2004-2006, Yrs. 1-10 | 358 | 47,910 | 47,910 |
| 2004-2006, Yrs. 11-15 | N/A | N/A | N/A |
|  | 209,094 | 26,979,614 | 26,979,614 |
| **Future damages[9]** |  |  |  |
| 1991-2003, Yrs. 1-10 | 18,835 | 4,407,455 | 4,142,051 |
| 1991-2003, Yrs. 11-15 | 262,451 | 31,219,589 | 26,199,655 |
| 2004-2006, Yrs. 1-10 | 58,691 | 7,864,616 | 6,627,490 |
| 2004-2006, Yrs. 11-15 | 164,957 | 16,399,454 | 10,334,163 |
|  | 504,934 | 59,891,114 | 47,303,359 |
| **Gross Settlement Value** | 851,712 | $113,293,131 | $100,705,376 |

---

[7] http://pages.stern.nyu.edu/~adamodar/New_Home_Page/datafile/wacc.htm

[8] At the request of counsel, I separately identified the benefit values related to discounts provided on product costs. Benefits related to windows that are replaced in years 11-15 for both the "current damages" category and the "future damages" category are all in the form of discounts on the products costs of full windows or sashes. These discount benefits are as follows:

|  | Unit Failures | Benefit Value | |
|---|---|---|---|
|  |  | Nominal | Present Value |
| Currently damaged and unrepaired |  |  |  |
| 1991-2003, Yrs. 11-15 | 171,366 | $ 18,187,199 | $ 18,187,199 |
| Future damages |  |  |  |
| 1991-2003, Yrs. 11-15 | 262,451 | 31,219,589 | 26,199,655 |
| 2004-2006, Yrs. 11-15 | 164,957 | 16,399,454 | 10,334,163 |
| Gross Settlement Value | 598,774 | $ 65,806,242 | $ 54,721,017 |

[9] *Id.*

54.     Pella, through its PSEP warranty, has made certain payments to consumers through 2010. I have excluded payments already made by Pella from the value of the Settlement Agreement, as follows:

|  | Nominal | Present Value |
|---|---|---|
| Gross Settlement Value | $ 113,293,131 | $ 100,705,376 |
| Less: PSEP payments made[10] | (9,607,555) | (9,607,555) |
| Net Settlement Value | $ 103,685,576 | $ 91,097,821 |

---

[10] PELSALT00022873.tiff

Further affiant sayeth naught.

R. Larry Johnson

Sworn to and subscribed in my presence this 5th day of March, 2013.

SHIPHRA A. BERMAN
NOTARY PUBLIC
REGISTRATION # 7296366
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MAY 31, 2013

Notary Public

**<u>EXHIBIT A</u>**



# R. LARRY JOHNSON, CPA

---

EXPERIENCE

---

**VERIS CONSULTING, INC.**                                                 **2000 - Present**
CHAIRMAN / CEO

**JOHNSON LAMBERT & CO.**                                        **2006 - Present**
PARTNER EMERITUS

**JOHNSON LAMBERT & CO.**                                           **1986 - 2005**
MANAGING PARTNER

Direct client responsibility for all litigation consulting services. Experience includes forensic analysis; liability, causation and damages consultation; discovery assistance; preparation of damages analysis and expert testimony. Engagements have included many which required several thousands of hours of assistance and involved damages in the hundreds of millions of dollars.

Specialized industries involved in litigation assignments have included insurance, nuclear power, finance, software development, telecommunications, real estate, government contractors, professional service firms and hotels.

As managing partner of Johnson Lambert & Co., oversaw the accounting and auditing practice of that firm; as CEO of Veris Consulting, Inc., oversees all consulting services that firm provides, including survey research and technology consulting.

For 18 years through 1986 associated with Ernst & Whinney. Admitted to partnership in 1978, named partner in charge of accounting and auditing for its Washington, D.C. practice in 1980 and served as Mid-Atlantic Regional Director of insurance services.

**AICPA FINANCIAL SERVICES EXPERTS PANEL**                     **2000 - 2001**
MEMBER

One of 15 original members of panel designed to monitor developments affecting the delivery and reporting of financial services in the U.S.

**AICPA INSURANCE COMPANIES COMMITTEE**                        **1997 - 1999**
MEMBER                                                              **1989 - 199**3

One of 15 members responsible for development of accounting and financial reporting for U.S. insurance enterprises.

**ACCOUNTING STANDARDS EXECUTIVE COMMITTEE (Now FINANCIAL REPORTING EXECUTIVE COMMITTEE)**                                            **1994 - 1997**
MEMBER

One of 15 members of the Accounting Standards Executive Committee of the American Institute of Certified Public Accountants, which was the highest authority in the U.S. Accounting Profession with responsibility for industry-specific accounting and reporting matters.

## OTHER AICPA COMMITTEES

Served as a member of the AICPA Committee on Relations with Actuaries and on task forces including the following:
- Auditing Loss Reserves
- Mutual Life Insurance Companies
- Deposit Accounting (Chair)
- Mass Tort Liabilities

## EDUCATION

BS – University of Maryland, *magna cum laude*
Completed MBA course work, George Washington University

## TRIAL AND ARBITRATION TESTIMONY

- *Connecticut Yankee Atomic Power Company, Yankee Atomic Electric Company, Maine Yankee Atomic Power Company v. United States of America, (Fed Cl., Nos. 07-875C, 07-876C, 07) (October 2011)*

- *Monsanto Co. and Monsanto Technology LLC v. E.I. DuPont de Nemours and Company and Pioneer Hi-Bred Int'l. Inc., (AAA No. 13-122-0126-09) (July 2011)*

- *Fuller-Austin Asbestos Settlement Trust, et al. v. Zurich-American Insurance Company, et al and related cases, Superior Court of the State of California, County of San Francisco, Nos. CGC 04-431719, CGC 04-436181, CGC 05-442140, CGC-442745) (June 2011)*

- *Ferguson, et al. v. Hannover Rückversicherungs-Aktiengesellsschaft (N.Y. Sup. Ct., No. 500106/2008) (March 2011)*

- *In the Matter of Joseph P. Welter, CPA and Keith D. Majors, CPA, (PCAOB No. 105-2010-001) (December 2010)*

- *Kansas Gas & Electric Co., Kansas City Power & Light Co., Kansas Electric Power Cooperative, Inc. v. The United States (Fed Cl., No. 04-99C) (June 2010)*

- *Motorola, Inc. v. Nokia Corporation, International Chamber of Commerce, International Court of Arbitration, Case No. 16 203 / VRO (April 2010)*

- *In the Matter of the Arbitration Between Manufacturers Property & Casualty Limited & Montpelier Reinsurance Limited (February 2010)*

- *State Farm Mutual Automobile Company & Subsidiaries, Petitioner v. Commissioner of Internal Revenue, Respondent, United States Tax Court Docket No. 5426-05 (December 2009)*

- *Playa Manzana B.V. v. Cancun Ben, LLC, Cancun Tenant S. de R.L. de C.V., Arbitration Case No. 15922/JRF (November 2009)*

- *Adelphia Communications Corporation v. Motorola, Inc. et al. ( Bankr., S.D.N.Y.,02-41729(REG)) (October 2009)*

- *Pacific Gas & Electric Company v. United States (Fed. Cl., No. 04-0074C; 04-0075C) (October 2009)*

- *In the matter of arbitration between OX, LLC and ADESA Virginia, LLC (September 2009)*

- *Yankee Atomic Electric Company v. United States (Fed. Cl., No. 98-126C) (August 2009)*

- *In the Matter of the Arbitration between Virginia Surety Company, Inc. and The Warranty Group and Certain Underwriters at Lloyd's of London, et al. (June 2009)*

- *Washington Investment Partners, LLC v. Ayman Abdulla Boodai, Fahed F. Boodai, The Securities House WLL, TBC Funding Corp., Transpoint Building Company, and Arch Street Capital Advisors, LLC. And John Doe Defendants 1-100 ( Superior Court for the District of Columbia, 2007 CA 000693 B) (May 2009)*

- *Southern California Edison Company v. The United States (Fed. Cl., No. 04-0109C) (April 2009)*

- *Energy Northwest v. The United States (Fed. Cl. No. 04-0010C) (February 2009)*

- *Arizona Public Service Company v. The United States (Fed Cl., No. 03-2832C) (February 2009)*

- *In the Matter of Arbitration Between Triad Guaranty Insurance Corporation and Assured Guaranty Mortgage  Insurance Company (January 2009)*

DEPOSITION TESTIMONY

- *Retirement Program for Employees of the Town of Fairfield, et al. v. MAXAM Capital Management LLC, et al., No. X05 CV 09-5011561 S (Super. Ct. Conn.) (November 2012)*

- *The Rector and Visitors of the University of Virginia v. IDX Systems Corporation, et al. In the Circuit Court for the City of Charlottesville. Civil Case No.: CL09-58 and IDX Systems Corporation, et al. v. Marshall Ruffin, In the Circuit Court for the City of Charlottesville, Civil case No.: CL10-398 (March 2012)*

- *Alabama Power Company, Georgia Power Company and Southern Nuclear Operating Company, Inc. v. United States (Fed. Cl. No. 08-237C) (January 2012)*

- *Pacific Gas & Electric Company v. United States (Fed. Cl. No. 10-507C, into which has been consolidated No. 10-508C) (November 2011)*

- *Miguel V. Pro and Davis Landscape, Ltd. v. Hertz Equipment Rental Corporation (D.N.J., No. 2:06-CV-03830) (October 2011)*

- *Jean Smith and Loria Ivie, Individually and on behalf of All Others Similarly Situated v. Barry Collinsworth, Thomas Pugh, United American Insurance Company, Heartland Alliance of America Association, Farm & Ranch Healthcare, Inc.; and John Does 1020 (Circuit Court of Saline County, Arkansas, No CV 2004-742-2) (July 2011)*

- *Connecticut Yankee Atomic Power Company, Yankee Atomic Electric Company, Maine Yankee Atomic Power Company v. United States (Fed. Cl., Nos. 07-875C, 07-876C, 07-877C) (July 2011)*

- *Fairfax Financial Holdings, Ltd., et ano. v. S.A.C. Capital Management, LLC, et al. (Superior Court of the State of New Jersey, Docket No. MRS-L-2032-06) (July 2011)*

- *Monsanto Co. and Monsanto Technology LLC v. E.I. DuPont de Nemours and Company and Pioneer Hi-Bred Int'l. Inc. (AAA No. 13-122-0126-09) (June 2011)*

- *A.P.I., Inc. Asbestos Settlement Trust and A.P.I., Inc. v. Home Insurance Company et al.,*

- *(D. Minn., No. 09-CV-00975) (April 2011)*

- *The Rector and Visitors of the University of Virginia v. IDX Systems Corporation, et al. (In the Circuit Court for the City of Charlottesville, Civil Case No.: CL09-58) (February 2011)*

- *United States Securities and Exchange Commission v. Escala Group, Inc. Gregory Manning, Larry Lee Crawford, CPA, et al. (D.D.C., No. 09 civ. 2646) (January 2011)*

- *Northern States Power Company v. The United States (Fed. Cl., No. 07-608C) (October 2010)*

- *Fuller-Austin Asbestos Settlement Trust, et al. v. Zurich-American Insurance Company, et al and related cases, Superior Court of the State of California, County of San Francisco, Nos. CGC 04-431719, CGC 04-436181, CGC 05-442140, CGC-442745) (September 2010)*

- *Ferguson, et al. v. Hannover Rückversicherungs-Aktiengesellschaft (N.Y. Sup. Ct., No. 500106/2008) (July 2010)*

- *Kansas Gas & Electric Co., Kansas City Power & Light Co., Kansas Electric Power Cooperative, Inc. v. The United States (Fed Cl. No. 04-99C) (April 2010 and January 2010)*

- *Consumers Energy v. The United States (Fed Cl. No. 02-1894-C) (2009 February 2010 and March 2009)*

- *RSC Tower I, LLC et al. v. Camalier Limited Partnership, et al. (Case No. 276438-V); RSC Tower I, LLC, et al. v. CR-RSC Tower I, LLC, et al., (Case No. 309540) (Montgomery Co. Md.) (January 2010)*

- *Southern California Edison Company v. The United States (Fed. Cl., No. 04-0109C) (February 2009)*

- *Yankee Atomic Electric Company v. United States (Fed. Cl., No. 98-126C) (July 2009)*

- *Pacific Gas & Electric Company v. United States (Fed. Cl., No. 04-0074C; 04-0075C) (July 2009)*

- *In the matter of arbitration between OX, LLC and ADESA Virginia, LLC (July 2009)*

- *Adelphia Communications Corporation v. Motorola, Inc. et al.( Bankr., S.D.N.Y., No. 02-41729 (REG)) (March 2009)*

## SPEECHES

- The Effective Use of Financial Experts in Business Litigation
  DRI Commercial and Intellectual Property Litigation Symposium – Litigating the Financial Meltdown and Protecting Your Intellectual Property (April 2009)

- The Death of Deepening Insolvency?
  International Association of Insurance Receivers 2009 Post Inaugural Insolvency Conference (January 2009)

- Subprime Lending Issues of Valuation
  Law Seminars International Subprime Lending Crisis Conference (March 2008)

- Evolving Theories of Liabilities and Damages Against Third Parties –
  International Association of Insurance Receivers 2005 Insolvency Workshop (February 2005)

## EXHIBIT B

## Pella Settlement

## Calculation of Unit Failures by Years of Deterioration

*Annual Failure Rate* 0.0000 0.0000 0.0000 0.0000 0.0000 0.0006 0.0029 0.0051 0.0074 0.0096 0.0118 0.0141 0.0163 0.0186 0.0208 0.0230

*Years of Deterioration*

| Date of Sale | # of Windows produced | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total | 15-yr Failure Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | 2,705 | - | - | - | - | - | 2 | 8 | 14 | 20 | 26 | 32 | 38 | 44 | 50 | 56 | 62 | 352 | 13.0% |
| 1992 | 107,514 | - | - | - | - | - | 67 | 308 | 549 | 790 | 1,031 | 1,273 | 1,514 | 1,755 | 1,996 | 2,237 | 2,478 | 13,998 | 13.0% |
| 1993 | 207,916 | - | - | - | - | - | 129 | 596 | 1,062 | 1,528 | 1,995 | 2,461 | 2,927 | 3,394 | 3,860 | 4,326 | 4,792 | 27,070 | 13.0% |
| 1994 | 255,019 | - | - | - | - | - | 159 | 731 | 1,303 | 1,875 | 2,446 | 3,018 | 3,590 | 4,162 | 4,734 | 5,306 | 5,878 | 33,203 | 13.0% |
| 1995 | 237,113 | - | - | - | - | - | 148 | 679 | 1,211 | 1,743 | 2,275 | 2,806 | 3,338 | 3,870 | 4,402 | 4,934 | 5,465 | 30,871 | 13.0% |
| 1996 | 333,062 | - | - | - | - | - | 207 | 954 | 1,701 | 2,448 | 3,195 | 3,942 | 4,689 | 5,436 | 6,183 | 6,930 | 7,677 | 43,364 | 13.0% |
| 1997 | 406,997 | - | - | - | - | - | 253 | 1,166 | 2,079 | 2,992 | 3,904 | 4,817 | 5,730 | 6,643 | 7,556 | 8,468 | 9,381 | 52,990 | 13.0% |
| 1998 | 450,865 | - | - | - | - | - | 281 | 1,292 | 2,303 | 3,314 | 4,325 | 5,336 | 6,348 | 7,359 | 8,370 | 9,381 | 10,392 | 58,701 | 13.0% |
| 1999 | 507,834 | - | - | - | - | - | 316 | 1,455 | 2,594 | 3,733 | 4,872 | 6,011 | 7,150 | 8,289 | 9,428 | 10,566 | 11,705 | 66,118 | 13.0% |
| 2000 | 551,541 | - | - | - | - | - | 343 | 1,580 | 2,817 | 4,054 | 5,291 | 6,528 | 7,765 | 9,002 | 10,239 | 11,476 | 12,713 | 71,809 | 13.0% |
| 2001 | 576,269 | - | - | - | - | - | 359 | 1,651 | 2,944 | 4,236 | 5,528 | 6,821 | 8,113 | 9,406 | 10,698 | 11,990 | 13,283 | 75,028 | 13.0% |
| 2002 | 555,728 | - | - | - | - | - | 346 | 1,592 | 2,839 | 4,085 | 5,331 | 6,578 | 7,824 | 9,070 | 10,317 | 11,563 | 12,809 | 72,354 | 13.0% |
| 2003 | 572,000 | - | - | - | - | - | 356 | 1,639 | 2,922 | 4,205 | 5,487 | 6,770 | 8,053 | 9,336 | 10,619 | 11,902 | 13,184 | 74,473 | 13.0% |
| 2004 | 613,139 | - | - | - | - | - | 382 | 1,757 | 3,132 | 4,507 | 5,882 | 7,257 | 8,632 | 10,007 | 11,382 | 12,758 | 14,133 | 79,829 | 13.0% |
| 2005 | 606,106 | - | - | - | - | - | 377 | 1,737 | 3,096 | 4,455 | 5,815 | 7,174 | 8,533 | 9,893 | 11,252 | 12,611 | 13,971 | 78,913 | 13.0% |
| 2006 | 557,917 | - | - | - | - | - | 347 | 1,599 | 2,850 | 4,101 | 5,352 | 6,604 | 7,855 | 9,106 | 10,357 | 11,609 | 12,860 | 72,639 | 13.0% |
| **Total** | | - | - | - | - | - | 4,072 | 18,743 | 33,415 | 48,086 | 62,757 | 77,428 | 92,100 | 106,771 | 121,442 | 136,113 | 150,785 | 851,712 | |

*Line 1* (row 2003)

*Line 3* — *Line 2*

Line 1 - Date of Sale (i.e., 1991-2003 vs. 2004-2006)
Line 2 - Years of use when window fails (i.e., 1-10 years vs. 11-15 years)
Line 3 - Whether damage has already occurred (current classification) or will occur in the future (future classification)



| Colors | | |
|---|---|---|
| | = 159,244 Units, Current Damage, Date of Sale 1991 - 2003, Within the first 10 years of the Warranty | = 18,835 Units, Future Damage, Date of Sale 1991 - 2003, Within the first 10 years of the Warranty |
| | = 179,802 Units, Current Damage, Date of Sale 1991 - 2003, Within years 11 -15 of the Warranty | = 262,451 Units, Future Damage, Date of Sale 1991 - 2003, Within years 11 -15 of the Warranty |
| | = 7,732 Units, Current Damage, Date of Sale 2004 - 2006, Within the first 10 years of the Warranty | = 58,691 Units, Future Damage, Date of Sale 2004 - 2006, Within the first 10 years of the Warranty |
| | 346,778 Current Damage Units | = 164,958 Units, Future Damage, Date of Sale 2004 - 2006, Within years 11 -15 of the Warranty |
| | | 504,934 Future Damage Units |

## EXHIBIT C

## Pella Settlement

## ARR Analysis by Years of Deterioration

| Date of Sale | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 32 | 26 | - | 2 | 29 | 70 | 211 | 231 | 305 | 148 | 52 | 8 | - | - | 16 | 71 | 1,201 | |
| 1994 | 28 | 13 | 1 | 36 | 120 | 232 | 315 | 532 | 279 | 164 | 106 | 40 | - | - | 144 | 142 | 2,152 | |
| 1995 | 31 | 16 | 22 | 106 | 217 | 382 | 387 | 396 | 79 | 124 | 184 | 1 | 8 | 212 | 549 | 284 | 2,998 | |
| 1996 | 61 | 47 | 13 | 97 | 198 | 394 | 405 | 406 | 547 | 1,007 | 924 | 102 | 210 | 550 | 781 | 94 | 5,836 | |
| 1997 | 90 | 83 | 29 | 125 | 318 | 869 | 1,562 | 1,556 | 2,787 | 4,109 | 4,207 | 598 | 884 | 355 | 77 | - | 17,649 | |
| 1998 | 200 | 112 | 42 | 126 | 252 | 490 | 762 | 1,462 | 2,528 | 6,163 | 4,438 | 1,316 | 651 | 112 | - | - | 18,654 | |
| 1999 | 346 | 223 | 39 | 173 | 428 | 638 | 1,526 | 3,599 | 7,785 | 5,642 | 779 | 255 | - | - | - | 21,545 | |
| 2000 | 560 | 350 | 108 | 61 | 98 | 438 | 713 | 1,469 | 2,866 | 7,061 | 4,568 | 197 | - | - | - | - | 18,489 | |
| 2001 | 671 | 743 | 365 | 375 | 328 | 726 | 1,269 | 2,660 | 3,947 | 5,213 | 2,150 | - | - | - | - | - | 18,447 | |
| 2002 | 755 | 543 | 334 | 234 | 519 | 982 | 1,815 | 2,764 | 4,635 | 1,698 | - | - | - | - | - | - | 14,279 | |
| 2003 | 547 | 380 | 215 | 247 | 393 | 1,079 | 1,809 | 2,944 | 1,446 | - | - | - | - | - | - | - | 9,060 | *Line 1* |
| 2004 | 536 | 388 | 346 | 238 | 164 | 332 | 591 | 142 | - | - | - | - | - | - | - | - | 2,737 | |
| 2005 | 473 | 429 | 598 | 192 | 199 | 385 | 106 | - | - | - | - | - | - | - | - | - | 2,382 | |
| 2006 | 731 | 656 | 437 | 179 | 231 | 21 | - | - | - | - | - | - | - | - | - | - | 2,255 | |
| **Total** | **5,061** | **4,009** | **2,549** | **2,130** | **3,239** | **6,828** | **10,583** | **16,088** | **23,018** | **33,472** | **22,271** | **3,041** | **2,008** | **1,229** | **1,567** | **591** | **137,684** | |

*Line 3* (appears at left of rows 2005)

Line 1 - Date of Sale (i.e., 1991-2003 vs. 2004-2006)
Line 2 - Years of use when window fails (i.e., 1-10 years vs. 11-15 years)
Line 3 - Whether the window was replaced before or after 2003

*Line 2*

| | |
|---|---|
| 2,032 | Foreign credit memos |
| 3,884 | Credit memos without a designated vintage |
| 3,432 | Credit memos for Vintages 2007 - 2009 |
| 147,032 | Sum of credit memo in file 29419 |



**Colors**

| | | |
|---|---|---|
| (yellow) | = | 15,977 Units: ARR before 8/18/2003, Date of Sale 1991 - 2003, Within the first 10 years of the Warranty |
| (orange) | = | 105,897 Units: ARR after 8/18/2003, Date of Sale 1991 - 2003, Within the first 10 years of the Warranty |
| (green) | = | 8,436 Units: ARR after 8/18/2003, Date of Sale 1991 - 2003, Within years 11 -15 of the Warranty |
| (purple) | = | 7,374 Units: ARR after 8/18/2003, Date of Sale 2004 - 2006, Within the first 10 years of the Warranty |

137,684 ARR units

24

## **EXHIBIT D**

### **Pella Settlement**

### **Settlement Calculation – Already Replaced Windows**

| | ARR before August 18, 2003 | | | | ARR after August 18, 2003 | | | |
|---|---|---|---|---|---|---|---|---|
| | 1991 -2003 | | 2004 - 2006 | | 1991 -2003 | | 2004 - 2006 | |
| Date of Sale / Warranty Period | 1-10 Years | 11-15 Years | 1-10 Years | 11-15 Years | 1-10 Years | 11-15 Years | 1-10 Years | 11-15 Years |
| Projected Unit Failures | 15,977 | - | - | - | 105,897 | 8,436 | 7,374 | - |
| | | | | | | | | |
| Unit Replacements - Full (20% of failures) | 3,195 | - | - | - | 21,179 | 1,687 | 1,475 | - |
| Settlement Value per Full Unit Replacement | $ 175 | $ 60 | | | $ 350 | $ 100 | $ 275 | |
| Settlement Value - Full Unit Replacements | $ 559,195 | $ - | $ - | $ - | $ 7,412,790 | $ 168,720 | $ 405,570 | $ - |
| | | | | | | | | |
| Unit Replacement - Sashes (80% of failures) | 12,782 | - | - | - | 84,718 | 6,749 | 5,899 | - |
| Settlement Value per Sash | $ 100 | $ 60 | | | $ 180 | $ 60 | $ 160 | |
| Settlement Value - Sashes | $ 1,278,160 | $ - | $ - | $ - | $ 15,249,168 | $ 404,928 | $ 943,872 | $ - |
| | | | | | | | | |
| **Settlement Value - Full Units and Sashes** | **$ 1,837,355** | **$ -** | **$ -** | **$ -** | **$ 22,661,958** | **573,648** | **$ 1,349,442** | **$ -** |

1,837,355

24,585,048

## EXHIBIT E- Pella Settlement Calculation: Current Damages

| | Current Damages | | | |
|---|---|---|---|---|
| *Date of Sale* | 1991 -2003 | | 2004 - 2006 | |
| *Warranty Period* | **1-10 Years** | **11-15 Years** | **1-10 Years** | **11-15 Years** |
| Projected Unit Failures | 37,370 | 171,366 | 358 | - |
| | | | | |
| Unit Replacements - Full (20% of failures) | 7,474 | 34,273 | 72 | |
| Settlement Value per Full Unit Replacement | $ 510 | Various (see below) | $ 410 | ous (see below) |
| Settlement Value - Full Unit Replacements | $ 3,811,707 | $ 8,197,221 | $ 29,318 | $ - |
| | | | | |
| Unit Replacement - Sashes (80% of failures) | 29,896 | 137,092 | 286 | - |
| Settlement Value per Sash | $ 165 | Various (see below) | $ 65 | ous (see below) |
| Settlement Value - Sashes | $ 4,932,798 | $ 9,989,977 | $ 18,592 | $ - |
| | | | | |
| **Settlement Value - Full Units and Sashes** | **$ 8,744,505** | **$ 18,187,199** | **$ 47,910** | **$ -** |

26,979,614

| Date of Sale 1991-2003 | | | |
|---|---|---|---|
| Years 11-15 | | | |
| | Projected Failures | Full (20%) | Sashes (80%) |
| Year 11 | 40,048 | 8,010 | 32,038 |
| Year 12 | 38,943 | 7,789 | 31,154 |
| Year 13 | 35,922 | 7,184 | 28,737 |
| Year 14 | 30,691 | 6,138 | 24,552 |
| Year 15 | 25,762 | 5,152 | 20,610 |
| | 171,366 | 34,273 | 137,092 |

| Window value | $ | 663 | | |
|---|---|---|---|---|
| | | **% of Value** | | |
| | Year 11 | 45% | $ | 298 |
| | Year 12 | 40% | | 265 |
| | Year 13 | 35% | | 232 |
| | Year 14 | 30% | | 199 |
| | Year 15 | 25% | | 166 |

| Sash Value | $ | 202 | | |
|---|---|---|---|---|
| | | **% of Value** | | |
| | Year 11 | 45% | $ | 91 |
| | Year 12 | 40% | | 81 |
| | Year 13 | 35% | | 71 |
| | Year 14 | 30% | | 61 |
| | Year 15 | 25% | | 51 |

| Benefit Value | | | |
|---|---|---|---|
| | | Full | Sash |
| | Year 11 | 2,389,669 | 2,912,296 |
| | Year 12 | 2,065,541 | 2,517,281 |
| | Year 13 | 1,667,120 | 2,031,724 |
| | Year 14 | 1,220,870 | 1,487,878 |
| | Year 15 | 854,022 | 1,040,799 |
| | | 8,197,221 | 9,989,977 |

18,187,199

### EXHIBIT F- Pella Settlement Calculation: Future Damages

| | Future Damages | | | |
|---|---|---|---|---|
| *Date of Sale* | 1991 -2003 | | 2004 - 2006 | |
| *Warranty Period* | 1-10 Years | 11-15 Years | 1-10 Years | 11-15 Years |
| Projected Unit Failures | 18,835 | 262,451 | 58,691 | 164,958 |
| | | | | |
| Unit Replacements - Full (20% of failures) | 3,767 | 52,490 | 11,738 | 32,992 |
| Settlement Value per Full Unit Replacement | $ 510 | Various (see below) | $ 410 | Various (see below) |
| Settlement Value - Full Unit Replacements | $ 1,921,198 | $ 14,071,100 | $ 4,812,676 | $ 7,391,460 |
| | | | | |
| Unit Replacement - Sashes (80% of failures) | 15,068 | 209,960 | 46,953 | 131,967 |
| Settlement Value per Sash | $ 165 | Various (see below) | $ 65 | Various (see below) |
| Settlement Value - Sashes | $ 2,486,257 | $ 17,148,490 | $ 3,051,941 | $ 9,007,994 |
| | | | | |
| **Settlement Value - Full Units and Sashes** | **$ 4,407,455** | **$ 31,219,589** | **$ 7,864,616** | **$ 16,399,454** |

59,891,114

---

**Date of Sale 1991-2003**

| | 11-15 Years | | | 11-15 Years | | |
|---|---|---|---|---|---|---|
| | through 2014* | | | 2015-2021 | | |
| | Projected Failures | Full (20%) | Sashes (80%) | Projected Failures | Full (20%) | Sashes (80%) |
| Year 11 | 23,990 | 4,798 | 19,192 | - | - | - |
| Year 12 | 27,478 | 5,496 | 21,982 | 9,336 | 1,867 | 7,469 |
| Year 13 | 30,364 | 6,073 | 24,292 | 20,935 | 4,187 | 16,748 |
| Year 14 | 31,423 | 6,285 | 25,139 | 35,455 | 7,091 | 28,364 |
| Year 15 | 31,479 | 6,296 | 25,183 | 51,989 | 10,398 | 41,592 |
| | 144,735 | 28,947 | 115,788 | 117,716 | 23,543 | 94,173 |

Window value $ 663

| | through 2014* | | 2015-2021 | |
|---|---|---|---|---|
| | % of Value | | % of Value | |
| Year 11 | 60% | $ 398 | 45% | $ 298 |
| Year 12 | 55% | 365 | 40% | 265 |
| Year 13 | 50% | 332 | 35% | 232 |
| Year 14 | 45% | 298 | 30% | 199 |
| Year 15 | 40% | 265 | 25% | 166 |

Sash Value $ 202

| | % of Value | | % of Value | |
|---|---|---|---|---|
| Year 11 | 60% | $ 121 | 45% | $ 91 |
| Year 12 | 55% | 111 | 40% | 81 |
| Year 13 | 50% | 101 | 35% | 71 |
| Year 14 | 45% | 91 | 30% | 61 |
| Year 15 | 40% | 81 | 25% | 51 |

*Additional 15% discount must be redeemed within 2 years of Final Approval Order, expected early 2013

Benefit Value

| | through 2014* | | 2015-2021 | |
|---|---|---|---|---|
| | Full | Sash | Full | Sash |
| Year 11 | 1,908,662 | 2,326,092 | - | - |
| Year 12 | 2,003,962 | 2,442,234 | 495,176 | 603,473 |
| Year 13 | 2,013,164 | 2,453,449 | 971,612 | 1,184,106 |
| Year 14 | 1,875,039 | 2,285,115 | 1,410,399 | 1,718,857 |
| Year 15 | 1,669,637 | 2,034,792 | 1,723,448 | 2,100,371 |
| | 9,470,465 | 11,541,682 | 4,600,635 | 5,606,807 |

31,219,589

---

**Date of Sale 2004-2006**

| | 11-15 Years | | |
|---|---|---|---|
| | Projected Failures | Full (20%) | Sashes (80%) |
| Year 11 | 25,020 | 5,004 | 20,016 |
| Year 12 | 29,006 | 5,801 | 23,205 |
| Year 13 | 32,992 | 6,598 | 26,393 |
| Year 14 | 36,977 | 7,395 | 29,582 |
| Year 15 | 40,963 | 8,193 | 32,770 |
| | 164,958 | 32,992 | 131,967 |

Window value $ 663

| | % of Value | |
|---|---|---|
| Year 11 | 45% | $ 298 |
| Year 12 | 40% | 265 |
| Year 13 | 35% | 232 |
| Year 14 | 30% | 199 |
| Year 15 | 25% | 166 |

Sash Value $ 202

| | % of Value | |
|---|---|---|
| Year 11 | 45% | $ 91 |
| Year 12 | 40% | 81 |
| Year 13 | 35% | 71 |
| Year 14 | 30% | 61 |
| Year 15 | 25% | 51 |

Benefit Value

| | Full | Sash |
|---|---|---|
| Year 11 | 1,492,961 | 1,819,476 |
| Year 12 | 1,538,477 | 1,874,946 |
| Year 13 | 1,531,142 | 1,866,007 |
| Year 14 | 1,470,957 | 1,792,660 |
| Year 15 | 1,357,923 | 1,654,904 |
| | 7,391,460 | 9,007,994 |

16,399,454