THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. LEONARD SALTZMAN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06 cv 4481 |
| | ) | |
| v. | ) | Honorable James B. Zagel |
| | ) | |
| PELLA CORPORATION et al., | ) | |
| | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF OBJECTION

I am a Class Member, as defined under the Proposed Pella Settlement Agreement who, on January 29, 2013, filed an objection to the proposed Settlement. Since filing that objection, I have spoken to Richard Burke who is class counsel for the case. He has conferred with attorneys of the defendant. Both parties have agreed that the proposed Pella Settlement Agreement will not in anyway, diminish my claims and benefits under the current Pella 10-year Warranty Policy so long as I had filed my claims accordingly. I have received an e-mail from Mr. Burke to that effect and I am satisfied with the responses. I, hereby WITHDRAW the objection that I had previously filed with the Court.

Thank you for your time and the opportunity to have my issue addressed.

_____          _3/19/13_____
Emilio M. Fernando                Date
P.O. Box 337
146 Sunnybranch Road
Far Hills, NJ 07931-0337

The Honorable James B. Zagel
The United States District Court for the Northern District

- 2 -

of Illinois
Eastern Division
Everett McKinley Dirksen United States Court House
219 S. Dearborn Street
Chicago, IL 60604

Pella Settlement Administrator
P.O. Box 2876
Portland, OR 97208-2876

Richard J. Burke
Paul Weiss
Complex Litigation Group, LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035

James A. O'Neal
John P. Mandler
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402