UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Leonard E. Saltzman, et al.
                      Plaintiff,

v.                                         Case No.: 1:06−cv−04481
                                                 Honorable James B. Zagel

Pella Corporation, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2013:

      MINUTE entry before Honorable James B. Zagel: For the reasons stated in the Court's Order, Class Counsel's Motion for Approval of Attorneys' Fees, Costs and Expenses and for Approval of an Incentive Reward [311] is granted. Enter Order. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.