IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIOTTO, AND JUDITH MCCLOSKY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>        Defendants. | 06 CV 4481<br>Judge James Zagel<br><br>**JOINT MOTION FOR ENTRY OF ADMINISTRATIVE ORDER IMPLEMENTING FINAL APPROVAL OF CLASS SETTLEMENT AND ENTRY OF FINAL JUDGMENT** |

  Plaintiffs Dr. Leonard E. Saltzman, Brad Zurn, Tim Bastiaanse, Joseph Palmiotto, and Judith McClosky, individually and on behalf of the Class, and Defendants Pella Corporation and Pella Windows and Doors, Inc. jointly and respectfully move this Court, pursuant to Federal Rules of Civil Procedure 54, 58 and 60, for entry of an administrative order implementing the Court's final approval of the class action settlement (the "Settlement") and approval of Class Counsel's application for attorneys fees (Dkt. 353, 355).

  The Court has found the class settlement is fair, adequate, and reasonable and granted final approval of the Settlement. In order to implement the terms of the Settlement; allow for the administration of the Settlement and so that the Court may order final entry of judgment, the Parties hereby stipulate and jointly request that the Court enter an administrative order under that:

1

1. Grants final certification of the Settlement Class;

2. Orders the dismissal with prejudice of all claims, causes of action, and counts alleged in the Lawsuit relating to Pella ProLine Casement Windows, and incorporate by reference the releases and covenant not to sue stated in this Agreement, with each of the Parties to bear its or his own costs and attorneys' fees, except as provided in the Agreement;

3. Orders the dismissal without prejudice of all claims in the Lawsuit that do not relate to Pella ProLine Casement Windows;

4. Provides for the release of all Released Claims and permanently enjoining the Settlement Class Members from asserting, filing, maintaining, or prosecuting any of the Released Claims in the future;

5. Authorizes the payment by Defendants of any such claim of attorneys' fees and expenses, after having heard and considered any and all claims for attorneys' fees, costs, expenses, and disbursements by any party's counsel, and/or law firms as Ordered and awarded by the Court;

6. Authorizes and directs the payment by Defendants of complete and valid Settlement Claims as approved by the Settlement Administrator as complete and valid Settlement Claims, in accordance with the terms of the Agreement;

7. Preserves the Court's continuing jurisdiction over the administration of the Settlement and enforcement of the Agreement;

8. Approves the Opt-Out List and determining that the Opt-Out List is a complete list of all Settlement Class Members who have timely and properly requested

        exclusion from the Settlement Class and, accordingly, shall neither share in nor be bound by the Final Approval Order and Judgment;

9. Authorizes the Parties, without further approval from the Court, to agree to and adopt such amendments, modifications, and expansions of the Agreement and all Exhibits thereto as (1) shall be consistent in all material respects with the Final Approval Order and Judgment and (2) do not limit the rights of the Settlement Class Members; and

10. Orders entry of judgment.

A proposed order entitled "Administrative Order Implementing Final Approval and Entry of Final Judgment" is attached hereto as Ex. A.

This motion is based on the Agreement and exhibits thereto, upon all the files, records, proceedings and orders herein.

                                                      EDWARDS WILDMAN PALMER LLP

                                                      John A. Roberts
                                                      225 West Wacker Drive, 30th Floor
                                                      Chicago, IL 60606-1229
                                                      Phone: (312) 201-2121

May 1, 2013                                    FAEGRE BAKER DANIELS LLP

                                                      s/ *John P. Mandler*
                                                      James A. O'Neal
                                                      John P. Mandler
                                                      Amy R. Fiterman
                                                      Aaron Van Oort
                                                      2200 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, MN 55402-3901
                                                      Phone: (612) 766-7000

                                                      *Attorneys for Defendants*

May 1, 2013                                       COMPLEX LITIGATION GROUP LLC

s/ *Richard J. Burke*
Richard J. Burke
Paul M. Weiss
Julie D. Miller
513 Central Avenue, Suite 300
Highland Park, IL 60035

*Attorneys for Plaintiffs and Settlement Class*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIOTTO, and JUDITH MCCLOSKY , individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br>                    Defendants. | **06 CV 4481**<br>**Judge James Zagel** |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1 , 2013, I caused the following:

- **Joint Motion for Final Approval of the Class Action Settlement**

to be served on the following attorneys by Electronic Court Filing:

- **Hall Adams , III**
  hall@adamslegal.net
- **Tod N. Aronovitz**
  ta@aronovitzlaw.com
- **Eric C. Brunick**
  ebrunick@brunickllc.com
- **Richard J. Burke**
  richard@complexlitgroup.com,debs@complexlitgroup.com
- **Mark S. Fistos**
  mark@pathtojustice.com
- **Amy Rae Fiterman**
  amy.fiterman@faegrebd.com
- **Scott A. George**
  sgeorge@seegerweiss.com,lgriffith@seegerweiss.com,klaukaitis@seegerweiss.com
- **Peter F. Higgins**
  phiggins@lipkinhiggins.com,sandra@lipkinhiggins.com
- **Steven R. Jaffe**
  steve@pathtojustice.com,beth@pathtojustice.com
- **George K. Lang**
  langlawoffice@att.net

- **John P. Mandler**
  john.mandler@faegrebd.com,barbara.nallick@faegrebd.com,shane.anderson@faegrebd.com,kristin.mitchell@faegrebd.com
- **James A O'Neal**
  james.oneal@faegrebd.com
- **David Max Oppenheim**
  doppenheim@andersonwanca.com,buslit@andersonwanca.com,ptatak@andersonwanca.com
- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com
- **John Jacob Pentz , Iii**
  jjpentz3@gmail.com
- **Douglas L. Prochnow**
  dprochnow@edwardswildman.com,lkachurik@edwardswildman.com,ecffilings@edwardswildman.com
- **John A. Roberts**
  jroberts@edwardswildman.com,vhanlon@edwardswildman.com,ecffilings@edwardswildman.com
- **Benjamin A. Schwartzman**
  bas@andersenbanducci.com,kas@andersenbanducci.com,mer@andersenbanducci.com,kcr@andersenbanducci.com,ajg@andersenbanducci.com,cme@andersenbanducci.com
- **Jonathan Shub**
  jshub@seegerweiss.com,lgriffith@seegerweiss.com,klaukaitis@seegerweiss.com
- **Hillard M. Sterling**
  hsterling@lbbslaw.com,ggnolfo@lbbslaw.com
- **William M Sweetnam**
  wms@sweetnamllc.com
- **Paul M. Weiss**
  paul@complexlitgroup.com,juliem@complexlitgroup.com
- **John A. Yanchunis**
  jyanchunis@forthepeople.com

and I certify that I caused a copy of the same to be mailed by U.S. mail to the following attorney:

**Christopher A. Bandas**
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Ste. 1020
Corpus Christi, TX 78401

Dated:  May 1, 2013 	*s/ John P. Mandler*
John P. Mandler
FAEGRE BAKER DANIELS, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

*Attorneys for Defendants*