IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | No. 06 C 4481<br><br>The Honorable James B. Zagel |

**PLAINTIFF'S NOTICE OF APPEAL OF THE COURT'S DECEMBER 6, 2013, ORDER DENYING STAY OF NOTICE AND LEAVE TO APPEAL, AND THIS COURT'S APRIL 24, 2013, ORDER APPROVING THE SETTLEMENT**

Plaintiffs, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated, hereby appeal (1) the Court's December 6, 2012, Order denying a stay of notice and leave to appeal and (2) the Court's April 24, 2013, Order approving the class action settlement, to the United States Court of Appeals for the Seventh Circuit pursuant to Federal Rule of Appellate Procedure 3.

Respectfully submitted,

Kent Eubank, Thomas Riva and
William and Nancy Ehorn, Class Plaintiffs,

By: /s David Oppenheim_____
One of their Attorneys

David Oppenheim
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                    s/David M. Oppenheim  
                                                  David M. Oppenheim