# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIOTTO, AND JUDITH MCCLOSKY, individually and on behalf of all others similarly situated; | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:06-CV-04481 ) |
| vs. | ) NOTICE OF APPEAL ) ) |
| PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: NOTICE IS HEREBY GIVEN that objecting class member Bradley Schulz hereby appeals from the Final Approval Order (Dkt. No. 353) entered in this action on April 24, 2013, the Order (Dkt. No. 355) entered in this action on April 29, 2013, and all orders and opinions that merge therein. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

  Dated: May 24, 2013  Respectfully submitted,

               /s/ *Christopher A. Bandas*
              Christopher A. Bandas *(Admitted Pro Hac Vice)*
              State Bar No. 00787637
              BANDAS LAW FIRM, P.C.
              500 N. Shoreline Blvd.

Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
Email: cbandas@bandaslawfirm.com

Peter F. Higgins
Bar No. 6193907
Lipkin & Higgins
222 North LaSalle, Ste. 2100
Chicago, Illinois 60601
T:  (312) 857-1710
F:  (312) 857-1711
Email: phiggins@lipkinhiggins.com
**Local Counsel Pursuant to LR 83.15**

*ATTORNEYS FOR MICHAEL J. SCHULZ*

### CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of May 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent to the following participants, postage prepaid, at the addresses listed below:

***Via USPS First Class Mail***
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers 2588 - Judge Zagel
Chicago, IL  60604

***Via USPS First Class Mail***
Richard Burke
Paul Weiss
Complex Litigation Group, LLC
513 Central Avenue, Ste. 300
Highland Park, IL  60035

James A. O'Neal
John P. Mandler
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

      /s/ *Christopher A. Bandas*
      Christopher A. Bandas