# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIOTTO, and JUDITH MCCLOSKY, individually and on behalf of all others similarly situated; | 06 CV 4481 <br> Judge James Zagel <br><br> **NOTICE OF APPEAL** |
| Plaintiffs, | |
| v. | |
| PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that objecting class member Dave Thomas hereby appeals from the Final Approval Order (Dkt. No. 353) entered in this action on April 24, 2013, the Order (Dkt. No. 355) entered in this action on April 29, 2013, and all orders and opinions that merge therein. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorney's fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Respectfully Submitted,

Dated: May 24, 2013

By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste. A
Solana Beach, California 92075
Phone: (858) 792-5600 / Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Counsel for Objector Dave Thomas

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

   I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

   I further certify that the following non-ECF participant will be served via U.S. Mail, postage prepaid:

Christopher A. Bandas  
Bandas Law Firm, P.C.  
500 N. Shoreline Blvd., Ste. 1020  
Corpus Christi, TX 78401

          ___/s/ Joseph Darrell Palmer____  
          Joseph Darrell Palmer  
          Attorney for Objector