# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIATTO, and JUDITH MCCLOSKY, individually and on behalf of all others similarly situated, Plaintiffs, v. PELLA CORP. and PELLA WINDOWS AND DOORS, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06 C 4481  The Hon. James B. Zagel |

## NOTICE OF APPEAL

Class member Ron Pickering hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's April 24, 2013 Order approving class action settlement (Document 353) and this Court's April 29, 2013 Order awarding attorneys' fees (Document 355).

By his attorney,

*/s/ John J Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Ph: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

Hall Adams, Esq.
Law Offices of Hall Adams LLC
33 North Dearborn St., Suite 2350
Chicago, IL 60602
P: (312) 445-4900
F: (312) 445-4901

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND IL on May 29, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                    */s/ John J. Pentz*