## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, TIM BASTIAANSE, JOSEPH PALMIOTTO, BRAD ZURN, and JUDITH MCCLOSKY individually and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable James B. Zagel |

## PLAINTIFFS' MOTION FOR APPEAL BOND

Plaintiffs Dr. Leonard E. Saltzman, Tim Bastiaanse, Joseph Palmiotto, Brad Zurn, and Judith McClosky, individually and on behalf of the Class, and Class Counsel respectfully move this Court, pursuant to Federal Rule of Appellate Procedure 7, for an Order requiring the posting of an appeal bond in the amount of $1,202,763 to be paid jointly and severally by the appellants to cover the potential costs of this appeal. As grounds for this Motion, Plaintiffs and Class Counsel state:

1. On April 24, 2013, this Court granted Final Approval of the Class Action Settlement. (Dkt. # 353).

2. On April 29, 2013, this Court granted Class Counsel's Request for Attorneys' Fees, Expenses, and Incentive Payments. (Dkt. # 355).

3. Between May 20, 2013 and May 30, 2013, Objectors filed notices of Appeal. (Dkt. # 359 (Mr. Lang's clients); Dkt. # 364 (Mr. Bandas' client); Dkt. # 365 (Mr. Palmer's client); Dkt. # 372 (Mr. Pentz's client); Dkt. # 376 (corrected notice for Mr. Bandas' client)).

4. As explained in detail in the concurrently filed Memorandum in Support, the delay caused by an appeal in this matter will substantially harm the Class.

WHEREFORE, for all the foregoing reasons and the reasons explained in the concurrently filed Memorandum, Plaintiffs and Class Counsel respectfully request the Court enter an Order requiring an appeal bond in the amount of $1,202,763 to be paid jointly and severally by the appellants to cover the potential costs of this appeal, and grant any other relief this Court deems just and proper.

**Dated:  June 7, 2013**            **Respectfully submitted,**

    /s/ Richard J. Burke

Richard J. Burke
**COMPLEX LITIGATION GROUP LLC**
1010 Market Street, Suite 1340
St. Louis, MO  63101
(847) 433-4500
rich@complexlitgroup.com

Paul M. Weiss
Julie D. Miller
**COMPLEX LITIGATION GROUP LLC**
513 Central Ave., Suite 300
Highland Park, Illinois  60035
(847) 433-4500
paul@complexlitgroup.com
julie@complexlitgroup.com

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market St., Suite 1380
Philadelphia, PA  19102

(215) 564-2300
jshub@seegerweiss.com

Steven R. Jaffe
Mark Fistos
**FARMER JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.**
425 North Andrews Ave., Suite 2
Ft. Lauderdale, FL 33301
(954) 524-2820
SJaffe@pathtojustice.com

Ben Schwartzman
**BANDUCCI WOODARD SCHWARTZMAN PLLC**
802 W. Bannock Street, Suite 500
Boise, Idaho 83702
(208) 342-4411
**BScwartzman@BWSlawgroup.com**

**Class Counsel for Plaintiffs and Certified Plaintiff Classes**

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, affirms that on June 7, 2013, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

                                                    /s/ Richard J. Burke