**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | No. 06 C 4481<br><br>The Honorable James B. Zagel |

**PLAINTIFFS' JOINDER IN OPPOSITION TO PLAINTIFF'S
MOTION FOR APPEAL BOND**

Plaintiffs, KENT EUBANK, THOMAS RIVA, WILLIAM and NANCY EHORN, individually and on behalf of themselves and all others similarly situated, adopt the *Opposition to Plaintiffs' Motion for Appeal Bond* (Doc. #391) filed by Class Member Ron Pickering.

Furthermore, since the Pella Defendants have no objection to the Appeal Bond (Doc. #388), should the Court still require an appeal bond then it should require the Pella Defendants to post that bond since the Pella Defendants hold the monies at issue.

                                        Respectfully submitted,

                                        Kent Eubank, Thomas Riva and
                                        William and Nancy Ehorn, Class Plaintiffs,

                                        By: /s David Oppenheim
                                        One of their Attorneys
                                        ANDERSON + WANCA
                                        3701 Algonquin Road, Suite 760
                                        Rolling Meadows, IL 60008
                                        Telephone: 847/368-1500

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT ON June 24, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                          /s/ David M. Oppenheim