## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DR. LEONARD E. SALTZMAN, BRAD ZURN, TIM BASTIAANSE, JOSEPH PALMIOTTO, and JUDITH MCCLOSKY, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | 06 CV 4481 <br> Judge James Zagel <br><br> NOTICE OF JOINDER OF DAVE THOMAS TO OPPOSITIONS TO PLAINTIFFS' MOTION FOR APPEAL BOND FILED BY OBJECTORS RON PICKERING AND MICHAEL J. SHULZ |

**PLEASE TAKE NOTICE** that Objector DAVE THOMAS joins in the opposition filed by Ron Pickering (391) and Michael J. Schulz (395), to plaintiffs' motion for appeal bond.

Objector respectfully requests that any relief ordered in favor of Pickering or Schulz be ordered in favor of DAVE THOMAS.

Respectfully Submitted,

Dated: June 24, 2013    By: /s/ Joseph Darrell Palmer

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste. A
Solana Beach, California 92075
Phone: (858) 792-5600
Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Counsel for Objector Dave Thomas

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


    /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector