# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

August 1, 2013

| | |
|---|---|
| No.: 13-2136 | DR. LEONARD SALTZMAN, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, et al.,<br> Defendants - Appellees<br><br>APPEAL OF: DAVE THOMAS, objecting class member |
| **Originating Case Information:** | |
| District Court No: 1:06-cv-04481<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel | |

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit