## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. LEONARD E. SALTZMAN, BRAD
ZURN, TIM BASTIAANSE, JOSEPH
PALMIOTTO, ELIZABETH D'ANGELO,
AND JUDITH MCCLOSKY , individually and
on behalf of all others similarly situated;

Plaintiffs,

v.

PELLA CORPORATION, an Iowa corporation,
and PELLA WINDOWS AND DOORS, INC., a
Delaware corporation,

Defendants.

06 CV 4481
Judge James Zagel

**DECLARATION OF SETTLEMENT
CLAIMS ADMINISTRATOR AFTER
CLOSE OF INITIAL CLAIM PERIOD**

I, CARLOS RASCH, ESQ hereby declare and state as follows:

1.  My name is Carlos Rasch, Esq. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.  I am a Project Manager, Epiq Systems Class Action Claims & Solutions ("ECA"). I have the primary responsibility for overseeing and administering the claims process for the class action settlement in *Saltzman, et al. v. Pella Corp. et al*.

3.  The March 11, 2013 Declaration of Cam Azari (Doc. 340-2) reported that as of March 7, 2013, ECA had received 1,340 Claim Forms and 109 Arbitration Forms. Mr. Azari's Declaration noted that ECA would receive and process Claim and Arbitration Forms postmarked through the July 23, 2013 deadline and would continue to report on Claim Forms and Arbitration Forms received through that period. (*Id*. at ¶ 32, Doc. 340-2, p.10).

4.    The Initial Claims Period closed as of July 23, 2013.  As of August 16, 2013, ECA has received 10,706 Claim Forms and 1,484 Arbitration Forms.

Executed on August 27, 2013.

Carlos Rasch, Esq.