# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

June 2, 2014

Before:  RICHARD A. POSNER, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge

| | |
|---|---|
| Nos.: 13-2091, 13-2133, 13-2136, 13-2162 & 13-2202 | KENT EUBANK, et al., Plaintiffs - Appellants<br><br>and<br><br>LEONARD SALTZMAN, et al., Plaintiffs - Appellees,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, et al., Defendants - Appellees<br><br>APPEALS OF: RON PICKERING and MICHAEL J. SCHULZ, Objecting class member, |
| **Originating Case Information:** | |
| District Court No: 1:06-cv-04481<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel | |

The judgment is REVERSED, with costs, and the case REMANDED for further proceedings in conformity with the opinion. The above in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)