UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, THOMAS RIVA, WILLIAM EHORN, and NANCY EHORN, individually and as the representative of all similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, and Iowa Corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware Corporation,<br><br>Defendants. | No. 06 C 4481<br>Judge James B. Zagel |

## ORDER

    At a hearing held on August 28, 2014, I heard from nine attorneys on the matter of appointing class counsel for this case. Each of these attorneys wished to be appointed class counsel or co-counsel, and each was supported by distinguished curriculum vitae, impressive experience in the field, and commendable familiarity with the case. Having carefully considered the arguments presented by each attorney, I hereby appoint Robert A. Clifford as class counsel for his demonstrated skills in the field, and George K. Lang as co-counsel for his depth of knowledge of the issues and prior proceedings, and long-term service to the class. While each attorney heard at the August 28 hearing was no doubt capable, in my view, co-representation by Messrs. Clifford and Lang will best serve the interests of the class.

    It is so ordered.

                                                                 ENTER:

                                                                 James B. Zagel
                                                                 United States District Judge

DATE: September 12, 2014