IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware Corporation,<br><br>Defendants. | 06 CV 4481<br><br>Honorable Sharon Johnson Coleman |

## DECLARATION OF CHRIS GRAY

STATE OF IOWA        )
                     ) ss
COUNTY OF MARION     )

**I, CHRIS GRAY, hereby declare:**

1. I am Senior Warranty Engineer at Pella Corporation ("Pella").

2. I am submitting this declaration at the request of counsel for Pella. I understand from counsel for Pella that the facts set forth in this declaration will be used in support of Pella Corporation's Memorandum in Support of Motion for Summary Judgment.

3. All statements herein are based on my personal knowledge or based on Pella documents or data that I have personally reviewed.

4. I have been employed by Pella for 14 years. My current position is Senior Warranty Engineer. My responsibilities include warranty data analysis, reporting, and providing tools for Pella Corporation team members to monitor warranty-related issues. I have held this position for approximately - 8years. Prior to that, I held the position of Project Quality Engineer. As Project Quality Engineer, my responsibilities included development and administration of IT systems supporting Pella's quality system.

5. Pella sells its products with a Pella Limited Warranty. Prior to October 1996, Pella sold its products with a one-year warranty. Beginning in October 1996, Pella provided a 20-year warranty for glass and a 10-year warranty for other components for wood products.

6. For warranted components of window products, Pella distributors provide replacement parts and then submit a request for credit to Pella Corporation. When submitting a credit request, the distributor assigns the window a code that allows Pella to track the reason for the warranty claim.

7. The Pella Corporation Returns & Allowances package of the Pella data warehouse ("R&A" system) contains information on all units where Pella provided a replacement product or goodwill credit (i.e. credit outside of any warranty).

8. A code for the repair or part replacement, such as "wood deterioration," is contained within this R&A database. Also included in the vast majority of the R&A data is whether the issue involved the sash or the full window unit.

9. The Pella Corporation Returns & Allowances package of the Pella data warehouse allows Pella to track the number and types of claims (e.g., "wood deterioration" claims) with respect to particular window brands, operating types and vintages. This data can be combined with shipment quantities to calculate the percentage of windows that are subject to such claims.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May //, 2017

_____
Chris Gray