IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable Sharon Johnson Coleman <br><br> Magistrate Judge M. David Weisman |

<u>STIPULATED JOINT MOTION TO CLARIFY THE
ENTRY DATE OF PRELIMINARY APPRPOVAL ORDER (ECF #675)</u>

The Parties jointly request that this Court clarify the entry date of the ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND CONDITIONAL CLASS CERTIFICATION FOR PURPOSES OF SETTLEMENT (ECF #675). In support the Parties state as follows:

1

1. Under the current governing Preliminary Approval Order, the date of entry on the Order reads "Entered: February 16, 2018." (ECF #675). That Draft Order was initially submitted to the Court as an exhibit to the Petition. (ECF #671-1).

2. In actuality, the Preliminary Approval Order was entered by the Court on February 20, 2018.

3. The Parties' jointly stipulate that a clarification by the Court in relation to the actual entry date of February 20, 2018 will be useful for the parties and class members, in that a series of subsequent dates are dependent upon specified days counted from the entry date on the subject order.

WHEREFORE, the Parties, by counsel, respectfully pray that this Court clarify in the record that the date of entry for the ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND CONDITIONAL CLASS CERTIFICATION FOR PURPOSES OF SETTLEMENT (ECF #675) is February 20, 2018, and that all subsequent due dates referenced in the order are counted from the date February 20, 2018.

Dated: May 15, 2018

Respectfully submitted,

KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated

BY: /s/ Shannon M. McNulty
 Robert A. Clifford
 rac@cliffordlaw.com
 Shannon M. McNulty
 smm@cliffordlaw.com
 CLIFFORD LAW OFFICES
 120 N. LaSalle Street, Suite 3100

Chicago, IL 60602
(312) 899-9090

George K. Lang
langlawoffice@att.net
Lang Law Office
60 B W. Terra Cotta, No. 301
Crystal Lake, IL 60012
(773) 575-5848

John A. Yanchunis
JYanchunis@ForThePeople.com
Marcio Valladares
MValladares@ForThePeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505

Joel Rhine
jrr@rhinelawfirm.com
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, N.C. 28403
(910) 722-9960

Edward R. Moor
erm@moorlaw.net
Moor Law Office, P.C.
One N. LaSalle Street, Suite 600
Chicago, Illinois 60602 (312) 726-6207

*Attorneys for Plaintiffs and Class*

Dated: May 15, 2018                                FAEGRE BAKER DANIELS LLP

<u>s/ John P. Mandler</u>
John P. Mandler
Amy R. Fiterman
Shane A. Anderson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

*Attorneys for the Defendants*

4