IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, Defendants <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable Sharon Coleman Johnson <br><br> Class Action |

**COMPLEX LITIGATION GROUP LLC'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES**

Complex Litigation Group LLC[1] ("CLG") (n/k/a Quantum Legal LLC) (hereinafter "Complex Lit") respectfully moves the Court for an award of attorneys' fees pursuant to Rules 54(d)(2) and 23(h), for an Order of reimbursement of reasonable and necessary expenses made by Complex Lit on behalf of the Class, for an order and judgment of attorneys' fees to Complex Litigation Group LLC, and for an order allocating the attorneys' fees amongst counsel seeking attorneys' fees in the litigation.

1. Complex Lit is counsel for Settlement Class Members Plaintiffs Tim Bastiaanse, Elizabeth D'Angelo, Joseph Palmiotto, and Tim Stefanik, and was previously appointed Lead Class Counsel by this Court on June 4, 2009.

---

[1] Formerly known as Freed & Weiss LLC.

1

2. Complex Lit advanced $174,420.56 in expenses, and $3,420,589.50 in attorneys' fees from the inception of the litigation until January 18, 2011, the date the United States Supreme Court denied Defendants Petition for Certiorari seeking review of Judge James Zagel Class Certification Order D.E. #163.

3. Complex Lit was replaced as Class Counsel on September 12, 2014. D.E. #469.

4. On February 16, 2018, this Court entered its order of preliminary approval (D.E. #675) permitted any Settlement class members counsel to submit an Application for attorneys' fees with 90 days of the Order.

5. On May 16, 2018, this Court entered its order of clarification stating that for the purpose of determining deadlines the preliminary approval order is deemed to have been entered on February 20, 2018. As such this motion is timely filed.

6. Complex Lit was counsel for the certified class and as such may apply to the court for an award of fees and non-taxable costs under Fed. R. Civ. P. 23(h) and 54(d)(4).

7. Complex Lit seeks fees in the amount of $ $3,420,589.50 and non-taxable costs in the amount of $$174,420.56. The fees and expenses requested are reasonable.

8. Complex Lit was class counsel when the order of class certification and defended that order before the Seventh Circuit Court and the United States Supreme Court. Complex Lit efforts in creating the Class certification order produced a beneficial result for the Class.

9. The undersigned intend to rely upon the Memorandum In Support of Attorneys' Fees and Costs, and the Declaration of Richard Burke.

WHEREFORE, Complex Litigation Group LLC requests the court to enter a judgement as and for attorneys' fees and non-taxable costs in the amount of $3,420,589.50, and

$174,420.56 respectively, or in such sum as the court deem reasonable, or in the alternative to allocate fees amongst counsel in a fashion the court deems just and equitable.

Dated: May 21, 2018　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Burke

　　　　　　　　　　　　　　　　　　　Richard J. Burke
　　　　　　　　　　　　　　　　　　　QUANTUM LEGAL LLC (f/k/a COMPLEX
　　　　　　　　　　　　　　　　　　　LITIGATION GROUP LLC)
　　　　　　　　　　　　　　　　　　　1010 Market Street
　　　　　　　　　　　　　　　　　　　Suite 1340
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　(847) 433-4500
　　　　　　　　　　　　　　　　　　　rich@qulegal.com

　　　　　　　　　　　　　　　　　　　Jeffrey A. Leon
　　　　　　　　　　　　　　　　　　　QUANTUM LEGAL LLC (f/k/a COMPLEX
　　　　　　　　　　　　　　　　　　　LITIGATION GROUP LLC)
　　　　　　　　　　　　　　　　　　　513 Central Ave., Suite 300
　　　　　　　　　　　　　　　　　　　Highland Park, Illinois 60035
　　　　　　　　　　　　　　　　　　　(847) 433-4500
　　　　　　　　　　　　　　　　　　　jeff@qulegal.com

　　　　　　　　　　　　　　　　　　　Former Counsel For the Certified Plaintiff Classes and
　　　　　　　　　　　　　　　　　　　for Certain Named Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on May 21, 2018, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

    /s/ Richard J. Burke

Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com