# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, Defendants<br><br>Defendants. | No.: 06 C 4481<br><br>Honorable Sharon Coleman Johnson<br><br>Class Action |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 5, 2018, at 8:45 a.m., or as soon after that time as counsel can be heard, Plaintiff shall appear before the Honorable Sharon Coleman Johnson, or any judge sitting in her stead, in the courtroom usually occupied by her, and there present **COMPLEX LITIGATION GROUP LLC'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES.**

DATED May 21, 2018

By: /s/Richard J. Burke

Richard J. Burke
Jeffrey A. Leon
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
(847) 433-4500
rich@qulegal.com


Jeffrey A. Leon
QUANTUM LEGAL LLC (f/k/a COMPLEX

LITIGATION GROUP LLC)
513 Central Ave., Suite 300
Highland Park, Illinois 60035
(847) 433-4500
jeff@qulegal.com

Former Counsel For the Certified Plaintiff Classes and
for Certain Named Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on May 21, 2018, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Richard J. Burke

Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX
LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com