IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable Sharon Johnson Coleman <br><br> Class Action |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs, Kent Eubank, Jerry Davis, Ricky Falaschetti, Rita Cinelli, Robert Josephberg, Jeffrey Acton, Kenneth Hechtman, James Neiman, Amy Chasin, and Edward Ruhnke, on behalf of themselves and all others similarly situated ("**Plaintiffs**"), by and through the undersigned counsel, move this Honorable Court for attorneys' fees, costs, and service awards, and in support thereof, state as follows:

1. Plaintiffs' Counsel, namely, Robert A. Clifford, Shannon M. McNulty, George Lang, John A. Yanchunis, Marcio W. Valladares, Joel R. Rhine and Edward R. Moor, have performed significant work in this case on behalf of the classes. A Settlement is now pending. (Docs. #671, 672)

2. Clifford Law Offices and Morgan & Morgan Complex Litigation Group have advanced litigation costs for the prosecution of this matter.[1]

3. The aforesaid Plaintiffs have dutifully served as Class Representatives in this matter, with no promise of relief or award for their service. (Doc. #672-10).

4. For the reasons set forth more fully in Plaintiffs' Plaintiffs' Memorandum In Support Of Motion For Attorneys' Fees, Costs And Service Awards, Plaintiffs' Counsel seek attorneys' fees, reimbursement of costs and service awards for the Class Representatives.

WHEREFORE, Plaintiffs seek entry of an Order by this Court directing payment of attorneys' fees consistent with the amounts set forth in Plaintiffs' Memorandum, reimbursement of costs consistent with the amounts provided in Plaintiffs' Memorandum and service awards in the amount of $25,000.00 for each Class Representative.

/s/ Shannon M. McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

George K. Lang
langlawoffice@att.net
LANG LAW OFFICE
60 B W. Terra Cotta, No. 301
Crystal Lake, Illinois 60012
(773) 575-5848

John A. Yanchunis
JYanchunis@ForThePeople.com
Marcio W. Valladares
MValladares@ForThepeople.com
MORGAN & MORGAN

---

[1] The costs advanced by Clifford Law Offices are set forth in Exhibit A to the Memorandum. The costs advanced by Morgan & Morgan are set forth in Exhibit C to the Memorandum.

2

COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505

Joel R. Rhine
jrr@rhinelawfirm.com
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd
Suite 300
Wilmington N.C. 28403
(910) 772-9960

Edward R. Moor
erm@moorlaw.net
MOOR LAW OFFICE, P.C.
One N. LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6207

## CERTIFICATE OF SERVICE

I certify that on May 21, 2018, a copy of the foregoing PLAINTIFFS' MOTION FOR FEES, COSTS, AND SERVICE AWARDS was filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090