

**Kent Eubank et al. v. Pella Corporation et al., Case No. 06 C 4481**

Kenneth D. (Judy) Andrews

1545 Garfield Avenue

Granite City, Il 62040

618-877-6939

# FILED

✗ MAY 22 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

May 15, 2018

To Whom It May Concern:

We are living in our home at 1545 Garfield Avenue where the Pella windows are installed. Eight panes of ProLine casement windows and two double hung windows were installed at same time. I am objecting to the settlement terms because percentage of settlement and the following:

1. Suit was first filled 06-04-2009, our windows were 8 years old at that time. Not 20 years old as they are now. We have been waiting for settlement as we could not afford replacement cost without settlement. We have been waiting 12 years.

2. Window began to show mold and deterioration by the 5th year.

3. For the last 10 years widows could not be opened and closed unless someone on outside guided, pushed or lifted up on the windows while someone inside turned the crank. We fight an ongoing battle with the mold.

4. The 2 double hung windows are still in very good condition. Casement windows should be in same condition since they are all the same age.

5. We have been depraved of the use of the windows as they were designed to work.

6. We are being punished for the slowness of settlement if we are not given money to replace windows. We will not be made whole by settlement without window replacement.

Thank you for your consideration.

*Kenneth Andrews*

*Judy Andrews*

Judy & Kenneth Andrews

• Quote

Brian Anderson (314)882-2212    04/05/2018



## One Year Price                        $26,816

**WINDOWS** 4 **DOORS** 0

*double windows*

## Buy 1 Get One 40% Off                  $5,362

SAVINGS BASED ON 4 UNITS              GOOD FOR 30 DAYS

 $5,362 SAVINGS  **Project Investment**    $21,454  $/MONTH

DEPOSIT

$21,454  BALANCE

## Payment Options



0.00% APR
48 Months

# $446
PER MONTH

$0 MINIMUM



# Proposal - Detailed

Pella Window and Door Showroom of Maryland Heights
54 Weldon Parkway
Maryland Heights, MO 63043-3202
**Phone:** (314) 714-0100    **Fax:** (314) 714-0101

| | |
|---|---|
| **Sales Rep Name:** | West, Berri |
| **Sales Rep Phone:** | (314) 714-0100 |
| **Sales Rep E-Mail:** | bwest@pellastl.com |
| **Sales Rep Fax:** | 3147140149 |



COPY FOR YOUR RECORDS

## Customer Information

Kenneth And Judy Andrews
1545 Garfield Ave

| | |
|---|---|
| GRANITE CITY, IL 62040-3825 | |
| **Primary Phone:** (618) 8776939 | |
| **Mobile Phone:** | |
| **Fax Number:** | |
| **E-Mail:** twobnitree@yahoo.com | |
| **Contact Name:** | |

| | |
|---|---|
| **Great Plains #:** | 1029793 |
| **Customer Number:** | 1008674716 |
| **Customer Account:** | 1004668898 |

## Project/Delivery Address

Andrews, Judy_1545 Garfield Av_62040
1545 Garfield Ave

| | |
|---|---|
| **Lot #** | |
| GRANITE CITY, IL 62040-3825 | |
| **County:** MADISON | |
| **Owner Name:** | |
| Kenneth And Judy Andrews | |
| **Owner Phone:** (618) 8776939 | |

## Order Information

| | |
|---|---|
| **Quote Name:** | 2018_Service Quote_Sunroom Sashes |
| **Order Number:** | 219 |
| **Quote Number:** | 10131881 |
| **Order Type:** | Service |
| **Wall Depth:** | |
| **Payment Terms:** | Deposit/C.O.D. |
| **Tax Code:** | WPSALESTAX1 |
| **Cust Delivery Date:** | None |
| **Quoted Date:** | 5/8/2018 |
| **Contracted Date:** | |
| **Booked Date:** | |
| **Customer PO #:** | |

Customer Notes:    Based on the technician's recommendations this is the proposal to order 7 replacement sashes for your Pella Proline Series Windows made in 1997.

This proposal does not include any painting or staining of the interior sash.

To proceed with this proposal we require a signed copy of the proposal returned along with payment in full. We accept Visa, Mastercard, Discover and American Express by phone or you may send a check.

If you have any questions please let us know.
Thank you,
Berri

Printed on 5/8/2018

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Detailed Proposal    Page    1    of    7

Customer: Kenneth And Judy Andrews

Project Name: Andrews, Judy_1545 Garfield Av_62040

Quote Number: 10131881

| Line # | Location: | | Attributes | Item Price | Qty | Ext'd Price |
|--------|-----------|---|------------|-----------|-----|-------------|
| 10 | | | **Replacement: Sash Only, ProLine, Casement Left, 29 X 73, White** | $518.24 | 4 | $2,072.96 |



Viewed From Exterior

Rough Opening: 29 - 3/4" X 73 - 3/4"

PK #
2006

**1: 2973 Left Casement**
Frame Size: 29 X 73
General Information: Clad, 5", 3 11/16"
Service: Sash Only, Jan 1991 - Mar 2000
Exterior Color / Finish: Standard Enduraclad, White
Interior Color / Finish: Unfinished Interior
Glass: Insulated Tempered Clear Air Filled Non High Altitude
Hardware Options: Prep For Wash Hinge Hardware
Wrapping Information: Perimeter Length = 204", Glazing Pressure = 180.

| Line # | Location: | | Attributes | Item Price | Qty | Ext'd Price |
|--------|-----------|---|------------|-----------|-----|-------------|
| 15 | | | **Replacement: Sash Only, ProLine, Casement Right, 29 X 73, White** | $518.24 | 3 | $1,554.72 |



Viewed From Exterior

Rough Opening: 29 - 3/4" X 73 - 3/4"

PK #
2006

**1: 2973 Right Casement**
Frame Size: 29 X 73
General Information: Clad, 5", 3 11/16"
Service: Sash Only, Jan 1991 - Mar 2000
Exterior Color / Finish: Standard Enduraclad, White
Interior Color / Finish: Unfinished Interior
Glass: Insulated Tempered Clear Air Filled Non High Altitude
Hardware Options: Prep For Wash Hinge Hardware
Wrapping Information: Perimeter Length = 204", Glazing Pressure = 180.

Printed on 5/8/2018

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Detailed Proposal

Page 2 of 7

Customer: Kenneth And Judy Andrews

Project Name: Andrews, Judy_1545 Garfield Av_62040

Quote Number: 1013 1881

| Line # | Location: | | Attributes | Item Price | Qty | Ext'd Price |
|---|---|---|---|---|---|---|
| 20 | | PSEP Discount 20% off replacement sashes | | ($103.65) | 7 | ($725.55) |

| Line # | Location: | | Attributes | Item Price | Qty | Ext'd Price |
|---|---|---|---|---|---|---|
| 25 | | LABOR: Replace oversized sash, does not include painting or staining. | | $1,050.00 | 1 | $1,050.00 |

Customer Notes: No other promotions or discounts can be included or added to this discount.

## Thank You For Your Interest In Pella® Products

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Customer: Kenneth And Judy Andrews

Project Name:   Andrews, Judy, 1545 Garfield
Av, 62040

Quote Number: 10131881

**BRANCH WARRANTY:**

**TERMS & CONDITIONS:**

All products are custom ordered specifically to meet the specifications of this Contract. ONCE ORDER HAS BEEN PLACED, NO MODIFICATIONS, CHANGES, DELETIONS OR CREDITS CAN BE MADE TO THIS CONTRACT OR THE CONTRACT PRICE.

• All prices are good for 30 days from date hereof, and are void if not accepted by Customer within that time.

• All composites that exceed fifty (50) square feet in area will be shipped in separate units and will required some job site assembly.

• Door Handing:  Handing on all doors is viewed from the Outside (Exterior.)

## IMPORTANT NOTICES

Unless specified otherwise, delivery will be a tailgate delivery.  Jobsite assistance is required to offload products and materials.

To execute this contract, sign, date and return it with a deposit of $ _4187.58_  *[handwritten]* Plus Window Not Included #8. Fax signatures are acceptable and will be considered as valid as Original Signatures for the purposes of establishing a Legal and Binding Contract.

Any wall construction that incorporates EIFS next to window or door openings will require special detailing and design for the evacuation of moisture buildup inherent in this system.  Pella Windows and Doors will not be responsible for problems caused by the use of our products in wall systems that do not allow for the proper management of moisture within the wall system.

THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION THAT MAY BE ENFORCED BY EITHER PARTY.

## TERMS AND CONDITIONS

ENTIRE CONTRACT: This Contract constitutes the entire agreement between Purchaser and Seller and supersedes all other oral or written proposals, purchase orders, agreements and communications between Purchaser and Seller relating to the subject matter hereof.  Any changes or additions to this Contract must be agreed to and approved in writing by a duly authorized representative of Purchaser and Seller.

PAYMENT:  Purchaser shall pay to Seller the prices indicated on this Contract for the items and services specified.  In addition, Purchaser shall pay to Seller all applicable taxes and governmental charges of any nature whatsoever, together with all other amounts that may be owing by Purchaser to Seller under this Contract or otherwise.  Purchaser shall pay to Seller in accordance with the payment terms set forth above.  Seller, at its option, shall invoice Purchaser for goods that are held more than 60 days after original order date, and Purchaser agrees to pay invoice within the agreed payment terms whether or not actual products have been delivered to project.  In the event that payment is not made within the stated terms, A LATE PAYMENT CHARGE OF ONE AND ONE HALF PERCENT (1.5%) PER MONTH WILL BE ADDED TO ALL AMOUNTS NOT PAID WHEN DUE, AND SHALL BE PAID TO SELLER PLUS ANY ATTORNEY'S FEES INCURED BY SELLER.

PERFORMANCE:   Completion and delivery dates are only estimates.  Seller does not warrant or guaranty any specific completion or delivery dates.  Any delay in delivery or completion of installation shall not affect Purchaser's obligation to accept and pay for the items and services.  If delivery or completion is delayed at the request of, or due to an act or omission of Purchaser, Seller may, at its option, store the necessary items at a place of Seller's own choice for Purchaser's account and risk.  Furthermore, Seller may charge, and Purchaser shall pay, all storage and other charges incurred as a result of the delay.  Without limiting the generality of the foregoing, in no event shall Seller be liable for delays resulting from the elements, acts of God, acts or omissions of Purchaser, suppliers or other persons who are not the agents or employees of Seller, or any other cause beyond Seller's absolute control.

SPECIFICATIONS:  Seller reserves the right to make substitutions and modifications to the specifications of the items, provided that said substitutions or modifications will not

Printed on 5/8/2018          For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com          Page    5    of    7

Detailed Proposal

Customer: Kenneth And Judy Andrews

Project Name: Andrews, Judy_1545 Garfield
Av_62040

Quote Number: 10131881

| Order Totals | |
|---|---|
| Taxable Subtotal | $2,902.13 |
| Sales Tax @ 8.113% | $235.45 |
| Non-taxable Subtotal | $1,050.00 |
| Total | $4,187.58 |
| Deposit Received | |
| Amount Due | $4,187.58 |

Customer Name _____
(Please print)

Customer Signature _____

Date _____

Pella Sales Rep Name  Berri West
(Please print)

Pella Sales Rep Signature  BWest

Date  8 May 2018

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Detailed Proposal



*Eubank v. Pella Corporation* Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

**PEK**

*Eubank, et al. v. Pella Corporation, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Case No. 06-cv-4481

**YOU MUST SUBMIT
YOUR CLAIM FORM
POSTMARKED BY
JUNE 20, 2018**

## Submitting a Claim under the <u>Eubank v. Pella Corp.</u> Settlement Agreement

**CLAIMANT INFORMATION**

First Name: K E N N E T H
M.I.: D
Last Name: A N D R E W S

Primary Address: 1 5 4 5   G A R F I E L D   A V E N U E

Primary Address Continued:

City: G R A N I T E   C I T Y
State: I L
Zip Code: 6 2 0 4 0

Foreign Province:
Foreign Postal Code:
Foreign Country Name/Abbreviation:

To make a claim through the claims process for benefits that may be available as a result of the settlement reached in the litigation titled *Eubank et al. v. Pella Corporation et al.*, you must fill out the attached Claim Form as completely as you can and send it to the following address so that it is postmarked by June 20, 2018:

*Eubank v. Pella Corporation* Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

Each property owner making a claim must submit a separate Claim Form. You may obtain extra copies by calling 1-866-658-6764 or online at the following address: www.pellawindowsettlement.com.

Class members submitting claims may be contacted by representatives of counsel for the class or by the settlement administrator for additional information regarding the class member's claims.

**Deadline:** If you do not complete and mail your Claim Form to the *Eubank v. Pella Corporation* Settlement Administrator at the address provided above so that it is postmarked by June 20, 2018, your claim will be rejected and you will be precluded from sharing in any benefits provided by the settlement. Do not send your Claim Form to the Court or to anyone other than the *Eubank v. Pella Corporation* Settlement Administrator.

**IT IS IMPORTANT THAT YOU TRY TO ANSWER ALL QUESTIONS AS FULLY AND ACCURATELY AS POSSIBLE. FAILURE TO FULLY ANSWER THE QUESTIONS OR TO PROVIDE THE REQUESTED INFORMATION AND/OR DOCUMENTATION MAY IMPACT YOUR ABILITY TO OBTAIN BENEFITS.**

If you need additional space to complete the Claim Form, please attach additional pages, and identify by question number which question(s) you are answering on your attached pages.



FOR CLAIMS PROCESSING ONLY    OB [ ] [ ]    CB [ ] [ ]    ○ DOC  ○ LC  ○ REV    ○ A  ○ B    ○ RED  ○ ATP

# CLAIM FORM

**NOTE: SUPPORTING DOCUMENTATION WILL BE REQUIRED FOR ALL CLAIMS. A LIST OF ACCEPTED SUPPORTING DOCUMENTATION CAN BE FOUND ON PAGES 9-10 OF THE FORM.**

## A. IDENTIFICATION OF PERSON SUBMITTING THIS FORM AND THE STRUCTURE CONTAINING PELLA WINDOWS.

### 1. Your phone number and email:*

Daytime Telephone Number

`6 1 8 — 8 7 7 — 6 9 3 9`

Evening Telephone Number

`___ — ___ — ___`

Email

`t w o b n t r e e @ y a h o o . c o m`

Secondary Email

`_____`

\* For promptness and accuracy, we prefer to contact you by email and will do so if possible. Accordingly, please provide your email address. If necessary, we may also contact you by phone or by US mail.

### 2. Physical Address of Structure:

*If different from the above mailing address*, please identify the street address of the Structure which contains or contained one or more Pella ProLine Casement window(s) for which this claim applies:

Street Address, including apartment, unit or box number

`1 5 4 5   G R A F I E L D   A V E N U E`

City

`G R A N I T E   C I T Y`

State `I L`

Zip Code `6 2 0 4 0`

### 3. With respect to the Structure, please check all that apply:

You are the **current owner** ●

You are the **former owner** ○

You are the **original owner** ○

### 4. How many Pella ProLine Casement, Awning and Transom windows are/were installed in the Structure?

Total number of windows: `8`



## B. IDENTIFICATION OF ELIGIBLE DAMAGE AND COSTS.

The settlement provides benefits to certain claimants who can establish "Eligible Damage." A copy of the settlement agreement may be found at www.pellawindowsettlement.com. Please fill out the information below to identify what Eligible Damage and costs you are claiming. For purposes of the settlement, Eligible Damage means water-related damage to a Pella ProLine® brand wood casement, awning, and/or transom window (including 250 and 450 Series) manufactured by Pella Corporation between January 1, 1991 and December 31, 2009 ("Window") because of water penetrating between the aluminum cladding of the window and the window sash, as well as the consequences of such water penetration and damage, which includes: 1. Damage to the Window; 2. Damage to the finishing on such Window; 3. Damage to other property surrounding such Window, such as water related damage to the Structure in which such Window was installed; and 4. Labor costs necessary to replace a window or its sash because it was or is damaged from water penetration as described above and/or was or is causing damage to other property surrounding the Window such that replacement was or is necessary to fix such damage.

For Eligible Damage to or from a Window repaired or replaced more than 15 years after the Date of Sale, or if not repaired, with a Date of Sale that is more than 15 years before the Direct Class Notice Date, the cash award will be 25% of the sum of these four categories.

1. **How many of the Windows identified in section A.4 above do you contend sustained Eligible Damage and already were repaired or replaced or still need to be repaired or replaced?**

   a. Windows With Eligible Damage that <u>already were repaired/replaced</u>:

   b. Windows With Eligible Damage that <u>still need to be repaired/replaced</u>: | 8 | | |

   Total Windows With Eligible Damage: | 8 | | |

2. **Categories and Costs of Eligible Damage.** Please identify the type of Eligible Damage that you sustained and the total to repair such Eligible Damage. To the extent reasonably possible, please separate Eligible Damage and costs into the following four categories:

   **a. Cost of Product.** If you already replaced or need to replace one or more windows or sashes because of Eligible Damage, then check the "Cost of Product" category, and state the total amount paid or to be paid to replace such product. Please include <u>only</u> the cost of the actual product in this category, not other costs such as the cost to install or finish the product.

   **b. Cost of Finishing.** If you incurred or need to incur costs to repair damage to finishing on one or more windows or sashes because of Eligible Damage, then check the "Cost of Finishing" category, and state the total amount paid or to be paid to finish or refinish the windows or sashes (including cost of paint, stain or varnish and/or the cost of labor to have a contractor apply the paint, stain or varnish). "Finishing" refers to painting, staining or varnishing the exposed wood portion of a window or sash. It does not include painting, staining or varnishing wood trim, wallboard or other surfaces that are not on the window but are surrounding a window, which belong in the "Cost to Repair Other Property" category.

   **c. Cost of Installation.** If you incurred or need to incur labor costs to install one or more windows or sashes that were damaged because of Eligible Damage, then check the "Cost of Installation" category, and state the total amount paid or to be paid to install such windows or sashes.

   **d. Cost to Repair Other Property.** If you incurred or need to incur costs to repair other categories of damage such as damage to surrounding structure, trim, wallboard, or paint because of water penetrating between the aluminum cladding of the window and the window sash, then check the "Costs to Repair Other Property" category, and state the total amount paid or to be paid to repair such other damage (including labor costs and costs of materials such as paint, wallboard, spackle, etc.).



**NOTE**: To the extent that you cannot separate the Eligible Damage into the categories described above (for instance, if the repairs and estimates have already occurred and are not separated out into these categories), please provide as much information about the Eligible Damage as possible.

## C. SUMMARY OF ELIGIBLE DAMAGE AND COSTS CLAIMED FOR <u>ALL WINDOWS</u> IDENTIFIED IN RESPONSE TO QUESTION B.1.

### 1. Windows That <u>Already Were Repaired/Replaced</u>

For the windows and/or sashes that you already repaired or replaced and identified in response to Question B.1.a., above, please identify below the type of Eligible Damage that was repaired or replaced and the total amount incurred to repair or replace such Eligible Damage:

Check all categories
of Eligible Damage

Costs*

| | Cost of Product: | $ |
| ○ | Cost of Finishing: | $ |
| ○ | Cost of Installation: | $ |
| ○ | Cost to Repair Other Property:<br>(*i.e.*, damage in addition to<br>those items listed above) | $ |

Total Costs for <u>All</u> Repaired Windows $

\* *Important*: If you do not know the precise breakdown of costs, please try to obtain this information from your contractor. If this information is unavailable, please check all categories of Eligible Damage that were repaired and put the total repair amount in "Total Repair Costs for <u>All</u> Repaired Windows."

### 2. Windows That <u>Still Need To Be Repaired/Replaced</u>

For the windows and/or sashes that still need to be repaired or replaced and were identified in response to Question B.1.b., above, please identify below the type of Eligible Damage that needs to be repaired or replaced and the total amount needed to repair such Eligible Damage:

Check all categories
of Eligible Damage

Costs**

| | Cost of Product: | $ |
| ○ | Cost of Finishing: | $ |
| ○ | Cost of Installation: | $ |
| ○ | Cost to Repair Other Property:<br>(*i.e.*, damage in addition to<br>those items listed above) | $ |

Total Repair Costs for <u>All</u> Windows
to be Repaired or Replaced $ 5 0 0 0 . 0 0

\*\* *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.



## 1. **WINDOW #1**

a. Window Type:　　　● Casement　　　○ Awning　　　○ Transom

b. Glass Etch Number:

| | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

　　and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):　[0][2] / [0][1] / [2][0][0][5]

d. Was Eligible Damage Previously Repaired?　○ Yes　● No

　　If "Yes," date (mm/dd/yyyy):　[　][　] / [　][　] / [　][　][　][　]

e. Is/Was Eligible Damage to the full window unit or just to the sash?　○ full unit　○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage　　　　　　　　　　　Costs**

○　　Cost of Product:　　　　　$ [　][　][　][　][　].[　][　]

○　　Cost of Finishing:　　　　　$ [　][　][　][　][　].[　][　]

○　　Cost of Installation:　　　　$ [　][　][　][　][　].[　][　]

○　　Cost to Repair Other Property:　$ [　][　][　][　][　].[　][　]
　　(*i.e.*, damage in addition to
　　those items listed above)

Total Repair Costs for <u>this</u> window/sash:　$ [　][　][　][　][　].[　][　]

** *Important*: Please attach the estimate from Pella and/or window contractor.  If you have yet to obtain an
　　estimate from Pella or another window contractor, please instruct the contractor, to the extent
　　practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?　○ Yes　○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?　● Yes　○ No



2. **WINDOW #2** *

a. Window Type:  ⦿ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired?  ○ Yes  ⦿ No

If "Yes," date (mm/dd/yyyy): ___ / ___ / ___

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ○ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                    Costs**

○    Cost of Product:            $ | | | | | . | | |

○    Cost of Finishing:          $ | | | | | . | | |

○    Cost of Installation:       $ | | | | | . | | |

○    Cost to Repair Other Property:   $ | | | | | . | | |
      (*i.e.*, damage in addition to
      those items listed above)

Total Repair Costs for this window/sash:   $ | | | | | . | | |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ⦿ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ⦿ Yes  ○ No

*\* IF YOU HAVE MORE THAN TWO WINDOWS WITH ELIGIBLE DAMAGE,*
*USE THE ATTACHED "ADDITIONAL WINDOW FORM"*



7

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # 3 (write in window number)

a. Window Type: ● Casement ○ Awning ○ Transom

b. Glass Etch Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 | |

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): 0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired? ○ Yes ● No

   If "Yes," date (mm/dd/yyyy): [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

e. Is/Was Eligible Damage to the full window unit or just to the sash? ● full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   **Check all categories
   of Eligible Damage**                                      Costs**

   ○      Cost of Product:              $ [ ][ ][ ][ ][ ] . [ ][ ]

   ○      Cost of Finishing:            $ [ ][ ][ ][ ][ ] . [ ][ ]

   ○      Cost of Installation:         $ [ ][ ][ ][ ][ ] . [ ][ ]

   ○      Cost to Repair Other Property: $ [ ][ ][ ][ ][ ] . [ ][ ]
          (*i.e.*, damage in addition to
          those items listed above)

   Total Repair Costs for this window/sash: $ [ ][ ][ ][ ][ ] . [ ][ ]

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ○ Yes ● No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ● Yes ○ No

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** 4 **(write in window number)**

a. Window Type:  ● Casement   ○ Awning   ○ Transom

b. Glass Etch Number:

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

  and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired?   ○ Yes   ● No

  If "Yes," date (mm/dd/yyyy):   __ __ / __ __ / __ __ __ __

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

**Check all categories of Eligible Damage**                                             Costs**

  ○   Cost of Product:                    $ |__|__|__|__|__|.|__|__|

  ○   Cost of Finishing:                  $ |__|__|__|__|__|.|__|__|

  ○   Cost of Installation:               $ |__|__|__|__|__|.|__|__|

  ○   Cost to Repair Other Property:      $ |__|__|__|__|__|.|__|__|
       (*i.e.*, damage in addition to
       those items listed above)

  Total Repair Costs for this window/sash:  $ |__|__|__|__|__|.|__|__|

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ● No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** **5** **(write in window number)**

a. Window Type:  ● Casement   ○ Awning   ○ Transom

b. Glass Etch Number:
| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): 0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired?   ○ Yes   ● No

If "Yes," date (mm/dd/yyyy): ___ / ___ / ___

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                     Costs**

○    Cost of Product:              $ [      ].[  ]

○    Cost of Finishing:            $ [      ].[  ]

○    Cost of Installation:         $ [      ].[  ]

○    Cost to Repair Other Property:    $ [      ].[  ]
     (*i.e.*, damage in addition to
     those items listed above)

Total Repair Costs for this window/sash:    $ [      ].[  ]

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ● No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No



## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** __6__ **(write in window number)**

a.   Window Type:   ● Casement      ○ Awning      ○ Transom

b.   Glass Etch Number:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c.   Date when Eligible Damage was first noticed (mm/dd/yyyy):   0 2 / 0 1 / 2 0 0 5

d.   Was Eligible Damage Previously Repaired?   ○ Yes   ● No

If "Yes," date (mm/dd/yyyy):   ___ / ___ / ___

e.   Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f.   Type of Eligible Damage sustained and cost to repair such damage:

**Check all categories
of Eligible Damage**                                    Costs**

○   Cost of Product:                     $ | | | | | . | |

○   Cost of Finishing:                    $ | | | | | . | |

○   Cost of Installation:                  $ | | | | | . | |

○   Cost to Repair Other Property:        $ | | | | | . | |
     (*i.e.*, damage in addition to
     those items listed above)

Total Repair Costs for <u>this</u> window/sash:   $ | | | | | . | |

**   *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g.   If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ● No

h.   If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No

### ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** _7_ **(write in window number)**

a. Window Type: ● Casement ○ Awning ○ Transom

b. Glass Etch Number:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | 4 | - | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): 0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired? ○ Yes ● No

If "Yes," date (mm/dd/yyyy): ___ / ___ / ___

e. Is/Was Eligible Damage to the full window unit or just to the sash? ● full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage

Costs**

○ Cost of Product: $ ___ . ___

○ Cost of Finishing: $ ___ . ___

○ Cost of Installation: $ ___ . ___

○ Cost to Repair Other Property: $ ___ . ___
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for this window/sash: $ ___ . ___

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ○ Yes ● No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ● Yes ○ No

η-F

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** __8__ **(write in window number)**

a. Window Type:  ● Casement  ○ Awning  ○ Transom

b. Glass Etch Number:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| P | e | l | l | a | I | G | C | C | C | B | A | I | G | M | A | C | C | I | G | - | 2 | | 4 | - | 9 | 7 | |

| P | L | C | C | M | L | H | 1 | Z | 1 | 0 | 2 | 9 | A | 0 | 7 | 3 | A | W | H | T | 5 | 1 | 5 | S | N | F | C |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  0 2 / 0 1 / 2 0 0 5

d. Was Eligible Damage Previously Repaired?  ○ Yes  ● No

If "Yes," date (mm/dd/yyyy):  __ / __ / __

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ● full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage            <u>Costs**</u>

○  Cost of Product:              $ | | | | | | . | |

○  Cost of Finishing:            $ | | | | | | . | |

○  Cost of Installation:         $ | | | | | | . | |

○  Cost to Repair Other Property:  $ | | | | | | . | |
   (*i.e.*, damage in addition to
   those items listed above)

Total Repair Costs for <u>this</u> window/sash:  $ | | | | | | . | |

** <u>*Important*</u>: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ● No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ● Yes  ○ No

12

7-6

**3. Date(s) of Purchase**

Were all Windows with Eligible Damage purchased on the same date? ● Yes ○ No

If "Yes," state the date (mm/dd/yyyy): `0` `4` / `0` `8` / `1` `9` `9` `8`

If "No," identify the various purchase dates and the Windows purchased on those dates:

`   ` / `   ` / `    ` - date of purchase for window #s _____

`   ` / `   ` / `    ` - date of purchase for window #s _____

**4. Date(s) of Installation**

Were all Windows with Eligible Damage installed on or around the same date? ● Yes ○ No

If "No," identify the various installation dates and the Windows installed on those dates:

`   ` / `   ` / `    ` - date of installation for window #s _____

`   ` / `   ` / `    ` - date of installation for window #s _____

**5. Additional Information**

Please state below any additional information which you believe would be helpful in evaluating your claim.

There are 4 right and 4 left casement windows that must be replaced. All have same deterioration and damage. Pella bid show only 7 windows. Pella man said all 8 must be replaced. The two double hung windows installed the same day are in very good condition. We expected casement to last the same as double hung windows.

Windows were 8 years when we filled claim. That has been 12 years ago. Please replace the windows. A percentage of cost will not help us.



8

**3. Documentation of Eligible Damage and Costs.** You must submit documentation supporting your claims of Eligible Damage and the costs to repair such damage.

   **a. Provide photographs of relevant windows and damage.** To the extent possible, <u>for each window/sash that you claim had or has Eligible Damage</u>, please include photographs of the Eligible Damage for which you are seeking compensation.

   **b. For windows/sashes with Eligible Damage that <u>already has been repaired or replaced</u>, please include documents made or received at or near the time of repair or replacement that verify the nature of the Eligible Damage, what work was done to remedy the Eligible Damage, the date on which such work was performed, and the costs of such work.** Please identify which documents relate to which Windows (by window #) that are the subject of this Claim Form. Examples of such documentation include receipts, invoices, credit card or debit card records, canceled checks or other financial records showing the amount of money paid for the repair or replacement and the nature of the repair or replacement performed. You may also submit a signed and dated statement from the contractor who made the repairs that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs performed on each window identified in this Claim Form (by window #) and the costs of such repairs. If you have yet to obtain an estimate from a contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the following separate cost categories: costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.

   **c. For windows/sashes with Eligible Damage that have <u>not yet been repaired or replaced</u>, please submit a signed and dated statement from a contractor who has inspected the windows that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs to be performed on or around each window identified in this Claim Form (by window #) and the estimated costs of such repairs, separating out, to the extent practicable, costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.**

## F. LOCATION OF REMOVED WINDOWS

If windows and/or sashes with Eligible Damage were removed, are the window(s) currently available? ◯ Yes ◯ No

If "Yes", what is the current location of the window(s):

Mailing Address, including apartment, unit or box number

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

City

State     Zip Code



## G. IMPORTANT NOTICE REGARDING SUBMISSION TO THE JURISDICTION OF THE COURT IN ILLINOIS

By the filing of this Claim Form, you hereby submit to the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division, for the purposes of this claim.

## H. VERIFICATION OF PROPERLY SUBMITTED CLAIM

The benefits provided by the settlement are for otherwise unreimbursed costs and expenses actually incurred or to be incurred by you related to Eligible Damage covered by the settlement. By submitting this Claim Form, you verify, under oath and penalty of perjury, that you have not been reimbursed or compensated for any of the Eligible Damage that you are seeking in this Claim Form.

The benefits provided by the settlement DO NOT cover wood deterioration damage that was caused by any of the following causes:

(i) misuse, or intentional, reckless, accidental, and/ or negligent physical damage to a window caused directly or indirectly by a Settlement Class Member or other person; (ii) damage to windows to the extent resulting from natural disaster including, but not limited to fire, hurricane, wind, flood, earthquake or earth movement; (iii) damage resulting from causes unrelated to window performance (such as plumbing leaks, interior water spills, fire damage, caulk or putty cracks, or any other defect in the Structure); (iv) damage due to racking, covering or blocking of weep holes or drilling holes through the window frame; (v) damage due to improper storage, handling, installation, modification, or maintenance; (vi) damage due to an altered or reinstalled window; (vii) damage due to finishes, sealants or caulking not applied by Defendants or failure to finish the product in a timely manner; (viii) damage caused to wood, medium density fiberboard, or sheetrock, sills or jambs by natural weathering; (ix) damage caused by exterior leaks; and (x) damage caused by interior condensation.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, none of the damage for which you are seeking benefits in this Claim Form was caused by any of the causes identified immediately above.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, all of the damage for which you are seeking benefits in the this Claim Form was not caused by any cause other than water penetrating between the aluminum cladding of the window and the window sash at the corner joint of the cladding or at the glazing/Sash interface.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that no portion of any Claims that you ever had, now have, or may in the future have against Pella Corporation, Pella Windows and Doors, Inc. or any other "Releasee" under the settlement agreement, and no portion of any recovery for which you are submitting this Claim Form has been assigned or transferred by you to any person, corporation or government body.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that you are not currently employed by Pella Corporation or Pella Windows and Doors, Inc.

## I. SIGNATURE AND DECLARATION

By signing this Claim Form, I declare under penalty of perjury and pursuant to penal code 28 U.S.C. §1746, that the information I provided in this Claim Form, the verifications above, and all supporting documentation submitted with this Claim Form are true and correct to the best of my knowledge.

_____
Signature of Claimant

_05-16-18_
Date (mm/dd/yyyy)

11

# CHRIS SLUSSER
## MADISON COUNTY TREASURER

| PARCEL I.D. NUMBER | 22-2-20-08-11-201-009 |
|---|---|

22-GRANITE CITY

**2016 REAL ESTATE TAXES**

| | |
|---|---|
| TOWNSHIP | |
| TAX CODE | 195 |
| TAX PAYING AGENT NUMBER | |
| CLASS CODE | 0040 |
| T.I.F CERTIFIED ASSESSMENT | |
| FAIR MARKET VALUE | 73,980 |
| NON-FARM ASSESSMENT | 24,650 |
| × TOWNSHIP MULTIPLIER | 1.0000 |
| + FARM LAND | 0 |
| + FARM BUILDING | $0.00 |
| = TOWNSHIP EQUALIZED VALUE | 24,650 |
| HOMESTEAD IMPROVEMENT EXEMP. | 0 |
| - GENERAL DISABLED VETERAN | 0 |
| = STATE EQUALIZED VALUE | 24,650 |
| × STATE MULTIPLIER | 1.0000 |
| = STATE EQUALIZED VALUE | 24,650 |
| - SR ASSESSMENT FREEZE DEDUCTION | 0 |
| - GENERAL HOMESTEAD/ OWNER OCCUPANCY | 6,000 |
| - HOMESTEAD DEDUCTION OVER 65 | 5,000 |
| - FRATERNAL/VETERAN/ (RD) FREEZE | 0 |
| - DISABLED PERSON | 0 |
| - VETERAN EXEMPTION | 0 |
| = TAXABLE VALUE | 13,650 |
| × COMBINATION TAX RATE | 10.5094 |
| + DRAINAGE | 0.00 |
| TOTAL TAX | $1,434.56 |

**LEGAL DESCRIPTION**

FIRST ADD NAMEOKI TERRACE LOT 12 50X127. 5

ACREAGE TOTAL = 0.0000

**Property Address**
ANDREWS, KENNETH D AND JUDY K
1545 GARFIELD AVE
GRANITE CITY, IL 62040

| RATES 2015 | AMOUNT OF TAXES |
|---|---|
| 5.0170 | $684.82 |
| 2.5745 | $351.42 |
| 0.7073 | $96.56 |
| 0.5716 | $78.02 |
| 0.4637 | $63.30 |
| 0.4152 | $56.67 |
| 0.4227 | $57.70 |
| 0.3759 | $51.31 |

**THIS IS NOT A NEW OR ADDITIONAL TAX**

**INFORMATIONAL DISTRICTS** | AMOUNT |
|---|---|
| MUNICIPALITY PENSION | $72.57 |
| UNIT SCHOOLS PENSION | $47.10 |
| COUNTY PENSION | $20.14 |
| PARK DISTRICT PENSION | $9.04 |
| LIBRARY DISTRICT PENSION | $7.02 |
| TOWNSHIP PENSION | $5.84 |
| SANITARY DISTRICTS PENSION | $2.87 |

| TAXING DISTRICT | RATES 2016 | AMOUNT OF TAXES |
|---|---|---|
| GRANITE CITY CU #9 | 5.0045 | $683.11 |
| CITY OF GRANITE CITY | 2.5600 | $349.44 |
| MADISON COUNTY | 0.6514 | $88.55 |
| GRANITE CITY PARK | 0.5875 | $80.19 |
| SW IL COLLEGE #522 | 0.4743 | $64.74 |
| SIX-MILE REG. LIBRARY | 0.4359 | $59.50 |
| METRO EAST SANITARY | 0.4216 | $57.55 |
| GRANITE CITY TOWNSHIP | 0.3742 | $51.08 |

| | |
|---|---|
| 2016 TOTAL TAX | $1,434.56 |
| 2016 TAXES PAID | $0.00 |
| 2016 TOTAL TAX DUE | $1,434.56 |

006849

22-2-20-08-11-201-009
ANDREWS KENNETH D AND JUDY K
1545 GARFIELD AVE
GRANITE CITY IL 62040

*** Reminder*** **ESCROWED TAXES**

$1,434.56





Mr & Mrs Kenneth Andrew
1545 Garfield Ave
Granite City IL 62040-3825

Mold and deterioration shown
is present in all windows.

Close up of wood window fram[e]
Half of windows have similar
deterioration.

Mr. Kenneth Andrew
1545 Garfield Ave
Granite City IL 62040-3825



**When photographs were taken opening windows caused pieces of wood to come loose.**

4/6/2018



4/6/2018

MRS. JUDY K. ANDREWS
1545 Garfield Ave.
Granite City, IL 62040



Several window look like this.

4/6/2018



It very hard to close the windows.

4/6/2018