# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Thomas Riva, et al.

                    Plaintiff,

v.                                Case No.: 1:06–cv–04481

                                Honorable Sharon Johnson Coleman

Pella Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2018:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Complex Litigation Group LLC's motion for attorneys' fees [684] is entered and continued. No appearance necessary on 6/5/2018. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.