IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN JAMES NEWMAN, AMY CHASIN, and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | No. 06 CV 4481<br><br>Honorable James B. Zagel |

## NOTICE OF DEPOSITION

TO: Donald Tucker c/o Jonathan P. Novoselsky, Novoselsky Law, LLC, 25 N. County, 2nd Floor, Waukegan, IL 60085

PLEASE TAKE NOTICE that the deposition of **DONALD TUCKER** will be taken by oral examination before a qualified court reporter at the offices of CLIFFORD LAW OFFICES, P.C., 120 N. LaSalle Street, Suite 3100, Chicago, IL 60602 on **July 2, 2018**, at **11:00 a.m.** and thereafter by adjournment until the same shall be completed.

Dated: June 20, 2018

/s/ Shannon M. McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

## CERTIFICATE OF SERVICE

I, Shannon M. McNulty, an attorney, hereby certify that on June 20, 2018, I served the above and foregoing, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
Kristofer S. Riddle
ksr@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090