6/19/2018

Gary Carnivale
11895 S. Cherry Lane
Olathe, KS 66061
455pontiac@gmail.com
210-872-2100

**FILED**

JUN 25 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Settlement Objection

### *Kent Eubank et al. v. Pella Corporation et al.*, Case No. 06 C 4481

In June of 1997, I moved into a new construction custom home which I had built. Based on reputation, I purchased Pella windows during the construction process. Shortly after moving in, I started having multiple leaks (water running out of the bottom of walls). A leak could be very infrequent, depending on the direction of the rain and frequency. During the first few years, I had multiple conversations with Pella representatives about my windows. Pella's service personnel repeatedly assured me that the windows were not the source of my leaks. Because of Pella's assurances, I spent years, along with a lot of time and money, trying to determine the source of the leaks. Eventually, I identified multiple design defects in the windows that were the cause of the leaks. Not only was Pella not honest with me, but they continued selling me parts for the windows that they knew or should have known, could not be repaired. If I could determine design problems, surely the corporate professionals, whose business is designing, manufacturing and testing windows, knew early on that there were problems with these windows.

The first lawsuit was started in 2006. The settlement was determined to be a sham and overturned in 2014, which brings us to the second settlement in 2018, twelve years later, and to my objection.

This settlement only allows for 25% reimbursement of qualified expenses if the windows were purchased more than 15 years prior to the Direct Class Notice Date. This lawsuit(s) has gone on for 12 years. Pella should not benefit from denying and stalling (for 18 years in my case), while my family and I endured years of stress trying to resolve the leaks. At this time I still have no idea what other damage could be in the walls of my house. I still have Pella windows today that I will not open and close, because I know using them will lead to problems. The Pella windows I purchased were not fit for the purpose they were sold.

In conclusion, it is inconceivable that for the last 27 years, Pella could not determine that these windows were prone to leaking. Their tactics of "deny and stall" should not be rewarded by only having to pay 25%.

Regards,

Gary Carnivale
June 19, 2018