

**FILED**

## U.S. District Court
## for the
## Northern District Illinois
## Eastern Division



JUN 25 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EUBANK, ET AL.              \*
         Plaintiffs.         \*      CASE NO. 1:06 –CV-04481
                                  \*

vs.                              \*      OBJECTION TO SETTLEMENT
                                  \*

PELLA CORPORATION, ET AL.,     \*
         Defendant.        \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OBJECTION IS MADE to the terms of the proposed settlement agreement in the above-encaptioned class-action lawsuit, for the following reasons:

1) The reduced payout of 25% of costs and expenses in the event the damaged windows have been replaced, or still need to be replaced, 15 years after date of sale is objected to because it is an arbitrary and capricious time-frame, and because it may result in a reduced payout to me that will result in less than what I have already paid, out-of-pocket, to replace damaged windows, and I have only replaced less than half of the total number of windows that are damaged in my home.

2) The damaged Pella windows in my home would have been replaced sooner than the 15 year time-frame that is denoted in the settlement agreement, if the settlement in the class action would have occurred sooner.

3) The damaged Pella windows in my home could have been replaced sooner, also, if the law firm that represents the class members would have responded to my inquiries.

4) The cost of the replaced Pella windows is less than what would have been put in my home if the class-action would have settled sooner, or the law firm for the class members would have responded to my inquiries. Because the cost of replacing the windows was being borne by myself, and I did not know the status of the lawsuit, less expensive windows were put in to replace the damaged Pella windows, in order to reduce the out-of-pocket expenses.

Dated this 18th day of June, 2018.

Tamara Lee
31089 451st Ave.
Gayville, SD 57031
(605) 267-2067
Class Member