**FILED**

JUN 25 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

June 13, 2018

Lawsuit reference: Kent Eubank et al. v. Pella Corporation et al.,
Case # 06C4481

Reginald Edwin Bossier
2322 Beau Chene Dr.
Biloxi, Ms. 39532
228-697-2707
228-341-5696
228-437-6800

I, Ed Bossier have owned my home at above address for 11yrs this past april.

Objection #1: The suit against Pella Corp. et.al, is for Pro Line casement windows manufactured by Pella from 1991-2009. My home was finished at the end of 2004 and the windows and door in it are all Pell custom built by 2002 in the same stlye as Proline aluminun over wood casement products. The windows and doors in my home should be covered as they have been built in the same fashion as Proline with aluminum over wood and are suffering the same rot issues as Proline.

Objection #2: Limiting the lawsuit to just Proline is unfair and should include all Pella products with such known design flawssuch as exhibited photos (see Fig:1-4 a,b,c,d,)

Objection #3: Identification of eligible damageand costs, It si obvious of the damage to these 12 of 50 Pella products in my home. Identification of each individual unit is difficult because they all have the same etching on the windows that look and are built like doors only have Pella coin at top of each window. (see Fig 1, D)

This home was completed in 2004-2005 and I purchased in 2007 and the manufacturer of these windows fall in the 1991-2009 time frame. The windows are aluminum clad wood casement that were custom made specifically for this home so Pella's method of manufacturing Proline crossed over to these poorly designed aluminum clad wood casementwindowswhen they were architecturally planned and ordered from Pella. I noticed an issue back in 2010 but thought it was mold on the paint. Years later it turned out to be rotting from the inside out to the paint where now only the paint is holding it together. (see Fig.4)

Categories and cost of eligible damages. The 6 unit stacked to make one large window (Fig.2,A) has leaked enough over the years to cause damage to the wall beneath the window and cabinet against the window. We have mold and mushrooms growing out of the corner of the bottom of the window next to cabinet inside kitchen. Could be harmful black mold!! I believe the mold to be behind too. will only see extent of damage once removed and replace. I called Pella to get info on what to do about the rot and they said they would have to be replaced. Their Assessment fee would be $250.00 to make a visit. I am worried about the other Pella products now in my home. Only full replacement of these rotten products will help me in this situation. Please, please, grant me some relief.

Thank You,
Sincerely, Reginald Elwin Bossier 6/13/18

# CLAIM FORM

**NOTE: SUPPORTING DOCUMENTATION WILL BE REQUIRED FOR ALL CLAIMS. A LIST OF ACCEPTED SUPPORTING DOCUMENTATION CAN BE FOUND ON PAGES 9-10 OF THE FORM.**

**A. IDENTIFICATION OF PERSON SUBMITTING THIS FORM AND THE STRUCTURE CONTAINING PELLA WINDOWS.**

**1. Your phone number and email:***

Daytime Telephone Number
`228 - 341 - 5696`

Evening Telephone Number
`228 - 437 - 6800`

Email
`KATiebelle1973@aol.com`

Secondary Email

> \* For promptness and accuracy, we prefer to contact you by email and will do so if possible. Accordingly, please provide your email address. If necessary, we may also contact you by phone or by US mail.

**2. Physical Address of Structure:**

*If different from the above mailing address,* please identify the street address of the Structure which contains or contained one or more Pella ProLine Casement window(s) for which this claim applies:

Street Address, including apartment, unit or box number
`2322 BEAU CHENE Drive`

City
`Biloxi`
State
`MS`
Zip Code
`39532`

**3. With respect to the Structure, please check all that apply:**

You are the **current owner** ●

You are the **former owner** ○

You are the **original owner** ○

**4.** How many Pella ProLine ~~designed~~ Casement, Awning and Transom windows are/were installed in the Structure?

Total number of windows: `50`

---

**G. IMPORTANT NOTICE REGARDING SUBMISSION TO THE JURISDICTION OF THE COURT IN ILLINOIS**

By the filing of this Claim Form, you hereby submit to the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division, for the purposes of this claim.

**H. VERIFICATION OF PROPERLY SUBMITTED CLAIM**

The benefits provided by the settlement are for otherwise unreimbursed costs and expenses actually incurred or to be incurred by you related to Eligible Damage covered by the settlement. By submitting this Claim Form, you verify, under oath and penalty of perjury, that you have not been reimbursed or compensated for any of the Eligible Damage that you are seeking in this Claim Form.

The benefits provided by the settlement DO NOT cover wood deterioration damage that was caused by any of the following causes:

> (i) misuse, or intentional, reckless, accidental, and/ or negligent physical damage to a window caused directly or indirectly by a Settlement Class Member or other person; (ii) damage to windows to the extent resulting from natural disaster including, but not limited to fire, hurricane, wind, flood, earthquake or earth movement; (iii) damage resulting from causes unrelated to window performance (such as plumbing leaks, interior water spills, fire damage, caulk or putty cracks, or any other defect in the Structure); (iv) damage due to racking, covering or blocking of weep holes or drilling holes through the window frame; (v) damage due to improper storage, handling, installation, modification, or maintenance; (vi) damage due to an altered or reinstalled window; (vii) damage due to finishes, sealants or caulking not applied by Defendants or failure to finish the product in a timely manner; (viii) damage caused to wood, medium density fiberboard, or sheetrock, sills or jambs by natural weathering; (ix) damage caused by exterior leaks; and (x) damage caused by interior condensation.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, none of the damage for which you are seeking benefits in this Claim Form was caused by any of the causes identified immediately above.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, all of the damage for which you are seeking benefits in the this Claim Form was not caused by any cause other than water penetrating between the aluminum cladding of the window and the window sash at the corner joint of the cladding or at the glazing/Sash interface.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that no portion of any Claims that you ever had, now have, or may in the future have against Pella Corporation, Pella Windows and Doors, Inc. or any other "Releasee" under the settlement agreement, and no portion of any recovery for which you are submitting this Claim Form has been assigned or transferred by you to any person, corporation or government body.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that you are not currently employed by Pella Corporation or Pella Windows and Doors, Inc.

**I. SIGNATURE AND DECLARATION**

**By signing this Claim Form, I declare under penalty of perjury and pursuant to penal code 28 U.S.C. §1746, that the information I provided in this Claim Form, the verifications above, and all supporting documentation submitted with this Claim Form are true and correct to the best of my knowledge.**



Reginald Edwin Bassier
Signature of Claimant

`06/15/2018`
Date (mm/dd/yyyy)
`06/15/2018`

Window # 3 of 12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW # __3__ (write in window number)**

a. Window Type:  ☑ Casement  ○ Awning  ○ Transom

b. Glass Etch Number:  `C T G T E M P E R E D 1 6 C F R 1 2 0 . 1 1`
and  `SGCC 1804 V8U`
Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): `0 1 / 2 2 / 2 0 1 0`

d. Was Eligible Damage Previously Repaired?  ○ Yes  ☑ No
If "Yes," date (mm/dd/yyyy): `__ / __ / __`

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ☑ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage          Costs**

○ Cost of Product:                    $ `1000.00`

○ Cost of Finishing:                  $ `833.00`

○ Cost of Installation:               $ `416.60`

○ Cost to Repair Other Property:      $ `833.00`
(i.e., damage in addition to
those items listed above)

Total Repair Costs for this window/sash:  $ `3082.60`

** **Important**: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ☑ Yes  ○ No



12

---



Eubank v. Pella Corporation Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

**PEK**

Postal Service: Please do not mark barcode
0000298**P0001-S0003-B0001*****AUTO**MIXED AADC 926
Claim#: PEK-90000485-1
Reginald Bossier
2322 Beau Chene
Biloxi, MS 39532-3134

*Eubank, et al. v. Pella Corporation, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Case No. 06-cv-4481

**YOU MUST SUBMIT
YOUR CLAIM FORM
POSTMARKED BY
JUNE 20, 2018**

### Submitting a Claim under the Eubank v. Pella Corp. Settlement Agreement

**CLAIMANT INFORMATION**

| First Name | M.I. | Last Name |
|---|---|---|
| REGINALD | E | BOSSIER |

Primary Address: `2322 BEAU CHENE DRIVE`

Primary Address Continued:

| City | State | Zip Code |
|---|---|---|
| BILOXI | MS | 39532 |

| Foreign Province | Foreign Postal Code | Foreign Country Name/Abbreviation |
|---|---|---|
| NA | NA | NA |

To make a claim through the claims process for benefits that may be available as a result of the settlement reached in the litigation titled *Eubank et al. v. Pella Corporation et al.*, you must fill out the attached Claim Form as completely as you can and send it to the following address so that it is postmarked by June 20, 2018:

*Eubank v. Pella Corporation* Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

Each property owner making a claim must submit a separate Claim Form. You may obtain extra copies by calling 1-866-658-6764 or online at the following address: www.pellawindowsettlement.com.

Class members submitting claims may be contacted by representatives of counsel for the class or by the settlement administrator for additional information regarding the class member's claims.

**Deadline:** If you do not complete and mail your Claim Form to the *Eubank v. Pella Corporation* Settlement Administrator at the address provided above so that it is postmarked by June 20, 2018, your claim will be rejected and you will be precluded from sharing in any benefits provided by the settlement. Do not send your Claim Form to the Court or to anyone other than the *Eubank v. Pella Corporation* Settlement Administrator.

**IT IS IMPORTANT THAT YOU TRY TO ANSWER ALL QUESTIONS AS FULLY AND ACCURATELY AS POSSIBLE. FAILURE TO FULLY ANSWER THE QUESTIONS OR TO PROVIDE THE REQUESTED INFORMATION AND/OR DOCUMENTATION MAY IMPACT YOUR ABILITY TO OBTAIN BENEFITS.**

If you need additional space to complete the Claim Form, please attach additional pages, and identify by question number which question(s) you are answering on your attached pages.



| FOR CLAIMS PROCESSING ONLY | OB | CB | ○ DOC ○ LC ○ REV | ○ A ○ B | ○ RED ○ ATP |

**NOTE**: To the extent that you cannot separate the Eligible Damage into the categories described above (for instance, if the repairs and estimates have already occurred and are not separated out into these categories), please provide as much information about the Eligible Damage as possible.

### C. SUMMARY OF ELIGIBLE DAMAGE AND COSTS CLAIMED FOR ALL WINDOWS IDENTIFIED IN RESPONSE TO QUESTION B.1.

**1. Windows That Already Were Repaired/Replaced**

For the windows and/or sashes that you already repaired or replaced and identified in response to Question B.1.a., above, please identify below the type of Eligible Damage that was repaired or replaced and the total amount incurred to repair or replace such Eligible Damage:

Check all categories
of Eligible Damage       Costs*

○ Cost of Product:    $ [ ][ ][ ][ ][ ].[0][6]

○ Cost of Finishing:   $ [ ][ ][ ][ ][ ].[0][0]

○ Cost of Installation:  $ [ ][ ][ ][ ][ ].[0][0]

○ Cost to Repair Other Property: $ [ ][ ][ ][ ][ ].[0][0]
  (*i.e.*, damage in addition to
  those items listed above)

Total Costs for All Repaired Windows $ [ ][ ][ ][ ][ ].[0][6]

\* *Important*: If you do not know the precise breakdown of costs, please try to obtain this information from your contractor. If this information is unavailable, please check all categories of Eligible Damage that were repaired and put the total repair amount in "Total Repair Costs for All Repaired Windows."

**2. Windows That Still Need To Be Repaired/Replaced**

For the windows and/or sashes that still need to be repaired or replaced and were identified in response to Question B.1.b., above, please identify below the type of Eligible Damage that needs to be repaired or replaced and the total amount needed to repair such Eligible Damage:

Check all categories
of Eligible Damage       Costs**

○ Cost of Product:    $ [1][2][0][0][0].[0][0]

○ Cost of Finishing:   $ [1][0][0][0][0].[0][0]

○ Cost of Installation:  $ [ ][5][0][0][0].[0][0]

○ Cost to Repair Other Property: $ [1][0][0][0][0].[0][0]
  (*i.e.*, damage in addition to
  those items listed above)

Total Repair Costs for All Windows $ [3][7][0][0][0].[0][0]
to be Repaired or Replaced

\*\* *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

### E. REQUIRED SUPPORTING DOCUMENTS

**1. Ownership Documentation.** Please attach documentation that verifies that you are the current or former owner of the property containing the Pella ProLine Casement, Transom or Awning Window(s) identified in your Claim Form during the period when Eligible Damage was repaired or needs to be repaired.

**Examples of sufficient documentation of property ownership include** a copy of a mortgage statement or payment coupon, the declarations page of property, homeowner's or title insurance, a copy of a property tax bill, property deeds or deeds of trust, or other documentation demonstrating ownership, including the property address. The documentation must be (a) for/from the year in which the repairs or replacements took place, or (b) for/from the current year if the window(s) has/have yet to be repaired or replaced. **YOU NEED ONLY PROVIDE ONE FORM OF DOCUMENTATION.**

If you are the owner of an individual living unit such as a condominium or townhouse, then you must also provide satisfactory proof that you have/had the maintenance obligation during the period when the Pella ProLine Casement, Awning or Transom Window(s)' Eligible Damage was repaired or needs to be repaired. **Examples of satisfactory proof of maintenance obligations include** a copy of the Covenants, Conditions and restrictions governing the condominium or townhouse.

**2. Documentation that 1991-2009 ProLine Casement, Awning or Transom windows were installed in your Structure.** This settlement only covers Eligible Damage caused to or by ProLine Casement, Awning or Transom Windows manufactured between 1991 and 2009 that were installed in your Structure. It is therefore necessary to establish that the Windows identified in Sections B and C, above, are covered by the settlement.

**Establishing qualifying windows.** As shown above, you can establish that you have qualifying windows by identifying the Glass Etch and Product ID Stamp or Unit Label of any window for which you are seeking benefits under this settlement. This can be done by providing that information in writing or by providing a photograph of the Glass Etch and Product ID Stamp or Unit Label of each window for which you are submitting a claim. If you are unable to identify the Glass Etch and Product ID Stamp or Unit Label of any window for which you are submitting a claim, then you must submit documentation establishing that each such window is of the type and vintage covered by the settlement. This may be established, for example, by submitting (1) a signed statement from your contractor on the contractor's letterhead or in an affidavit identifying your windows as ProLine Casement, Awning or Transom windows manufactured between 1991-2009; (2) a prior written statement from Pella or any Pella distributor identifying the windows as ProLine Casement, Awning or Transom windows manufactured between 1991-2009; or (3) other documents, such as purchase orders, establishing that you purchased qualifying ProLine Casement, Awning or Transom windows.

**Establishing installation of the windows.** To the extent possible, please provide documents establishing the actual or, if unavailable, the approximate dates of installation of the windows at issue in your Claim Form. This may include, for example, credit or debit card records, a contract for installation of the windows or canceled checks to your contractor for window installations.



**3. Documentation of Eligible Damage and Costs.** You must submit documentation supporting your claims of Eligible Damage and the costs to repair such damage.

**a. Provide photographs of relevant windows and damage.** To the extent possible, <u>for each window/sash that you claim had or has Eligible Damage</u>, please include photographs of the Eligible Damage for which you are seeking compensation.

**b. For windows/sashes with Eligible Damage that <u>already has been repaired or replaced</u>, please include documents made or received at or near the time of repair or replacement that verify the nature of the Eligible Damage, what work was done to remedy the Eligible Damage, the date on which such work was performed, and the costs of such work.** Please identify which documents relate to which Windows (by window #) that are the subject of this Claim Form. Examples of such documentation include receipts, invoices, credit card or debit card records, canceled checks or other financial records showing the amount of money paid for the repair or replacement and the nature of the repair or replacement performed. You may also submit a signed and dated statement from the contractor who made the repairs that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs performed on each window identified in this Claim Form (by window #) and the costs of such repairs. If you have yet to obtain an estimate from a contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the following separate cost categories: costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.

**c. For windows/sashes with Eligible Damage that have <u>not yet been repaired or replaced</u>, please submit a signed and dated statement from a contractor who has inspected the windows that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs to be performed on or around each window identified in this Claim Form (by window #) and the estimated costs of such repairs, separating out, to the extent practicable, costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.**

## F. LOCATION OF REMOVED WINDOWS

If windows and/or sashes with Eligible Damage were removed, are the window(s) currently available? ○ Yes ○ No

If "Yes", what is the current location of the window(s):   N/A

Mailing Address, including apartment, unit or box number

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

City

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

State | Zip Code

## B. IDENTIFICATION OF ELIGIBLE DAMAGE AND COSTS.

The settlement provides benefits to certain claimants who can establish "Eligible Damage." A copy of the settlement agreement may be found at www.pellawindowsettlement.com. Please fill out the information below to identify what Eligible Damage and costs you are claiming. For purposes of the settlement, Eligible Damage means water-related damage to a Pella ProLine® brand wood casement, awning, and/or transom window (including 250 and 450 Series) manufactured by Pella Corporation between January 1, 1991 and December 31, 2009 ("Window") because of water penetration between the aluminum cladding of the window and the window sash, as well as the consequences of such water penetration and damage, which includes: 1. Damage to the Window; 2. Damage to the finishing on such Window; 3. Damage to other property surrounding such Window, such as water related damage to the Structure in which such Window was installed; and 4. Labor costs necessary to replace a window or its sash because it was or is damaged from water penetration as described above and/or was or is causing damage to other property surrounding the Window such that replacement was or is necessary to fix such damage.

For Eligible Damage to or from a Window repaired or replaced more than 15 years after the Date of Sale, or if not repaired, with a Date of Sale that is more than 15 years before the Direct Class Notice Date, the cash award will be 25% of the sum of these four categories.

**1. How many of the Windows identified in section A.4 above do you contend sustained Eligible Damage and already were repaired or replaced or still need to be repaired or replaced?**

**a.** Windows With Eligible Damage that <u>already were repaired/replaced</u>:    | | 0 |

**b.** Windows With Eligible Damage that <u>still need to be repaired/replaced</u>:    | 1 | 2 |

Total Windows With Eligible Damage:    | 1 | 2 |

**2. Categories and Costs of Eligible Damage.** Please identify the type of Eligible Damage that you sustained and the total to repair such Eligible Damage. To the extent reasonably possible, please separate Eligible Damage and costs into the following four categories:

**a. Cost of Product.** If you already replaced or need to replace one or more windows or sashes because of Eligible Damage, then check the "Cost of Product" category, and state the total amount paid or to be paid to replace such product. Please include <u>only</u> the cost of the actual product in this category, not other costs such as the cost to install or finish the product.

**b. Cost of Finishing.** If you incurred or need to incur costs to repair damage to finishing on one or more windows or sashes because of Eligible Damage, then check the "Cost of Finishing" category, and state the total amount paid or to be paid to finish or refinish the windows or sashes (including cost of paint, stain or varnish and/or the cost of labor to have a contractor apply the paint, stain or varnish). "Finishing" refers to painting, staining or varnishing the exposed wood portion of a window or sash. It does not include painting, staining or varnishing wood trim, wallboard or other surfaces that are not on the window but are surrounding a window, which belong in the "Cost to Repair Other Property" category.

**c. Cost of Installation.** If you incurred or need to incur labor costs to install one or more windows or sashes that were damaged because of Eligible Damage, then check the "Cost of Installation" category, and state the total amount paid or to be paid to install such windows or sashes.

**d. Cost to Repair Other Property.** If you incurred or need to incur costs to repair other categories of damage such as damage to surrounding structure, trim, wallboard, or paint because of water penetrating between the aluminum cladding of the window and the window sash, then check the "Costs to Repair Other Property" category, and state the total amount paid or to be paid to repair such other damage (including labor costs and costs of materials such as paint, wallboard, spackle, etc.).



1. **WINDOW #1** *of 12*

    a. Window Type:   ✓ Casement   ○ Awning   ○ Transom

    b. Glass Etch Number:

    | C | T | G | T | E | M | P | E | R | E | D | 1 | 6 | C | F | R | 1 | 2 | 0 | 1 | 1 | 1 |
    |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

    and
    *SGCC 1304 1/8 U*
    Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

    |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
    |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

    c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   0 1 / 2 2 / 2 0 1 0

    d. Was Eligible Damage Previously Repaired?   ○ Yes   ✓ No

    If "Yes," date (mm/dd/yyyy):   ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐

    e. Is/Was Eligible Damage to the full window unit or just to the sash?   ✓ full unit   ○ sash only

    f. Type of Eligible Damage sustained and cost to repair such damage:

    Check all categories
    of Eligible Damage                                                    Costs**

    ✓   Cost of Product:                    $  1 0 0 0 . 0 0

    ✓   Cost of Finishing:                  $  8 3 0 . 0 0

    ✓   Cost of Installation:               $  4 1 5 . 0 0

    ✓   Cost to Repair Other Property:      $  8 3 3 . 0 0
        (*i.e.*, damage in addition to
        those items listed above)

    Total Repair Costs for this window/sash:   $  3 0 7 8 . 0 0

    ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

    g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

    h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ✓ Yes   ○ No

2. **WINDOW #2** * *of 12*

    a. Window Type:   ✓ Casement   ○ Awning   ○ Transom

    b. Glass Etch Number:

    | C | T | G | T | E | M | P | E | R | E | D | 1 | 6 | C | F | R | 1 | 2 | 0 | 1 | 1 | 1 |
    |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

    and
    *SGCC 1304 1/8 U*
    Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

    ? |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
    |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

    c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   0 1 / 2 2 / 2 0 1 0

    d. Was Eligible Damage Previously Repaired?   ○ Yes   ✓ No

    If "Yes," date (mm/dd/yyyy):   ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐

    e. Is/Was Eligible Damage to the full window unit or just to the sash?   ✓ full unit   ○ sash only

    f. Type of Eligible Damage sustained and cost to repair such damage:

    Check all categories
    of Eligible Damage                                                    Costs**

    ✓   Cost of Product:                    $  1 0 0 0 . 0 0

    ✓   Cost of Finishing:                  $  8 3 3 . 0 0

    ✓   Cost of Installation:               $  4 1 6 . 5 0

    ✓   Cost to Repair Other Property:      $  9 3 3 . 0 0
        (*i.e.*, damage in addition to
        those items listed above)

    Total Repair Costs for this window/sash:   $  3 0 8 2 . 5 0

    ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

    g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

    h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ✓ Yes   ○ No

    ***IF YOU HAVE MORE THAN TWO WINDOWS WITH ELIGIBLE DAMAGE,
    USE THE ATTACHED "ADDITIONAL WINDOW FORM"***



**3. Date(s) of Purchase**

Were all Windows with Eligible Damage purchased on the same date? ☑ Yes ☐ No

If "Yes," state the date (mm/dd/yyyy): 1 2 / 1 5 / 2 0 0 3

If "No," identify the various purchase dates and the Windows purchased on those dates:

☐ / ☐ / ☐ - date of purchase for window #s _____

☐ / ☐ / ☐ - date of purchase for window #s _____

**4. Date(s) of Installation**

Were all Windows with Eligible Damage installed on or around the same date? ☑ Yes ☐ No

If "No," identify the various installation dates and the Windows installed on those dates:

☐ / ☐ / ☐ - date of installation for window #s _____

☐ / ☐ / ☐ - date of installation for window #s _____

**5. Additional Information**

Please state below any additional information which you believe would be helpful in evaluating your claim.

Since I am the home owner and not the Builder the dates are to the best of my knowledge, The replacement estemets could be way low due to the fact that I called Pella to come evaluate the situation and they wanted 250⁰⁰ just to come by. So today is June 15 2018 I have to get this copyed and mailed by the 20ᵗʰ. and I hope the court investigates my claims and I pray for relief. Thank you

P.S. the Court can order Pella representitives from Mobile AL to come here and inspect damage

Thank you again
For your consideration
R. E (Ed) Bosier
Reginald Edwin Bosier

---

**D. INFORMATION ON <u>EACH WINDOW</u> THAT SUSTAINED OR CAUSED ELIGIBLE DAMAGE.**

For each Window with Eligible Damage, please fill out the information below, identifying (1) the type of window (Casement, Awning or Transom); (2) the Glass Etch and Product ID Stamp or Unit ID Label; (3) the date when Eligible Damage to the window or surrounding area was discovered; (4) whether the Eligible Damage already has been repaired and, if so, the date of repair; and (5) the type of Eligible Damage sustained to or from that window and the costs of repairing such damage.

**Glass Etch.** The Glass Etch is located in one of the corners of each window, and will look something like one of the two following examples:

IGCC ® CBA
IGMAC CIG-2
4-91

Pella
IGCC®CBA
CIG-2 4-89

**Product ID Stamp.** Windows manufactured between 1991 - 1997 have a Product ID Stamp that is typically located near the corner of the sill of the product, and looks like this:



**Unit ID Label.** Windows manufactured between 1998 - 2009 have a Unit ID Label that can be found on interior lower corner of the glass of each window, and looks like this:



## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additiona windows/sashes. A separate form must be submitted for each additional window. Please number the windows fo identification purposes.

## WINDOW # 4 of 12 (write in window number)

a.  Window Type:  ☑ Casement  ○ Awning  ○ Transom

b.  Glass Etch Number: | C | T | G | T | E | M | P | E | R | E | D | i | 6 | C | F | R | . | 2 | 0 | 1 | . | 1 | 1 |

and  SGCC  1804 ⅛ U

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

? | c | a | n | T | | F | i | n | d | | | | | | | |

c.  Date when Eligible Damage was first noticed (mm/dd/yyyy): | 0 | 1 | / | 2 | 2 | / | 2 | 0 | 1 | 0 |

d.  Was Eligible Damage Previously Repaired?  ○ Yes  ☑ No

If "Yes," date.(mm/dd/yyyy): | | | / | | | / | | | |

e.  Is/Was Eligible Damage to the full window unit or just to the sash?  ☑ full unit  ○ sash only

f.  Type of Eligible Damage sustained and cost to repair such damage:

| Check all categories of Eligible Damage | Costs** |
|---|---|
| ☑ Cost of Product: | $ 1 0 0 0 . 0 0 |
| ☑ Cost of Finishing: | $ 8 3 3 . 0 0 |
| ☑ Cost of Installation: | $ 4 1 6 . 5 0 |
| ☑ Cost to Repair Other Property: (*i.e.*, damage in addition to those items listed above) | $ 8 3 3 . 0 0 |
| Total Repair Costs for this window/sash: | $ 3 0 8 2 . 5 0 |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain a estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g.  If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h.  If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ☑ Yes  ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additiona windows/sashes. A separate form must be submitted for each additional window. Please number the windows fo identification purposes.

**WINDOW #** 5 of 12 **(write in window number)**

a. Window Type: ✓ Casement ○ Awning ○ Transom

b. Glass Etch Number: | C | T | G | T | E | M | P | E | R | E | D | 1 | 6 | C | F | R | 1 2 0 1 | 1 1 |

and
Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009): ?
| | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): 0 1 / 2 2 / 2 0 1 0

d. Was Eligible Damage Previously Repaired? ○ Yes ✓ No

If "Yes," date.(mm/dd/yyyy): | | / | | / | |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ○ full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                     Costs**

✓ Cost of Product:                 $ | | 1 | 0 | 0 | 0 | . | 0 | 0 |

✓ Cost of Finishing:               $ | | | 8 3 3 | . | 0 | 0 |

✓ Cost of Installation:            $ | | | 4 | 1 | 6 | . | 5 | 0 |

✓ Cost to Repair Other Property:   $ | | | 8 | 3 | 3 | . | 0 | 0 |
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for this window/sash: $ | | 3 | 0 | 8 | 2 | . | 5 | 0 |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain a estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ✓ Yes ○ No



## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additiona windows/sashes. A separate form must be submitted for each additional window. Please number the windows fo identification purposes.

**WINDOW #** _6_ _of-12_ (write in window number)

a. Window Type:  ☑ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:  `C T G T E M P E R E D 1 6 C F R 120 1`

and `SGCC 1804 1/8 U`

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

`? C A N'T F I N d`

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): `0 1 / 2 2 / 2 0 1 0`

d. Was Eligible Damage Previously Repaired?  ○ Yes  ☑ No

If "Yes," date.(mm/dd/yyyy): `__ / __ / __`

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ☑ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                         Costs**

☑ Cost of Product:                    $ `1 0 0 0 . 0 0`

☑ Cost of Finishing:                  $ `8 3 3 . 0 0`

☑ Cost of Installation:               $ `4 1 6 . 5 0`

☑ Cost to Repair Other Property:      $ `8 3 3 . 0 0`
   (*i.e.*, damage in addition to
   those items listed above)

Total Repair Costs for this window/sash:  $ `3 0 8 2 . 5 0`

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain a estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ☑ Yes  ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** _1_  of 12 (write in window number)

a. Window Type:  ☑ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:  `C T G T E M P E R E D 1 6 C F R 1 2 0 1 . 1 1`
   and  SGCC 1804  1/8 U
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   `2` `C A N T` `L O C A T E` `G C C` `C B A 16 MAY`
   INSUL SHIELD®   C I G - 2 4 - 0 3

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  `0 1 / 2 2 / 2 0 1 0`

d. Was Eligible Damage Previously Repaired?  ○ Yes  ☑ No
   If "Yes," date (mm/dd/yyyy):  `   /   /   `

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ☑ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

| Check all categories of Eligible Damage | | Costs** |
|---|---|---|
| ☑ | Cost of Product: | $ `1 0 0 0 . 0 0` |
| ☑ | Cost of Finishing: | $ `8 3 3 . 0 0` |
| ☑ | Cost of Installation: | $ `4 1 6 . 5 0` |
| ☑ | Cost to Repair Other Property: (*i.e.*, damage in addition to those items listed above) | $ `8 3 3 . 0 0` |
| | Total Repair Costs for this window/sash: | $ `3 0 8 2 . 5 0` |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the exten practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ☑ Yes   ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # _8_ of 12 (write in window number)

a. Window Type:  ✓ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:

| C | T | 6 | T | E | M | P | E | R | E | D | 1 | 6 | C | F | R | 1 | 2 | 0 | 1 | 1 | 1 |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

? | 1 | 6 | C | C | | C | B | A | | I | 6 | M | A | C | |

INSULSHIELD® CIG—24—03

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   0 1 / 2 2 / 2 0 1 0

d. Was Eligible Damage Previously Repaired?   ○ Yes   ✓ No

If "Yes," date (mm/dd/yyyy):   __ __ / __ __ / __ __ __ __

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ✓ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                      Costs**

✓ Cost of Product:                     $ 1 0 0 0 . 0 0

✓ Cost of Finishing:                   $ 8 3 3 . 0 0

✓ Cost of Installation:                $ 4 1 6 . 5 0

✓ Cost to Repair Other Property:       $ 8 3 3 . 0 0
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for this window/sash:   $ 3 0 8 2 . 5 0

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ✓ Yes   ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

**WINDOW #** _9_ of 12 (write in window number)

a. Window Type:   ✓ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:   | C | T | G | T | E | M | P | E | R | E | D | 1 | 6 | C | F | R | 1 | 2 | 0 | 1 | 1 | 1 |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | 1 | G | C | C | | C | B | A | | I | G | M | A | C | | |
   
   INSULShIELD®   C I G – 2 4 – 0 3

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   | 0 | 1 | / | 2 | 2 | / | 2 | 0 | 1 | 0 |

d. Was Eligible Damage Previously Repaired?   ○ Yes   ✓ No

   If "Yes," date.(mm/dd/yyyy):   | | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ✓ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                              Costs**

   ✓   Cost of Product:                $ | | 1 | 0 | 0 | 0 | . | 0 | 0 |

   ✓   Cost of Finishing:              $ | | | 8 | 3 | 3 | . | 0 | 0 |

   ✓   Cost of Installation:           $ | | | 4 | 1 | 6 | . | 5 | 0 |

   ✓   Cost to Repair Other Property:  $ | | | 8 | 3 | 3 | . | 0 | 0 |
       (*i.e.*, damage in addition to
       those items listed above)

   Total Repair Costs for this window/sash:   $ | | 3 | 0 | 8 | 2 | . | 5 | 0 |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ✓ Yes   ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # 10 of 12 (write in window number)

a. Window Type:  ✓ Casement  ◯ Awning  ◯ Transom

b. Glass Etch Number: `C T G T E M P E R E D 1 6 C F R 1201.1 1`
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   `1 G C C   C O A   I G M A C`
   INSULSHIELD©  C I E - 24-03

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): `0 1 / 2 2 / 2 0 1 0`

d. Was Eligible Damage Previously Repaired?  ◯ Yes  ✓ No

   If "Yes," date.(mm/dd/yyyy): `  /   /  `

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ✓ full unit  ◯ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                           Costs

   ✓  Cost of Product:                     $  1000.00

   ✓  Cost of Finishing:                   $   833.00

   ✓  Cost of Installation:                $   416.50

   ✓  Cost to Repair Other Property:       $   833.00
      (*i.e.*, damage in addition to
      those items listed above)

   Total Repair Costs for this window/sash:  $  3082.50

   ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◯ Yes  ◯ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ✓ Yes  ◯ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additiona windows/sashes. A separate form must be submitted for each additional window. Please number the windows fo identification purposes.

**WINDOW #** 11 oF 12 **(write in window number)**

a. Window Type:  ☑ Casement  ○ Awning  ○ Transom

b. Glass Etch Number:  `C T G T E M P E R E D 1 6 C F R . 1 2 O I . 1 1`
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   `1 6 C C  C B A  I G M A C`
   INSULShieLD®  C1G-24-03

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  `0 1 / 2 2 / 2 0 1 0`

d. Was Eligible Damage Previously Repaired?  ○ Yes  ☑ No
   If "Yes," date.(mm/dd/yyyy):  `[  ] / [  ] / [    ]`

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ☑ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                    Costs**

☑  Cost of Product:              $ `1 0 0 0 . 0 0`

☑  Cost of Finishing:            $ `8 3 3 . 0 0`

☑  Cost of Installation:         $ `4 1 6 . 5 0`

☑  Cost to Repair Other Property:  $ `8 3 3 . 0 0`
   (i.e., damage in addition to
   those items listed above)

Total Repair Costs for this window/sash:  $ `3 0 8 2 . 5 0`

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain a estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ☑ Yes  ○ No



12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additiona windows/sashes. A separate form must be submitted for each additional window. Please number the windows fo identification purposes.

## WINDOW # 12 oF 12 (write in window number)

a. Window Type: ✓ Casement ○ Awning ○ Transom

b. Glass Etch Number:

| C | T | G | T | E | M | P | E | R | E | D | I | G | C | F | R | 1 | 2 | 0 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| | | 1 | G | C | C | | C | B | A | | I | G | M | A | C | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INSUL ShielD@ C1G - 24 - 03

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): 0 1 / 2 2 / 2 0 1 0

d. Was Eligible Damage Previously Repaired? ○ Yes ✓ No

If "Yes," date (mm/dd/yyyy): | | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ✓ full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage          Costs

✓ Cost of Product:                     $ 1 0 0 0 . 0 0

✓ Cost of Finishing:                   $ 8 3 3 . 0 0

✓ Cost of Installation:                $ 4 1 6 . 5 0

✓ Cost to Repair Other Property:       $ 8 3 3 . 0 0
  (i.e., damage in addition to
  those items listed above)

Total Repair Costs for this window/sash: $ 3 0 8 2 . 5 0

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain a estimate from Pella or another window contractor, please instruct the contractor, to the exter practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ✓ Yes ○ No



12

Objection To the lawsuit of:
Kent Eubank et al. V. Pella Corporation et al.
Case No. 06 C 4481;
by: Reginald Ewin Bossier
2322 Beau Chene drive
Bilox, Ms 39532

Todays date June 13, 2018: I own and have
owned for 11 years last April my home
at above address 2322 BeauChene Bilox. Ms 395

objection #1 the lust against Pella Corp etal is for
Pro Live® Casement Windows manufactured by Pella
From 1991 – 2009 My house was finished
being Built at the end of 2004 and the windows & doors
in it are all Pella custom Built by 2002 in
the same style as Pro Live® alluminum over
wood & casement products. The windows &
doors in my house should be covered as
they have been Built in the same fashion
as Pro line® with aluminum over wood and
are suffering the same RoT as Proline®

objection #2 limiting the settlement to just
Pro Live® is not Fair and should
include all Pella Products with such
Known design Flaws such as exzibeted in
included Photos (see Fig: 1-4 (A,B,C,D))

There are 50+ Pella products units in this house, all are specifically Designed For the Placement in this house

for some reason all the glass etch #'s are the same and no Product ID STAMP probably because they were Custom Built for this house. They are still aluminum Clad wood Casement design and should be included in this settlement, Please Notify me of your decision 228-437-6800 or 228-341-5696
I've included a Professional Photo on a Buisness card so you can see a well designed house in need of quality windows such as Pella is supposed to be but with The threat of them all rotting away because of Aluminum over wood really devalues The place I counted over 50+ windows & Doors manufactured all by Pella in this house, I cost a fortune to have the Pella name on and now I've been trying to sell it $750000 less than it cost 11 years ago. and can't get it the rotted windows & Don't help.

9

Categories and Cost of Eligible Damage

The 6 unit stacked to make one large Window (Photo Fig, 2, A) has leaked enough of over the years to cause damage to the Wall Below window and cabinets adjacent to the window. We have mold and mushrooms growing out of the corner of the Bottom of the Cabnet next to the window the true extent of damage is yet to be seen till the window is removed & replaced. I called Pella to get information on what to do about the rot and they said it would have to be replaced. But to come an assess the damage they wanted to charge me $250.00 to make a visit here. I thought that they would have wanted to see how their Product Peformed or not. I am worried about all the other Pella Products in this house wheather they will last or not. Only Full replacement of the Rotted Products will help me in this Situation Please Grant me some Relief


Thanks

R.E.B.

OBjection #3 Identification of Eligible Damage
and Costs: It is obvious the damage to
these 12 of 50 Pella Products in this home,
But identification of each individual Unit is
difficult Because they all have the same
etching and on the windows that lock,
and are Built like Doors only have the Pella
Coin at the Top of each window (see Fig. 1,D, Photo)

This house was completed in 2004-2005
and purchased by me in 2007 April so
the manufacture of these windows Fall in
The 1991-2009 Time Frame. The windows
are Aluminum CLAD wood casement windows
that were custom made by Pella Specificly for
this house so Pella's method of manufacturing
Pro Line@ cross"over To these poorly designed
aluminum clad wood case windows when they
were architecturally Planned & Ordered From
Pella
         & noticed an issue with the
windows way Back in 2010 But thought
it was Mold on the paint. years later
it turned out to be rotting from the
inside out to the Paint where now its
only the Paint left holding it together
                      (See Fig.4, Photo)



**R.E. (Ed) Bossier**
**Happily Retired**

2322 Beau Chene Dr.    Cell: 228-341-5696
Biloxi MS, 39532    Home: 228-388-5744

Outside view of 6 unit window with black backing

to shoe Pella logo would appear in photo.



Fig. 2,A

Photo of rot on inside of windows in Fig.2



Fig.2. B

Photo of rot on inside of windows seen in Fig.1



Fig.3

Example photo of of photo of rot on the inside of the windows
seen in Fig. 1 (note finger pointing to rot under paint)



Fig.3,A

Pella etching in glass in small units atop large units in Fig 2.

Pictured with rot on the inside also Fig. 4,B shows black

backingso Pella would logo would be seen.



Fig.4

Close up of moisture trapped in stack units in Fig.2



Fig.4,A

Close up of small stacked units in Fig.2, with black backing

in corner of small stacked units so Pella logo would show



fig.4,B

View of exterior of home. home is currently on the market and due to the extensive rottting damage to most Pella windows the price has had to be reduced significantly.



Photo example of 2 of 3 unit windows grouped together with one

being used an entry door.( note door handle) Note corrosion

along bottom of panels.∅The door Manufacturer have

recognized and built frames out of treated materials.



Fig. 1

Photo of aluminum clad which fell off rotten wood
at botttom of window.



Fig. 1,A

Closeup of rotten wood of window in Fig, 1, A This part of this kind of window should be made of composite material.



Fig. 1, B

Photo example of corrosion of aluminum
from moisture trapped behind.



Fig. 1,C

Pella coin atop all windows in Fig.1



Fig.1,D

Picture of Pella etching from inside of Fig.2 with black backing so # and Pella logo would appear.(CTG Tempered

16CFR.1201.11 SGCC1804 1/8U



Fig.2.A

**State of Mississippi** Real Property

Harrison
DAVID V. LAROSA, SR.
POST OFFICE BOX 448
BILOXI          MS 39533
Paid by: BOSSIER ENTERPRISES

BOSSIER REGINALD EDWIN —TRUSTEE—          LRNNODP   24-2
Tax Year 2017      DR: 2007-0001543-D-J2 04/24/2007-WD
REGINALD EDWIN BOSSIER TRUST-2000
Drawer:  21      LOT 18 BEAU CHENE ESTATES SUBD
User: ANN         SEC 15-7-10
Paid: Chk# 006177    BEAU CHENE ESTATES

| PPIN 116263-00 | Receipt # 1689177 | Date: | 12/28/2017 |
|---|---|---|---|

| Tax District 5B  JD 2 | Total Acres | Forest Acres |
|---|---|---|

| Parcel Number 1109G-02-032.017 PROP ADDR:  2322 BEAU CHENE DR | Sec. Twn. Rng. 15  07  10 |
|---|---|

| | Class 1 Value | Class 2 Value | Total Value |
|---|---|---|---|
| True Assessed | 957,201 95,720 | | 957,201 95,720 |

180618  1156 KMS  BCDSP225A

FOLD

| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|
| COUNTY | 36.4200 | 3,486.12 | 150.00 | | 3,336.12 |
| CITY | 30.1000 | 2,881.17 | | | 2,881.17 |
| SCHOOL | 43.3700 | 4,151.38 | 150.00 | | 4,001.38 |

**ACCOUNT PAID IN FULL**

Total Tax Due ................... $10,218.67

BOSSIER REGINALD EDWIN —TRUSTEE—
2322 BEAU CHENE DR
BILOXI, MS 39532

| Tax Amount Paid | $10,218.67 |
| Penalty Paid | |
| Printer Fee Paid | |
| Excess Bid Paid | |
| Total Paid this Receipt | 10,218.67 |
| Other Tax Payments | |
| *Grand Total Paid* | 10,218.67 |

Received by: _____