IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENT EUBANK, JERRY DAVIS,
RICKY FALASCHETTI, RITA CICINELLI,
ROBERT JOSEPHBERG, JEFFREY ACTON,
KENNETH HECHTMAN, JAMES NEWMAN,
AMY CHASIN and EDWARD RUHNKE,
Individually and on behalf of all others
similarly situated;

       Plaintiffs,

v.

PELLA CORPORATION, an Iowa corporation,
and PELLA WINDOWS AND DOORS, INC., a
Deleware Corporation

       Defendants.

No.: 06 C 4481

Hon. Sharon Johnson Coleman

Class Action

**MOTION FOR ADMISSION OF VISITING ATTORNEY ERIC STEVEN STEWART**

  Pursuant to Local Rule of Civil Procedure 83.14 of the United States District Court for the Northern District of Illinois, Johnathan P. Novoselsky, Esq., a member of the Bar of this Court and a member of the law firm of Novoselsky Law, LLC, respectfully moves this Court for an Order admitting Eric Steven Stewart, Esq. as a visiting attorney on behalf of objecting class member Donald Tucker. A payment of $75 accompanies this motion.

  In further support of the motion, the undersigned represents the following:

  1.  Mr. Tucker has retained Huseman & Stewart, PLLC, of which Eric Steven Stewart is an attorney, to represent him in this matter. Attorney Stewart's contact information is as follows:

1

>Eric Steven Stewart
>Huseman & Stewart, PLLC
>615 N. Upper Broadway, Suite 2000
>Corpus Christi, Texas  78401
>Tel:  (361) 883-3563
>Fax:  (361) 883-0210
>Email:  estewart@husemanstewart.com

2. Attorney Stewart is a member in good standing of the Bar of the State of Texas. See Certificate of Good Standing, attached hereto as Exhibit B. He also is admitted to practice before the United States District Courts for the Southern District of Texas and the United States District Courts for the Western District of Texas. Attorney Stewart has not been denied admission or disciplined by any court to the best of his knowledge. There are no disciplinary actions pending against him.

3. Attorney Stewart has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A. The affidavit provides additional details concerning his practice as required by Local Rule 83.14.

4. In accordance with the Local Rule 83.14, the undersigned agrees to accept service on behalf of Attorney Stewart.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Eric Steven Stewart permission to appear as a visiting attorney in this matter.

DATED:  July 3, 2018

>Respectfully submitted,
>
>BY:     /s/ Johnathan P. Novoselsky
>Johnathan P. Novoselsky
>Novoselsky Law, LLC
>303 W. Madison, 22nd Floor
>Chicago, IL  60606
>T:  312-286-8429
>F:  872-228-8085
>*Attorneys for Objecting Class Member Donald Tucker*

**Certificate of Service**

   I hereby certify that on July 3, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

               s/ Johnathan P. Novoselsky
               Johnathan P. Novoselsky