CD

MICHAEL THEISEN
1020 SHERMAN AVENUE
MADISON, WI 53703
608-241-4234
eb5venturesllc@gmail.com
6-6-2018

CLERK OF COURT
USDC-NORTHERN ILL
219 South Dearborn St.
CHICAGO, IL
60604

RECEIVED 2018 JUN 28 AM 8:45

FILED
JUN 28 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Kent Eubank v. Pella Corp Case 06-4481

DEAR CLERK:

I OWN A HOME WITH PELLA WINDOWS. I HAVE ENCLOSED A CLAIM. I OBJECT TO THE SETTLEMENT BECAUSE THE LAWYERS TAKE A LARGER PER CENT THAN THEY SHOULD. ALSO THE CLAIM PROCESS IS WAY TOO COMPLICATED.

THANK YOU

Michael Theisen
MICHAEL THEISEN