Eubank v Pella Corporation Settlement Administrator

PO Box 404041

Louisville, Ky. 40233-4041

June 29, 2018



**FILED**

JUL 06 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Administrator,

We are seeking a waiver of the June 20, 2018 deadline for filing of claims in the Eubanks vs Pella class action law suit.

I learned that this case had been settled from an on-line search on June 27th, 2018. We had been a member of this class since at least 2013 when we first sent voluminous documentation of our claim to EPIQ, the first claims administrator, in Portland Oregon. (We are in a receipt of an email from the Complex Litigation group, formerly Freed and Weiss, which I believe was co-counsel George Lang's firm, acknowledging our previous contact in October 2012, and updating us on the case) Our claim documentation was received by Steve Patterson on May30, 2013, at the EPIQ, Portland Oregon office, well within that first filing deadline for claims.

On June 27th, 2018, we contacted Sarah Marquez at Clifford Law Firm, having just learned of the settlement by an on-line search. We had been in contact with her previously. We contacted Clifford Law Firm after we were informed of the order of Judge Zagel appointing new lawyers in the case in late 2014 (my notes would indicate that I talked to a Colleen). In November of 2015, we submitted a "Potential Pella Class Member Inquiry" to Clifford Law Firm, with a note that we were part of the initial suit, and that documentation had been sent to Oregon, previously (we have a fax log confirmation of the fax being successfully sent). In January 2017, we emailed the law firm to inform it of a change of address and ask for an update on the case. In August 2017, when we did our yearly check for information on the suit, we were informed that the law office had no record of us! Ms. Marquez apologised, and asked that we complete a new intake form, which we did. Her email said that we would be added to the firm's data base. (documents included) However, when it came time notify the class of the settlement and filing deadlines, we WERE NOT NOTIFIED!

On June 27th, I contacted KCC, Pella, and Ms. Marquez via email. Hearing nothing from KCC, today, I called the 866-381-9100 number and spoke to a woman by the name of Nicole. I told her our situation and asked for guidance. She confirmed that a notice was NOT sent to our

North Carolina address, but was sent to our old address in Rock Falls, long past any forwarding window, assuming post cards are forwarded. She told me to file a claim, but that she could not assure me that it would be accepted -- "We have deadlines for a reason," she quipped. Please refer to enclosed documentation and please contact us with any questions.

Respectfully,


Penie von Bergen Wessels     pennie.4549@gmail.com  815-677-4549

Michael J. Wessels     wesselsm70@gmail.com  815-677-4548

6581 Willowbank Pl, SW

Ocean Isle Beach, NC 28469

(formerly 2245 River View Drive, Rock Falls, Il 61071)

cc: Robert A. Clifford, Clifford Law Offices

Clerk of the Court, Northern District of Illlinois, Eastern Division