# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, Defendants <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable Sharon Coleman Johnson <br><br> Class Action |

### COMPLEX LITIGATION GROUP LLC'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF, *INSTATNTER*

Complex Litigation Group LLC ("ComplexLit Group") respectfully moves the Court for an order allowing it to file *instanter* its REPLY IN SUPPORT OF ITS MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES (DKT. #684) AND RESPONSE TO (1) PLAINTIFFS' OMNIBUS RESPONSE IN OPPOSITION TO FEE PETITIONS OF COMPLEX LITIGATION GROUP (DOC. 686) AND THEODORE FRANK (DOC. 683) (DKT. #698) AND (2) OBJECTOR MICHAEL SCHULZ'S OBJECTION TO COMPLEX LITIGATION GROUP LLC'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES; PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS; AND OBJECTOR RON PICKERING'S MOTION FOR ATTORNEYS' FEES AND MEMORANDUM OF LAW IN SUPPORT (DKT. #701) in excess of 15 pages.

1) ComplexLit Group has prepared a combined memorandum (1) in support of its Reply in support of Motion for Attorneys' Fees, Costs and Expenses, (2) in response to Plaintiffs' Omnibus Response, and (3) in response to Objector Schulz's Objection.

2) Pursuant to this Court's Standing Order, there is a 15-page limit on briefs in support of motions.

3) ComplexLit Group is responding to two separate objections to its Motion for Fees.

4) ComplexLit Group has made all efforts to keep the collective page count down, and the combined memorandum (26 pages) is shorter than two individual briefs could be. ComplexLit Group's inability to comply with the Court's Standing Order is not done in bad faith but to ensure it can fully address the numerous factual allegations and string cited cases made by both objections.

WHEREFORE, Complex Litigation Group LLC respectfully requests that the Court grant its Motion for Leave to File *Instanter* a Combined Memorandum in Excess of 15 pages.

Dated: July 20, 2018

Respectfully submitted,

/s/ Richard J. Burke

Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com

Former Counsel For the Certified Plaintiff Classes and for Certain Named Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms that on July 20, 2018, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

    /s/ Richard J. Burke

Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com