# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, Defendants <br><br> Defendants. | No.: 06 C 4481 <br><br> Honorable Sharon Coleman Johnson <br><br> Class Action |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 31, 2018, at 8:45 A.M., or as soon after that time as counsel can be heard, Movant shall appear before the Honorable Sharon Coleman Johnson, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 1425, and there present **COMPLEX LITIGATION GROUP LLC'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF,** *INSTATNTER*

Dated: July 20, 2018

Respectfully submitted,

/s/ Richard J. Burke
Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com

Former Counsel For the Certified Plaintiff Classes and for Certain Named Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on July 20, 2018, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Richard J. Burke

Richard J. Burke
QUANTUM LEGAL LLC (f/k/a COMPLEX LITIGATION GROUP LLC)
1010 Market Street
Suite 1340
St. Louis, MO 63101
(847) 433-4500
rich@qulegal.com