**CERTIFICATE OF SERVICE**

  I, Shannon M. McNulty, an attorney, hereby certify that on August 20, 2018 I served the Plaintiffs' Motion for Final Approval of a Class Settlement and Memorandum Of Law In Support Of Plaintiffs' Motion For Final Approval Of Class Settlement by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

        */s/ Shannon M. McNulty*
        Shannon M. McNulty
        smm@cliffordlaw.com
        CLIFFORD LAW OFFICES
        120 N. LaSalle Street, Suite 3100
        Chicago, IL 60602
        312.899.9090