IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br> v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>       Defendants. | No.: 06 cv 4481<br><br>Honorable Sharon Johnson Coleman<br><br>Class Action<br><br>**DEFENDANTS' MOTION TO FILE AN OVERSIZED MEMORANDUM** |

Defendants Pella Corporation ("Pella") and Pella Windows and Doors, Inc. ("PWD") (collectively "Defendants") respectfully move the Court, pursuant to Local Rule 7.1, for an Order permitting them to file a 40-page memorandum in support of Plaintiffs' Motion for Final Approval of Class Settlement, Certifying Settlement Class, Approving Service Awards for the Class Representatives, and Other Relief. In support of this Motion, Defendants state as follows:

1. On February 20, 2018, the Court previously granted Preliminary Approval of the Settlement Agreement, finding that "[w]ith the able assistance and guidance of United States Magistrate Judge M. David Weisman, acting as the Court-appointed mediator, the Settlement Agreement has been negotiated by the parties at arms' length, is not collusive, and is preliminarily determined to be fair, reasonable, adequate, and in the best interests

US.119385786.01

1

of the proposed Settlement Class." (ECF No. 675.) Plaintiffs have now moved for final approval of the Settlement Agreement.

2. While a detailed analysis under *Reynolds v. Beneficial Nat. Bank*, 288 F.3d 277, 279 (7th Cir. 2002) may not be necessary in this matter in light of *Wong v. Accretive Health, Inc.*, 773 F.3d 859, 864 (7th Cir. 2014), given the case history and the value of the settlement, out of an abundance of caution Defendants believe it to be prudent to submit a *Reynolds* analysis in this case.

3. Given the complexity of this matter, to complete an adequate *Reynolds* analysis requires additional pages.

4. Defendants therefore request that the page limitation applicable to Defendants' Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Settlement, Certifying Settlement Class, Approving Service Awards for the Class Representatives, and Other Relief.

Dated: August 20, 2018

**FAEGRE BAKER DANIELS LLP**
John A. Roberts
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606

**FAEGRE BAKER DANIELS LLP**

/s/ John P. Mandler
John P. Mandler, Bar No. 194438
Amy R. Fiterman, Bar No. 285493
Shane A. Anderson, Bar No. 0386531
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on August 20, 2018, a copy of the foregoing **DEFENDANTS' MOTION TO FILE AN OVERSIZED MEMORANDUM** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ John P. Mandler