**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>                      Plaintiffs,<br><br>   v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>                      Defendants. | No.: 06 cv 4481<br><br>Honorable Sharon Johnson Coleman<br><br>Class Action<br><br>**NOTICE OF MOTION TO FILE AN OVERSIZED MEMORANDUM** |

PLEASE TAKE NOTICE that on **September 14, 2018 at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sharon Johnson Coleman, Room 1425, United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the Defendants' **Motion to File an Oversized Memorandum**, which is being served via electronic means, herewith.

Dated: August 20, 2018

**FAEGRE BAKER DANIELS LLP**
John A. Roberts
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606

**FAEGRE BAKER DANIELS LLP**

/s/ John P. Mandler
John P. Mandler, Bar No. 194438
Amy R. Fiterman, Bar No. 285493
Shane A. Anderson, Bar No. 0386531
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

**ATTORNEYS FOR DEFENDANTS**

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 20, 2018, a copy of the foregoing **NOTICE OF MOTION TO FILE AN OVERSIZED MEMORANDUM** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ John P. Mandler