# EXHIBIT D



*Eubank v. Pella Corporation* Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041



**PEK**

*Eubank, et al. v. Pella Corporation, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Case No. 06-cv-4481

**YOU MUST SUBMIT
YOUR CLAIM FORM
POSTMARKED BY
JUNE 20, 2018**

## Submitting a Claim under the <u>Eubank v. Pella Corp.</u> Settlement Agreement

```
┌─ CLAIMANT INFORMATION ──────────────────────────────────────────────────┐
│ G a r y                          M.I.   C a r n i v a l e                │
│ First Name                              Last Name                        │
│                                                                          │
│ 1 1 8 9 5   S       C h e r r y     L a n e                              │
│ Primary Address                                                          │
│                                                                          │
│ Primary Address Continued                                                │
│                                                                          │
│ O l a t h e                                        K S   6 6 0 6 1       │
│ City                                              State    Zip Code      │
│                                                                          │
│ Foreign Province          Foreign Postal Code   Foreign Country Name/Abbreviation │
└──────────────────────────────────────────────────────────────────────────┘
```

To make a claim through the claims process for benefits that may be available as a result of the settlement reached in the litigation titled *Eubank et al. v. Pella Corporation et al.*, you must fill out the attached Claim Form as completely as you can and send it to the following address so that it is postmarked by June 20, 2018:

*Eubank v. Pella Corporation* Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

Each property owner making a claim must submit a separate Claim Form. You may obtain extra copies by calling 1-866-658-6764 or online at the following address: www.pellawindowsettlement.com.

Class members submitting claims may be contacted by representatives of counsel for the class or by the settlement administrator for additional information regarding the class member's claims.

**Deadline:** If you do not complete and mail your Claim Form to the *Eubank v. Pella Corporation* Settlement Administrator at the address provided above so that it is postmarked by June 20, 2018, your claim will be rejected and you will be precluded from sharing in any benefits provided by the settlement. Do not send your Claim Form to the Court or to anyone other than the *Eubank v. Pella Corporation* Settlement Administrator.

**IT IS IMPORTANT THAT YOU TRY TO ANSWER ALL QUESTIONS AS FULLY AND ACCURATELY AS POSSIBLE. <u>FAILURE TO FULLY ANSWER THE QUESTIONS OR TO PROVIDE THE REQUESTED INFORMATION AND/OR DOCUMENTATION MAY IMPACT YOUR ABILITY TO OBTAIN BENEFITS.</u>**

If you need additional space to complete the Claim Form, please attach additional pages, and identify by question number which question(s) you are answering on your attached pages.



```
┌─────────────┐  ┌──────┐  ┌──────┐   ⓧ DOC    ○ A    ○ RED
│ FOR CLAIMS  │  │ OB   │  │ CB   │   ○ LC     ○ B    ⓧ ATP
│ PROCESSING  │  └──────┘  └──────┘   ⓧ REV
│ ONLY        │
└─────────────┘
```

## CLAIM FORM

**NOTE: SUPPORTING DOCUMENTATION WILL BE REQUIRED FOR ALL CLAIMS. A LIST OF ACCEPTED SUPPORTING DOCUMENTATION CAN BE FOUND ON PAGES 9-10 OF THE FORM.**

### A. IDENTIFICATION OF PERSON SUBMITTING THIS FORM AND THE STRUCTURE CONTAINING PELLA WINDOWS.

1. **Your phone number and email:** *

Daytime Telephone Number

| 9 | 1 | 3 | — | 7 | 8 | 2 | — | 2 | 8 | 5 | 8 |

Evening Telephone Number

| 2 | 1 | 0 | — | 8 | 7 | 2 | — | 2 | 1 | 0 | 0 |

Email

| 4 | 5 | 5 | p | o | n | t | i | a | c | @ | g | m | a | i | l | . | c | o | m | | | | | | | | |

Secondary Email

| | | | | | | | | | | | | | | | | | | | | | | | | | | |

* For promptness and accuracy, we prefer to contact you by email and will do so if possible. Accordingly, please provide your email address. If necessary, we may also contact you by phone or by US mail.

2. **Physical Address of Structure:**

*If different from the above mailing address,* please identify the street address of the Structure which contains or contained one or more Pella ProLine Casement window(s) for which this claim applies:

Street Address, including apartment, unit or box number

| | | | | | | | | | | | | | | | | | | | | | | | | | | |

City

| | | | | | | | | | | | | | | | | | | | | |

State

| | |

Zip Code

| | | | |

3. **With respect to the Structure, please check all that apply:**

You are the **current owner**      ●

You are the **former owner**      ○

You are the **original owner**      ●

4. **How many Pella ProLine Casement, Awning and Transom windows are/were installed in the Structure?**

Total number of windows:      | 3 | 6 | |



## B. IDENTIFICATION OF ELIGIBLE DAMAGE AND COSTS.

The settlement provides benefits to certain claimants who can establish "Eligible Damage." A copy of the settlement agreement may be found at www.pellawindowsettlement.com. Please fill out the information below to identify what Eligible Damage and costs you are claiming. For purposes of the settlement, Eligible Damage means water-related damage to a Pella ProLine® brand wood casement, awning, and/or transom window (including 250 and 450 Series) manufactured by Pella Corporation between January 1, 1991 and December 31, 2009 ("Window") because of water penetrating between the aluminum cladding of the window and the window sash, as well as the consequences of such water penetration and damage, which includes: 1. Damage to the Window; 2. Damage to the finishing on such Window; 3. Damage to other property surrounding such Window, such as water related damage to the Structure in which such Window was installed; and 4. Labor costs necessary to replace a window or its sash because it was or is damaged from water penetration as described above and/or was or is causing damage to other property surrounding the Window such that replacement was or is necessary to fix such damage.

For Eligible Damage to or from a Window repaired or replaced more than 15 years after the Date of Sale, or if not repaired, with a Date of Sale that is more than 15 years before the Direct Class Notice Date, the cash award will be 25% of the sum of these four categories.

1. **How many of the Windows identified in section A.4 above do you contend sustained Eligible Damage and already were repaired or replaced or still need to be repaired or replaced?**

   a. Windows With Eligible Damage that <u>already were repaired/replaced:</u>     | 1 | 7 |

   b. Windows With Eligible Damage that <u>still need to be repaired/replaced:</u>     | 1 | 2 |

   Total Windows With Eligible Damage:     | 3 | 2 |

2. **Categories and Costs of Eligible Damage.** Please identify the type of Eligible Damage that you sustained and the total to repair such Eligible Damage. To the extent reasonably possible, please separate Eligible Damage and costs into the following four categories:

   **a. Cost of Product.** If you already replaced or need to replace one or more windows or sashes because of Eligible Damage, then check the "Cost of Product" category, and state the total amount paid or to be paid to replace such product. Please include <u>only</u> the cost of the actual product in this category, not other costs such as the cost to install or finish the product.

   **b. Cost of Finishing.** If you incurred or need to incur costs to repair damage to finishing on one or more windows or sashes because of Eligible Damage, then check the "Cost of Finishing" category, and state the total amount paid or to be paid to finish or refinish the windows or sashes (including cost of paint, stain or varnish and/or the cost of labor to have a contractor apply the paint, stain or varnish). "Finishing" refers to painting, staining or varnishing the exposed wood portion of a window or sash. It does not include painting, staining or varnishing wood trim, wallboard or other surfaces that are not on the window but are surrounding a window, which belong in the "Cost to Repair Other Property" category.

   **c. Cost of Installation.** If you incurred or need to incur labor costs to install one or more windows or sashes that were damaged because of Eligible Damage, then check the "Cost of Installation" category, and state the total amount paid or to be paid to install such windows or sashes.

   **d. Cost to Repair Other Property.** If you incurred or need to incur costs to repair other categories of damage such as damage to surrounding structure, trim, wallboard, or paint because of water penetrating between the aluminum cladding of the window and the window sash, then check the "Costs to Repair Other Property" category, and state the total amount paid or to be paid to repair such other damage (including labor costs and costs of materials such as paint, wallboard, spackle, etc.).



3

NOTE: To the extent that you cannot separate the Eligible Damage into the categories described above (for instance, if the repairs and estimates have already occurred and are not separated out into these categories), please provide as much information about the Eligible Damage as possible.

## C. SUMMARY OF ELIGIBLE DAMAGE AND COSTS CLAIMED FOR ALL WINDOWS IDENTIFIED IN RESPONSE TO QUESTION B.1.

### 1. Windows That Already Were Repaired/Replaced

For the windows and/or sashes that you already repaired or replaced and identified in response to Question B.1.a., above, please identify below the type of Eligible Damage that was repaired or replaced and the total amount incurred to repair or replace such Eligible Damage:

Check all categories
of Eligible Damage                                          Costs*

● Cost of Product:              $ | 1 | 5 | 4 | 6 | 0 | . | 0 | 0 |

● Cost of Finishing:            $ | i | n | c | l | u | d | . | e | d |

● Cost of Installation:         $ | i | n | c | l | u | d | . | e | d |

○ Cost to Repair Other Property:  $ | | | | | | . | | |
(*i.e.*, damage in addition to
those items listed above)

Total Costs for All Repaired Windows   $ | 1 | 5 | 4 | 6 | 0 | . | 0 | 0 |

* *Important*:   If you do not know the precise breakdown of costs, please try to obtain this information from your contractor. If this information is unavailable, please check all categories of Eligible Damage that were repaired and put the total repair amount in "Total Repair Costs for All Repaired Windows."

### 2. Windows That Still Need To Be Repaired/Replaced

For the windows and/or sashes that still need to be repaired or replaced and were identified in response to Question B.1.b., above, please identify below the type of Eligible Damage that needs to be repaired or replaced and the total amount needed to repair such Eligible Damage:

Check all categories
of Eligible Damage                                          Costs**

● Cost of Product:              $ | 1 | 4 | 2 | 2 | 5 | . | 0 | 0 |

● Cost of Finishing:            $ | i | n | c | l | u | d | . | e | d |

● Cost of Installation:         $ | i | n | c | l | u | d | . | e | d |

○ Cost to Repair Other Property:  $ | | | | | | . | | |
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for All Windows     $ | 1 | 4 | 2 | 2 | 5 | . | 0 | 0 |
to be Repaired or Replaced

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.



4

*D-ref. C1*

1. **WINDOW #1**

a. Window Type:  ● Casement   ○ Awning   ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

unknown

d. Was Eligible Damage Previously Repaired?   ● Yes   ○ No

If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories of Eligible Damage        Costs**

● Cost of Product:              $ |   |   |   |   | . |   |

● Cost of Finishing:            $ |   |   |   |   | . |   |

● Cost of Installation:         $ |   |   |   |   | . |   |

○ Cost to Repair Other Property:  $ |   |   |   |   | . |   |
   (*i.e.*, damage in addition to those items listed above)

Total Repair Costs for this window/sash:   $ |   |   |   |   | . |   |

} Included in C1

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No



1. <u>WINDOW #</u> ▪2

a. Window Type:    ⦿ Casement    ◯ Awning    ◯ Transom

b. Glass Etch Number:   | u | n | k | n | o | w | n | | | | | | | | | | |
      and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   | u | n | / | k | n | / | o | w | n |
     unknown

d. Was Eligible Damage Previously Repaired?   ⦿ Yes   ◯ No

     If "Yes," date (mm/dd/yyyy):   | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ⦿ full unit   ◯ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
<u>of Eligible Damage</u>             <u>Costs</u>**

   ⦿    Cost of Product:       $ | | | | | | . | |

   ⦿    Cost of Finishing:      $ | | | | | | . | |

   ⦿    Cost of Installation:     $ | | | | | | . | |

   ◯    Cost to Repair Other Property:    $ | | | | | | . | |
        (*i.e.*, damage in addition to
        those items listed above)

                                             Included in C1

Total Repair Costs for <u>this</u> window/sash:    $ | | | | | | . | |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
          estimate from Pella or another window contractor, please instruct the contractor, to the extent
          practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?    ⦿ Yes   ◯ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?    ◯ Yes   ◯ No



1. **WINDOW #** 3

a. Window Type:  ◉ Casement   ○ Awning   ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   unknown

d. Was Eligible Damage Previously Repaired?  ◉ Yes   ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

| Check all categories of Eligible Damage | | Costs** |
|---|---|---|
| ◉ | Cost of Product: | $ ⌐‾‾‾‾‾‾⌐. ⌐‾‾‾⌐ |
| ◉ | Cost of Finishing: | $ ⌐‾‾‾‾‾‾⌐. ⌐‾‾‾⌐ |
| ◉ | Cost of Installation: | $ ⌐‾‾‾‾‾‾⌐. ⌐‾‾‾⌐ |
| ○ | Cost to Repair Other Property: (*i.e.*, damage in addition to those items listed above) | $ ⌐‾‾‾‾‾‾⌐. ⌐‾‾‾⌐ |
| | Total Repair Costs for <u>this</u> window/sash: | $ ⌐‾‾‾‾‾‾⌐. ⌐‾‾‾⌐ |

Included in C1

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes   ○ No



6

1. **WINDOW #**☐ 4

a. Window Type:  ◉ Casement  ○ Awning  ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n |  |  |  |  |  |  |  |  |  |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  | u | n | / | k | n | / | o | w | n |
   unknown

d. Was Eligible Damage Previously Repaired?  ◉ Yes  ○ No

   If "Yes," date (mm/dd/yyyy):  | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                    Costs**

   ◉  Cost of Product:            $ |  |  |  |  |  |.|  |

   ◉  Cost of Finishing:          $ |  |  |  |  |  |.|  |

   ◉  Cost of Installation:        $ |  |  |  |  |  |.|  |

   ○  Cost to Repair Other Property:  $ |  |  |  |  |  |.|  |
      (*i.e.*, damage in addition to
      those items listed above)
                                                              } **Included in C1**
   Total Repair Costs for this window/sash:  $ |  |  |  |  |  |.|  |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
   estimate from Pella or another window contractor, please instruct the contractor, to the extent
   practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No



1. **WINDOW #** 5

a. Window Type:  ⦿ Casement   ◯ Awning   ◯ Transom

b. Glass Etch Number:  | u | n | k | n | o | w | n |  |  |  |  |  |  |  |  |  |  |  |  |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  | u | n | / | k | n | / | o | w | n |

unknown

d. Was Eligible Damage Previously Repaired?  ⦿ Yes   ◯ No

If "Yes," date (mm/dd/yyyy):  | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ⦿ full unit   ◯ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                        Costs**

⦿  Cost of Product:            $ |  |  |  |  |  | . |  |  |

⦿  Cost of Finishing:          $ |  |  |  |  |  | . |  |  |

⦿  Cost of Installation:        $ |  |  |  |  |  | . |  |  |

◯  Cost to Repair Other Property:   $ |  |  |  |  |  | . |  |  |
     (*i.e.*, damage in addition to
     those items listed above)
                                                              Included in C1
Total Repair Costs for this window/sash:   $ |  |  |  |  |  | . |  |  |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ⦿ Yes  ◯ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◯ Yes  ◯ No



1. **WINDOW #**■ 6

a. Window Type: ● Casement ○ Awning ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   **unknown**

d. Was Eligible Damage Previously Repaired? ● Yes ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ● full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                    Costs**

   ● Cost of Product:              $ | | | | | | . | |

   ● Cost of Finishing:            $ | | | | | | . | |

   ● Cost of Installation:         $ | | | | | | . | |

   ○ Cost to Repair Other Property:  $ | | | | | | . | |
     (*i.e.*, damage in addition to
     those items listed above)
                                                              **Included in C1**
   Total Repair Costs for this window/sash:  $ | | | | | | . | |

   ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
   estimate from Pella or another window contractor, please instruct the contractor, to the extent
   practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage? ● Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No



1. **WINDOW #■ '7**

a. Window Type:    ● Casement    ○ Awning    ○ Transom

b. Glass Etch Number:   | u | n | k | n | o | w | n | | | | | | | | | | |

    and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   | u | n | / | k | n | / | o | w | n |

    **unknown**

d. Was Eligible Damage Previously Repaired?   ● Yes   ○ No

If "Yes," date (mm/dd/yyyy):   | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage           Costs**

   ◉    Cost of Product:       $ | | | | | . | |

   ◑    Cost of Finishing:     $ | | | | | . | |

   ◉    Cost of Installation:    $ | | | | | . | |

   ○    Cost to Repair Other Property:   $ | | | | | . | |
            (*i.e.*, damage in addition to
            those items listed above)

                                                   **Included in C1**

Total Repair Costs for <u>this</u> window/sash:   $ | | | | | | . | |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No



1. **WINDOW #** 5

a. Window Type: ⦿ Casement ○ Awning ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   unknown

d. Was Eligible Damage Previously Repaired? ⦿ Yes ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ⦿ full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                          Costs**

   ⦿    Cost of Product:            $ | | | | | | . | | |

   ⦿    Cost of Finishing:          $ | | | | | | . | | |

   ☉    Cost of Installation:       $ | | | | | | . | | |

   ○    Cost to Repair Other Property:  $ | | | | | | . | | |
        (i.e., damage in addition to
        those items listed above)
                                                                    Included in C1
   Total Repair Costs for this window/sash:  $ | | | | | | . | | |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
   estimate from Pella or another window contractor, please instruct the contractor, to the extent
   practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage? ⦿ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No



1. **WINDOW #** ▮ 9

a. Window Type:     ⦿ Casement     ○ Awning     ○ Transom

b. Glass Etch Number:   | u | n | k | n | o | w | n | | | | | | | | | | |
    and
    Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   | u | n | / | k | n | / | o | w | n |
    unknown

d. Was Eligible Damage Previously Repaired?   ⦿ Yes   ○ No

    If "Yes," date (mm/dd/yyyy):   | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ⦿ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage             Costs**

   ⦿    Cost of Product:     $ [ | | | | | . | | ]

   ⦿    Cost of Finishing:     $ [ | | | | | . | | ]

   ⦿    Cost of Installation:     $ [ | | | | | . | | ]

   ○    Cost to Repair Other Property:     $ [ | | | | | . | ]
         (*i.e.*, damage in addition to
         those items listed above)

Total Repair Costs for this window/sash:     $ [ | | | | | . | ]    **Included in C1**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ⦿ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No



1. **WINDOW #**■ /0

a. Window Type:  ◉ Casement   ○ Awning   ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | |
   and .
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   **unknown**

d. Was Eligible Damage Previously Repaired?  ◉ Yes   ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                                    Costs**

   ◉   Cost of Product:              $ | | | | | |.| | |

   ◉   Cost of Finishing:            $ | | | | | |.| | |

   ◉   Cost of Installation:         $ | | | | | |.| | |

   ○   Cost to Repair Other Property:  $ | | | | | |.| |
       (*i.e.*, damage in addition to
       those items listed above)
                                                              } **Included in C1**
   Total Repair Costs for <u>this</u> window/sash:  $ | | | | | |.| | |

** *Important:* Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◉ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes   ○ No



1. **WINDOW #**▮ /(

a. Window Type:  ◉ Casement   ○ Awning   ○ Transom

b. Glass Etch Number:
| u | n | k | n | o | w | n |   |   |   |   |   |   |   |   |   |   |   |   |
and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  | u | n | / | k | n | / | o | w | n |
unknown

d. Was Eligible Damage Previously Repaired?  ◉ Yes   ○ No

   If "Yes," date (mm/dd/yyyy):  | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of <u>Eligible Damage</u>                                         <u>Costs</u>**

  ◉   Cost of Product:                    $ |   |   |   |   |   | . |   |   |

  ◉   Cost of Finishing:                  $ |   |   |   |   |   | . |   |   |

  ◉   Cost of Installation:               $ |   |   |   |   |   | . |   |   |

  ○   Cost to Repair Other Property:      $ |   |   |   |   |   | . |   |   |
      (*i.e.*, damage in addition to
      those items listed above)

                                                  **Included in C1**

Total Repair Costs for <u>this</u> window/sash:  $ |   |   |   |   |   | . |   |   |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes   ○ No



1. **WINDOW #**▪ 12

   a. Window Type:    ◉ Casement    ○ Awning    ○ Transom

   b. Glass Etch Number:    | u | n | k | n | o | w | n |   |   |   |   |   |   |   |   |   |   |
      and
      Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

      | u | n | k | n | o | w | n |   |   |   |   |   |   |   |   |   |   |   |   |

      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

   c. Date when Eligible Damage was first noticed (mm/dd/yyyy):    | u | n | / | k | n | / | o | w | n |
      unknown

   d. Was Eligible Damage Previously Repaired?    ◉ Yes    ○ No

      If "Yes," date (mm/dd/yyyy):    | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

   e. Is/Was Eligible Damage to the full window unit or just to the sash?    ◉ full unit    ○ sash only

   f. Type of Eligible Damage sustained and cost to repair such damage:

      Check all categories
      of Eligible Damage                              Costs**

      ◐   Cost of Product:              $ |   |   |   |   |   | . |   |   |

      ◉   Cost of Finishing:            $ |   |   |   |   |   | . |   |   |

      ◑   Cost of Installation:         $ |   |   |   |   |   | . |   |   |

      ○   Cost to Repair Other Property:  $ |   |   |   |   |   | . |   |   |
          (*i.e.*, damage in addition to
          those items listed above)                                    Included in C1

      Total Repair Costs for this window/sash:    $ |   |   |   |   |   | . |   |   |

   ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
      estimate from Pella or another window contractor, please instruct the contractor, to the extent
      practicable, to separate the estimate into the above categories of Eligible Damage.

   g. If you already replaced this window/sash, was replacement necessary to remediate
      water damage to property surrounding the window and to prevent further such damage?    ◉ Yes    ○ No

   h. If you still need to replace this window/sash, is replacement necessary to remediate
      water damage to property surrounding the window and to prevent further such damage?    ○ Yes    ○ No



1. <u>WINDOW #</u>█ /3

a. Window Type:   ◉ Casement   ○ Awning   ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| u | n | k | n | o | w | n | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   unknown

d. Was Eligible Damage Previously Repaired?   ◉ Yes   ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of <u>Eligible Damage</u>          <u>Costs</u>**

   ◉   Cost of Product:      $ | | | | | | . | |

   ◉   Cost of Finishing:      $ | | | | | | . | |

   ◉   Cost of Installation:      $ | | | | | | . | |

   ○   Cost to Repair Other Property:   $ | | | | | | . | |
         (*i.e.*, damage in addition to
         those items listed above)

   Total Repair Costs for <u>this</u> window/sash:   $ | | | | | | . | |     **Included in C1**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
       estimate from Pella or another window contractor, please instruct the contractor, to the extent
       practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?   ◉ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No



6

1. **WINDOW #☐** /4

a. Window Type: ◉ Casement ○ Awning ○ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | |

   and

   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | .u | n | k | n | o | w | n | | | | | | | | | | | | | |

   | | . | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

   unknown

d. ·Was Eligible Damage Previously Repaired? ◉ Yes ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ◉ full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of <u>Eligible Damage</u>                                Costs**

   ◉  Cost of Product:               $ | | | | | | |.| | |

   ◉  Cost of Finishing:             $ | | | | | | |.| | |

   ◉  Cost of Installation:          $ | | | | | | |.| | |

   ○  Cost to Repair Other Property:  $ | | | | | | |.| | |
      (*i.e.*, damage in addition to
      those items listed above)
                                                                  **Included in C1**
   Total Repair Costs for <u>this</u> window/sash:  $ | | | | | | |.| | |

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
   estimate from Pella or another window contractor, please instruct the contractor, to the extent
   practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No



6

1. __WINDOW #__ *l{*

a. Window Type:  ○ Casement   ○ Awning   ● Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | |

   and

   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

   **unknown**

d. Was Eligible Damage Previously Repaired?  ● Yes   ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                          Costs**

   ●    Cost of Product:           $ | | | | | | . | |

   ●    Cost of Finishing:         $ | | | | | | . | |

   ◑    Cost of Installation:      $ | | | | | | . | |

   ○    Cost to Repair Other Property:   $ | | | | | | . | |
        (*i.e.*, damage in addition to
        those items listed above)

                                                **Included in C1**

   Total Repair Costs for this window/sash:   $ | | | | | | . | |

   ** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ● Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes   ○ No



1. **WINDOW #** 15

a. Window Type:　　○ Casement　　○ Awning　　◉ Transom

b. Glass Etch Number:　| u | n | k | n | o | w | n | | | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):　| u | n | / | k | n | / | o | w | n |
   **unknown**

d. Was Eligible Damage Previously Repaired?　◉ Yes　○ No

   If "Yes," date (mm/dd/yyyy):　　| 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?　◉ full unit　○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage　　　　　　　　　Costs**

   ◕　Cost of Product:　　　　　$ | | | | | . | |

   ◉　Cost of Finishing:　　　　$ | | | | | . | |

   ◉　Cost of Installation:　　　$ | | | | | . | |

   ○　Cost to Repair Other Property:　$ | | | | | . |
   　　(*i.e.*, damage in addition to
   　　those items listed above)

   Total Repair Costs for this window/sash:　$ | | | | | . | |

   　　　　　　　　　　　　　　　　　　　　　　　　　　**Included in C1**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?　◉ Yes　○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?　○ Yes　○ No



6

1. __WINDOW #__ /7

a. Window Type:  ○ Casement   ○ Awning   ◉ Transom

b. Glass Etch Number: | u | n | k | n | o | w | n | | | | | | | | | | | | |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | u | n | k | n | o | w | n | | | | | | | | | | | | | | | | | |

   | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |
   **unknown**

d. Was Eligible Damage Previously Repaired?  ◉ Yes   ○ No

   If "Yes," date (mm/dd/yyyy): | 1 | 0 | / | 1 | 6 | / | 2 | 0 | 1 | 4 |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                          Costs**

   ◑  Cost of Product:           $ | | | | | | . | | |

   ◉  Cost of Finishing:         $ | | | | | | . | | |

   ◑  Cost of Installation:      $ | | | | | | . | | |

   ○  Cost to Repair Other Property:   $ | | | | | | . | | |
      (*i.e.*, damage in addition to
      those items listed above)
                                                          **Included in C1**
   Total Repair Costs for _this_ window/sash:  $ | | | | | | . | | |

** _Important_: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an
   estimate from Pella or another window contractor, please instruct the contractor, to the extent
   practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No



6

$D - Ref. C2$

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

### WINDOW # 18 (write in window number) Office

a. Window Type: ● Casement ○ Awning ○ Transom

b. Glass Etch Number:

| I | G | C | C | C | B | A | 1 | - | 9 | 6 | I | G | M | A | C | C | I | G | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

and
Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired? ○ Yes ● No

If "Yes," date (mm/dd/yyyy): |   | / |   | / |   |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ● full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                              Costs**

● Cost of Product: $ |   |   |   |   |   | . |   |   |

● Cost of Finishing: $ |   |   |   |   |   | . |   |   |

● Cost of Installation: $ |   |   |   |   |   | . |   |   |

○ Cost to Repair Other Property: $ |   |   |   |   |   | . |   |   |
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for this window/sash: $ | 8 | 6 | 9 |   |   | . | 0 | 0 |

Included in C2
Office

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ● Yes ○ No

12

3. **Date(s) of Purchase**

Were all Windows with Eligible Damage purchased on the same date?  ◉ Yes  ○ No

If "Yes," state the date (mm/dd/yyyy):  ☐☐ / ☐☐ / 1 9 9 6

If "No," identify the various purchase dates and the Windows purchased on those dates:

☐☐ / ☐☐ / ☐☐☐☐ - date of purchase for window #s _____

☐☐ / ☐☐ / ☐☐☐☐ - date of purchase for window #s _____

4. **Date(s) of Installation**

Were all Windows with Eligible Damage installed on or around the same date?  ◉ Yes  ○ No

If "No," identify the various installation dates and the Windows installed on those dates:

☐☐ / ☐☐ / ☐☐☐☐ - date of installation for window #s _____

☐☐ / ☐☐ / ☐☐☐☐ - date of installation for window #s _____

5. **Additional Information**

Please state below any additional information which you believe would be helpful in evaluating your claim.
See attachment



3. **Documentation of Eligible Damage and Costs.** You must submit documentation supporting your claims of Eligible Damage and the costs to repair such damage.

   a. **Provide photographs of relevant windows and damage.** To the extent possible, <u>for each window/sash that you claim had or has Eligible Damage</u>, please include photographs of the Eligible Damage for which you are seeking compensation.

   b. **For windows/sashes with Eligible Damage that <u>already has been repaired or replaced</u>, please include documents made or received at or near the time of repair or replacement that verify the nature of the Eligible Damage, what work was done to remedy the Eligible Damage, the date on which such work was performed, and the costs of such work.** Please identify which documents relate to which Windows (by window #) that are the subject of this Claim Form. Examples of such documentation include receipts, invoices, credit card or debit card records, canceled checks or other financial records showing the amount of money paid for the repair or replacement and the nature of the repair or replacement performed. You may also submit a signed and dated statement from the contractor who made the repairs that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs performed on each window identified in this Claim Form (by window #) and the costs of such repairs. If you have yet to obtain an estimate from a contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the following separate cost categories: costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.

   c. **For windows/sashes with Eligible Damage that have <u>not yet been repaired or replaced</u>, please submit a signed and dated statement from a contractor who has inspected the windows that contains (1) the contractor's contact information (name, address and phone number); (2) state license number (if any); and (3) a description of the actual repairs to be performed on or around each window identified in this Claim Form (by window #) and the estimated costs of such repairs, separating out, to the extent practicable, costs for product, finishing, installation and repair of other damage, such as damage to surrounding structure, trim, wallboard, or paint.**

### F. LOCATION OF REMOVED WINDOWS

If windows and/or sashes with Eligible Damage were removed, are the window(s) currently available?  ○ Yes  ◉ No

If "Yes", what is the current location of the window(s):

Mailing Address, including apartment, unit or box number

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

City

State   Zip Code



## G. IMPORTANT NOTICE REGARDING SUBMISSION TO THE JURISDICTION OF THE COURT IN ILLINOIS

By the filing of this Claim Form, you hereby submit to the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division, for the purposes of this claim.

## H. VERIFICATION OF PROPERLY SUBMITTED CLAIM

The benefits provided by the settlement are for otherwise unreimbursed costs and expenses actually incurred or to be incurred by you related to Eligible Damage covered by the settlement. By submitting this Claim Form, you verify, under oath and penalty of perjury, that you have not been reimbursed or compensated for any of the Eligible Damage that you are seeking in this Claim Form.

The benefits provided by the settlement DO NOT cover wood deterioration damage that was caused by any of the following causes:

(i) misuse, or intentional, reckless, accidental, and/ or negligent physical damage to a window caused directly or indirectly by a Settlement Class Member or other person; (ii) damage to windows to the extent resulting from natural disaster including, but not limited to fire, hurricane, wind, flood, earthquake or earth movement; (iii) damage resulting from causes unrelated to window performance (such as plumbing leaks, interior water spills, fire damage, caulk or putty cracks, or any other defect in the Structure); (iv) damage due to racking, covering or blocking of weep holes or drilling holes through the window frame; (v) damage due to improper storage, handling, installation, modification, or maintenance; (vi) damage due to an altered or reinstalled window; (vii) damage due to finishes, sealants or caulking not applied by Defendants or failure to finish the product in a timely manner; (viii) damage caused to wood, medium density fiberboard, or sheetrock, sills or jambs by natural weathering; (ix) damage caused by exterior leaks; and (x) damage caused by interior condensation.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, none of the damage for which you are seeking benefits in this Claim Form was caused by any of the causes identified immediately above.

By submitting this Claim Form, you verify, under oath and the penalty of perjury, that, to the best of your knowledge, all of the damage for which you are seeking benefits in the this Claim Form was not caused by any cause other than water penetrating between the aluminum cladding of the window and the window sash at the corner joint of the cladding or at the glazing/Sash interface.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that no portion of any Claims that you ever had, now have, or may in the future have against Pella Corporation, Pella Windows and Doors, Inc. or any other "Releasee" under the settlement agreement, and no portion of any recovery for which you are submitting this Claim Form has been assigned or transferred by you to any person, corporation or government body.

By submitting this Claim Form, you verify, under oath and penalty of perjury, that you are not currently employed by Pella Corporation or Pella Windows and Doors, Inc.

## I. SIGNATURE AND DECLARATION

By signing this Claim Form, I declare under penalty of perjury and pursuant to penal code 28 U.S.C. §1746, that the information I provided in this Claim Form, the verifications above, and all supporting documentation submitted with this Claim Form are true and correct to the best of my knowledge.

_G L Carnivale_

Signature of Claimant

_05/28/2018_

Date (mm/dd/yyyy)



11

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW</u> # 19 (write in window number) Bedroom

a. Window Type: ◉ Casement ○ Awning ○ Transom

b. Glass Etch Number:

| I | G | C | C | C | B | A | 1 | - | 9 | 6 | I | G | M | A | C | C | I | G | 2 |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired? ○ Yes ◉ No

If "Yes," date (mm/dd/yyyy): | | / | | / | |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ◉ full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                          Costs**

◉  Cost of Product:              $ | | | | | | . | | |

◉  Cost of Finishing:            $ | | | | | | . | | |

◉  Cost of Installation:         $ | | | | | | . | | |

○  Cost to Repair Other Property: $ | | | | | | . | | |
   (i.e., damage in addition to
   those items listed above)

Total Repair Costs for this window/sash:  $ | 8 | 6 | 9 | | | . | 0 | 0 |

Included in C2
Bedroom

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
   water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

### WINDOW # 20 (write in window number)  Bath

a.  Window Type:  ◉ Casement  ○ Awning  ○ Transom

b.  Glass Etch Number: | I | G | C | C | C | B | A | 1 | - | 9 | 6 | I | G | M | A | C | C | I | G | 2 |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | |

c.  Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d.  Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

If "Yes," date (mm/dd/yyyy): | | | / | | | / | | | |

e.  Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f.  Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                    Costs**

◉  Cost of Product:          $ | | | | | | . | |

◐  Cost of Finishing:        $ | | | | | | . | |

◉  Cost of Installation:     $ | | | | | | . | |

○  Cost to Repair Other Property:  $ | | | | | | . | |
    (*i.e.*, damage in addition to
    those items listed above)

Total Repair Costs for this window/sash:  $ | 8 | 6 | 9 | | | . | 0 | 0 |

Included in C2
Bath

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g.  If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h.  If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

12

### ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW</u> # 21` (write in window number)  Bath

a.  Window Type:  ◉ Casement  ○ Awning  ○ Transom

b.  Glass Etch Number:  | I | G | C | C | C | B | A | 1 | - | 9 | 6 | I | G | M | A | C | C | I | G | 2 |
    and
    Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

c.  Date when Eligible Damage was first noticed (mm/dd/yyyy):  | u | n | / | k | n | / | o | w | n |

d.  Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

    If "Yes," date (mm/dd/yyyy):  | | | / | | | / | | | |

e.  Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f.  Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                    Costs**

◉  Cost of Product:           $ | | | | | | . | |

◉  Cost of Finishing:         $ | | | | | | . | |

◉  Cost of Installation:      $ | | | | | | . | |

○  Cost to Repair Other Property:  $ | | | | | | . | |
   (*i.e.*, damage in addition to
   those items listed above)
                                                          Included in C2
Total Repair Costs for <u>this</u> window/sash:  $ | 8 | 6 | 9 | | | . | 0 | 0 |   Bath

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g.  If you already replaced this window/sash, was replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h.  If you still need to replace this window/sash, is replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No



## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

WINDOW # 22 (write in window number) Dining Room

a. Window Type:  ◉ Casement  ○ Awning  ○ Transom  CTG Tempered 16 CFR 1201 II

b. Glass Etch Number:  S G C C  1 8 0 4  1 / 8 U
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T |  | V | I | S | I | B | L | E |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):  u n / k n / o w n

d. Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No
   If "Yes," date (mm/dd/yyyy):  [  ] / [  ] / [  ]

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                                    Costs**

   ◉  Cost of Product:                    $ [        ].[   ]

   ◉  Cost of Finishing:                  $ [        ].[   ]

   ◉  Cost of Installation:               $ [        ].[   ]

   ○  Cost to Repair Other Property:      $ [        ].[   ]
      (i.e., damage in addition to
      those items listed above)
                                                                    Included in C2
   Total Repair Costs for this window/sash:  $ 1 1 6 9 . 0 0    Dining Room

** Important: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

### WINDOW # 23 (write in window number) Dining Room

a. Window Type:  ◉ Casement   ○ Awning   ○ Transom  CTG Tempered 16 CFR 1201 II

b. Glass Etch Number: | S | G | C | C | | 1 | 8 | 0 | 4 | | 1 | / | 8 | U |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

   If "Yes," date (mm/dd/yyyy): | | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories
   of Eligible Damage                                    Costs**

   ◉  Cost of Product:           $ | | | | | | | . | |

   ◉  Cost of Finishing:         $ | | | | | | | . | |

   ◉  Cost of Installation:      $ | | | | | | | . | |

   ○  Cost to Repair Other Property:  $ | | | | | | | . | |
      (i.e., damage in addition to
      those items listed above)                                  Included in C2

   Total Repair Costs for this window/sash:  $ | 9 | 5 | 9 | | | . | 0 | 0 |   Dining Room

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # 24 (write in window number) Dining Room

a.  Window Type:     ◉ Casement     ○ Awning     ○ Transom     CTG Tempered
                                                                                16 CFR 1201 II

b.  Glass Etch Number:     | S | G | C | C |     | 1 | 8 | 0 | 4 |     | 1 | / | 8 | U |     |   |   |   |   |
    and
    Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T |   | V | I | S | I | B | L | E |   |   |   |   |   |   |   |   |   |   |   |   |   |

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

c.  Date when Eligible Damage was first noticed (mm/dd/yyyy):     | u | n | / | k | n | / | o | w | n |

d.  Was Eligible Damage Previously Repaired?     ○ Yes     ◉ No

    If "Yes," date (mm/dd/yyyy):     |   |   | / |   |   | / |   |   |   |   |

e.  Is/Was Eligible Damage to the full window unit or just to the sash?     ◉ full unit     ○ sash only

f.  Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                     Costs**

◉     Cost of Product:             $ |   |   |   |   |   | . |   |   |

◉     Cost of Finishing:           $ |   |   |   |   |   | . |   |   |

◉     Cost of Installation:        $ |   |   |   |   |   | . |   |   |

○     Cost to Repair Other Property:    $ |   |   |   |   |   | . |   |   |
      (*i.e.*, damage in addition to
      those items listed above)
                                                                        Included in C2
Total Repair Costs for this window/sash:    $ | 1 | 1 | 6 | 9 | . | 0 | 0 |
                                                                        Dining Room

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g.  If you already replaced this window/sash, was replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?     ○ Yes     ○ No

h.  If you still need to replace this window/sash, is replacement necessary to remediate
    water damage to property surrounding the window and to prevent further such damage?     ◉ Yes     ○ No

12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # 25 (write in window number) Garage

a. Window Type:  ● Casement  ○ Awning  ○ Transom  INSULSHIELD IGMAC CIG-2

b. Glass Etch Number: | I | G | C | C | | C | B | A | | 1 | - | 9 | 6 |
and
Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?  ○ Yes  ● No

If "Yes," date (mm/dd/yyyy): | | | / | | | / | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ● full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                    Costs**

 ● Cost of Product:           $ | | | | | . | |

 ● Cost of Finishing:         $ | | | | | . | |

 ● Cost of Installation:      $ | | | | | . | |

 ○ Cost to Repair Other Property:  $ | | | | | . | |
   (*i.e.*, damage in addition to
   those items listed above)

                                                              Included in C2
Total Repair Costs for this window/sash:  $ | 8 | 6 | 9 | | | . | 0 | 0 |   Garage

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ● Yes  ○ No

12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

WINDOW # <u>26</u> (write in window number) Garage

a. Window Type:  ◉ Casement    ○ Awning    ○ Transom    INSULSHIELD  IGMAC CIG-2

b. Glass Etch Number: | I | G | C | C |  | C | B | A |  | 1 | - | 9 | 6 |
and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T |  | V | I | S | I | B | L | E |  |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

If "Yes," date (mm/dd/yyyy): |  |  | / |  |  | / |  |  |  |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit    ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                    Costs**

◉    Cost of Product:              $ |  |  |  |  | . |  |  |

◉    Cost of Finishing:            $ |  |  |  |  | . |  |  |

◉    Cost of Installation:         $ |  |  |  |  | . |  |  |

○    Cost to Repair Other Property:  $ |  |  |  |  | . |  |  |
(*i.e.*, damage in addition to
those items listed above)

Total Repair Costs for <u>this</u> window/sash:  $ | 8 | 6 | 9 |  |  | . | 0 | 0 |

Included in C2
Garage

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW</u> # 27 (write in window number) **Basement**

a. Window Type:  ◉ Casement  ○ Awning  ○ Transom

**INSULSHIELD**

b. Glass Etch Number:

| I | G | M | A | C | | P | | 4 | - | 0 | 2 | | | | | | | |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

If "Yes," date (mm/dd/yyyy): | | / | | / | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of <u>Eligible Damage</u>                              <u>Costs</u>**

◉  Cost of Product:  $ | | | | | . | |

◉  Cost of Finishing:  $ | | | | | . | |

◉  Cost of Installation:  $ | | | | | . | |

○  Cost to Repair Other Property:  $ | | | | | . | |
   (*i.e.*, damage in addition to
   those items listed above)

**Included in C2**

Total Repair Costs for <u>this</u> window/sash:  $ | 8 | 9 | 9 | | | . | 0 | 0 |

**Basement**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

12

### ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

## WINDOW # 28 (write in window number) Basement

a. Window Type: ● Casement ○ Awning ○ Transom INSULSHIELD IGMAC CIG-2

b. Glass Etch Number: | I | G | C | C | | C | B | A | | 4 | - | 9 | 5 | | | | | | |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):   | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?   ○ Yes   ● No

If "Yes," date (mm/dd/yyyy):   | | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?   ● full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                Costs**

⊙ Cost of Product: $ | | | | | . | |

⊙ Cost of Finishing: $ | | | | | . | |

⊙ Cost of Installation: $ | | | | | . | |

○ Cost to Repair Other Property: $ | | | | | . | |
(*i.e.*, damage in addition to
those items listed above)

Included in C2

Total Repair Costs for this window/sash: $ | 8 | 9 | 9 | | | . | 0 | 0 |   Basement

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ○ Yes   ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?   ● Yes   ○ No

12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

### WINDOW # 29 (write in window number) Basement

a. Window Type: ● Casement ○ Awning ○ Transom INSULSHIELD IGMAC CIG-2

b. Glass Etch Number: | I | G | C | C | | C | B | A | | 4 | - | 9 | 5 |
   and
   Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

   | N | O | T | | V | I | S | I | B | L | E |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired? ○ Yes ● No

   If "Yes," date (mm/dd/yyyy): | | / | | / | |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ● full unit ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

   Check all categories of Eligible Damage | Costs**

   ● Cost of Product: $ | | | | | . | |

   ◑ Cost of Finishing: $ | | | | | . | |

   ◉ Cost of Installation: $ | | | | | . | |

   ○ Cost to Repair Other Property: $ | | | | | . | |
      (*i.e.*, damage in addition to those items listed above)

   Total Repair Costs for this window/sash: $ | 8 | 9 | 9 | | | . | 0 | 0 |

   Included in C2
   Basement

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage? ● Yes ○ No

### ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW</u> # _30_ (write in window number)  **Basement**

a. Window Type: ◉ Casement    ○ Awning    ○ Transom    **INSULSHIELD**
    **IGMAC CIG-2**

b. Glass Etch Number: | I | G | C | C | | C | B | A | | 4 | - | 9 | 5 | | | | | | | |
   and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy): | u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired? ○ Yes ◉ No

   If "Yes," date (mm/dd/yyyy): | | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash? ◉ full unit   ○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage          Costs**

◉   Cost of Product:      $ | | | | | |.| |

◉   Cost of Finishing:      $ | | | | | |.| |

◉   Cost of Installation:      $ | | | | |.| |

○   Cost to Repair Other Property:      $ | | | | |.| |
     (*i.e.*, damage in addition to
     those items listed above)

                                           **Included in C2**

Total Repair Costs for <u>this</u> window/sash:   $ | 8 | 6 | 9 | | |.| 0 | 0 |   **Basement**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ○ Yes ○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate
water damage to property surrounding the window and to prevent further such damage? ◉ Yes ○ No

12

## ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW #</u> __31__ (write in window number)  **Basement**

a.  Window Type:  ◉ Casement  ○ Awning  ○ Transom  **INSULSHIELD IGMAC CIG-2**

b.  Glass Etch Number:  | I | G | C | C |  | C | B | A |  | 4 | - | 9 | 5 |  |  |  |  |  |

and

Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T |  | V | I | S | I | B | L | E |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

c.  Date when Eligible Damage was first noticed (mm/dd/yyyy):  | u | n | / | k | n | / | o | w | n |

d.  Was Eligible Damage Previously Repaired?  ○ Yes  ◉ No

If "Yes," date (mm/dd/yyyy):  |  |  | / |  |  | / |  |  |  |

e.  Is/Was Eligible Damage to the full window unit or just to the sash?  ◉ full unit  ○ sash only

f.  Type of Eligible Damage sustained and cost to repair such damage:

Check all categories
of Eligible Damage                                       Costs**

◉  Cost of Product:           $ |  |  |  |  |  | . |  |  |

◉  Cost of Finishing:          $ |  |  |  |  |  | . |  |  |

◉  Cost of Installation:        $ |  |  |  |  |  | . |  |  |

○  Cost to Repair Other Property:  $ |  |  |  |  |  | . |  |  |
    (*i.e.*, damage in addition to
    those items listed above)

                                                                    **Included in C2**

Total Repair Costs for this window/sash:  $ | 8 | 6 | 9 |  |  | . | 0 | 0 |   **Basement**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g.  If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ○ Yes  ○ No

h.  If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?  ◉ Yes  ○ No

12

### ADDITIONAL WINDOW FORM

If you have more than two windows/sashes with Eligible Damage, use this form to provide information on the additional windows/sashes. A separate form must be submitted for each additional window. Please number the windows for identification purposes.

<u>WINDOW #</u> __32__ (write in window number) **Entry**

a. Window Type:　　　　○ Casement　　　○ Awning　　　◉ Transom　　**INSULSHIELD**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**IGMAC CIG-2**

b. Glass Etch Number:　　| I | G | C | C |　| C | B | A |　| 4 | - | 9 | 5 |　| | | | | | |
　　and
　　Product ID Stamp (1991 - 1997 windows) or Unit ID Label (1998 - 2009):

| N | O | T | | V | I | S | I | B | L | E | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | |

c. Date when Eligible Damage was first noticed (mm/dd/yyyy):　　| u | n | / | k | n | / | o | w | n |

d. Was Eligible Damage Previously Repaired?　　○ Yes　　◉ No

　　If "Yes," date (mm/dd/yyyy):　　| | | / | | | / | | | |

e. Is/Was Eligible Damage to the full window unit or just to the sash?　　◉ full unit　　○ sash only

f. Type of Eligible Damage sustained and cost to repair such damage:

　　Check all categories
　　<u>of Eligible Damage</u>　　　　　　　　　　　　　Costs**

　　◉　　Cost of Product:　　　　　　　$ | | | | | | . | | |

　　◉　　Cost of Finishing:　　　　　　$ | | | | | | . | | |

　　◉　　Cost of Installation:　　　　　$ | | | | | | . | | |

　　○　　Cost to Repair Other Property:　$ | | | | | | . | | |
　　　　　(*i.e.*, damage in addition to
　　　　　those items listed above)　　　　　　　　　　　　　　　　**Included in C2**

　　Total Repair Costs for <u>this</u> window/sash:　$ | 9 | 5 | 9 | | | . | 0 | 0 |　**Entry**

** *Important*: Please attach the estimate from Pella and/or window contractor. If you have yet to obtain an estimate from Pella or another window contractor, please instruct the contractor, to the extent practicable, to separate the estimate into the above categories of Eligible Damage.

g. If you already replaced this window/sash, was replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?　　○ Yes　　○ No

h. If you still need to replace this window/sash, is replacement necessary to remediate water damage to property surrounding the window and to prevent further such damage?　　◉ Yes　　○ No



## D. INFORMATION ON <u>EACH WINDOW</u> THAT SUSTAINED OR CAUSED ELIGIBLE DAMAGE.

For each Window with Eligible Damage, please fill out the information below, identifying (1) the type of window (Casement, Awning or Transom); (2) the Glass Etch and Product ID Stamp or Unit ID Label; (3) the date when Eligible Damage to the window or surrounding area was discovered; (4) whether the Eligible Damage already has been repaired and, if so, the date of repair; and (5) the type of Eligible Damage sustained to or from that window and the costs of repairing such damage.

**Glass Etch.** The Glass Etch is located in one of the corners of each window, and will look something like one of the two following examples:



**Product ID Stamp.** Windows manufactured between 1991 - 1997 have a Product ID Stamp that is typically located near the corner of the sill of the product, and looks like this:

**Unit ID Label.** Windows manufactured between 1998 - 2009 have a Unit ID Label that can be found on interior lower corner of the glass of each window, and looks like this:





## E. REQUIRED SUPPORTING DOCUMENTS

1. **Ownership Documentation**. Please attach documentation that verifies that you are the current or former owner of the property containing the Pella ProLine Casement, Transom or Awning Window(s) identified in your Claim Form during the period when Eligible Damage was repaired or needs to be repaired.

   **Examples of sufficient documentation of property ownership include** a copy of a mortgage statement or payment coupon, the declarations page of property, homeowner's or title insurance, a copy of a property tax bill, property deeds or deeds of trust, or other documentation demonstrating ownership, including the property address. The documentation must be (a) for/from the year in which the repairs or replacements took place, or (b) for/from the current year if the window(s) has/have yet to be repaired or replaced. YOU NEED ONLY PROVIDE ONE FORM OF DOCUMENTATION.

   If you are the owner of an individual living unit such as a condominium or townhouse, then you must also provide satisfactory proof that you have/had the maintenance obligation during the period when the Pella ProLine Casement, Awning or Transom Window(s)' Eligible Damage was repaired or needs to be repaired. **Examples of satisfactory proof of maintenance obligations include** a copy of the Covenants, Conditions and restrictions governing the condominium or townhouse.

2. **Documentation that 1991-2009 ProLine Casement, Awning or Transom windows were installed in your Structure.** This settlement only covers Eligible Damage caused to or by ProLine Casement, Awning or Transom Windows manufactured between 1991 and 2009 that were installed in your Structure. It is therefore necessary to establish that the Windows identified in Sections B and C, above, are covered by the settlement.

   **Establishing qualifying windows.** As shown above, you can establish that you have qualifying windows by identifying the Glass Etch and Product ID Stamp or Unit Label of any window for which you are seeking benefits under this settlement. This can be done by providing that information in writing or by providing a photograph of the Glass Etch and Product ID Stamp or Unit Label of each window for which you are submitting a claim. If you are unable to identify the Glass Etch and Product ID Stamp or Unit Label of any window for which you are submitting a claim, then you must submit documentation establishing that each such window is of the type and vintage covered by the settlement. This may be established, for example, by submitting (1) a signed statement from your contractor on the contractor's letterhead or in an affidavit identifying your windows as ProLine Casement, Awning or Transom windows manufactured between 1991-2009; (2) a prior written statement from Pella or any Pella distributor identifying the windows as ProLine Casement, Awning or Transom windows manufactured between 1991-2009; or (3) other documents, such as purchase orders, establishing that you purchased qualifying ProLine Casement, Awning or Transom windows.

   **Establishing installation of the windows.** To the extent possible, please provide documents establishing the actual or, if unavailable, the approximate dates of installation of the windows at issue in your Claim Form. This may include, for example, credit or debit card records, a contract for installation of the windows or canceled checks to your contractor for window installations.



9

# KCC/ GILARDI NOTIFICATION INSERT

**NAME:**

Tionna M.

**DATE:**

6/16/18

**COMMENTS:**

Page 4 is missing from this PEK claim form

**EnergyPro**
Windows & Siding

16501 Cornerstone Dr.
Belton, MO 64012
(816) 331-7400
Fax (816) 331-7402

Date: 8/9/14
Home Phone: 816-778-1538
Work Phone: _____
Cell Phone: _____

Customer Name: Dawn Carnival.
Address: 11895 S. CHERRY IN
City/State/Zip: OLATHE, Ks

## Energy Pro will furnish and install the following:

47 7"14
**WINDOWS** ✗    MAX GUARD 12 SUNRISE
**GLASS PACKAGES** ↑
**WINDOW FRAME COLOR**    ☐ White    ☐ Tan    ☒ EARTHTONE
**INTERIOR WOODGRAIN OPTIONS**    PROVINCIAL OAK    Customer's Initials: _____

### STANDARD WINDOW TYPES:

| | | | |
|---|---|---|---|
| Double Hungs 9 | 11 70 Picture Windows 1 | Deadlites ___ | Single Casements ___ |
| Oriel Style ___ | Single Casements 4 | Quad Casements ___ | Double Casement ___ |
| Awning Casements ___ | Three Lite Sliders ___ | Two Lite Sliders ___ | Triple Casements ___ |
| Other HALF ROUNDS  3 | | | |

Grids: ☒ Yes ☐ No, IN HR 9 FRONT CASEMENTS ONLY,    Customer's Initials _____
☐ FLAT ☒ SCULPTURED ☒ Colonial ☐ Diamond ☐ Prairie ☐ Perimiter ☐ Other _____

EXTERIOR WINDOW TRIM CAPPING COLOR: EARTHTOND    Customer's Initials _____

TOTAL NUMBER OF WINDOWS AND DOORS ON THIS ORDER: 17

| | | |
|---|---|---|
| Outside Installs _____ *Painted or recessed | Wood Pocket Inside Installs _____ | Metal Tear-outs _____ |
| Raw Edge Glass Tear-outs _____ | PELLA Casement Tear-outs 17 | Vinyl Tear-outs _____ |

Interior Trim: White P.V.C. _____    Unstained, Unpainted Wood _____

All labor a all materials to be furnished. Lifetime nonprorated warranty
included. Haul away all trash & debris.
Stain interior stain.                                    4:00pm meeting 9/10

Promotional Discounts: management based discount
                                                        Customer Initials

*ENERGY PRO is not licensed or certified to re-install any alarm systems on windows or doors. Please contact your
alarm servicer and advise them of your project. _____
                                                    Customer's Initials

*ENERGY PRO will make every attempt to accomodate your existing window blinds. Because of installation procedures
and features of replacement window ENERGY PRO cannot guarantee reinstallation blind locations or that
existing blinds will fit in all openings. _____
                                                    Customer's Initials

ENERGY PRO will clean up and haul away all job trash and debris. ENERGY PRO honors all applicable manufacture's written warranties
on new installations. ENERGY PRO not responsible for any delays beyond our control (weather, strikes, fires and manufacturing delays).

City/State/Zip: _____

## Energy Pro will furnish and install the following:

**WINDOWS** MAX GUARD 12 SUNRISE

**GLASS PACKAGES** A

**WINDOW FRAME COLOR**   ☐ White   ☐ Tan   ☒ EARTHTONE

**INTERIOR WOODGRAIN OPTIONS** PROVINCIAL OAK   Customer's Initials: _____

### STANDARD WINDOW TYPES:

Double Hungs 9          Picture Windows 1          Deadlites ___          Single Casements ___

Oriel Style ___          Single Casements 4          Quad Casements ___          Double Casement ___

Awning Casements ___          Three Lite Sliders ___          Two Lite Sliders ___          Triple Casements ___

Other HALF ROWNOS 3

Grids: ☒ Yes ☐ No IN HR 9 FRONT CASEMENTS ONLY.   Customer's Initials _____

☐ FLAT ☒ SCULPTURED ☒ Colonial ☐ Diamond ☐ Prairie ☐ Perimiter ☐ Other _____

**EXTERIOR WINDOW TRIM CAPPING COLOR:** EARTHTONE   Customer's Initials _____

**TOTAL NUMBER OF WINDOWS AND DOORS ON THIS ORDER:** 17

Outside Installs _____        Wood Pocket Inside Installs _____        Metal Tear-outs _____
*Painted or recessed                    PELLA
Raw Edge Glass Tear-outs _____   Casement Tear-outs 17        Vinyl Tear-outs _____

Interior Trim: White P.V.C. _____   Unstained, Unpainted Wood _____

*All labor & all materials to be furnished. Injustice incorporated warranty included. Haul away all trash & debris.*
*Stain interior stain.*                               4:00 pm service 9/10

Promotional Discounts: management based discount
                                                    Customer Initials

*ENERGY PRO is not licensed or certified to re-install any alarm systems on windows or doors. Please contact your
alarm servicer and advise them of your project. _____ Customer's Initials

*ENERGY PRO will make every attempt to accomodate your existing window blinds. Because of installation procedures
and features of replacement window ENERGY PRO cannot guarantee reinstallation blind locations or that
existing blinds will fit in all openings. _____ Customer's Initials

ENERGY PRO will clean up and haul away all job trash and debris. ENERGY PRO honors all applicable manufacture's written warranties
on new installations. ENERGY PRO not responsible for any delays beyond our control (weather, strikes, fires and manufacturing delays).
Either party will have until midnight of the third business day from the date of contract to cancel the order. Cancellation must be received
from the customer in writing at our offices located at 16501 Conemerstone Dr. Belton, Missouri 64012 by midnight of the third business day
from the date of this contract. Any and all deposits will be returned. After the legal reclssion all deposits will be subject to forfeiture to
cover cost incurred by ENERGY PRO. A division of HICG, Inc. ALL CUSTOMERS RECEIVE OUR 10 YEAR, FREE SERVICE AND LABOR
GUARANTEE ON ALL WINDOW INSTALLATION. This contract and all written within shall be binding between all parties involved.
No verbal agreements will be accepted or honored. PLEASE READ YOUR CONTRACT CAREFULLY.

**Total:**   $ 15,460.

**Deposits:** $ 1546.

**Balance:** $ 13,918.
(Due upon completion)

Price includes all labor, materials, discounts and applicable taxes

By signing the agreement, the customer aggress to the terms, conditions, services
and products stated above and acknowledges receiving a copy of this agreement.

Signature _____   Date 9/9/14

# Energy Pro

Windows & Siding
PO Box 1040
16501 Cornerstone Dr. Belton, MO 64012
816-331-7400 fax 816-331-7402

Customer Name: _GARY L. CARNUVALE_

Address: _11895  S. CHERRY  LN._

_OLATHE,  KS  66_

Phone: _816 - 778 - 1538_

## Thank you for your business!

| Description | Total | Less Dep. | Balance |
|---|---|---|---|
| 17  SUNRISE REPLACEMENT WINDOWS | 15,460.⁻ | 1546.⁻ | 13914 |
| | | | |
| | | | |
| | | | |
| | | | |

Paid by:  ☐ Check # _1931_   ☐ Cash   ☐ Financing _____

☐ Credit Card  # ____-____-____-____ Exp: _____ Code: _____

Name on card: _____ Billing address: _____

_____

## Post Installation Check List

☑ All windows trimmed and caulked on the interior

☑ All windows trimmed and caulked on the exterior

☑ All window openings cleaned and vacuumed on interior

☑ All window openings cleaned of any debris on exterior

☑ Customer instructed on operation of windows

☑ All windows have been successfully checked for proper operation

I have reviewed this list with the installer and am pleased with the install of my new windows

X _____        _10/16/14_
  Customer Signature                Date

**EnergyPro**
Windows & Siding

16501 Cornerstone Dr.
Belton, MO 64012
(816) 331-7400
Fax (816) 331-7402

Date: _5-23-18_
Home Phone: _____
Work Phone: _____
Cell Phone: _913-782-2858_

Customer Name: _Gary Carnivale_
Address: _11895 Cherry Ln._
City/State/Zip: _Olathe, Ks. 66061_

## Energy Pro will furnish and install the following:

**WINDOWS** _Sunrise Signature Series_
**GLASS PACKAGES** _MaxGaurd 12_
**WINDOW FRAME COLOR** ☐ White ☐ Tan ☑ _Earthtone Exterior_
**INTERIOR WOODGRAIN OPTIONS** _Provincial Oak_ Customer's Initials: _____

### ·STANDARD WINDOW TYPES:

| | | | |
|---|---|---|---|
| Double Hungs ___ | _Fixed_ Picture Windows _✓_ | Deadlites ___ | Single Casements ___ |
| Oriel Style___ | Single Casements _✓_ | Quad Casements___ | Double Casements___ |
| Awning Casements___ | Three Lite Sliders___ | Two Lite Sliders___ | Triple Casements___ |

Other _____

Grids: ☑ Yes ☐ No _4 Front Windows_ Customer's Initials: _____

☐ FLAT ☑ SCULPTURED ☑ Colonial ☐ Diamond ☐ Prairie ☐ Perimeter ☐ Other _____

EXTERIOR WINDOW TRIM CAPPING COLOR: _Earthtone_ Customer's Initials: _____

TOTAL NUMBER OF WINDOWS AND DOORS ON THIS ORDER: _____

| | | |
|---|---|---|
| Outside Installs_____ *Painted or recessed | Wood Pocket Inside Installs _____ | Metal Tear-outs _____ |
| Raw Edge Glass Tear-outs_____ | Casement-Tear-outs _All_ | Vinyl Tear-outs_____ |

Interior Trim: White P.V.C._____ Unstained, Unpainted Wood_____

_Replace any rotted surface wood - insulate around new window_
_frams - stops exterior - caulk to seal - haul away all job_
_related debris_

Pre-1978 Lead Practices Yes / No     1-10 Windows $75.00   10+ Windows $125.00

Promotional Discounts: _Previous Customer_
                                                                        Customer's Initials:

*ENERGY PRO is not licensed or certified to re-install any alarm systems on windows or doors. Please contact your
alarm servicer and advise them of your project.____ N/A
                                                    Customer's Initials
*ENERGY PRO will make every attempt to accommodate your existing window blinds. Because of installation procedures
and features of a replacement window, ENERGY PRO cannot guarantee reinstallation of blind locations or that
existing blinds will fit in all openings. _____
                                              Customer's Initials

ENERGY PRO will clean up and haul away all job trash and debris. ENERGY PRO honors all applicable manufacture's written warranties
on new installations. ENERGY PRO is not responsible for any delays beyond our control (weather, strikes, fires and manufacturing delays).

**GLASS PACKAGES** _MaxGaurd 12_

**WINDOW FRAME COLOR** ☐ White ☐ Tan ☑ _Earthtone Exterior_

**INTERIOR WOODGRAIN OPTIONS** _Provincial Oak_ Customer's Initials:_____

### STANDARD WINDOW TYPES:

| | | | |
|---|---|---|---|
| Double Hungs ___ | Fixed Picture Windows ✓ | Deadlites ___ | Single Casements ___ |
| Oriel Style ___ | Single Casements ✓ | Quad Casements ___ | Double Casements ___ |
| Awning Casements ___ | Three Lite Sliders ___ | Two Lite Sliders ___ | Triple Casements ___ |

Other _____

**Grids:** ☑ Yes ☐ No _4 Front Windows_ Customer's Initials:_____

☐ FLAT ☑ SCULPTURED ☑ Colonial ☐ Diamond ☐ Prairie ☐ Perimeter ☐ Other _____

**EXTERIOR WINDOW TRIM CAPPING COLOR:** _Earthtone_ Customer's Initials:_____

**TOTAL NUMBER OF WINDOWS AND DOORS ON THIS ORDER:** _____

| | | |
|---|---|---|
| Outside Installs_____ *Painted or recessed | Wood Pocket Inside Installs _____ | Metal Tear-outs _____ |
| Raw Edge Glass Tear-outs _____ | Casement-Tear-outs _All_ | Vinyl Tear-outs_____ |
| Interior Trim: White P.V.C._____ | Unstained, Unpainted Wood_____ | |

_Replace any rotted surface wood - insulate around new window frames - stops exterior - caulk to seal - haul away all job related debris_

Pre-1978 Lead Practices Yes / No   1-10 Windows $75.00   10+ Windows $125.00

**Promotional Discounts:** _Previous Customer_

Customer's Initials:

*ENERGY PRO is not licensed or certified to re-install any alarm systems on windows or doors. Please contact your alarm servicer and advise them of your project. _N/A_ Customer's Initials

*ENERGY PRO will make every attempt to accommodate your existing window blinds. Because of installation procedures and features of a replacement window, ENERGY PRO cannot guarantee reinstallation of blind locations or that existing blinds will fit in all openings. _____ Customer's Initials

ENERGY PRO will clean up and haul away all job trash and debris. ENERGY PRO honors all applicable manufacture's written warranties on new installations. ENERGY PRO is not responsible for any delays beyond our control (weather, strikes, fires and manufacturing delays). Either party will have until midnight of the third business day from the date of contract to cancel the order. Cancellation must be received from the customer in writing at our office located at 16501 Cornerstone Dr. Belton, Missouri 64012 by midnight of the third business day from the date of this contract. Any and all deposits will be returned. After the legal rescission all deposits will be subject to forfeiture to cover cost incurred by ENERGY PRO. A division of HICG, Inc. ALL CUSTOMERS RECEIVE OUR 10 YEAR FREE SERVICE GUARANTEE ON ALL WINDOW INSTALLATIONS. INTERIOR AND EXTERIOR CAULKING IS CONSIDERED NORMAL MAINTENANCE, AND IS WARRANTED AT NO CHARGE FOR 3 YEARS FROM DATE OF INSTALLATION. This contract and all written with shall be binding between all parties involved. No verbal agreements will be accepted or honored. PLEASE READ YOUR CONTACT CAREFULLY.

**Total:** $ _____   Price includes all labor, materials, discounts and applicable taxes.

**Deposits:** $ _10%_

By signing the agreement, the customer agrees to the terms, conditions, services and products stated above and acknowledges receiving a copy of this agreement

**Balance:** $ _____ (Due upon completion)

Signature _____ Date _____

**Representative** _Diane Aldrich_

Signature _____ Date _____

Dining Room
24×74  Casement   Woodgrain Interior / Exterior Earthtone   1169
28×74  Fixed         "                    "          959
24×74  Casement      "                    "         1169

Bedroom
28×52              Woodgrain Interior / Exterior Earthtone  869

Bath
24×41                                        869

Office
28×52                                        869

Bath
24×41                                        869

Garage
28×52                                        869
28×52                                        869

Basement
28×64                                       ·899
28×64                                        899
28×64                                        899
28×40                                        869
28×40                                        869

Entryway
59×47 Fixed                                  959
                                          13,905⁰⁰

Grids in Front 4 windows
          320⁰⁰

          14,225⁰⁰

## 5. Additional Information

Within a few years of moving into my new construction house in June of 1997, I discussed, multiple times, with Pella Service personnel, the possibility of my Pella windows leaking. I was repeatedly assured that the Pella windows were not the cause of the multiple leaks (water running out of the bottom of the walls in multiple places) in my house. Because of Pella's assurances and that the leaks only occurred during certain rain conditions, I spent years, along with a lot of my time and money, trying to determine the cause of the leaks. Eventually, I identified multiple design defects in the Pella Windows that were the cause of all the leaks. Not only was Pella not honest with me about the leaky windows, but they continued selling me parts for these windows that they knew or should have known, could not be repaired (see attachments).

Since Pella convinced me that the windows were not the source of my leaks, I had no reason to take pictures of water running out of my walls. Pictures that did not show the actual source of the leaks would be worthless.



# Proposal - Detailed

Pella Window and Door Showroom of Lenexa
11333 Strang Line
Lenexa, KS 66215
**Phone:** 9134927927   **Fax:** 9134920632

**Sales Rep Name:** Service, Dept
**Sales Rep Phone:**
**Sales Rep E-Mail:** service@pellakc.com
**Sales Rep Fax:**

| Customer Information | Project/Delivery Address | Order Information | |
|---|---|---|---|
| | 11895 S Cherry Lane Olathe KS 66061 | Quote Name: | Gary Carnivale |
| | | | |
| | Lot # | Order Number: | 215 |
| . | . | Quote Number: | 5093280 |
| Day Phone: | | Order Type: | Non-Installed Sales |
| Mobile Phone: | County: | Wall Depth: | |
| Fax Number: | Owner Name: | Payment Terms: | |
| E-Mail: | | Tax Code: | KSTX 8.65 |
| Contact Name: | Owner Phone: | Cust Delivery Date: | None |
| | | Quoted Date: | 9/23/2013 |
| Great Plains #: | | Contracted Date: | |
| Customer Number: | | Booked Date: | |
| Customer Account: | | Customer PO #: | |

Customer Notes:   816-488-3427
                  CPU

| Line # | Location: | Attributes | | Item Price | Qty | Ext'd Price |
|---|---|---|---|---|---|---|
| 10 | None Assigned | **Replacement: Sash Only. ProLine, Casement Left, 29 X 65, Brown** | | $247.96 | 1 | $247.96 |



PK # 587

Viewed From Exterior

Rough Opening: 29 - 3/4" X 65 - 3/4"

1: 2965 Left Casement
Frame Size: 29 X 65
General Information: Clad
Sash / Panel Service: Sash Only, 1991 - March 2000
Exterior Color / Finish: Standard EnduraClad, Brown
Interior Color / Finish: Unfinished Interior
Glass: Insulated Low E Argon Gas
Hardware Options: Prep for Standard Roto Operator
Grille:
Wrapping Information: Perimeter Length = 188", Glazing Pressure = 40.

## Thank You For Your Interest In Pella® Products   *Teri 9132100102*

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Customer:             Project Name:   11895 S Cherry Lane Olathe KS            Quote Number: 5093280
                                                       66061

## PELLA WARRANTY:

Pella products are covered by Pella's limited warranties in effect at the time of sale. All applicable product warranties are incorporated into and become a part of this contract. Please see the warranties for complete details, taking special note of the two important notice sections regarding installation of Pella products and proper management of moisture within the wall system. Neither Pella Corporation nor PELLA PRODUCTS COMPANY will be bound by any other warranty unless specifically set out in this contract. Pella Corporation will not be liable for branch warranties which create obligations in addition to or obligations which are inconsistent with Pella written warranties.

Clear opening (egress) information does not take into consideration the addition of a Rolscreen [or any other accessory] to the product. You should consult your local building code to ensure your Pella products meet local egress requirements.

Per the manufacturer's limited warranty, unfinished mahogany exterior windows and doors must be finished upon receipt prior to installing and refinished annually, thereafter. Variations in wood grain, color, texture or natural characteristics are not covered under the limited warranty.

## BRANCH WARRANTY:

### Project Review
### Pella Products of Kansas City

_____ Hinge/Slide/Venting of each unit have been confirmed  (as viewed from the outside)

_____ Exterior color confirmed - _____

_____ Window hardware color confirmed - _____

_____ Door hardware color confirmed - _____

_____ Interior finish color confirmed - _____

_____ All windows/doors on this contract are made to order - no Returns

_____ Pella Products of Kansas City window Maintenance Program explained

_____ Customer Satisfaction survey discussed

_____ If paying by check - date of birth and drivers license number are required on check

## TERMS & CONDITIONS:

Quotes expire in 30 days from date issued or when promotion period ends whichever is sooner.  Graphics are viewed from outside and are not to scale.

WARRANTY: Product warranty is only valid for product installed per manufacturer's installation specifications, which include, but not limited to, level, plumb, square, proper flashing, backer rod, caulk and water redundancies followed. Failure to adhere to manufacturer's installation specifications will void the Warranty.

MATERIAL SUPPLIER ONLY: Seller is a material supplier only for this agreement. Seller only assists in verifying field measurements. The Customer is responsible for measuring windows,

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Customer:        Project Name: 11895 S Cherry Lane Olathe KS    Quote Number: 5093280
                  66061

THIS AGREEMENT IS SUBJECT TO PELLA'S TERMS AND CONDITIONS WHICH ARE INCORPORATED BY REFERENCE IN THIS AGREEMENT.

Gary Carnivale

Customer Name    (Please print)

Customer Signature

9/23/2013

Date

Pella Sales Rep Name    (Please print)

Pella Sales Rep Signature

9-23-13

Date

| Order Totals | |
|---|---|
| Taxable Subtotal | $247.96 |
| Sales Tax @ 8.65% | $21.45 |
| Non-taxable Subtotal | $0.00 |
| Total | $269.41 |
| Deposit Received | |
| Amount Due | $269.41 |

treynoldsa@pellakc.com

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com.

doors, or other materials and confirming the correct size for the order. Seller is not responsible for orders or any other materials and doors, and will not be liable for the Customer's failure to order the correct size or operational needs. As a material supplier, Seller receives only those documents or portions of documents related to the materials furnished. Seller does not review the agreement between the buyer/contractor and owner, and is not bound in any way by the contractor other than this agreement. All language related to window sizing, installation related conditions and materials, or other language specifically related to the subcontractor performing labor on site is the applicable to Seller.

GLAZING: Attention is directed to the Consumer Product Safety Act and the Federal Regulation for "Architectural Glazing Materials" (16 CFR 1201). THIS LAW SPECIFIES WHERE THE USE OF TEMPERED GLASS IS MANDATORY. In any instances of claims arising from the use of non-tempered glass, it will be the sole liability of the Customer who receives the glass as specified in our specification that the use of such non-tempered glass is in compliance with all applicable laws, and that this glass will be used only in areas in which someone receives glass is allowable. Glass cleaning and protection from jobsite debris (mortar, etc.) is not Seller's responsibility.

TAXES: Any sales, excise, processing or any other direct tax imposed upon the Seller for the sale or application of materials supplied in accordance with this agreement shall be added to the agreement price.

CONSEQUENTIAL DAMAGE: Seller shall not be liable for any direct or indirect or consequential damage or loss for any reasons, including, but not limited to, any defect or defects in materials, improper installation, breakage, bursting or leakage.

PREFINISHING: Seller offers painting & staining services prior to delivery of Pella® products. Custom and standard colors are available, but require Customer's written acceptance of ("Prefinishing Agreement". (See Prefinishing agreement.) Stain and paint color samples are produced as accurately as possible; however, actual colors may vary from these samples from batch to batch, minute wood is a natural product which will display its own personality with regards to variation in color, texture and grain pattern. Natural wood variations include distinctive grain patterns or unusual shadings in color. Customer has been shown stain and paint samples in the color of Customer's choosing that show some but not all of the possible variations that can occur during the finishing process. Due to the nature of using natural products, Seller cannot be responsible for the actual degree of variations that may occur in your window/door purchase. Seller reserves the right to final color decisions on paint and stain colors.

EXTRAS: The terms of this agreement shall apply to any extras or change orders requested by the Customer for this job.

CANCELLATIONS/CHANGES: Because these products are manufactured for this order, the undersigned hereby agrees that this order is correct and final and CANNOT BE CHANGED, RETURNED, CREDITED, OR CANCELLED, in whole or in part. A cancellation fee equal to 100% of the selling price will be assessed for changes after agreement acceptance.

DELIVERY DAY: Seller provides delivery to the Customer's driveway or garage only in the case of an existing home. Seller provides delivery to the Customer's driveway, garage, or basement foundation for new homes under construction where basement access is readily available.

ENTIRE AGREEMENT: Seller's failure to strictly enforce any provision of this agreement shall not be construed as a waiver thereof and shall not excuse the Customer from strict performance. The parties agree that this is the entire agreement and that no oral representation or agreement has been made which would modify this agreement or be a condition precedent or subsequent to the enforcement of this agreement and that this agreement may not be modified except by a writing signed by each of the parties.

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429, KSAIO. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR A "LIEN WAIVERS." FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

Prices are valid for 30 days.

Graphics are viewed from outside from outside and are not to scale.

This agreement becomes a binding order only upon acceptance at the North Kansas City facility.

VERBAL AGREEMENTS ARE NOT VALID.

The terms and conditions on this agreement page(s) are part of this agreement.

By signing and returning this agreement by hesitate or otherwise, Customer agrees to all the provisions, and Seller's terms and conditions of this agreement, including all items as noted on the project check list. The sales representative is not authorized to bind Pella Products of Kansas City, Inc. to this Contract. Said agreement shall be deemed accepted by Seller unless Seller gives written notice to Customer within three (3) business days of the date the agreement is signed and submitted by Customer to Seller.

Pontiac 455 @ att. net



# Proposal - Detailed

Pella Window and Door Showroom of Lenexa
11333 Strang Line
Lenexa, KS 66215
Phone: 9134927927    Fax: 9134920832

**Sales Rep Name:** Service, Dept
**Sales Rep Phone:**
**Sales Rep E-Mail:** service@pellakc.com
**Sales Rep Fax:**

| Customer Information | Project/Delivery Address | Order Information | |
|---|---|---|---|
| | Unassigned | Quote Name: | Carnivale |
| | | | |
| | Lot # | Order Number: | 215 |
| | , | Quote Number: | 5569277 |
| Primary Phone: | County: | Order Type: | Non-Installed Sales |
| Mobile Phone: | Owner Name: | Wall Depth: | |
| Fax Number: | | Payment Terms: | |
| E-Mail: | | Tax Code: | KSTX 8.65 |
| Contact Name: | Owner Phone: | Cust Delivery Date: | None |
| | | Quoted Date: | 4/2/2014 |
| Great Plains #: | | Contracted Date: | |
| Customer Number: | | Booked Date: | |
| Customer Account: | | Customer PO #: | |

| Line # | Location: | Attributes | | | |
|---|---|---|---|---|---|
| 10 | None Assigned | | | | |

Replacement: Sash Only, ProLine, Casement Left, 29 X 59, Brown

| | Item Price | Qty | Ext'd Price |
|---|---|---|---|
| | $169.39 | 1 | $169.39 |

FK #
624

Viewed From Exterior

Rough Opening: 29 - 3/4" X 59 - 3/4"

1: 2959 Left Casement
Frame Size: 29 X 59
General Information: Clad, 5"
Service: Sash Only, Jan 1991 - Mar 2000
Exterior Color / Finish: Standard Enduraclad, Brown
Interior Color / Finish: Unfinished Interior
Glass: Insulated Low-E Argon Non High Altitude
Hardware Options: Prep For Standard Roto Operator
Wrapping Information: Perimeter Length = 176", Glazing Pressure = 55.

*Please call if you have questions.*    913 - 210 - 0098

*Thank you Matt*

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Customer:          Project Name:  Unassigned          Quote Number: 5569277

| Line # | Location: | Attributes | | | |
|---|---|---|---|---|---|
| 15 | None Assigned | Replacement: Sash Only. ProLine, Casement Left, 25 X 47, Brown | Item Price | Qty | Ext'd Price |
| | | | $134.32 | 1 | $134.32 |

PK #
624

Viewed From Exterior

Rough Opening: 25 - 3/4" X 47 - 3/4"

1: 2547 Left Casement
Frame Size: 25 X 47
General Information: Clad, 5"
Service: Sash Only, Jan 1991 - Mar 2000
Exterior Color / Finish: Standard Enduraclad, Brown
Interior Color / Finish: Unfinished Interior
Glass: Insulated Low-E Argon Non High Altitude
Hardware Options: Prep For Standard Roto Operator
Wrapping Information: Perimeter Length = 144", Glazing Pressure = 55.

| Line # | Location: | Attributes | | | |
|---|---|---|---|---|---|
| 20 | None Assigned | Replacement: Grille. ProLine, Casement Left, 29 X 59 | Item Price | Qty | Ext'd Price |
| | | | $40.47 | 1 | $40.47 |

PK #
624

Viewed From Exterior

Rough Opening: 29 - 3/4" X 59 - 3/4"

1: 2959 Left Casement
Frame Size: 29 X 59
General Information: Clad, 5"
Grille: RMB, No Custom Grille, 3/4", Traditional (2W5H), Unfinished Wood, Unfinished Wood, Apr 2000 - Current
Wrapping Information: Perimeter Length = 176", Glazing Pressure = 30.

| Line # | Location: | Attributes | | | |
|---|---|---|---|---|---|
| 25 | None Assigned | Replacement: Grille. ProLine, Casement Left, 25 X 47 | Item Price | Qty | Ext'd Price |
| | | | $32.72 | 1 | $32.72 |

PK #
624

Viewed From Exterior

Rough Opening: 25 - 3/4" X 47 - 3/4"

1: 2547 Left Casement
Frame Size: 25 X 47
General Information: Clad, 5"
Grille: RMB, No Custom Grille, 3/4", Traditional (2W4H), Unfinished Wood, Unfinished Wood, Apr 2000 - Current
Wrapping Information: Perimeter Length = 144", Glazing Pressure = 30.

## Thank You For Your Interest In Pella® Products

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Printed on 4/2/2014          Detailed Proposal          Page  2  of  5

Customer:                                    Project Name:  Unassigned                              Quote Number: 5569277

## PELLA WARRANTY:

Pella products are covered by Pella's limited warranties in effect at the time of sale. All applicable product warranties are incorporated into and become a part of this contract. Please see the warranties for complete details, taking special note of the two important notice sections regarding installation of Pella products and proper management of moisture within the wall system. Neither Pella Corporation nor PELLA PRODUCTS COMPANY will be bound by any other warranty unless specifically set out in this contract. However, Pella Corporation will not be liable for branch warranties which create obligations in addition to or obligations which are inconsistent with Pella written warranties.

Clear opening (egress) information does not take into consideration the addition of a Rolscreen [or any other accessory] to the product. You should consult your local building code to ensure your Pella products meet local egress requirements.

Per the manufacturer's limited warranty, unfinished mahogany exterior windows and doors must be finished upon receipt prior to installing and refinished annually, thereafter. Variations in wood grain, color, texture or natural characteristics are not covered under the limited warranty.

## BRANCH WARRANTY:

### Project Review
### Pella Products of Kansas City

_____ Hinge/Slide/Venting of each unit have been confirmed (as viewed from the outside)

_____ Exterior color confirmed - _____

_____ Window hardware color confirmed - _____

_____ Door hardware color confirmed - _____

_____ Interior finish color confirmed - _____

_____ All windows/doors on this contract are made to order - no Returns

_____ Pella Products of Kansas City window Maintenance Program explained

_____ Customer Satisfaction survey discussed

_____ If paying by check - date of birth and drivers license number are required on check

## TERMS & CONDITIONS:

Quotes expire in 30 days from date issued or when promotion period ends whichever is sooner. Graphics are viewed from outside and are not to scale.

WARRANTY: Product warranty is only valid for product installed per manufacturer's installation specifications, which include, but not limited to, level, plumb, square, proper flashing, backer rod, caulk and water redundancies followed. Failure to adhere to manufacturer's installation specifications will void the Warranty.

MATERIAL SUPPLIER ONLY: Seller is a material supplier only for this agreement. Seller only assists in verifying field measurements. The Customer is responsible for measuring windows, doors, or other materials and confirming the correct size for the order. Seller is not responsible for measuring windows and doors, or any other materials for orders and will not be liable for the

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

| Customer: | Project Name: Unassigned | Quote Number: 5569277 |
| --- | --- | --- |

Customer's failure to order the correct size or operational needs. As a material supplier, Seller reviews only those documents or portions of documents related to the materials furnished. Seller does not review the agreement between the buyer/contractor and owner, and is not bound in any way by the contractor other than this agreement. All language related to window sizing, installation related conditions and materials, or other language specifically related to the subcontractor performing labor on site is not applicable to Seller.

**GLAZING:** Attention is directed to the Consumer Product Safety Act and the Federal Regulation for "Architectural Glazing Materials" (16 CFR 1201). THIS LAW SPECIFIES WHERE THE USE OF TEMPERED GLASS IS MANDATORY. In any instances of claims arising from the use of non-tempered glass, it will be the sole liability of the Customer who receives the glass as specified in our agreement that the use of such non-tempered glass is in compliance with all applicable laws, and that this glass will be used only in areas in which non-tempered glass is allowable. Glass cleaning and protection from jobsite debris (mortar, etc.,) is not Seller's responsibility.

**TAXES:** Any sales, excise, processing or any other direct tax imposed upon the Seller for the sale or application of materials supplied in accordance with this agreement shall be added to the agreement price.

**CONSEQUENTIAL DAMAGE:** Seller shall not be liable for any direct or indirect or consequential damage or loss for any reasons, including, but not limited to, any defect or defects in materials, improper installation, breakage, bursting or leakage.

**PREFINISHING:** Seller offers painting & staining services prior to delivery of Pella® products. Custom and standard colors are available, but require Customer's written acceptance of "Prefinishing Agreement". (See Prefinishing attachment.) Stain and paint color samples are produced as accurately as possible; however, actual colors may vary from these samples from batch to batch. Because wood is a natural product each window will display its own personality with regards to variation in color, texture and grain pattern. Natural wood variations include distinctive grain patterns or unusual shadings in color. Customer has been shown stain and paint samples in the color of Customer's choosing that show some but not all of the possible variations that can occur during the finishing process. Due to the nature of using natural products, Seller cannot be responsible for the actual degree of variations that may occur in your window/door purchase. Seller reserves the right to final color decisions on paint and stain colors.

**EXTRAS:** The terms of this agreement shall apply to any extras or change orders requested by the Customer for this job.

**CANCELLATIONS AND/OR CHANGES:** Because these products are manufactured for this order, the undersigned hereby agrees that this order is correct and final and CANNOT BE CHANGED, RETURNED, CREDITED, OR CANCELLED, in whole or in part. A cancellation fee equal to 100% of the selling price will be assessed for changes after agreement acceptance.

**DELIVERY DAY:** Seller provides delivery to the Customer's driveway or garage only in the case of an existing home. Seller provides delivery to the Customer's driveway, garage, or basement foundation for new homes under construction where basement access is readily available.

**ENTIRE AGREEMENT:** Seller's failure to strictly enforce any provision of this agreement shall not be construed as a waiver thereof and shall not excuse the Customer from strict performance. The parties agree that this is the entire agreement and that no oral representation or agreement has been made which would modify this agreement or be a condition precedent or subsequent to the enforcement of this agreement and that this agreement may not be modified except by a writing signed by each of the parties.

**FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429, RSMO. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.**

Prices are valid for 30 days.

Graphics are viewed from outside and are not to scale.

This agreement becomes a binding order only upon acceptance at the North Kansas City facility.
**VERBAL AGREEMENTS ARE NOT VALID.**

The terms and conditions on the previous page(s) are part of this agreement.

By signing and returning this agreement by facsimile or otherwise, Customer agrees to all the provisions, and Seller's terms and conditions of this agreement, including all items as noted on the project check list. The sales representative is not authorized to bind Pella Products of Kansas City, Inc. to this Contract. Said agreement shall be deemed accepted by Seller unless Seller gives written notice to Customer within three (3) business days of the date the agreement is signed and submitted by Customer to Seller.

THIS AGREEMENT IS SUBJECT TO PELLA'S TERMS AND CONDITIONS WHICH ARE INCORPORATED BY REFERENCE IN THIS AGREEMENT.

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Printed on 4/2/2014                    Detailed Proposal                    Page    4   of    5

Customer:

Project Name:  Unassigned

Quote Number: 5569277

| Customer Name | (Please print) |
| Customer Signature |
| Date |

| Pella Sales Rep Name | (Please print) |
| Pella Sales Rep Signature |
| Date |

| Order Totals | |
| --- | --- |
| Taxable Subtotal | $376.90 |
| Sales Tax @ 8.65% | $32.60 |
| Non-taxable Subtotal | $0.00 |
| Total | $409.50 |
| Deposit Received | |
| Amount Due | $409.50 |

For more information regarding the finishing, maintenance, service and warranty of all Pella® products, visit the Pella® website at www.pella.com

Printed on 4/2/2014　　　　　　　　　Detailed Proposal　　　　　　　　　Page　5　of　5

# 1996 NOTICE OF APPRAISED VALUE

THIS IS NOT A TAX BILL
DO NOT PAY FROM THIS NOTICE

JOHNSON COUNTY APPRAISER'S OFFICE
COUNTY ADMINISTRATION BUILDING
111 SOUTH CHERRY STREET, SECOND FLOOR
OLATHE, KANSAS 66061-3468
CUSTOMER SERVICE NUMBER: (913) 829-9500

PARCEL NUMBER:
6P68050000 0015                    25
119 /44/

PROPERTY OWNER:

********** CAR-RT SORT ** C017
CARNIVALE, GARY L.
BARNEY, COLLEEN L.
1544 W CEDAR ST
OLATHE KS 66061-3931

PROPERTY ADDRESS:
11895 CHERRY LN

LEGAL DESCRIPTION:
WOODLAND MEADOWS NORTH LT 15
OL 80 15

KANSAS UNIFORM PARCEL NUMBER:
096140400500011000

Below is the prior value assigned to your property and the 1996 value which is estimated by the Appraiser's Office.

| PRIOR VALUE | CLASS | TOTAL VALUE | 1996 | CLASS | TOTAL VALUE |
|---|---|---|---|---|---|
| Market or Use Value | V | 30,920 | Estimated Market or Use Value | V | 38,650 |
|  | TOTAL | 30,920 |  | TOTAL | 38,650 |
| Assessed Value | V | 3,710 | Assessed Value | V | 4,638 |
|  | TOTAL | 3,710 |  | TOTAL | 4,638 |

### PROPERTY CLASSIFICATION & ASSESSMENT RATE

R  11.5%  Real property used for residential purposes including multi-family, mobile homes and condominiums
V  12.0%  Vacant lots
F  11.5%  Residences on farm homesites
N  12.0%  Not-for-Profit (50 1c)
A  30.0%  Land devoted to agricultural use
C  25.0%  Real property used for commercial and industrial purposes, buildings and other improvements located upon land devoted to agricultural use
O  30.0%  All other urban and rural real property not otherwise specifically subclassed, such as: commercial, industrial, recreational, etc.
U  33.0%  Public utility real property

If a value change is indicated above, it may be the result of market activity that has occurred over the past several years. If you disagree with the 1996 estimated value, you may appeal on or before April 15, 1996. If you appeal, please complete, sign and return this notice to the Appraiser's Office retaining a copy for your records. The county will send confirmation to the property owner of the date and time of the informal hearing.

-----------------------------------------------------------------------

## NOTICE OF APPRAISED VALUE
### EXPLANATION AND INSTRUCTIONS FOR APPEAL

"Any taxpayer may complain or appeal to the County Appraiser from the classification or appraisal of the taxpayer's property by giving notice to the County Appraiser on or before April 15, 1996 for real property. The County Appraiser or the appraiser's designee shall arrange to hold an informal meeting with the aggrieved taxpayer with reference to the property in question. At such meeting it shall be the duty of the County Appraiser or the County Appraiser's Designee to initiate production of evidence to substantiate the valuation of such property." (K.S.A. 79-1448 as amended by S.B. 8, Sec. 3.)

IMPORTANT 1994 LEGISLATIVE CHANGES: Property owners may appeal the valuation during this Informal Equalization process or Payment Under Protest, but NOT BOTH. If you file an Informal Equalization appeal on this Notice of Appraised Value, this process is the only one available to you this year. If you do not file an appeal at this time, and wish to do so later, your alternative will be to file a Payment Under Protest when the tax bill is paid. (Previous law allowed property owners to file an appeal on both types of hearings.)

**RETAIN A COPY FOR YOUR RECORDS**

JAC05A  REV. 02/95

SUNSET DRIVE OFFICE BUILDING
11811 South Sunset Drive, Suite 2100
Olathe, Kansas 66061-7060
913-715-9000

# JOHNS⬤N COUNTY
KANSAS

# Appraiser's Office

Date Mailed:
2/26/2018
Appeal Deadline:
3/28/2018



### Visit our website: http://www.jocogov.org/appraiser/
## 2018 ANNUAL NOTICE OF VALUE -- THIS IS NOT A TAX BILL

CARNIVALE, GARY L.
11895 S CHERRY LN
OLATHE, KS 66061-8723

Kansas Uniform Parcel Number:
046-096-14-0-40-05-011.01-0
Property Address:
011895 S CHERRY LN OLATHE KS
Legal Description:
WOODLAND MEADOWS NORTH LT 15  EX BG SE CR
NW 98.85' SW   116.71' SW ALG CUR 133.89' TO W/L
SE ALG CUR 22.45' TO SW CRE 251.99' TO POB IN ST
OLC 80 15

Quick Reference Number:
R183119

Current and prior values assigned by the county appraiser to the above property:

| 2017 VALUATION | | | 2018 VALUATION | | |
|---|---|---|---|---|---|
| Classification | Appraised Value | Assessed | Classification | Appraised Value | Assessed |
| R | 364,100 | 41,871 | R | 379,700 | 43,665 |
| TOTAL | 364,100 | 41,871 | TOTAL | 379,700 | 43,665 |

Note: According to Kansas law, real property must be valued at its "fair market value" as it exists on January 1 of each year, except for land devoted to agricultural use, which is appraised at its "use value", not "market value".

Valuation History of Your Property*

| Year | Appraised Value | Year | Appraised Value |
|---|---|---|---|
| 2016 | 332,900 | 2015 | 325,200 |

**"Valuation History" is provided only for properties that have had the same classification since 2015.

Listed below are the sales we considered in the valuation of your property. More detail about these properties may be found on our website.

| Addresses of Sold Properties | KUP Number | Quick ID | Sale Date | Actual Sale Price | Adjusted Sale Price |
|---|---|---|---|---|---|
| 012105 S CHERRY LN  OLATHE KS | 046-096-23-0-10-02-005.01-0 | R40335 | 4/28/2017 | 360,000 | 364,000 |
| 019515 W 105TH ST  OLATHE KS | 046-091-12-0-23-04-016.00-0 | R191059 | 8/2/2017 | 332,500 | 384,400 |
| 020269 W 107TH TER  OLATHE KS | 046-091-11-0-40-11-014.00-0 | R642287 | 5/23/2017 | 394,500 | 391,100 |

| Real property is classified and assessed at a percentage of appraised value | | |
|---|---|---|
| Classification | Description | Assessment Rate |
| R | Residential use including apartments and condominiums | 11.5% |
| F | Residences on farm homesites | 11.5% |
| A | Land devoted to agricultural use | 30.0% |
| A | Improvements on land devoted to agricultural use | 25.0% |
| V | Vacant lots | 12.0% |
| N | Real property owned and operated by not-for-profit organizations | 12.0% |
| C | Real property used for commercial or industrial purposes | 25.0% |
| O | All other rural and urban real property | 30.0% |
| U | Public utility real property | 33.0% |
| E | Exempt property | ----- |

What is "Adjusted Sale Price"? The adjusted sales price is the result of adjusting the selling price of a similar property to match the characteristics of your property. Since no two properties are identical, the appraisers analyze a large number of sales to find patterns. They are then able to assign dollar amounts to the major differences and "adjust" actual selling prices for the differences. For example, assume your house is identical to the neighbor's house that recently sold for $125,000, except your neighbor's house has an attached garage, but your house does not. Let's say the sales in your area indicate that an attached garage adds $5,000 to the average selling price. We adjust the sale price of the neighbor's house down by $5,000 to make that house more comparable to your home. The resulting value of $120,000 is considered to be the "adjusted sales price". Each sale shown above has had adjustments made to the actual sales price similar to this example.

"The Property Tax Appeals Process in Kansas", published by the Kansas Division of Property Valuation, is available without charge at the Appraiser's Office or at our website, http://www.jocogov.org/appraiser/. Access to our website is also available at your local library.

*Please see the reverse side for additional information on appealing your valuation.*



E2

**Proposal**
The Pella Window Store
14701 W 95TH ST
LENEXA
KS, 66215
Phone: 913-492-7927  Fax:

800 -892 -5817
North KC

| Customer | Project / Ship-To | Proposal | |
|---|---|---|---|
| GARY CARNIVALE | GARY CARNIVALE | Date | 12/19/1995 |
| 11895 CHERRY LN | 11895 CHERRY LN | No. | 1405 |
| | | Alternate No. | 0 |
| OLATHE, KS | OLATHE, KS | Need Date | 12/20/1995 |
| 34 | 34 | Sales Rep. Name | RONDEL DYE |
| | | Prepared by | JODY |
| GARY | | Payment Terms | COD |
| Phone: (913) 782-2858 | Work: (  )  - | Architect | |
| Fax: (  )  - | Home: (913) 782-2858 | | |
| Other: (  )  - | | | |

Comments:

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 1 | Qty: 1 | 2965 (E) Left Hinge Casement, Frame:29 X 65: ProLine, Clad, Brown, 5/8" | 237.62 | 237.62 |
| | Location: BSMT | | InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out | | |
| | R.O: 2' 5-3/4"  X  5' 5-3/4" | | Fin (factory applied) | | |
| | Item# 2 | Qty: 1 | 7282 Right/Fixed (AF) In-Swing French Door, Frame:71-1/4 X 81-1/2: | 1,014.56 | 1,014.56 |
| | Location: BSMT | | ProLine, Clad, Brown, 1" InsulShield Tempered IG Glazing, Brass Hardware, | | |
| | R.O: 6' 0"  X  6' 10" | | Fold-out Fin (factory applied) | | |

Proposal for Customer GARY CARNIVALE        Project: GARY CARNIVALE        Quote No.: 1405        Alternate No.: 0

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 3<br>Location: BSMT<br>R.O: 4' 10-3/4" X 5' 5-3/4" | Qty: 1 | 2965-2 (E) Two-Wide (L/R or V/V) Casement, Frame:58 X 65: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 471.93 | 471.93 |
| | Item# 4<br>Location: BSMT<br>R.O: 4' 10-3/4" X 3' 5-3/4" | Qty: 1 | 2941-2 (E) Two-Wide (L/R or V/V) Casement, Frame:58 X 41: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 368.92 | 368.92 |
| | Item# 5<br>Location: BSMT<br>R.O: 4' 10-3/4" X 4' 5-3/4" | Qty: 1 | 2953-2 (E) Two-Wide (L/R or V/V) Casement, Frame:58 X 53: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 420.43 | 420.43 |
| | Item# 6<br>Location: DINING ROOM<br>R.O: 2' 1-3/4" X 6' 1-3/4" | Qty: 1 | 2573 Left Hinge Casement, Frame:25 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx6H), Fold-out Fin (factory applied) | 283.35 | 283.35 |
| | Item# 7<br>Location: DINING ROOM<br>R.O: 2' 1-3/4" X 6' 1-3/4" | Qty: 1 | 2573 Right Hinge Casement, Frame:25 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx6H), Fold-out Fin (factory applied) | 283.35 | 283.35 |

Proposal for Customer GARY CARNIVALE     Project: GARY CARNIVALE     Quote No.: 1405     Alternate No.: 0

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 8<br>Location: DINING ROOM<br>R.O: 2' 5-3/4" X 6' 1-3/4" | Qty: 1 | 2973 Fixed Casement, Frame: 29 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx6H), Fold-out Fin (factory applied) | 244.71 | 244.71 |
| | Item# 9<br>Location: 1/2 BATH<br>R.O: 2' 0-3/4" X 2' 0-3/4" | Qty: 1 | Fixed Circlehead, Frame: 24 X 24: Support Products, Clad, Type 16 - Full Circle, Brown, 5/8" InsulShield IG Glazing, Steel Fin/Head Drip (distr. appl), Colonial - Pine | ~~954.10~~ 192.32 | ~~954.10~~ 192.30 |
| | Notes: PREP FOR 3W3H RECT MUNTIN | | *Price as a KML 24" full Round 23 5/8 x 23 5/8 frame. 708 KC List w/o Corq* | | |
| | Item# 10<br>Location: GREAT ROOM<br>R.O: 2' 5-3/4" X 6' 1-3/4" | Qty: 1 | 2973 (E) Left Hinge Casement, Frame: 29 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 276.79 | 276.79 |
| | Item# 11<br>Location: GREAT ROOM<br>R.O: 3' 1-1/4" X 6' 7-1/4" | Qty: 1 | Fixed Clad Frame, Frame: 36-1/2 X 78-1/2: Support Products, Clad, Type 1 - Rectangle, Brown, 1" InsulShield Tempered IG Glazing, Steel Fin/Head Drip (distr. appl) | ~~611.92~~ 279.30 | ~~611.92~~ 837.91 |
| | | | *NKC Build 3476* *399.00 Retail E* | | |
| | Item# 12<br>Location: BREAKFAST<br>R.O: 2' 5-3/4" X 6' 1-3/4" | Qty: 1 | 2973 (E) Left Hinge Casement, Frame: 29 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 276.79 | 276.79 |

Proposal - Page 3 of 7

| | Proposal for Customer GARY CARNIVALE | | Project: GARY CARNIVALE | Quote No.: 1405 | | Alternate No.: 0 |
|---|---|---|---|---|---|---|

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| ✓ | Item# 13<br>Location: BREAKFAST<br>R.O: 2' 5-3/4" X 6' 1-3/4" | Qty: 1 | 2973 Fixed Casement, Frame:29 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Fold-out Fin (factory applied) | 228.21 | 228.21 |
| ✓ | Item# 14<br>Location: BREAKFAST<br>R.O: 2' 5-3/4" X 6' 1-3/4" | Qty: 1 | 2973 (F) Right Hinge Casement, Frame:29 X 73: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 276.79 | 276.79 |
| / | Item# 15<br>Location: BREAKFAST<br>R.O: 3' 1-1/4" X 6' 10" | Qty: 1 | 3782 Left Hinge In-Swing French Door, Frame:36-1/2 X 81-1/2: ProLine, Clad, Brown, 1" InsulShield Tempered IG Glazing, Brass Hardware, Fold-out Fin (factory applied) | 676.10 | 676.10 |
| ✓ | Item# 16<br>Location: KITCHEN<br>R.O: 4' 2-3/4" X 3' 11-3/4" | Qty: 1 | 2547-2 Two-Wide (L/R or V/V) Casement, Frame:50 X 47: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 377.50 | 377.50 |

Notes: VERIFY HEAD HEIGHT

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| ✓   A   B | Item# 17<br>Location: BEDROOM<br>R.O: 2' 5-1/2" X 6' 2" | Qty: 1 | **Composite: Half Circle Over Single Casement**<br>A: 29CC Fixed--used with Casement Circlehead, Frame:29 X 14-1/2: ProLine, Clad, Type 1 - Half Circle, Brown, 5/8" InsulShield IG Glazing, 3/4" PL Sunburst Muntin - Unfinishe (muntin pattern: open hub,3 Rays,R1-2-5/8"), Fold-out Fin/Head Drip (fact. appl)<br><u>Unit Value Added Items:</u> ^CH24CC1 FOREST WOOD PINE CASING - Qty 1<br><br>B: 2959 (F) Left Hinge Casement, Frame:29 X 59: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx5H), Fold-out Fin (factory applied) | 619.04 | 619.04 |

| Proposal for Customer GARY CARNIVALE | Project: GARY CARNIVALE | Quote No.: 1405 | Alternate No.: 0 |
|---|---|---|---|

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | | | Unit Value Added Items: ^PROLINE MULL CHARGE - Qty 1 | | |
| | Item# 18<br>Location: FOYER<br>R.O: 4' 11-3/4" X 3' 11-3/4" | Qty: 1 | 5442 Fixed Casement, Frame:59 X 47: Designer Classic, Clad, Brown, 5/8" InsulShield IG Glazing, 3/4" Removable Traditional Muntin (muntin pattern: 5Wx4H), Steel Fin (distr. applied) | 336.25 | 336.25 |
| | Item# 19<br>Location: BATH<br>R.O: 4' 2-1/2" X 6' 0-1/2" | Qty: 1 | Composite: Half Circle Over Proline 2 Wide Casement<br>A: 25CC2 Fixed—used with Casement Circlehead, Frame:50 X 25: ProLine, Clad, Type 1 - Half Circle, Brown, 5/8" InsulShield IG Glazing, 3/4" PL Sunburst Muntin - Unfinishe (muntin pattern: open hub,3 Rays,R1=2-5/8",R2=12-1/2"), Fold-out Fin/Head Drip (fact. appl)<br>Unit Value Added Items: ^CH20CC2 FOREST WOOD PINE CASING - Qty 1<br><br>B: 2547-2 Two-Wide (L/R or V/V) Casement, Frame:50 X 47: ProLine, Clad, Brown, 5/8" InsulShield Tempered IG Glazing, Champagne Screen, Champagne Hardware, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx4H), Fold-out Fin (factory applied) | 948.93 | 948.93 |
| | Item# 20<br>Location: CLOSET<br>R.O: 2' 1-3/4" X 3' 11-3/4" | Qty: 1 | 2547 Right Hinge Casement, Frame:25 X 47: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, 3/4" PL Remov Muntin - Unfinished (muntin pattern: 2Wx4H), Fold-out Fin (factory applied) | 202.58 | 202.58 |
| | Item# 21<br>Location: MASTER<br>R.O: 4' 10-3/4" X 2' 5-3/4" | Qty: 1 | 29CC Fixed Circlehead, Frame:58 X 29: ProLine, Clad, Type 1 - Half Circle, Brown, 5/8" InsulShield IG Glazing, 3/4" PL Sunburst Muntin - Unfinishe (muntin pattern: open hub,3 Rays,R1=2-5/8",R2=14-1/2"), Fold-out Fin/Head Drip (fact. appl)<br>Unit Value Added Items: ^CH24CC2 FOREST WOOD PINE CASING - Qty 1 | 619.71 | 619.71 |

Proposal for Customer GARY CARNIVALE    Project: GARY CARNIVALE    Quote No.: 1405    Alternate No.: 0

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 22<br>Location: MASTER<br>R.O: 4' 10-3/4" X 5' 5-3/4" | Qty: 1 | 2965-2 (E) Two-Wide (L/R or V/V) Casement, Frame:58 X 65: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 471.93 | 471.93 |
| | Item# 23<br>Location: SITTING ROOM<br>R.O: 4' 10-3/4" X 5' 5-3/4" | Qty: 1 | 2965-2 (E) Two-Wide (L/R or V/V) Casement, Frame:58 X 65: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 471.93 | 471.93 |
| | Item# 24<br>Location: TOILET<br>R.O: 2' 1-3/4" X 3' 5-3/4" | Qty: 1 | 2541 Right Hinge Casement, Frame:25 X 41: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 177.53 | 177.53 |
| | Item# 25<br>Location: BEDROOM 4<br>R.O: 2' 5-3/4" X 4' 5-3/4" | Qty: 1 | 2953 (E) Right Hinge Casement, Frame:29 X 53: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 211.87 | 211.87 |
| | Item# 26<br>Location: BEDROOM 3<br>R.O: 2' 5-3/4" X 4' 5-3/4" | Qty: 1 | 2953 (E) Left Hinge Casement, Frame:29 X 53: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 211.87 | 211.87 |

Proposal for Customer GARY CARNIVALE | Project: GARY CARNIVALE | Quote No.: 1405 | Alternate No.: 0

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| ✓ | Item# 27<br>Location: BEDROOM 3 BATH<br>R.O: 2' 1-3/4" X 3' 5-3/4" | Qty: 1 | 2541 Right Hinge Casement, Frame:25 X 41: ProLine, Clad, Brown, 5/8" InsulShield IG Glazing, Champagne Screen, Champagne Hardware, Fold-out Fin (factory applied) | 177.53 | 177.53 |
| | Item# 28<br>Location: 1/2 BATH | Qty: 1 | SPFMNCUST^3W3H RECT MUNTIN FOR 24" FRAME S7 FULL CIRCLE | 114.62 | 114.62 |

## Thank You For Your Interest In Pella Products

Customer Signature

Date

Pella Sales Representative Signature

Date

| Taxable Subtotal | $ 11,566.86 |
|---|---|
| Sales Tax at 6.7500% | 780.76 |
| Non-taxable Subtotal | 0.00 |
| Total | $ 12,347.62 |
| Deposit Received | $ 0.00 |

*(handwritten calculations:)*
+64.20
11,566.86
+ 64.
11,631.06
785.
12,416.



## Contract
Arrowhead Millwork, Inc.
1602 Jasper
N. Kansas City
MO 64116
Phone: (816) 471-0414   Fax: (816) 421-8302

| Customer | Project / Ship-To | Order | |
|---|---|---|---|
| GARY CARNIVALE<br>1544 W CEDAR<br><br>OLATHE, KS<br>34<br><br>GARY<br>Phone: (913) 782-2858<br>Fax: ( )  -<br>Other: (913) 997-3427 WK | GARY CARNIVALE<br>11895 CHERRY LN<br><br>OLATHE, KS<br>34<br><br><br>Work: ( )  -<br>Home: (913) 782-2858 | Date<br>No.<br>Need Date<br>Sales Rep. Name<br>Prepared by<br>Payment Terms<br>Architect<br>Dist. Order No. | 07/15/1996<br>2151FMQVBB<br>07/31/1996<br>RONDEL DYE<br>MARIE<br>COD |

Comments: ADD ORDER

| Outside View | Item | Qty. | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | Item# 1<br>Location:<br>R.O: 4' 2"  X  2' 1" | Qty: 1 | 50 X 25 Curved Casing, Frame:50 x 25 - (CM5025/DH5025PL) :<br>Circlehead, Type 1 - Half Circle, Oak, Colonial | 107.14 | 107.14 |
| | Item# 2<br>Location:<br>R.O: 4' 10"  X  2' 5" | Qty: 1 | 58 X 29 Curved Casing, Frame:58 x 29 - (CM5829/DH5829PL) :<br>Circlehead, Type 1 - Half Circle, Oak, Colonial | 124.77 | 124.77 |
| | Item# 3<br>Location:<br>R.O: 2' 5"  X  1' 2-1/2" | Qty: 1 | 29 X 14-1/2 Curved Casing, Frame:29 x 14.5 - (CM2915/DH2915PL) :<br>Circlehead, Type 1 - Half Circle, Oak, Colonial | 62.39 | 62.39 |

## Thank You For Purchasing Pella Products

THE UNITS IN THIS ORDER ARE NOT RETURNABLE ONCE THE ORDER HAS BEEN PLACED.
TAILGATE DELIVERY.  DRIVER WILL NEED ASSISTANCE TO UNLOAD.        UNITS NOT DESIGNATED AS "PELLA" MAY BE
FROM OTHER MANUFACTURERS.

Contract for Customer: GARY CARNIVALE          Project: GARY CARNIVALE                    Order No: 2151FMQVBB

Customer Signature                 Pella Sales Representative Signature

| | |
|---|---|
| Taxable Subtotal | $ 294.30 |
| Sales Tax at 6.7500% | 19.87 |
| Non-taxable Subtotal | 0.00 |
| Total | $ 314.17 |

Date                               Date

| | |
|---|---|
| Deposit Received | $ 0.00 |

Welcome 1001245851 | [FELLA PRDCTS OF KC INC]  Logout  Change Password

Global Gateway Virtual Terminal

| Virtual Terminal | Reports | Support | Administration | |
|---|---|---|---|---|

**Transaction Result**                                                    Printer Friendly View

| Transaction Information | |
|---|---|
| Transaction Status | APPROVED |
| Transaction Date & Time | 04/03/14 02:51:17 PM |
| Transaction reference number | 03540C |
| Transaction origin | Mail Order/Telephone Order |
| Transaction Type | Sale |
| Approval Code | 03540C1375202388;YNAX; |
| **Order Information** | |
| Order number | 10.174.5.141-14529253781-2F906600E-70341D38 |
| Purchase Order number | 2156610044 |
| Subtotal | $329.98 |
| Shipping Amount | $0.00 |
| Tax | $0.00 |
| VAT | $0.00 |
| Total Amount | $329.98 |
| **Order Information** | |
| Credit Card Number | (Visa) ....7728 |
| Expiration Date | 10/16 |
| **Customer Contact Information** | |
| Customer name | Carrevolo |
| Billing street address | 11835 S Cherry Lane |
| | Olathe , KS  66061 |

Show Receipt          Next Transaction

Copyright 2005. First Data Corporation. All Rights Reserved.
First Data Privacy/Site Map Agreement
First Data will never send you an e-mail asking you to click a link to log in to your account. Never click on links in e-mail messages that ask for your personal or account information.

*This is your credit card receipt.*

*Thanks!*

*COPY*

COPY

Virtual Terminal                                                                    Page 1 of 1

Welcome 1001240851 ||PELLA PRDCTS OF KC INC]: Logout \ Change Password

Global Gateway Virtual Terminal

| Virtual Terminal | Reports | Support | Administration | |
|---|---|---|---|---|

## Transaction Result                                                    Printer Friendly View

**Transaction Information**

| | |
|---|---|
| Transaction Status | APPROVED |
| Transaction Date & Time | 04/03/14 02:51;17 PM |
| Transaction reference number | 03540C |
| Transaction origin | Mail Order/Telephone Order |
| Transaction Type | Sale |
| Approval Code | 03540C137320235B;YNAX |

**Order Information**

| | |
|---|---|
| Order number | 10.174.5.141-14529253781-2F9D660E-76341D38 |
| Purchase Order number | 2150810044 |
| Subtotal | $329.98 |
| Shipping Amount | $0.00 |
| Tax | $0.00 |
| VAT | $0.00 |
| Total Amount | $329.98 |

**Order Information**

| | |
|---|---|
| Credit Card Number | (Visa) ...7728 |
| Expiration Date | 10 / 18 |

**Customer Contact Information**

| | |
|---|---|
| Customer name | Camevilo |
| Billing street address | 11899 S Cherry Lane |
| | Olathe , KS 66061 |

Show Receipt        Next Transaction

Copyright 2008, First Data Corporation. All Rights Reserved.
First Data Privacy Site Map Agreement

*This is your credit card receipt.*

*Thanks!*

US POSTAGE PAID

**$7.45**

Origin: 07878
Destination: 40233
0 Lb 12.10 Oz
Jun 11, 18
3367350883-08

1006

JUN 1 3 2018

**PRIORITY MAIL 2-Day ®**

Expected Delivery Day: 06/13/2018     B200

**USPS TRACKING NUMBER**



9505 5154 0276 8162 1001 00

From: Gary Carnivale
11895 S Cherry Lane
Olathe, KS 66061-8723

**TO:** *Eubank v. Pella Corporation* Settlement Administrator
**P.O. Box 404041**
**Louisville, KY 40233-4041**



JUN 1 3 2018