IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a | No.: 06 C 4481<br><br>Honorable Sharon Johnson Coleman<br>Class Action |

**PLAINTIFFS' MOTION TO AMEND AND CORRECT
RECENT PLEADINGS (ECF NOS. 728 AND 731)**

Plaintiffs, through undersigned Class Counsel, move this Court for entry of an Order permitting Class Counsel to file an amended Motion for Final Approval of a Class Settlement and an amended Memorandum Of Law In Support Of Plaintiffs' Motion For Final Approval Of Class Settlement (ECF Nos. 728 and 731), and in support thereof, state as follows:

1. On the evening of August 20, 2018, Class Counsel filed a Motion for Final Approval of a Class Settlement and a Memorandum Of Law In Support Of Plaintiffs' Motion For Final Approval Of Class Settlement (ECF 728 and 731). Both documents contained exhibits.

2. At the time of the pleadings being filed, Class Counsel's server and the computers that connect to the server where the draft pleadings are saved and stored had been updated with new software (including an updated version of MS Word) and a file migration. This server

maintenance was unexpected by the undersigned counsel, and partly the cause of the filing having been postponed until that evening.

3. The version of the documents filed on Pacer (ECF 728 and 731) did not save with the final changes made to the documents. Specifically, the filed documents (ECF 728 and 731) reflect placeholders for exhibits. The correct versions of the documents have actual exhibit letters assigned to each exhibit. Additionally, without correct and complete exhibit numbers, the corresponding exhibits were not filed.

4. Class counsel observed the error on August 22, 2018, and now seeks to file, instanter, an amended Motion and an amended Memorandum of Law, attached hereto as Exhibits A and B. The amended versions (attached as Exhibits A and B) make no substantive change to any content. Rather, the amended versions merely supply the complete cites to exhibits with corresponding exhibits.

5. No party is prejudice by permitting this amendment and correction. Moreover, the Court and the class are well-served by permitting Class Counsel to correct the technical and clerical inadvertence presently reflected in the record.

WHEREFORE, Class Counsel seeks entry of an Order permitting Class Counsel to file, instanter, an amended Motion for Final Approval and an amended Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Settlement, so as to reflect accurate and complete cites to exhibit numbers and exhibits.

DATED: August 23, 2018            Respectfully submitted,

*/s/ Shannon M. McNulty*
Robert A. Clifford rac@cliffordlaw.com
Shannon M. McNulty smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

George K. Lang
langlawoffice@att.net
Lang Law Office
60 B W. Terra Cotta, No. 301
Crystal Lake, Illinois 60012
(773) 575-5848

John A. Yanchunis
JYanchunis@ForThePeople.com
Marcio W. Valladares
MValladares@ForThePeople.com
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505

Joel R. Rhine
jrr@rhinelawfirm.com
Rhine Law Firm, P.C.
1612 Military Cutoff Rd
Suite 300
Wilmington N.C. 28403
(910) 772- 9960

Edward R. Moor
erm@moorlaw.net
Moor Law Office, P.C.
One N. LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6207

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2018, a copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Shannon M. McNulty*

Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090