## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>Defendants. | No.: 06 cv 4481<br><br>Honorable Sharon Johnson Coleman |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 29, 2018**, at **8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sharon Johnson Coleman, Room 1425, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **PLAINTIFFS' MOTION TO AMEND AND CORRECT RECENT PLEADINGS (ECF NOS. 728 AND 731)**, copies of which are attached hereto and served upon you.

Dated: August 23, 2018    Respectfully submitted,

By:  /s/ Shannon M. McNulty
Robert A. Clifford
RAC@cliffordlaw.com
Shannon M. McNulty
SMM@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

John A. Yanchunis
JYanchunis@ForThePeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505

George K. Lang
Lang Law Office
60 B W. Terra Cotta, No. 301
Crystal Lake, Illinois 60012
(773) 575-5848
langlawoffice@att.net

Joel Rhine
jrr@rhinelawfirm.com
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, N.C. 28403
(910) 722-9960

Edward R. Moor
erm@moorlaw.net
Moor Law Office, P.C.
One N. LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6207

*Attorneys for Plaintiffs and Class*

## CERTIFICATE OF SERVICE

I, Shannon M. McNulty, an attorney, hereby certify that on August 23, 2018, I served the above and foregoing Notice of Motion, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
Robert A. Clifford
RAC@cliffordlaw.com
Shannon M. McNulty
SMM@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312.899.9090