IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEWMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Deleware Corporation<br><br>Defendants. | No.: 06 C 4481<br><br>Hon. Sharon Johnson Coleman<br><br>Class Action |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTION OF DONALD TUCKER**

Donald Tucker timely filed his objection to the proposed settlement and class counsels' request for $9 million in attorneys' fees on June 19, 2018. Dkt. 695. Class counsel filed their response to the objections to the settlement on August 20, 2018. Dkt. 731.[1] Thereafter, class counsel filed their amended response to the objectors on August 23, 2018, three days beyond the

---

[1] Class counsels' response is part of the document titled Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Settlement, Certifying Settlement Class, Approving Service Awards for the Class Representatives, Awarding Attorneys' Fees, Costs and Expenses to Class Counsel and Other Relief and Response to Objectors. Dkt. 731.

date called for in this Court's preliminary approval order. Dkt. 735. The amended response, for the first time, attached a transcript from the deposition of objecting class member Donald Tucker. Dkt. 735-5. This Court granted the motion to amend and correct this document on August 27, 2018. Dkt. 737.

Class counsels' response makes several misleading statements regarding Donald Tucker that require correction. For example, class counsel falsely represent "that Tucker's involvement as an objector was bought by [one of his attorneys] with a promised payment of $5,000." Dkt. 735, at 41. That statement is categorically false. Tucker's attorney-client representation agreement (which class counsel had in their possession) makes clear that is not the case. And read in context, Tucker's deposition testimony (attached for the first time in the amended response), does not support this representation either.

This Court's order preliminarily approving the settlement does not contemplate replies in support of objections. Dkt. 675. Nevertheless, given class counsels' liberties with the facts, there is good cause to permit Tucker to file a reply, which is submitted diligently within seven days of class counsels' amended response, to present the Court with a fair record to consider the proposed settlement.

## **CONCLUSION**

Objecting class member Donald Tucker thus respectfully requests that this Court grant him leave to file a reply in support of his objection, attached hereto as Exhibit 1, to address the numerous misleading factual assertions and arguments made by class counsel in response to his objection.

DATED:  August 30, 2018       Respectfully submitted,

/s/ *Jonathan P. Novoselsky*
Johnathan P. Novoselsky
Jonathan Novoselsky, P.C.
303 W. Madison, 22nd Floor
Chicago, IL 60606
312-286-8429
872-228-8085 - fax
***Attorney for Objecting Class Member Donald Tucker***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that today he filed the foregoing Motion and attached exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 30, 2018

/s/ *Jonathan P. Novoselsky*
Johnathan P. Novoselsky