# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No. 1:16-cv-11057 |

### DEFENDANT THE BANDAS LAW FIRM PC's AND CHRISTOPHER BANDAS' MOTION FOR ENTRY OF JUDGMENT

NOW COMES Defendants, the Bandas Law Firm PC and Christopher Bandas (collectively, the "Bandas Defendants"), and pursuant to Federal Rule of Civil Procedure 58, respectfully move the Court for an entry of judgment against the Bandas Defendants for the entire relief sought by the Plaintiffs in the only remaining Count of Plaintiff's First Amended Class Action Complaint and Demand for Jury Trial--Count V ("Complaint"). In support thereof, the Bandas Defendant state as follows:

1. On August 10, 2018, the Bandas Defendants served the Plaintiffs within an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 "allowing Judgment to be

4563303v1/31413-0002

   entered against them in this action finding that they engaged in 'the unauthorized practice of law in Illinois' and further that the Court enter an order 'enjoining Christopher Bandas in the Bandas Law Firm P.C. from the further practice of law in Illinois unless and until they obtain authorization from the Supreme Court Illinois to practice law,' as well as for judgment for the 'cost of then accrued,' by the Plaintiffs, to be determined by the Court pursuant to FRCP 54, not including any attorney's fees." (*See* Offer of Judgment attached as Exhibit A.)

2. Pursuant to FRCP 68, the Plaintiff had 14 days to accept the Bandas Defendants' Offer of Judgment, or until August 27, 2018.

3. Plaintiffs have not accepted the Bandas Defendants Offer of Judgment.

4. Pursuant to FRCP 58, the Bandas Defendants move this Court for entry of Judgment against them for all of the relief sought against them in the sole remaining count of Plaintiff's Complaint, Count V, finding that "the Bandas Law Firm PC and Christopher Bandas engaged in the unauthorized practice of law in Illinois" and ordering that the Bandas Law Firm PC and Christopher Bandas are enjoined "from the further practice of law in Illinois unless and until they obtain authorization from the Supreme Court of Illinois to practice law."

5. The Bandas Defendants further move this Court for the entry of Judgment against them to pay the Plaintiffs the "costs then accrued" to be determined by the Court pursuant to FRCP 54, not including attorney's fees.

   **WHEREFORE**, the Bandas Defendants respectfully request the Court to enter an Order of Judgment against them for all of the relief sought in Count V of the Complaint and for the payment of Plaintiff's costs then accrued.

Respectfully submitted,

CHRISTOPHER BANDAS and BANDAS LAW FIRM PC

By: /s/ Darren VanPuymbrouck
     One of Their Attorneys

Darren M. VanPuymbrouck
Alexander S. Vesselinovitch
Matthew T. Connelly
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000
dvan@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated:  September 4, 2018

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on September 4, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Rafey S. Balabanian | Joseph R. Marconi |
| Benjamin Harris Richman | Brian C. Langs |
| Eve-Lynn J. Rapp | Victor J. Pioli |
| Edelson PC | Johnson & Bell, Ltd. |
| 350 N. LaSalle Street, 13th Floor | 33 West Monroe Street, Suite 2700 |
| Chicago, IL 60654 | Chicago, IL 60603 |
| (312) 589-6370 | (312)372-0770 |
| rbalabanian@edelson.com | marconij@jbltd.com |
| brichman@edelson.com | langsb@jbltd.com |
| erapp@edelson.com | pioliv@jbltd.com |
| *Attorneys for Plaintiff* | *Attorneys for Noonan Perillo & Thut Ltd. and C. Jeffrey Thut* |

/s/ Darren VanPuymbrouck

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated )<br><br>Plaintiff, )<br><br>v. )<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20, )<br><br>Defendants. ) | Case No. 1:16-cv-11057<br><br>Judge Rebecca Pallmeyer |

## OFFER OF JUDGMENT

TO:  Via e-mail and By Certified Mail/Return Receipt Requested
*7015 1730 0001 8558 4441*
Jay Edelson
Benjamin H. Richman
Rafey S. Balabanian
Alexander G. Tievsky
Edelson PC
350 N. LaSalle Street, 14th floor
Chicago, IL 60654

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Christopher Bandas and the Bandas Law Firm P.C. offer to allow Judgment to be entered against them in this action finding that they engaged in "the unauthorized practice of law in Illinois" and further that

the Court enter an order "enjoining Christopher Bandas and the Bandas Law Firm P.C. from the further practice of law in Illinois unless and until they obtain authorization from the Supreme Court of Illinois to practice law," as well as for a judgment for the "costs then accrued," by the Plaintiffs, to be determined by the Court pursuant to FRCP 54, not including any attorneys' fees.

Respectfully submitted,

Christopher Bandas and the Bandas Law Firm, P.C.

By: /s/ Darren VanPuymbrouck
Darren VanPuymbrouck,
One of their attorneys

Darren VanPuymbrouck
Alexander S. Vesselinovitch
Matthew T. Connelly
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
312-360-6000
dvanpuymbrouck@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated: August 10, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 10, 2018</u>, I served the **OFFER OF JUDGMENT** to all counsel of record as noted below:

**Via Electronic Mail and**
**Via Certified Mail/Return Receipt Requested**
7015 1730 0001 8558 4441
Jay Edelson
Benjamin H. Richman
Rafey S. Balabanian
Alexander G. Tievsky
Edelson PC
350 N. LaSalle Street, 14th floor
Chicago, IL 60654
**Email: jedelson@edelson.com;brichman@edelson.com;rbalabanian@edelson.com;**
           **atievsky@edelson.com;**


Chris C. Gair
Kristi Lynn Nelson
Thomas R. Heisler
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
**Attorneys for Defendants Noonan Perillo & Thut Ltd. and C. Jeffery Thut**

Darren M. VanPuymbrouck