**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICNELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES BEIMAN, AMY CHASIN, and EDWARD RUHNKE, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> v. <br> PELLA CORP. and PELLA WINDOWS AND DOORS, INC., <br> Defendants. | No. 06 C 4481 <br><br> Hon. Sharon Johnson Coleman |

**NOTICE OF JOINDER IN MOTION TO**
**STRIKE ALL FILINGS BY OBJECTOR SCHULZ**

In light of the January 17, 2019 Order issued by the Northern District of Illinois requiring attorney Bandas to withdraw all of his or his clients' filings in Illinois courts, Ron Pickering hereby joins in Class Counsel's demand that all of the filings in this case on behalf of Michael Schulz be stricken, including the fee petition filed by his co-counsel Ted Frank (Document 683).[1] Judge Pallmeyer's Order prohibits Mr. Bandas or any of his clients from petitioning for or receiving fees in any case in which Mr. Bandas has represented an objector. This is such a case.

---

[1] While this filing would otherwise be untimely because it was not raised by the objection deadline, the recent nature of the District of Illinois' order renders it timely. Indeed, Mr. Bandas and Mr. Frank were under no duty to withdraw all of Michael Schulz's filings at the time of the objection deadline. Clearly, the circumstances of this unusual order issuing after the objection deadline justify an extension of the filing deadline for class members to seek to enforce the terms of Judge Pallmeyer's recent order in the *Edelson* case.

## CONCLUSION

For the foregoing reasons, this Court should strike Michael Schulz's filings in this case and award no attorney's fees to Mr. Bandas' proxy Ted Frank.

>Respectfully submitted,
>Ron Pickering,
>By his attorney,
>
>*/s/ John J Pentz*
>John J. Pentz, Esq.
>19 Widow Rites Lane
>Sudbury, MA  01776
>Ph: (978) 261-5725
>Fax: (978) 405-5161
>jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND IL on February 6, 2019, and that as a result electronic notice of the filing was served upon all attorneys of record.

>*/s/ John J Pentz*