IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, LEO BATEMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation, <br><br> Defendants. | No.: 06 cv 4481 <br><br> Honorable Sharon Johnson Coleman <br><br> Class Action <br><br> **DEFENDANTS' REPLY TO DONALD TUCKER'S RESPONSE TO SUPPLEMENTAL AUTHORITY AND WITHDRAWAL OF OBJECTION** |

## INTRODUCTION

Defendants Pella Corporation and Pella Windows and Doors, Inc. ("Pella") file the following reply to "Objecting Class Member Donald Tucker's Response to Supplemental Authority and Withdrawal of Objection" (ECF 763) only to the extent that Objector Tucker purports to offer comments on the merits of the current Settlement Agreement, while he is simultaneously withdrawing his objections.[1] Simply put, Objector Tucker's comments on the merits of the present Settlement Agreement are untimely, procedurally deficient, and legally irrelevant given the withdrawal of his objection.

---

[1] Pella has not and will not take a position on the Plaintiffs' and other parties' competing filings and their respective positions regarding the Court's consideration of the pending petitions seeking an award of attorney's fees.

**ARGUMENT**

The current round of supplemental briefing began with Plaintiffs' Motion for Leave to Submit Supplemental Authority (ECF 754) which raised the question of whether certain objections in this case associated with attorney Christopher Bandas were required to be "immediately and unconditionally withdrawn" based on an order of Judge Pallmeyer in a separate proceeding involving Mr. Bandas. "To comply with the January 17, 2019 order, Mr. Bandas and local counsel Jonathan Novoselsky, on behalf of and in consultation with his client Donald Tucker, unconditionally [withdrew] the objection of Donald Tucker." (ECF 763.)

Rather than simply withdrawing his objection, however, Objector Tucker filed what was essentially a sur-reply in support of Tucker's original objection. Objectors Tuckers sur-reply arguments are untimely, procedurally deficient, and improper based on this Court's Order, in addition to violating Judge Pallmeyer's Order. This Court's Preliminary Approval Order (ECF 675) set forth the mechanism and timing through which objections and arguments in support could be made and responded to. (*Id.* at PageIDs 25718-25720.) Those deadlines have long passed. That Order also included the opportunity for objectors to appear at the Final Approval Hearing to argue their objections. Neither Mr. Tucker nor Mr. Bandas appeared at the Final Approval Hearing. (Sept. 9, 2019 Final Approval Hearing Transcript at 3:3 - 6:6.)

Tucker's objection is still without merit. Because it is both untimely and withdrawn (and therefore legally irrelevant), Pella will not reargue the issues here. Pella's response to Tucker's Objection is set forth in its Memorandum in Support of Plaintiffs' Motion for Final Approval. (*See* ECF 732 generally, and specifically at Page IDs 27425, 27435-27439.) To the extent the Court does not outright dismiss Tucker's withdrawn objection, the Court should overrule any of the issues raised, and approve the proposed settlement as fair, reasonable, and adequate.

Dated: February 25, 2019

**FAEGRE BAKER DANIELS LLP**
John A. Roberts
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606

**FAEGRE BAKER DANIELS LLP**

/s/ John P. Mandler
John P. Mandler, Bar No. 194438
Amy R. Fiterman, Bar No. 285493
Shane A. Anderson, Bar No. 0386531
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on February 25, 2019, a copy of the foregoing **DEFENDANTS' REPLY TO DONALD TUCKER'S RESPONSE TO SUPPLEMENTAL AUTHORITY AND WITHDRAWAL OF OBJECTION** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ John P. Mandler