# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Thomas Riva, et al.

                          Plaintiff,

v.                                          Case No.: 1:06–cv–04481

                                            Honorable Sharon Johnson Coleman

Pella Corporation, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2019:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Donald Tucker's motion for leave to file a surreply [766] is denied. No appearance necessary on 3/7/2019. All matters in this case are fully briefed and under advisement. Leave for further filings will not be granted until the Court has issued its ruling. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.