## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Thomas Riva, et al.
                          Plaintiff,

v.                                      Case No.: 1:06−cv−04481
                                           Honorable Sharon Johnson Coleman

Pella Corporation, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Ron Pickering's unnoticed motion for leave to file instanter [689] is granted. The defendants' motion to file an oversized brief [729] is granted. All other pending motions remain under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.