IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br>  v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>       Defendants. | No.: 06 C 4481<br><br>Honorable Sharon Johnson Coleman<br><br>Class Action<br><br>**UNOPPOSED MOTION** |

## UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

On March 15, 2019, the Court entered its Memorandum Decision and Order [Docket 770] and Order Finally Approving Class Settlement, Certifying Settlement Class, Approving Service Awards For The Class Representatives, Awarding Attorneys' Fees, Costs And Expenses and Other Relief [Docket 771], and in doing so adjudicated all claims and rights of all parties on the merits and with prejudice, ending the action with finality.

Pella Corporation and Pella Windows and Doors, Inc. (jointly "Pella") hereby move this Court pursuant to Fed. R. Civ. P. 58(d) for an order entering Judgment as provided by Rule 58(a), and retaining jurisdiction of this matter for the purposes of enforcing the terms of the Court's Order Finally Approving Class Settlement, Certifying Settlement Class, Approving Service Awards For The Class Representatives, Awarding Attorneys' Fees, Costs And Expenses

and Other Relief [Docket 771]. Pella has consulted with Plaintiffs' Counsel and this motion is unopposed. The motion is further based on all the files, records and pleadings herein.

Respectfully submitted,

Dated: April 25, 2019

**FAEGRE BAKER DANIELS LLP**

/s/ John A. Roberts
John A. Roberts
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Phone: (312) 212 6500

John P. Mandler, Bar No. 194438
Amy R. Fiterman, Bar No. 285493
Shane A. Anderson, Bar No. 0386531
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **Unopposed Motion For Entry of Judgment** was electronically filed with the Clerk of the Court and served on all counsel of record via the Court's CM/ECF electronic filing system on the 25th day of April, 2019.

                                              /s/ John A. Roberts