IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENT EUBANK, JERRY DAVIS, RICKY FALASCHETTI, RITA CICINELLI, ROBERT JOSEPHBERG, JEFFREY ACTON, KENNETH HECHTMAN, JAMES NEIMAN, AMY CHASIN and EDWARD RUHNKE, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>v.<br><br>PELLA CORPORATION, an Iowa corporation, and PELLA WINDOWS AND DOORS, INC., a Delaware corporation,<br><br>    Defendants. | No.: 06 C 4481<br><br>Honorable Sharon Johnson Coleman<br><br>Class Action |

**PLAINTIFFS' MOTION TO APPRISE THE COURT OF THE STATUS OF DISTRIBUTION**

Plaintiffs, through undersigned Class Counsel, apprise the Court of the status of the distribution of settlement funds, seeking additional time to submit a final accounting, and state as follows:

1, On August 20, 2018, the parties petitioned the Court for final approval of settlement. ECF Nos. 728 and 732. On March 15, 2019, the Court entered an Order granting final approval. ECF. No. 771.

2. To date, 9,832 claims have been submitted by consumers and reviewed by the claims administrator. The claimed value of the submissions received is substantial, presently totaling approximately $106 million. (See Exhibit A).

3. The claims administrator has been rigorous in its review of claims submitted and has identified a multitude of deficiencies in the claims received. (See Exhibit A). As part of the adjudication process, and consistent with this Court's order, the claims administrator has allowed for claimants to cure deficiencies, before rejecting a claim.

4. The deficiency curing process remains underway and is expected to conclude on September 17, 2019. Thereafter, the final calculations can be made as to the value of each claim, and the claims administrator can start the distribution of settlement proceeds.

5. The claims administrator anticipates that the final calculations and adjustments to claims will conclude in October 2019, and that the distribution of settlement proceeds will commence in November 2019 and conclude by December 2019.

6. During this time, Plaintiffs' counsel and the claims administrator continue to receive inquiries from consumers and continue to assist consumers with their claims submissions and questions. That assistance will continue.

7. Based on the information supplied to Plaintiffs' counsel by the claims administrator, Plaintiffs' counsel respectfully requests entry of an Order that permits the filing of a final accounting on or before December 15, 2019, or whatever relief this Court deems fair and just.

DATED: September 1, 2019            Respectfully submitted,

*/s/ Shannon M. McNulty*
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

2

        John A. Yanchunis
        JYanchunis@ForThePeople.com
        Marcio W. Valladares
        MValladares@ForThepeople.com
        MORGAN & MORGAN
        COMPLEX LITIGATION GROUP
        201 N. Franklin Street, 7th Floor
        Tampa, Florida 33602
        (813) 223-5505

## **CERTIFICATE OF SERVICE**

I certify that on September 1, 2019, a copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                        */s/ Shannon M. McNulty*
                        Robert A. Clifford
                        rac@cliffordlaw.com
                        Shannon M. McNulty
                        smm@cliffordlaw.com
                        CLIFFORD LAW OFFICES
                        120 N. LaSalle Street, Suite 3100
                        Chicago, IL 60602
                        (312) 899-9090